# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-976-214

**Effective Date of Registration:**
October 30, 2015

---

## Title

**Title of Work:** Lykoi 2015 Images

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** January 05, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Brittney Michelle Gobble
  **Author Created:** photograph
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1986

## Copyright Claimant

**Copyright Claimant:** Brittney Michelle Gobble
511 Randolph Fridley Rd, Sweetwater, TN, 37874

## Rights and Permissions

**Name:** Brittney Michelle Gobble
**Email:** bgobbleart@gmail.com
**Telephone:** (865)556-2500
**Address:** 511 Randolph Fridley Rd
Sweetwater, TN 37874

## Certification

**Name:** Brittney Gobble
**Date:** October 30, 2015

**Copyright Office notes:**   Basis for Registration: Regarding registration of multiple works, registered as a group of published photographs.