UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BRITTNEY GOBBLE PHOTOGRAPHY, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> SINCLAIR BROADCAST GROUP, INC., *et al.*, <br><br> *Defendants/Third-Party Plaintiffs,* <br><br> v. <br><br> USA ENTERTAINMENT NEWS, INC. d/b/a "WENN" and "WORLD ENTERTAINMENT NEWS NETWORK," <br><br> *Third-Party Defendant.* | Case No. 1:18-cv-03403-RDB <br><br> Consolidated Case Nos.: <br> 1:18-cv-03384-RDB <br> 1:19-cv-00559-RDB <br> 1:19-cv-00606-RDB |

## MEMORANDUM AND ORDER

Plaintiff, Brittney Gobble Photography, LLC ("Brittney Gobble") brought four separate lawsuits against Defendants Sinclair Broadcasting Group, Inc. ("Sinclair") and various licensees and affiliates, alleging copyright infringement. These cases have subsequently been consolidated in this Court, and RDB-18-3403 was designated as the lead case. (*See* Consol. Orders, ECF Nos. 23, 28.) On April 5, 2019, Brittney Gobble filed Plaintiff's Unopposed Motion for Leave to Amend Complaint and Join Parties (ECF No. 35), seeking to file a consolidated Amended Complaint with Defendants' consent. On April 29, 2019, Brittney Gobble filed Plaintiff's Amended Motion for Leave to Amend Complaints and Join Parties (ECF No. 36), which seeks to file four separate Amended Complaints rather than the

consolidated Amended Complaint that was attached to the earlier consent motion. Defendants object to the filing of four separate amended complaints rather than a consolidated complaint. (ECF No. 42.)

Brittney Gobble expressed concern that a consolidated complaint may have the effect of reducing potential statutory damages. (ECF No. 36.) However, these cases were consolidated at the parties' request as a matter of convenience and economy. Consolidation does not extinguish the independent nature or status of different cases. *See Bank Markazi v. Peterson*, —— U.S. ——, 136 S. Ct. 1310, 1327, (2016) ("[A]ctions do not lose their separate identity because of consolidation.") (quoting 9A C. Wright & A. Miller, Federal Practice and Procedure § 2382, p. 10 (3d ed. 2008)). Any dispute with respect to damages is an issue to be briefed and considered separately in due course.

Accordingly,

1. Plaintiff's Unopposed Motion for Leave to Amend Complaint and Join Parties (ECF No. 35) is GRANTED.

2. Plaintiff's Amended Complaint (ECF No. 35-1) is deemed filed as of this date.

3. Plaintiff's Amended Motion for Leave to Amend Complaints and Join Parties (ECF No. 36) is DENIED.

Dated: May 14, 2019.

*/s/ Richard D. Bennett*

Richard D. Bennett
United States District Judge