UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **BRITTNEY GOBBLE PHOTOGRAPHY, LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**SINCLAIR BROADCAST GROUP, INC.**, *et al.*,<br><br>*Defendants/Third-Party Plaintiffs*,<br><br>v.<br><br>**USA ENTERTAINMENT NEWS, INC. d/b/a "WENN" and "WORLD ENTERTAINMENT NEWS NETWORK"**,<br><br>*Third-Party Defendant*. | **Case No. 1:18-cv-03403-SAG**<br><br>Consolidated Case Nos.:<br>1:18-cv-03384-SAG<br>1:19-cv-00559-SAG<br>1:19-cv-00606-SAG |

## NOTICE OF FILING A LENGHTY EXHIBIT

Exhibit 7, which is an attachment to Defendant Sinclair Broadcast Group, Inc.'s Memorandum of Law in Opposition to Plaintiff's Memorandum in Support of Motion to Strike Errata Sheet of Susan Domozych exists only in paper format and is longer than 15 pages or if scanned will be larger than 1.5 MB.  It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve copies of the document identified above.

   /s/ *Margaret L. Argent*
Margaret L. Argent (No. 06132)
Scott H. Marder (No. 28789)
shmarder@tandllaw.com
Thomas & Libowitz, P.A.
25 S. Charles Street, Suite 2015
Baltimore, Maryland 21201
Tel: (410) 752-2468
Fax: (410) 752-0979

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 18th day of December, 2019, a copy of this Notice of Filing A Lengthy Exhibit was filed electronically. Notice of the filing will be sent to all parties who have appeared by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I FURTHER HEREBY CERTIFY, that on the 19th day of December, 2019, I will cause a copy of this Notice of Filing A Lengthy Exhibit to be served as follows on Third-Party Defendant USA Entertainment News, Inc.:

<u>Via First Class U.S. Mail, Postage Prepaid</u>

USA Entertainment News, Inc.
c/o Frankfurt Kurnit Klein & Selz, P.C.
488 Madison Avenue, 10th Floor
New York, NY 10002
Attn: Mike Dolan

<u>Via First Class Airmail, Postage Prepaid</u>

USA Entertainment News, Inc.
c/o Lloyd Beiny, Registered Agent
4A Tileyard Studios
Tileyard Road
London N7 9AH
UNITED KINGDOM

   /s/
Margaret L. Argent