UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BRITTNEY GOBBLE PHOTOGRAPHY, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>SINCLAIR BROADCAST GROUP, INC., *et al.*,<br><br>    *Defendants/Third-Party Plaintiffs*,<br><br>v.<br><br>USA ENTERTAINMENT NEWS, INC. d/b/a "WENN" and "WORLD ENTERTAINMENT NEWS NETWORK",<br><br>    *Third-Party Defendant*. | Case No. 1:18-cv-03403-SAG<br><br>Consolidated Case Nos.:<br>1:18-cv-03384-SAG<br>1:19-cv-00559-SAG<br>1:19-cv-00606-SAG |

**ORDER**

Plaintiff having filed its Motion to Disqualify C. Dale Quisenberry as Counsel for Plaintiff, this Court having reviewed same as well as the opposition thereto, it is hereby ORDERED by the United States District Court for the District of Maryland that the said motion is GRANTED and that the appearance of C. Dale Quisenberry as counsel for Plaintiff is hereby STRICKEN.

Dated:_____, 2021

                                                                                                                              United States Magistrate Judge
                                                                                                                              District of Maryland