# EXHIBIT 3



Deposition of:

**Jeffrey Sedlik**

*November 13, 2019*

In the Matter of:

**Brittney Gobble Photographer, LLC Vs. Sinclair Broadcast Group, Inc., Et Al.**

Veritext Legal Solutions

800.808.4958 | calendar-dmv@veritext.com |

1                                                         Page 1

2                     IN THE UNITED STATES DISTRICT COURT

3                       FOR THE DISTRICT OF MARYLAND

4                            BALTIMORE DIVISION

5

        BRITTNEY GOBBLE PHOTOGRAPHY, LLC)

6                                        )

                    PLAINTIFF,           )

7                                        ) Case No.

          V.                             ) 1:18-CV-03403-RDB

8                                        ) (Consolidated cases,

        SINCLAIR BROADCAST GROUP, INC., ) lead case)

9       ET AL                            )

                                         ) Case No.

10              DEFENDANT/THIRD-PARTY    ) 1:18-CV-03384-RDB

                PLAINTIFF,               ) (Consolidated case)

11                                       )

          V.                             ) Case No.

12                                       ) 1:19-CV-00599-RDB

        USA ENTERTAINMENT NEWS, INC.,    ) (Consolidated case)

13      D/B/A "WENN" AND "WORLD          )

        ENTERTAINMENT NEWS NETWORK"      ) Case No.

14                                       ) 1:19-CV-00606-RDB

                THIRD-PARTY DEFENDANT    ) (Consolidated case)

15

16

17              VIDEOTAPED DEPOSITION OF:

                       EXPERT JEFFREY SEDLIK

18

                       WEDNESDAY, NOVEMBER 13, 2019

19

                       10:07 A.M.

20

21

22

23

24          Reported by:  PAULA A. PYBURN

25                   CSR 7304, RPR, CLR

1          VIDEOTAPED DEPOSITION OF EXPERT JEFFREY

2     SEDLIK, the witness, taken on behalf of DEFENDANTS,

3     on Wednesday, November 13, 2019, 10:07 a.m., at

4     333 South Hope Street, Suite 2610, Los Angeles,

5     California, before PAULA A. PYBURN, CSR 7304, RPR,

6     CLR.

7

8

9     APPEARANCES OF COUNSEL:

10

11     FOR PLAINTIFF:

12          GLASER WEIL

13          BY:  ROBERT E. ALLEN, ESQ.

14          10250 Constellation Boulevard

15          Los Angeles, CA 90067

16          310.553.3000

17          rallen@glaserweil.com

18

19     FOR DEFENDANTS:

20          THOMAS & LIBOWITZ, P.A.

21          BY:  SCOTT H. MARDER, ESQ.

22          100 Light Street, Suite 1100

23          Baltimore, Maryland 21202-1053

24          410.752.2468

25          shmarder@tandllaw.com

Jeffrey Sedlik                                   November 13, 2019

Page 3

1        APPEARANCES:   (CONTINUED)

2

3        ALSO  PRESENT:

4             Ellen  C.  Boughn

5             Ron  Lazo,  Videographer

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

```
 1                    I N D E X
 2
 3    WITNESS              EXAMINATION           PAGE
 4    EXPERT JEFFREY SEDLIK
 5         (BY MR. MARDER)                        8
 6
 7
 8                  E X H I B I T S
 9    NO.            PAGE  DESCRIPTION
10    Exhibit 1       12   Notice of Videotaped
                          Deposition of
11                        Jeffrey Sedlik
12    Exhibit 2       12   Curriculum Vitae
13    Exhibit 3       14   Folder Containing Reports
                          and Other Reference
14                        Documents
15    Exhibit 4       14   Work File
16    Exhibit 5       35   2015 Form 990-EZ
17    Exhibit 6       39   2016 Form 990-EZ
18    Exhibit 7       43   2017 Form 990-EZ
19    Exhibit 8       80   4/12/19 Preliminary Expert
                          Report of Professor
20                        Jeffrey Sedlik
21    Exhibit 9       80   6/21/19 Surrebuttal Expert
                          Report of Professor
22                        Jeffrey Sedlik
23
24
25
```

Page 5

```
 1              E X H I B I T S  (CONTINUED)
 2      NO.            PAGE   DESCRIPTION
 3      Exhibit 10      82    4/12/19 Exhibits to
                              Preliminary Report of
 4                            Professor Jeffrey Sedlik
                              Jeffrey Sedlik
 5
        Exhibit 11      98    Printout from ALM Experts
 6
        Exhibit 12     100    Printout from
 7                            www.
                              photographyexpertwitness.
 8                            com
 9      Exhibit 13     101    Printout from
                              expertpages.com
10
        Exhibit 14     105    Printout from
11                            professorjeffsedlik.com
12      Exhibit 15     107    LinkedIn profile
13      Exhibit 16     198    Exhibit H to Expert Report
14      Exhibit 17     198    Exhibit I to Expert Report
15      Exhibit 18     199    Exhibit A to Expert Report
16      Exhibit 19     265    Exhibit M to Expert Report
17      Exhibit 20     265    Exhibit L to Expert Report
18      Exhibit 21     265    Exhibit E to Expert Report
19      Exhibit 22     265    Exhibit G to Expert Report
20      Exhibit 23     265    Exhibit F to Expert Report
21      Exhibit 24     290    Exhibit B to Expert Report
22
23
24
25
```

Jeffrey Stellik                                                              November 13, 2019

                                                                        Page 6

1                    UNANSWERED QUESTIONS

2                           (None)

3

4

5                    INFORMATION REQUESTED

6                           (None)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              LOS ANGELES, CALIFORNIA; WEDNESDAY,

 2                     NOVEMBER 13, 2019

 3                        10:07 A.M.

 4                          * * *

 5             THE VIDEOGRAPHER:  We're now on the record.

 6    The time is 10:07 a.m. on November 13th, 2019.  This

 7    is Media Unit 1 of the video recorded deposition of

 8    Jeffrey Sedlik, taken by counsel for the defendant

 9    in the matter of "Brittney Gobble Photographer

10    [verbatim] v. Sinclair Broadcast Group, et al.,"

11    filed in the United States District Court.  The case

12    number is 1:18-CV-03403-RDB.

13             This deposition is being held at Glaser

14    Weil, located at 333 South Hope Street, Suite 2610,

15    Los Angeles, California 90071.

16             The court reporter is Paula Pyburn from

17    Veritext.

18             Videographer is Ron Lazo of Veritext.

19             Counsel, please state your appearances and

20    affiliations for the record.

21             MR. ALLEN:  Robert Allen, Glaser Weil, for

22    Plaintiff Brittney Gobble Photography, LLC.

23             MR. MARDER:  Scott Marder on behalf of all

24    of the defendants with the law firm of Thomas &

25    Libowitz.
```

 1            THE VIDEOGRAPHER:  Would all those in

 2    attendance please announce themselves for the

 3    record.

 4            MS. BOUGHN:  Ellen Boughn.

 5            THE VIDEOGRAPHER:  Will the court reporter

 6    please swear in the witness.

 7            THE REPORTER:  Raise your right hand,

 8    please.

 9            Do you solemnly swear the testimony you are

10    about to give in this deposition shall be the truth,

11    the whole truth, and nothing but the truth?

12            THE WITNESS:  I do.

13            THE VIDEOGRAPHER:  Please begin.

14                        *  *  *

15                      EXAMINATION

16    BY MR. MARDER:

17        Q    Good morning, sir.

18        A    Good morning, Counselor.

19        Q    Can you tell us your full name.

20        A    Jeffrey, J-e-f-f-r-e-y, Brian, B-r-i-a-n,

21    Sedlik, S-e-d-l-i-k, professor.

22        Q    Now, professor is not part of your name, is

23    it?

24        A    No.  That's my title.

25        Q    Got it.  And we'll talk about that more in

1    a little bit.

2        A    Gladly.

3        Q    I know that you have given a number of

4    depositions over the years, but nonetheless I wanted

5    to review some guidelines as to how we will do the

6    deposition today to try to make it easier for you

7    and so we can move through things quickly and

8    smoothly.

9            Fair enough?

10       A    Certainly.

11       Q    All right.  In a little bit I'll be asking

12   you questions.  If you don't understand any of my

13   questions, please let me know; I will be happy to

14   repeat the question or rephrase the question or do

15   whatever I have to do to make sure you understand

16   it.

17           Is that fair?

18       A    Yes, sir.

19       Q    And if you do give me an answer to a

20   question without asking for clarification, then I

21   will assume you understood what it meant.

22           Is that fair?

23       A    Yes.

24       Q    All right.  As you see, we have a court

25   reporter taking down everything we say.  And

1    although she's very good, she has a few limitations,

2    one of which is she can only take down verbal

3    responses.  So we have to make sure we don't nod our

4    head or shake our head when we mean "yes" or "no."

5          Okay?

6      A    Yes.

7      Q    Also, when we talk casually, sometimes we

8    say "uh-huh" or "huh-uh."  Unfortunately, when those

9    are typed up, it's not clear whether you meant "yes"

10   or "no"; so please use the words "yes" or "no."

11         Okay?

12     A    Yes.

13     Q    Lastly, the court reporter can only take

14   down one voice at a time.  So I will do my best to

15   wait till you have finished your answer before I ask

16   my next question.  And if you could kindly do the

17   same thing, wait for your answer until I have

18   finished my question, that will helpful.

19     A    Absolutely.  I do have one request of you.

20     Q    Go ahead.

21     A    I have a deep vein thrombosis issue; so I

22   need to get up about every hour or so, just walk

23   around the room.  I can sit back down.

24     Q    No problem.

25     A    Not take any risks there.

Page 11

1          And also, if I'm asked a question where it

2     requires some thought and I pause, it doesn't mean I

3     don't know the answer or that I'm being evasive.

4     I'm thinking about my answer so that I can give you

5     a full, complete, and accurate answer before I

6     speak.

7          Q    Understood.  And the breaks won't be a

8     problem.

9          A    Okay.

10         Q    Last point in terms of guidelines and

11    instructions.  Today I'll be asking you some

12    questions about some of your work.  So I want to

13    make clear that in asking the questions only about

14    certain parts of your work, you should not interpret

15    anything that I'm doing today or saying today as

16    endorsement of any other parts of your work.

17              Do you understand?

18         A    Understand.

19              MR. MARDER:  Let's go ahead and mark these

20    two, please.  It's the notice.  Let's mark them.

21              THE REPORTER:  1 and 2?

22              MR. MARDER:  Yeah.  1 is on the top and 2

23    is below it.

24              MR. ALLEN:  Do I have 2?

25              MR. MARDER:  No.  That was one of his

```
 1     exhibits --
 2               MR. ALLEN:  Okay.
 3               MR. MARDER:  -- so I don't have copies.
 4               No. 2 will be Exhibit A, which is his CV.
 5               MR. ALLEN:  Great.  Thank you.
 6               (Whereupon, Defendants' Exhibit 1
 7               and Defendants' Exhibit 2 were
 8               marked for identification by the
 9               Court Reporter.)
10     BY MR. MARDER:
11          Q    Sir, you have in front of you what has been
12     marked as Exhibit No. 1 for purposes of this
13     deposition.
14               Do you see that?
15          A    Yes.
16          Q    Now, that is the notice of taking
17     videotaped deposition in this case; is that right?
18          A    Yes, sir.
19          Q    Were you provided with a copy of this prior
20     to today?
21          A    I'm not sure, but there may have been
22     additional pages in the notice that I received.
23          Q    The notice that you received, would that be
24     in your file that you brought with you today?
25          A    Yes.
```

1     Q   Were you asked by counsel to bring a copy

2   of your entire file related to this case today?

3     A   I received a copy of the notice, which

4   asked me to bring my file.

5     Q   And did you do that?

6     A   I did.

7     Q   Now, prior to the start of the deposition,

8   you handed me two manila folders, which I have in

9   front of me.

10        And what are those manila folders which

11   we'll mark in a moment?

12     A   One of those manila folders is a copy of my

13   file which has my invoices and some communications.

14        And then the other is -- has copies of my

15   two reports without the exhibits and maybe three

16   additional documents to refresh my memory if asked,

17   such as the -- a list of the exhibits to my report

18   so that I can quickly reference that and not cause

19   delay in the deposition process.

20     Q   Fair enough.

21        And then you also have in front of you what

22   has been marked as Exhibit No. 2.

23        Do you see that?

24     A   Yes, sir.

25     Q   Do you recognize Exhibit No. 2?

Page 14

```
1        A    Yes.  It appears to be my curriculum vitae.

2    Just checking through it.

3             Looks to be a complete copy of my

4    curriculum vitae as was attached to my preliminary

5    expert report.

6        Q    Now, I'm going to have the court reporter

7    mark the two folders that you brought as Exhibits 3

8    and 4.  The thicker one should be Exhibit 3, and the

9    thinner one should be Exhibit 4.

10            MR. ALLEN:  Just so we're clear, the

11   thicker one is which one?

12            MR. MARDER:  I'll have him identify it on

13   the record.

14            (Whereupon, Defendants' Exhibit 3

15            and Defendants' Exhibit 4 were

16            marked for identification by the

17            Court Reporter.)

18   BY MR. MARDER:

19       Q    Sir, I'm handing you the folder that has

20   been marked Exhibit 3.

21            Can you identify that for us, please?

22       A    It's a folder that I brought with me today.

23   Prior to coming here I printed out a copy of my

24   preliminary report; my surrebuttal report; the index

25   to exhibits, which is also included in the report; a
```

1    section of my report that outlines the tables in

2    case I'm asked about the tables; and then a

3    termination notice from WENN; and a list of the

4    assumptions, which is also -- a copy of which is in

5    my report.

6        Q    Please take a look at Exhibit No. 4.

7             What is Exhibit No. 4?

8        A    Exhibit No. 4 is a copy of my file.  It has

9    the invoices that I have submitted in the matter.

10   It has my engagement agreement and two letters from

11   your firm, and one confidential document that I

12   don't know that I'm -- that I should discuss here

13   without you having to call it confidential and then

14   it has to get excerpted.  So --

15       Q    You can go ahead and identify it for me,

16   please.

17       A    It's a list of the revenue generated --

18   from what I understand from the testimony to be the

19   revenue generated by advertising placed on the

20   websites, the television station websites that are

21   Sinclair television stations.

22            And I'll answer any -- in further detail as

23   you ask questions about it.

24            MR. ALLEN:  I believe that that's

25   Exhibit 37 from -- Plaintiff's Exhibit 37 from the

```
 1    depositions.

 2    BY MR. MARDER:

 3         Q    You can go ahead and put those papers back

 4    in the folder that's Exhibit 4.

 5              Now, if I can just ask you, let's do our

 6    best to try to not mix up the papers that are in

 7    Exhibit 4 with those that are in Exhibit 3 and vice

 8    versa.  So we'll try to --

 9         A    Certainly.

10         Q    -- do our best between the two of us.

11              Fair enough?

12         A    Yes, sir.

13         Q    All right.  Now, if you can -- excuse me.

14    If you can now get Exhibit No. 2 in front of you,

15    which is your CV.  Please feel free to refer to

16    Exhibit 2 at any time during the period when I'm

17    going to be asking you questions about your

18    background and your -- your experience if you need

19    to.

20         A    Certainly.

21         Q    Okay.  All right.

22              Now, you mentioned at the beginning that

23    your title is professor?  Did I hear you correctly?

24         A    Yes.

25         Q    Professor where?
```

1          A     At the ArtCenter College of Design.

2          Q     What is the ArtCenter College of Design?

3          A     It is a college at which design is taught.

4     It goes back to the 1920s, I believe.  I've been

5     teaching there approximately 25 years.  I was voted

6     by the administration to receive the professor title

7     15 years ago.

8                The type of subject matter taught there is

9     photography, illustration, transportation design,

10    environmental design, fine arts, and other -- other

11    types of topics.

12         Q     Are you a full-time professor at the

13    school?

14         A     No.  I'm employed elsewhere.

15         Q     Do you know what tenure means?

16         A     Yes.

17         Q     Are you a tenured professor at the school?

18         A     They do not have tenure at the ArtCenter

19    College of Design.

20         Q     I see.  Are you familiar with the term

21    "adjunct professor"?

22         A     Yes, sir.

23         Q     What does that mean?

24         A     At the ArtCenter College of Design, all --

25    all or the vast majority of the educators are

1       adjunct faculty.  It's a school known for people

2       with real-world experience who are experts in their

3       field coming in and teaching.  Instead of being

4       full-time educators, they take their experience in

5       the field and bring it to the students, and that's

6       what "adjunct" means.

7               Q    Are you an adjunct professor at the school?

8               A    I am, sir.

9               Q    Understood.

10              How long have you been an adjunct professor

11      at the school?

12              A    I earlier testified approximately 15 years,

13      and that is -- some -- I need you to give me some

14      wiggle room there, because I didn't look it up.  But

15      I have been teaching there for 24 to 25 years.

16              Q    And is your current position there a paid

17      position?

18              A    Yes.

19              Q    I want to get a little bit of an

20      understanding about the kinds of courses that you

21      teach now and that you've taught in the past.  So

22      right now it is November 13th, 2019.

23              So I would assume that's the fall semester

24      at the school; is that correct?

25              A    It is.  They're wrapping up and I'm not

1     teaching this term; I'm teaching in the spring.  And

2     I will be teaching a class on copyright law,

3     licensing practice, pricing, negotiations, copyright

4     registration practice.  I think I said negotiations.

5     Those -- that's the primary subject matter.

6     Estimating, invoicing, negotiations, and some

7     business administration, but primarily it's -- it's

8     a copyright class.

9          Q    Have you ever taught that course before?

10         A    I've taught the course many times.  It's a

11    recurring course.

12         Q    Why are you not currently teaching this

13    semester?

14         A    Because I'm employed by the -- the PLUS

15    Coalition, and I have several other business --

16    businesses operating, and I'm involved in many

17    nonprofit initiatives and on a number of boards.

18              I found that my travel schedule does not

19    permit me to teach every term.  So I requested that

20    the school compact my class.  In other words, it's a

21    trimester system, and I asked them to take all of my

22    students and put them into one semester so that I --

23    I can almost guarantee that I'll be there for the

24    one semester, and that allows me to cover all the

25    students in the -- in the photography department,

1   make sure that they get that education without me

2   having to fly back from England to teach a class and

3   fly to New York and fly back to teach a class the

4   next week and things like this that I have had to do

5   in the past that are expensive and that I have to

6   cover.  But I'm very committed to education.

7        Q    Not to mention jet lag is no fun.

8        A    No.  No.

9        Q    When you say a "trimester," what are the

10   three semesters called?

11        A    Winter, spring, fall?

12        Q    Winter, spring, fall?

13        A    I think so.  I think so.

14        Q    You're not sure?

15        A    I don't do a lot of thinking about the

16   school administrative.  I come in -- I come in, I

17   teach my class, and I leave.  And I don't get

18   involved in -- I used to be more involved on

19   committees and things like that, but I have --

20   because of the scope of my other activities, I no

21   longer have time to focus on, let's say -- I

22   wouldn't call them extracurricular, but just

23   additional time that might need to be dedicated to

24   participate more fully in the school.

25             For example, I was on their copyright

1    committee and I had a bit of a more active mentoring

2    role outside of my classes.  I've curtailed that

3    somewhat, although I do continue it.

4             So, in other words, to explain, my -- my

5    head is not in the administrative part of the school

6    anymore; so I don't even think about what the

7    semesters are called.  I know there's a spring and

8    there's a winter; I think the other one is called

9    fall.

10       Q    When were you last on the copyright

11   committee?

12       A    Has to be six, seven years.

13       Q    When was the last time you taught a course

14   at the school?  And by "the school" I'm referring to

15   the ArtCenter of Design that you mentioned earlier?

16       A    My last course was a year ago spring.  I

17   teach every spring.

18       Q    So then that would be spring of 2019 or

19   2018?

20       A    I think 2018.

21       Q    And just so I'm clear now, the last time

22   you taught at the ArtCenter of Design was in the

23   spring of 2018?

24       A    That's right.  And my upcoming class that

25   is confirmed begins in January.

1      Q    What course did you teach in the spring of

2    2018?

3      A    That course that I described earlier, which

4    was on the subject matter that I discussed earlier.

5      Q    In 2017 did you teach a course at the

6    school?

7      A    I'm sure I did.

8      Q    And what was the course?

9      A    Same course.

10      Q    How about 2016?

11      A    To my recollection, yes.  I teach every

12    spring.  And I switched from teaching every semester

13    to -- to once a year some years ago.  Could be six,

14    seven, eight years by now; I'm not exactly certain.

15      Q    So in 2016 what course did you teach?

16      A    Same course.

17      Q    How about 2015?

18      A    It would be the same course.

19      Q    How about 2014?

20      A    Same course.

21      Q    And then in 2013?

22      A    I don't recall.  I mean, it would -- I've

23    been teaching that same course for years and years.

24    And previous to that, I -- just to help you in your

25    line of questioning -- previous to that, I taught

Jeffrey Sedlik                                     November 13, 2019

Page 23

1    Advanced Lighting course, and I found that teaching

2    two courses and with all the grading that was

3    associated with teaching Advanced Lighting was just

4    too much, given my positions at -- and my employment

5    by the PLUS Coalition and other activities.

6           So I asked them if I could replace myself

7    with another teacher in the lighting class and I

8    could focus on the copyright class since that's my

9    area of expertise.  I mean, I'm also an expert in

10   lighting, but if I was going to teach one thing

11   there and bring a special scope of knowledge that

12   the other instructors may or may not have, that is

13   it.

14          And so, aside from that, I -- I teach

15   workshops on occasion to students who request --

16   request to participate in workshops.  And I do that

17   periodically; the last one that I might have taught

18   would have been most likely two years ago.

19          And those could be focused on business.

20   Some of the students have a strong interest in -- in

21   things like protecting their copyrights, copyright

22   registration.  They want additional -- more than

23   just the three weeks that I might spend on it in the

24   class, three or four weeks, they want additional

25   assistance.  Or it might be lighting, or it might be

1    what have you.  And so I do that on request.

2             And in addition I provide off-the-clock

3    consultation and mentoring to students, usually -- I

4    keep it to three hours a week, and that's every week

5    consistently if I'm in town.  So I will accept -- if

6    students ask, they can come meet with me.  If

7    they've ever been in my class in the last 25 years,

8    no matter what stage they are in in their career,

9    they can make a time with me and I will sit down

10   with them and counsel them on whatever -- whatever

11   issues they're facing.

12            Might be business strategy, it might be

13   self-doubt.  You know, artists experience a lot of

14   issues and emotions.  So I'll sit down with them.

15            And that's part of my community service, I

16   guess you could call it.

17        Q    Now, the -- the course that you're teaching

18   in spring of 2020 that you mentioned earlier --

19        A    Yes, sir.

20        Q    -- is there a syllabus for that course?

21        A    I don't know.  I did get a message from the

22   college asking me to submit a syllabus, and usually

23   I ignore that message because I just don't have the

24   time.  But I teach -- I guess -- the simple answer

25   would be there's likely a syllabus somewhere.

Jeffrey Sedlik                                   November 13, 2019

Page 25

```
1          Q    When was the last time that you gave a

2     student in that class a course syllabus?

3          A    Never.

4          Q    When was the last time that you gave the

5     school a course syllabus for that course?

6          A    I don't recall when I gave the school -- I

7     mean, I testified earlier that I don't recall when

8     the last time is that I submitted a syllabus and

9     that I generally, with all due respect to the

10    school, don't create a syllabus.  I -- but I -- I'm

11    glad to talk about what I actually teach there.

12         Q    Is it a requirement of the school that you

13    actually submit a syllabus?

14         A    I think it's a requirement of the

15    certification authority that governs colleges on --

16    that offer degree programs, that they have a

17    syllabus.  So I suspect that they're using a

18    syllabus that I submitted at one time or another; I

19    do not recall when I submitted it.

20         Q    You mentioned earlier that you work for an

21    organization that I think you called the PLUS

22    Coalition; is that correct?

23         A    Yes, sir.

24         Q    What is the PLUS Coalition?

25         A    The PLUS Coalition is a 501(c)(6) nonprofit
```

Jeffrey Sedlik                November 13, 2019

Page 26

```
 1      organization, and the mission is to simplify and
 2      facilitate the communication and management of image
 3      rights.  It's a coalition of all of the industries
 4      involved in creating, distributing, using, and
 5      preserving photographs.
 6              For example, that would include advertising
 7      agencies; design firms; publishers; museums;
 8      libraries; creators, such as photographers and
 9      illustrators; artist representers; and others who
10      have interest in that topic.
11              We have a board of directors -- I don't
12      know a count of it right now, but 7 to 12 people.
13      It's supposed to be around ten.  And they -- each
14      seat in the organization -- each seat on the
15      directors board represents an industry sector.  So
16      every industry sector has one vote in anything that
17      we consider and any action that we take.
18              Primarily we focus on the creation of
19      standards and guidelines for the communication of
20      image rights, both human to human and machine to
21      machine.  As well, we are in a very long process of
22      creating a global registry of image rights
23      information.
24         Q    Do you work full-time for the PLUS
25      Coalition?
```

1       A    They consider me a full-time employee.

2       Q    I don't understand.  What does that mean?

3       A    It means I have an employment contract with

4    them; it does not say part-time.  I'm paid a salary.

5            I -- I'm sitting here right now on a

6    weekday; so I'm not working full-time for the PLUS

7    Coalition.

8            However, as we get into this, you'll see my

9    other business activities and directorships and my

10   board understands what I'm involved in and they

11   hired me with that understanding.  But nobody said,

12   "We are hiring you part-time," put it that way.  I

13   need to accomplish the goals that are set out for

14   me, and they're not concerned with how much time

15   I -- they don't have me clock in and out, let me put

16   it that way.

17      Q    Let's just say for 2019 up to this point,

18   how much time on average each week do you spend

19   working on the PLUS Coalition or for the PLUS

20   Coalition?

21      A    Last week -- at least 50 hours last week.

22   I tend to work 18 to 19 hours a day, seven days a

23   week, year in and year out.

24      Q    I understand, but that wasn't really my

25   question.

1          My question was, during 2019, on average,

2     approximately how many hours do you work for the

3     PLUS Coalition?

4       A    I don't compute that number.  So "on

5     average" would require that I take the number of

6     days and the number of hours and divide them.  And I

7     don't do that math and I don't track my time.

8          But I'm approximating -- I know how heavily

9     I worked last week; the week before I might have

10    been working on -- you know, as a volunteer on the

11    CASE Act with Congress.  Or I might have been -- you

12    know, that kind of thing.

13         Last week was a particularly heavy week for

14    the PLUS Coalition.

15      Q    On average, do you work more than ten hours

16    a week for the PLUS Coalition?

17      A    Yes.

18      Q    On average in 2019, is it more than

19    20 hours a week?

20      A    Yes.

21      Q    On average in 2019, did you work more than

22    30 hours a week for the PLUS Coalition?

23      A    I would say that in the neighborhood of

24    30 hours could be the average.  It's speculation; I

25    don't like to speculate in depositions.  As I

1     mentioned before, I don't do the math.

2              So you're asking me more than, more than,

3     more than, and I want to give you accurate

4     testimony.  I know I worked 40 hours --

5     approximately or more or -- or -- I worked a lot of

6     hours last week, and the previous -- the previous

7     week I worked less hours.  But the previous week to

8     that, I could have worked 80 hours.

9              And I don't track it.  So it's all --

10    you're asking me questions that are forcing me to

11    speculate.  I should just say I can't speculate on

12    that; so I'll try and do that going forward here.

13        Q    Well, it sounds like my business in terms

14    of there are times when you work harder than others.

15    We, of course, keep track of our hours --

16        A    For good reason.

17        Q    -- yes -- in the legal business.

18             But there's a big difference, you would

19    agree, between working 10 hours a week and working

20    30 hours a week for a company.

21             Would you agree?

22        A    Depends -- yes, but it also depends on how

23    efficient you are and what your activity is at the

24    time.  So you can accomplish quite a bit in a very

25    focused 10 hours on a particular task, and then

1     spend 40 hours the next week working on menial

2     things and not accomplish very much.

3          Q    Understood.

4               But in terms of the amount of time, you

5     would agree that 10 hours is, of course,

6     significantly less than 30 hours a week?

7          A    Yes, sir.

8          Q    And I would assume that you can perceive

9     the difference on a weekly basis in terms of the

10    number of hours and the effort that you're putting

11    in at the PLUS Coalition in that respect?

12         A    Counselor, it's all a blur to me.  I just

13    press forward, put out fires, try and advance my

14    various initiatives that I'm involved in, and I

15    don't pay attention to a lot else.

16              And so I don't mind my time in relation to

17    all of these other initiatives that I'm involved in.

18    As you can see on my CV, there's quite a few.

19              So it's difficult to provide accurate

20    testimony, but I can say I agree that there's a

21    difference between 10 hours and 40 hours; that's

22    just straightforward fact.

23              I work at -- you know, when the need for me

24    to put in time arises, I put in the time.  If I've

25    got volunteers -- which I do around the world,

 1    working with us and for us -- and I can rely on them
 2    and I can delegate, I will.
 3              And then if the volunteers drop out or some
 4    huge metadata announcement happens in the world,
 5    then I have to jump in.  And last week we had Adobe
 6    announce a major initiative, and I -- it just sucked
 7    me right in.
 8              And so contacting all these other
 9    organizations, making sure that we're in the
10    conversation, making sure that we're taking a
11    leadership role with Adobe.  And that is
12    accomplished, and now we will see what happens.
13         Q    Is there anyone else at the PLUS Coalition
14    who keeps track of your hours?  In other words, how
15    many hours you work a week for the PLUS Coalition?
16         A    No.
17         Q    Are there any full-time employees employed
18    by the PLUS Coalition?
19         A    Just me.  And I believe I'm full-time.
20         Q    Are there any part-time employees employed
21    by the PLUS Coalition?
22         A    There have been -- not today.  But there
23    have been until about a year ago a part-time
24    employee who worked from the period approximately
25    2004 or 2005 through 2017 or 2018, middle of the

1    year -- I think it was 2018 -- middle of the year,

2    at the PLUS Coalition, who was handling

3    administration.

4            And at times we had a second part-time

5    employee, various people moving through this

6    secondary assistant-type position to the

7    administrator.  And her role was triage, handling

8    inbound calls and emails, requests for customer

9    service, people having problems on the website.

10           Her profession was bookkeeper; so she was

11   attending to bookkeeping for the organization and

12   interfacing with the CPA.  Just making things work.

13   I would hand things off to her and she would hand

14   things off to me, but --

15       Q    What's the name of the person who worked

16   part-time for the PLUS Coalition from approximately

17   2004 through mid-2018?

18       A    Pam Gligoriu.

19       Q    How do you spell that?

20       A    It's a tough last name.  G-l-i-g-o-r-i-u.

21       Q    And where does Mr. Gligoriu live?

22       A    During her tenure with the PLUS Coalition,

23   she lived locally in Santa Clarita, and when she

24   left to pursue another job offer in Santa Clarita,

25   closer to her home than Pasadena, she still lived in

1    Santa Clarita.

2              I believe now she lives in Las Vegas.

3         Q    If I were to ask you the same questions

4    that we just went through about the number of hours

5    you work on average per week for the PLUS Coalition

6    regarding 2018, would your answer be the same?

7         A    I believe my answer was it varies, and

8    there could be -- a couple of weeks can go by when

9    there is little activity, and then the next week I

10   work a hundred hours in the week and the next week I

11   work a hundred hours in the week.

12             But yes, the answer is the same:  It's not

13   predictable.  Announcements and developments in the

14   industry can drive it, as well as issues with our --

15   if we have technical issues that I have to jump in

16   and resolve with our website or registry

17   development, that can take up a lot of time.

18        Q    In 2017, if I were to ask you the same

19   question about your work hours for PLUS in 2017,

20   would your answer be the same?

21        A    I think I consistently worked 40 or

22   50 hours in 2017, 2016, 2015, 2014, and back from

23   there.

24        Q    Understood.

25             So it was after 2017 when the change took

```
 1   place?

 2        A    I wouldn't call it a change.  It's in flux.

 3   So once we hand over a project to a developer and

 4   once all the specifications are done and things are

 5   approved and we're waiting for results back from the

 6   developer, then the amount of time that's required

 7   of me decreases.

 8             And I'm more of the delegate or interfacing

 9   with other organizations, keeping up with other

10   initiatives.  And so the time burden on me goes

11   down.

12             I do assume a lot of -- a lot of work

13   because certain things I can't delegate, but on the

14   other hand, we don't have a volunteer who, you know,

15   cleans the floor at the office.  So -- so that can

16   be me; right?  As -- as one of the half hours that

17   I -- that I put in.

18        Q    I appreciate all that, but my question was,

19   was it after 2017 when the change took place between

20   an average of 40 to 50 hours a week and then how you

21   described your time in 2019 and 2018?

22        A    I don't -- I don't view it as a change.  So

23   you'd have to rephrase your question.

24        Q    Fair enough.

25             In -- at any time during your time while
```

Page 35

1    you've been employed by the PLUS Coalition, did

2    anybody else keep track of your hours besides you?

3        A    No.

4        Q    Okay.  Had your compensation changed at any

5    time, let's say over the last seven years, with the

6    PLUS Coalition?

7        A    My compensation has never changed for the

8    PLUS Coalition since I was hired in 2004.

9        Q    In other words, your salary has not

10   changed?

11       A    Correct.

12       Q    Okay.

13       A    If I requested it, I would probably get a

14   change; but I -- it's partially a volunteer effort.

15       Q    I see.

16            (Whereupon, Defendants' Exhibit 5

17            was marked for identification by the

18            Court Reporter.)

19   BY MR. MARDER:

20       Q    I'm showing you what's been marked as

21   Exhibit 5.  Please take a look and let me know when

22   you have finished looking at it.

23       A    I have finished looking at it.

24       Q    Do you recognize Exhibit 5?

25       A    It's our annual 990-EZ form.

1      Q    And the 990-EZ form in effect is the tax

2    return -- the federal tax return that nonprofits

3    file; is that correct?

4      A    Yes.  I'm not a CPA or accountant, but I do

5    understand that we file this form every year.

6      Q    Got it.

7           Now, the Box C up at the top of the first

8    page has the name of the organization and then

9    there's an address below that.

10          Do you see that?

11     A    Yes, sir.

12     Q    That address is 2797 East Foothill

13   Boulevard.

14          Did I read that correctly?

15     A    Yes.

16     Q    Is that the current address for the PLUS

17   Coalition?

18     A    We're down the street now.

19     Q    So the answer is no, that is not the

20   current address?

21     A    Correct.

22     Q    And when did the PLUS Coalition leave the

23   Foothill Boulevard address?

24     A    Not absolutely certain, but we moved

25   offices I think in March or April of 2017?  That's

1    the best of my recollection.

2         Q    2797 East Foothill Boulevard in Pasadena,

3    California, is that actually an office or is that a

4    residence?

5         A    Office.

6         Q    Was there a suite number or was --

7         A    210.

8         Q    Suite 210.

9         A    Sorry to speak over you.

10        Q    No, that's okay.

11             So the PLUS Coalition address at the

12   Foothill Boulevard address was in which suite?

13        A    210 came to mind but it could be 220.  But

14   there was a suite number.

15        Q    Got it.  I just want to make sure the court

16   reporter got it, since we had some -- some talking

17   over each other.

18             Now, I want you to look a little bit down

19   that page, the first page of Exhibit 5, to line 12.

20             Do you see that?

21        A    Yes.

22        Q    "Salaries, Other Compensation, and Employee

23   Benefits"?

24        A    Yes.

25        Q    And what is the number that's entered

 1    there?

 2         A    133,082.

 3         Q    So, in other words, $133,082?

 4         A    Yes.

 5         Q    And then please turn to the next page.

 6              And if you'll look down at the bottom where

 7    it says Part IV, do you see that?

 8         A    Yes.

 9         Q    Do you see your name listed?

10         A    Yes, sir.

11         Q    And it shows you as the president and CEO.

12    Is that accurate?

13         A    That's correct.

14         Q    How many average hours per week does it say

15    in this tax return filed with the federal government

16    that you worked at -- during 2015?

17         A    Forty.

18         Q    And what does it show that your reportable

19    compensation was for that year?

20         A    78,000.

21         Q    Now, the other compensation -- in other

22    words, the difference between the 133,000 shown on

23    the first page and the 78,000 that it shows was paid

24    to you on page 2 -- who was that paid to?

25         A    Could be the administrator and any

1      part-time employees.  I also frequently defer my

2      salary for the -- that's what happens when you're a

3      CEO of a nonprofit.  So I will defer my salary for

4      periods of time -- not forgive my salary; defer --

5      and then eventually the -- when we have sufficient

6      revenue to advance our goals and -- and pay me, then

7      I get paid the whole amount of my compensation.

8              But I do that voluntarily; I'm not asked by

9      the board to do that.

10     Q    And I presume there are accounting records

11     of your deferred compensation within PLUS

12     Coalition's books?

13     A    I think so, yeah.

14     Q    And I would assume that the accountants who

15     prepared this tax return would have -- would have

16     that information?

17     A    Sure.

18     Q    I'm now going to show you what's been

19     marked as Exhibit 6, or what will be marked as

20     Exhibit 6.

21             (Whereupon, Defendants' Exhibit 6

22             was marked for identification by the

23             Court Reporter.)

24     BY MR. MARDER:

25     Q    Can you just take a look at Exhibit 6 and

1        let me know if you recognize that.

2            A     Looks like the 2016 990-EZ form for the

3        PLUS Coalition.

4            Q     Now, on Exhibit 6, when we look at Box C up

5        near the top, do you see the address?

6            A     That's our current address, absent the unit

7        number.

8            Q     And what is that address?

9            A     145 North Sierra Madre Boulevard, Unit 4.

10       It does not say Unit 4; blame my CPA.

11           Q     Is that a residence or an office?

12           A     Office.

13           Q     And do you actually have an office there?

14           A     Yes, sir.

15           Q     And do any other businesses have offices

16       there?

17           A     Not in Unit 4.

18           Q     Okay.  And how long has the PLUS Coalition

19       been at the Sierra Madre Boulevard address?

20           A     Well, we're reporting it here in 2016; so

21       it could be that we moved at some point in 2016.

22           Q     Do you recall when the company moved to the

23       address at North Sierra Madre Boulevard?

24           A     I testified earlier that I thought that it

25       was in March of 2017; it could be at some point in

Page 41

1    2016.  I'm not sure as to that date.

2              I need to correct a previous answer.

3         Q    What's that?

4         A    You asked if any other businesses have a

5    presence, and I said not in Unit 4, and I forgot

6    about my uncle Barry.

7              So my uncle Barry contacted me and asked if

8    this extra space that I have -- I have an empty

9    office in my office.  We have a couple thousand

10   square feet, and it's just me in there.  And so he

11   asked if we had an extra office.  So he occasionally

12   comes in and he contributes toward the rent.

13             So that's the correct answer to your

14   earlier question.  I just forgot about my Uncle

15   Barry Sedlik.

16        Q    Thank you, and I do appreciate you

17   clarifying that.

18             Who owns the current office?

19        A    I think the company is called Spectrum, but

20   I'm kind of confused as to their corporate entity.

21   They go by Spectrum Properties.

22        Q    Now, let's take a look a little bit further

23   down on this document.  And if you look at line 12,

24   where it says "Salaries, Other Compensation and

25   Employee Benefits," do you see that?

1        A    Yes, sir.

2        Q    What's the number that's listed there?

3        A    104-.

4        Q    Can you be precise with --

5        A    104,594.

6        Q    Thank you.

7             And then let's turn to the next page.  And

8        under Part IV, do you see your name there?

9        A    Yes, sir.

10       Q    And what does it show is the average hours

11       per week that you devoted to the position in 2016?

12       A    They reported 40 hours.

13       Q    And what is the reportable compensation

14       that is listed here as having been paid to you that

15       year?

16       A    It appears I got demoted to 72,000 from

17       78,000 in the -- in the previous year, but it could

18       be that either one of the payments was made, you

19       know, in December the previous year or in January of

20       the next year or just not paid.

21       Q    Do you know if the PLUS Coalition keeps its

22       books on a cash basis or an accrual basis?

23       A    I believe we're on a cash basis.

24       Q    So if your 2016 compensation was paid in

25       2015, that would be reflected in your -- in the 2015

Page 43

1    tax return; correct?

2          A    I would think so, yes.

3          Q    Now, when we look at the first page of

4    Exhibit 6 and we look at line 1, where it says

5    "Contributions, Gifts, Grants, and Similar Amounts

6    Received" -- do you see that?

7          A    Yes.

8          Q    What is the number entered for that?

9          A    8,962.

10         Q    And then go down to line 9.

11              What was the total revenue earned by the

12   PLUS Coalition in 2016?

13         A    9,468.

14         Q    I'm going to show you what we're going to

15   mark as Exhibit 7.

16              (Whereupon, Defendants' Exhibit 7

17              was marked for identification by the

18              Court Reporter.)

19   BY MR. MARDER:

20         Q    Please take a look at Exhibit No. 7.

21              Do you recognize Exhibit No. 7?

22         A    It's our 2017 990-EZ.

23         Q    And please take a look down at the line

24   which is line 12, "Salaries, Other Compensation, and

25   Employee Benefits."

1          Do you see that?

2     A    Yes.

3     Q    How much was paid in 2017 according to

4   line 12?

5     A    2,904.

6     Q    And now let's look at the next page.

7          And if we look at Part IV, do you see your

8   name?

9     A    Yes, sir.

10    Q    And what does it show your title as?

11    A    President and CEO.

12    Q    And according to the federal tax return

13  filed by the PLUS Coalition for tax year 2017, what

14  were the average hours per week that you devoted to

15  that position in 2017?

16    A    The reported hours are ten.  Or is that a

17  thousand?  I -- I don't know.  There's no decimal

18  point.

19    Q    A thousand hours per week?

20    A    There's no decimal point, but I think it's

21  ten, yeah.

22    Q    Okay.  It's more likely it's ten, isn't it?

23    A    Yes, it is.  Just --

24    Q    We lawyers work a lot, but even we don't

25  reach a thousand a week.

1      A    Yeah.  That is true, sir.

2      Q    Now, if you look in Column C, what was the

3    reportable compensation paid to you in 2017,

4    according to the tax return?

5      A    Zero.

6      Q    Now, if we look on the first page of 2017,

7    under line 9 -- excuse me -- in line 9 for total

8    revenue, what was the total revenue of the PLUS

9    Coalition in 2017?

10     A    8,609.

11     Q    And then the PLUS Coalition of course

12   fairly recently filed its 2018 return; correct?

13     A    I believe so.  As you know, I've been out

14   of the country; so I'm fairly certain that we filed

15   it.

16     Q    One would assume that --

17     A    One would assume.

18     Q    And if we were to look at the numbers on

19   the 2018 return for your compensation, would they be

20   in the same range as in the 2017 tax return?

21     A    Yes, sir.

22     Q    And if we were to look at the hours that

23   you worked on average per week in 2018 for the PLUS

24   Coalition, would they be approximately the same as

25   in the 2017 return?

 1        A    Listening very carefully to your question,

 2   you said, "If we were to look at the hours that you

 3   worked."

 4             If I can understand that question to refer

 5   to the hours that are entered into the form, the

 6   stated hours in this -- in the return, I do not

 7   know, because I didn't consult with the CPA, but it

 8   could be.

 9        Q    That number does not sound unreasonable for

10   2018?

11        A    It sounds very unreasonable.

12        Q    Okay.

13        A    It -- it could be the number that was

14   reported.  I don't know.  I mean, my actual hours

15   are very significant.

16        Q    So let me ask you, sir, do you understand

17   the legal obligations of a president and CEO of a

18   nonprofit when filing a form 990 with the IRS?

19        A    Yes, sir.

20        Q    And do you understand the legal obligations

21   to make sure that what is reported to the IRS is

22   accurate?

23        A    Yes, sir.

24        Q    And as you sit here today under oath, is it

25   your testimony that the 2018 tax return is not

Page 47

1    100 percent accurate?

2        A    It's my testimony that I likely worked more

3    hours than appear in the tax return.

4        Q    My question to you, sir, is, the 2018

5    return filed by the PLUS Coalition with the IRS, was

6    that 100 percent accurate when it was filed?

7        A    And my answer to you is that I worked more

8    hours than I reported in the form; the amount of

9    income is accurate.

10       Q    So when we look at -- at Exhibit 7, which

11   is the 2017 Form 990, where the tax return reports

12   an average of ten hours per week devoted to the

13   position by you, your testimony is that that is not

14   accurate?

15       A    I worked more hours than ten hours on the

16   PLUS Coalition.  So that -- that reporting would not

17   be accurate.

18       Q    Where did your accountants -- yours meaning

19   the PLUS Coalition's accountants -- get that ten

20   hours per week number that is in Form -- the Form

21   990 for 2017?

22       A    I don't recall, sir.

23       Q    Did you look at the Form 990 before the --

24   the accountants filed it with the IRS?

25       A    It's possible.  I'm sure it was sent to me.

1    We're currently using our past employee as a

2    freelance bookkeeper, and so it's possible that she

3    looked at it and approved it.  She's been working

4    for us a long time.

5          But I did -- you know, I take

6    responsibility for the submission of the form.  I

7    take responsibility for the accuracy or inaccuracy

8    of the information on the form.  And I'm telling you

9    that I worked more hours than are stated on the

10   form.

11         And if -- whatever you want to do about

12   that is fine by me.

13   Q    Is it your intention to have a corrected

14   Form 990 filed with the IRS now that I've pointed

15   out the inaccuracy to you?

16   A    I will discuss the matter with my CPA.  I

17   don't have any intention sitting here at this

18   moment.

19   Q    Now, let's keep going through your -- your

20   CV because I want to make sure I understand other

21   things in your CV and I'm clear on them.

22         The PLUS Coalition, please explain to me

23   what work the PLUS Coalition does that relates to

24   determining the license fee for a photograph?

25   A    Relates to?  So the clarity of the

1    specification of the licensing terms ensures that
2    both parties to a transaction understand the scope
3    of the license granted, and that does relate to the
4    fees, if any, that might be exchanged as
5    compensation for the license.  It's not -- doesn't
6    necessarily affect it, but it is related to; so I'm
7    answering your question.
8            The PLUS Coalition specifically does not
9    discuss or even contemplate the value of the
10   licenses due to the nature of the coalition.  We
11   have the buyer side; the middleman -- middle
12   persons, like the stock agencies; and the
13   licensors -- licensors, licensees, and agents all
14   involved.  And then we also have the preservation
15   side involved.
16           And so we -- we're hands off on any
17   discussion of what the value of a license might be.
18      Q    Does the PLUS Coalition collect any data
19   about the actual amounts paid for photography
20   licenses?
21      A    Just thinking back 15 years, I'm not sure
22   that we've never received data.  Which, if we
23   receive it, then you could say we collected it.
24   We've never requested that data.
25           And I don't know that -- the reason why I'm

1    hesitant in my response is I recall, as we were

2    building the standards, that our volunteers

3    collected what are called licensing matrices from

4    various stakeholders:  Getty Images, Corbis, and

5    other stock photo licensors.

6            And by "licensing matrix," I would mean the

7    choices -- it's essentially -- you could think of it

8    as a spreadsheet, just to put it in simple terms,

9    but it's the choices that you have on your licensing

10   an image -- let's say you could pick one year, two

11   years, five years, ten years, et cetera -- in the

12   information that we received -- this would be in

13   2006, 2007, 2008, 2010 -- there were percentages

14   included in some of the spreadsheets that we

15   received.

16           I don't think that was intentional; I think

17   people were just being generous in sharing their

18   business practices with us.  So we did not use it,

19   but we collected it unintentionally and ignored it.

20       Q    Understood.

21           So would it be fair to say, then, that the

22   PLUS Coalition has never collected and analyzed data

23   on the value of paid-for photography licenses?

24       A    Not in dollar amounts.  But in terms of

25   relative value, perhaps.  And what I mean by that is

 1    in certain licensing models, the greater the scope

 2    of use, the greater the fee, typically.

 3            And in the creation of standardized

 4    matrices or licensing menus or guidelines for the

 5    creation of menus or suggestions for how menus might

 6    be constructed, there is some inherent concept of

 7    value that's unavoidable in -- in presenting that

 8    information.

 9            For example, the hierarchy of a licensing

10    menu from one month to ten years or more than ten

11    years.  The hierarchy of a licensing menu from a

12    quarter page to a full page, from usage in -- on one

13    street corner versus usage worldwide.

14            There might be some value implied by the

15    structure of the licensing menus, the hierarchy of

16    the menus that we built, but it would have been

17    unintentional.

18        Q    Understood.

19            And I want to make sure that I understand

20    what you're saying.  From the time the PLUS

21    Coalition was formed, sometime in the early to

22    mid-2000s until today, although the PLUS Coalition

23    may have collected some data that contains

24    information about the value of images, the value of

25    licenses for images, the PLUS Coalition has never

1      intentionally analyzed those to determine how much

2      different types of photographs -- how much the

3      licenses for different types of photographs cost?

4          A    Cost or should cost.  And the answer is

5      yes, we have not.

6          Q    It's a terrible question.

7               So let me -- let me rephrase it, make sure

8      we both are on the same page.

9               In other words, the PLUS Coalition has

10     never collected data and then looked at that data to

11     analyze how much money has been paid for licenses

12     for photographs?

13         A    Not as an official practice.  I don't know

14     that no volunteer representing the PLUS Coalition

15     has ever done that, but not to my knowledge sitting

16     here today.

17         Q    You can't point to any of that type of work

18     done by the PLUS Coalition today?

19         A    Certainly it's not our intent, and our

20     board of directors would be opposed to our

21     involvement in setting prices or suggesting prices.

22              And I'll take that a step further:  We

23     don't promote any one licensing model.  So the

24     royalty-free model, which I'm sure we'll talk about

25     later, the rights-managed model, and any model in

Page 53

1    the future, it's not our concern; we just want

2    people to be able to communicate rights information

3    without misunderstandings.

4        Q    I appreciate that.  We're going to talk

5    more about that in a little bit, but that doesn't

6    really answer the question.

7            The question was, you can't point to any of

8    that type of work done by the PLUS Coalition today?

9    The answer I hear you saying is that no, you can't

10   point to any of that type of work that has been done

11   by the PLUS Coalition as of today; is that correct?

12       A    Your question is in the negative; so I

13   would have to say yes, we can't.

14       Q    Yeah.  Another one of those great lawyer

15   questions.

16       A    That's all right.

17       Q    But I want to make sure we're clear because

18   I don't want to misunderstand you.

19           As you sit here today, can you point to any

20   work of that nature done by the PLUS Coalition since

21   it was formed?

22       A    I cannot point to any work done by the PLUS

23   Coalition to my knowledge toward determining or

24   recommending dollar amounts to be associated -- or

25   pricing to be associated with licenses.

1      Q    You mentioned earlier that some of your

2    matrices that were collected may have inadvertently

3    contained some pricing information during the 2006

4    to 2010 time period.

5          Did I hear you correctly?

6      A    That's incorrect.  Not pricing information,

7    but the percentage difference, for example, between

8    a use in the United States only versus use in

9    United States and Canada.

10         Percentages sitting there in formulas, in

11   spreadsheets, errantly included in submissions to

12   us, which we then ignored -- although I can say I

13   looked at it, but the PLUS Coalition ignored.

14         And I did note in looking at that

15   information that across all of the stock agencies,

16   it appears that they're all copying from each other

17   or all copying from the market leader, because these

18   percentages, like 46.5 percent between "x" number of

19   years and "x" number of years, were identical in the

20   submissions given to us.

21         Now, in my capacity as the PLUS Coalition

22   president and CEO, I did nothing with that

23   information other than to observe it and to learn

24   from it about industry practice.

25         I would doubt that there are many other

1     people who have seen the licensing matrices from

2     multiple stock photography agencies all in one

3     place.

4          Q    Since the 2006 to 2010 period, have you

5     collected any of that type of data?

6          A    No.  We're not going to be doing that for

7     another two years.

8          Q    And how about you personally outside of the

9     PLUS Coalition?

10         A    Oh, I collect all kinds of data all the

11    time about pricing and licensing and -- I have --

12    I've many activities outside of the PLUS Coalition.

13         Q    Good.  We'll talk about that later when we

14    get to those activities.

15         A    Counselor, with due respect, you said have

16    I personally, and you didn't mention -- I don't

17    recall you saying in my capacity with the PLUS

18    Coalition in that question; so I was trying to

19    answer you fully.

20         Q    Yes.  And that was exactly what I was

21    asking --

22         A    Okay.

23         Q    -- about whether you have done that work

24    outside of your position with the PLUS Coalition.

25         A    Most definitely, yes.

1        Q     We'll talk about that in a little bit.

2              You mentioned earlier that part of the

3    mission of the PLUS Coalition is to promote clarity

4    in the specifications for photography licenses; is

5    that correct?

6        A     To simplify and facilitate the

7    communication and management of image rights would

8    encompass clarity and communications about image

9    rights.

10       Q     Why is clarity important in that context?

11       A     To avoid misunderstandings.  There can be

12   words that parties have different understandings of

13   when they're communicating about image rights.

14       Q     And how is it that the PLUS Coalition has

15   tried to create a common understanding of what words

16   mean?

17       A     So when we formed the coalition, in our

18   initial activities, the board of directors, the

19   founding board of directors, decided that we -- or

20   we were concerned that we didn't know that we could

21   get all of these different stakeholder groups, most

22   of which are at each other's throats and have

23   opposite or let's say conflicting goals -- would

24   collaborate and could agree on anything, even the

25   time of day.

1            That was a little joke.

2            But we were concerned that -- that we would

3    not be successful in getting all these groups to

4    cooperate.  Even one photography association with

5    another photography association, they're at each

6    other's throats at the time.

7            And so we decided to have the first step be

8    to have everybody submit lists of the words and

9    phrases that they use when describing image

10   licenses -- and that would be when requesting an

11   image license or when offering it or when granting

12   it -- submit words, which we then collected, made a

13   list of, developed an online system for people to

14   log into and to exchange their thoughts and opinions

15   about what these words mean.

16           What does the word "brochure" mean, would

17   be an example?  What does the word "annual report"

18   mean, or the phrase "annual report"?

19           To our surprise, we had a fantastic

20   cooperative spirit, and it's because what -- what I

21   did as the CEO is I said, everybody needs to leave

22   their baggage at the door.  The publishers and the

23   stock agencies don't get along.  The photographers

24   and the stock agencies don't get along.  Certainly

25   publishers and photographers don't.  The ad

1    agencies, their trade association really don't get

2    along with the photography association.

3              Leave all that at the door, which is mostly

4    concern about pricing and scope of rights, and we're

5    just going to talk about what the words mean, and

6    then we're going to assign a number to every word.

7    And so if people would like, they can use these

8    numbers or the words themselves to communicate image

9    rights.  And whether that's in casual conversation

10   or in a document or in embedded metadata or between

11   two computers talking to each other, a bit more

12   clarity and less chance for misunderstanding.

13             And so we set about developing definitions

14   for words and using them in example sentences and

15   alternative meanings of the words, and even

16   suggestions for words that are likely to cause

17   misunderstanding, this type of thing.

18             We had at least 500 people who were a core

19   group.  We had about ten people who were -- well,

20   six to ten people who were, like, managing editors.

21   And then, beyond that, we had 1,300 to 1,500 people

22   in 120 countries participating in submitting their

23   suggestions for what these words mean.

24             And we decided to start it in English.

25   It's never been a U.S. initiative, but we had to

```
 1   start in one language; so we decided to start it in
 2   English.
 3           And we worked our way through a thousand or
 4   1,500 terms -- I don't know the exact count -- and
 5   developed definitions for those terms and then put
 6   it to -- put it out to the marketplace for comment,
 7   accepted comment, made edits, put it back out, three
 8   times, and then finally, final version and a vote by
 9   this balanced and neutral board of directors, to
10   approve these definitions.
11           Now, is this an ANSI standard or, you know,
12   an official standard in the United States?  No.
13   It's a standard developed through a grass-roots
14   effort that people can use or not use.
15           But it's seen acceptance around the world.
16   It's not pervasively accepted, but as I look around
17   in various countries and in various applications and
18   websites and industry groups, pieces of this
19   standard are in use all over the place.
20           Now, it's what we call the PLUS glossary,
21   and then we set about developing other standards or
22   guidelines.
23      Q   That was going to be my next question.
24          When a copyright holder is negotiating a
25   license with a particular potential licensee, does
```

1       the copyright holder have any obligations with

2       respect to that negotiation?

3            A     Legal obligations or professional

4       obligations?  We should probably tackle those

5       things --

6            Q     Any obligations.

7            A     From a professional standpoint, the

8       copyright owner or its representatives should make

9       an effort to clearly communicate the rights

10      information that they are offering in response to a

11      request or offering speculatively.

12              That offer increasingly and -- increasingly

13      is made in emails by my fellow photographers,

14      sending emails that are more narrative than precise.

15              But my answer is that from my perspective,

16      the photographer should make an effort to inform the

17      client of conditions, permissions, constraints,

18      obligations, and that can be in a formal estimate or

19      in an email or otherwise.

20              That was my answer about professional

21      obligation.  I can answer, I suppose, on the legal

22      side, although it would be legal -- it could be

23      construed as legal opinion.  But my -- it's where I

24      live everyday as a licensing expert; so I can

25      explain my opinion about legal obligations if you

1    wish.

2        Q    In addition to the lighting class that you

3    mentioned earlier and the workshops that you

4    mentioned, have you taught any other photography

5    classes at the College of Art and Design, or

6    whatever the name of the school is?

7        A    Not recently.  I mean, I'm sure I taught

8    other classes along the way.  Also, frequently

9    teachers call upon other teachers to be guest

10   teachers.  They're not -- I guess in a public school

11   you'd call it substitute teacher.  But I'll be asked

12   to come in to take over a class and teach it.  I

13   just don't have specific recollection of the number

14   of times that's occurred, but probably less than a

15   hundred times over the course of my 15 years.

16       Q    During your career have you ever taught

17   photographers about photography composition?

18       A    Yes.

19       Q    During the course of your career, have you

20   ever taught photographers about proper exposure?

21       A    Yes.

22       Q    During the course of your career, have you

23   taught photographers about techniques to obtain

24   sharp images?

25       A    Yes.

1      Q    And when I say "sharp images," what do you

2      understand that to mean?

3      A    A layperson's term referring to something

4      in the image being in focus.

5      Q    Have you taught courses at any time during

6      the course of your career, for instance, that

7      discuss depth of field?

8      A    You inserted the word "courses."  That

9      wasn't in your previous question.  I believe your

10     previous question was have I -- during the course of

11     my career, have I ever taught this subject and that

12     subject and this subject.

13            I haven't taught a course in depth of

14     field, but within my teachings I have taught that

15     subject matter.

16     Q    During the course of your career, using the

17     word "course" a little bit differently, have you

18     ever taught photographers how to use different

19     lenses to achieve different effects?

20     A    Yes, sure.

21     Q    During the course of your career, have you

22     taught photographers about the different

23     characteristics that can be obtained with different

24     types of lenses, such as, for instance, differing

25     depths of field?

```
 1        A    I'm sure I have.  You know, thinking

 2    back -- my focus has been on copyright for the last

 3    20 years.  So thinking back to miscellaneous events

 4    at which I've spoken or groups of photographers that

 5    I've spoken with and what the subject matter touches

 6    on, I can say that I have taught on technical and

 7    creative topics.

 8             That has been not my area of focus as an

 9    educator because others are able to do that and my

10    specific area of expertise is the area of copyright

11    and licensing.

12        Q    And we're going to spend a lot of time on

13    that in a little bit.  I'm going to define some of

14    the areas that I understand you've worked in or have

15    not worked in, and we'll delve into some of them

16    more in a little bit.

17        A    Okay.

18        Q    At some point in your career, is it

19    accurate to say that you spent more of your time

20    taking pictures than focused on copyrights and

21    copyright licensing and the things that you are

22    focused on today in your career?

23        A    As a ratio, yes.  That was really your

24    question, was more time.

25             So I graduated from the ArtCenter College
```

1    in 1986 and spent some time building my studio.  But

2    at that time I volunteered for the Advertising

3    Photographers of America for their copyright and

4    advocacy committee as a person of -- was I 22 years

5    old at the time or 24 years old?

6            And since that time I have been involved

7    with trade associations, spending what my wife

8    thinks is an inordinate amount of time, week in,

9    week out throughout the year, weekdays and weekends,

10   on nonprofit activities that I continue to do today.

11           As a proportion of the time focused on

12   creating new images for advertising clients, which

13   was my primary focus, advertising editorial clients,

14   that has decreased over the years.

15   Q    Let me approach it this way:  When was the

16   last time you photographed anything for a client?

17   A    Can you be more specific about that?

18   Because I have my advertising photography, and then

19   I have, you know, miscellaneous photography where I

20   might -- let me just answer your question, then you

21   can be as specific as you want to.

22           Probably, from my recollection, within the

23   last three or four months.  I have a client coming

24   to my office tomorrow to meet about photographs that

25   he needs, tomorrow at noon.

Page 65

1          I'm -- I'm not actively promoting myself as

2     an advertising photographer at this time because of

3     my focus on all of the other initiatives that we're

4     going to speak about today.

5          Q    I understand there are only so many hours

6     in a day, other than a thousand per week at times.

7          A    Right.

8          Q    So, again, I'm going to try to approach it

9     from different angles just so I understand your

10    background and -- and what your focus is now versus

11    in the past.

12         A    Yes.

13         Q    The client who is coming in tomorrow for

14    photographs, what type of photographs is that client

15    asking for?  In other words, what are they for?  Are

16    they for head shots?  Are they for an advertising

17    campaign?  Are they for asking you to go out and

18    shoot war photographs?

19         A    It's something to do with the promotion of

20    "Star Wars."  And other than that, I'm not really

21    certain.  He wanted me to sign an NDA when he comes,

22    and --

23         Q    Fair enough.

24              What industry is -- is that work for?

25         A    Entertainment industry.

1       Q    Got it.

2            Before that one, when was the last time

3    that you -- you did photography work for a client

4    for money?

5       A    Within the last few months.

6       Q    What industry?

7       A    Would have been forensic work.  I think it

8    was a truck accident.

9       Q    Other than in connection with forensic work

10   or other litigation support, when was the last time

11   that you did actual photography work for a client

12   for money?

13      A    You mean assignment work or licensing?

14      Q    Good question.  Assignment work.

15      A    It would be at least two years ago, but I

16   don't -- could be three years ago.

17      Q    What industry was -- was it at that time,

18   or industries?

19      A    I'm not -- I'm not certain, but I know in

20   the last couple of years.  I've kind of phased out

21   the assignment photography side of things.  As I

22   mentioned, I don't promote myself.

23           So in the last three years or so, I -- you

24   know, this year, the biggest project that I've been

25   involved in is -- it's a big project in Africa that

Page 67

1    I bid on and then it turned out to be something

2    where I couldn't dedicate three weeks of time in

3    Africa to this particular project.  So I did the

4    estimate and then I backed out.

5            That doesn't answer your question, but, you

6    know, I'm trying to advise that, you know, I still

7    get clients contacting me and asking me to work for

8    them, and then I have to make decisions because of

9    these other obligations.

10       Q    During the course of your career, have you

11   ever worked for a news media organization?

12       A    I'm sure I have.

13       Q    As an employee?

14       A    No.  Worked for as a photographer.

15       Q    Okay.  Which news media organizations have

16   you done work for as a photographer?

17       A    Can I have a look at my CV?

18       Q    Oh, absolutely.  And it's -- it's there and

19   marked in front of you.  So if you need to look at

20   it at any time, please feel free.  And just, when

21   you do so, let me know and refer to the page that

22   you're looking at.

23       A    Okay.  So I'm looking on -- looks like my

24   CV could use some page numbers, or they just didn't

25   come across in this printout.

```
 1              I'm under the section "Partial Client

 2      List," which is the second page.  "News Media."

 3              Did you say news media or television media?

 4         Q    News media.

 5         A    I don't know if A&E Television Network is

 6      considered news, but I'll continue through this

 7      list.  It says A&E Television Network.

 8              I don't know if the 20th Century Fox job

 9      was for -- or jobs was for news media within that

10      organization.

11              BBC.  CBS.  Well, that might be CBS Sony

12      Music.

13         Q    I was just going to ask you about that.

14         A    Sorry to speak over you.

15         Q    I don't see CBS on here; I see CBS/Sony

16      Music.

17         A    Right.

18              NBC Television.

19              MTV Networks is not specifically a news

20      organization and I don't recall what I did for them,

21      but it could have had to do with their news

22      reporting.

23         Q    But you have no idea as you sit here today?

24         A    I don't.  Same with Paramount Pictures.

25         Q    As you sit here today, you don't know
```

1    whether you did work for Paramount Pictures that

2    relates to news media; is that --

3         A    I do not.

4              Turner Broadcasting, I'm certain that was

5    related to their news operations.

6              Moving down into editorial, "Los Angeles

7    Magazine," "Los Angeles Times Magazine," "Music

8    Connection," "Newsweek," "Photo District News,"

9    "Pulse," "Premier," "People," "Rolling Stone,"

10   "Select," "Spin," "Time Life," "Entertainment

11   Weekly," "Glamour," "Guest Informant," "Interior" --

12   sorry -- "Imperial Press," "Interiors and Sources,"

13   "JAZZIZ," "Jazz Times," "Cosmopolitan," "Details,"

14   "Downbeat," "Elle," that's E-l-l-e, "CD Review,"

15   "American Film," "Arts and Entertainment."

16              It is a partial client list.

17        Q    So let's go through some of these that you

18   mentioned.  First, under the section of your CV that

19   says "Partial Client List - Sedlik Production/Sedlik

20   Design" -- do you see that?

21        A    Yes, sir.

22        Q    -- you mention A&E Television Network.

23        A    Yes.

24        Q    Do you see that on there?

25              What work did you do for A&E Television

1    Network that related to news media?

2         A    Not sure.

3         Q    So how is it that you believe it related to

4    news media?

5         A    It could relate to news media.  And when I

6    testified about that, I said I wasn't -- I believe I

7    said I wasn't certain that it wasn't an organization

8    within them, but...

9         Q    Understood.

10        A    There are -- there are -- I'm sorry to

11   speak over you.  Can I --

12        Q    Please clarify.

13        A    Any television network has -- or had a

14   number of shows, and some of those shows are news

15   related or masquerade as news.  And so whatever I

16   did for them could have been news related; so...

17        Q    Well, I'm asking you today for your memory

18   of what you did, and if you don't remember, please

19   let me know.

20             Okay?

21        A    For every entity that I mentioned, it --

22   those are the ones that were most likely news

23   related.  I don't have specific recollection of

24   particular jobs for those entities.

25        Q    As you sit here today, please identify even

1       one job that you did for a news media organization?

2            A     I answered the question already.  I can't

3       remember the specific jobs.  So, as I sit here

4       today, I can't speculate as to what those jobs were.

5                  However, if you -- if -- if the Court

6       agreed that you are allowed to get into my financial

7       background and -- and my past jobs and I was forced

8       to go through all of my records and pull all the

9       jobs, the thousands upon thousands of jobs, and

10      identify which ones were for specific news topics,

11      then I would do so if forced.

12           Q     When was the last time that you believe you

13      actually did photography work for a news media

14      organization?

15           A     Same answer.

16           Q     You have no idea when that was?

17           A     I told you, if forced, I would do the

18      research necessary to answer your question fully.

19           Q     My question, though, is what your

20      recollection is today.

21                 As you sit here today, is it fair to say

22      that you don't remember when the last time it was

23      that you did photography work for a news media

24      organization?

25           A     That's right.  And that answer does not

```
1    imply that I did not do the work or that I did very

2    little work.  It's just I can't recall.  I'm focused

3    on other things.

4           So I would provide the information if -- if

5    you are allowed to extract that from me.  I don't

6    think it would be appropriate, but I would have to

7    comply if forced.

8    Q    Well, let's -- let's try to approach it

9    this way:  Do you believe that the last time that

10   you did photography work for a news media

11   organization was in the 21st Century?

12   A    You mean from 2000 on?  Right?

13   Q    That is the 21st Century.  Yes, sir.

14   A    I believe that, but it's speculative and

15   it's not good to speculate in depositions.  So I

16   will repeat that if I had to provide records of all

17   of my jobs for whatever reason, if they're

18   determined to be relevant to this action, then I

19   would -- and I was forced to do so, then I would do

20   so to the extent those records exist.

21   Q    What did you do to prepare for your

22   deposition for today?

23   A    I read my report.  I read -- let me be more

24   specific.  I read my preliminary report and my

25   supplemental report.  I read the reports of
```

```
 1    Ellen Boughn and I believe it's Michelle Riley.

 2             I reviewed pleadings in the matter,

 3    interrogatories and their answers, request for

 4    production, and production.

 5             I -- I reviewed a lot of material over the

 6    last week to make sure that or -- or -- that I could

 7    have the -- provide the best possible testimony here

 8    today and the most accurate testimony I can.

 9    Q    Where are those documents?  You didn't

10    bring them with you today?

11    A    The documents are listed in my "Materials

12    Considered" list in my report, such as the

13    complaint.  And I'm not going to bring -- or I did

14    not bring copies of documents that you already have

15    that I have.  So the complaint only exists in

16    digital form.  The answer, the interrogatories.

17             You know, if you wanted me to print out

18    15,000 pages of documents at your cost and you pay

19    for my time in doing it, then I will make copies of

20    everything that you already have.

21    Q    Sir, my question was different than -- than

22    what your answer addressed.

23             My question was very simple:  Where are

24    those documents right now?  Where do those

25    physically exist right now?
```

Page 74

```
 1        A    They don't physically exist because they're
 2    digital copies.
 3        Q    They're data in a computer?
 4        A    Yes.
 5        Q    So they exist on your computer at home? at
 6    your office?  Where?
 7        A    My computer at my office.
 8        Q    Okay.  Did you take any handwritten notes
 9    in connection with this case?
10        A    I don't recall taking handwritten notes in
11    connection with this case.
12        Q    If you did take handwritten notes in
13    connection with this case, where would you have kept
14    them?
15        A    In the file that I presented to you today
16    doesn't have any handwritten notes in it.
17        Q    Have you ever spoken to Brittney Gobble?
18        A    Yes.
19        Q    How many times?
20        A    Possibly twice?  Once or twice, not --
21    not -- I didn't physically meet with her.
22        Q    That was going to be my question.
23             Were those conversations over the phone?
24        A    Over the phone.
25        Q    Did you take any notes during those
```

1    conversations?

2         A    I took notes into my report draft for the

3    purposes of filling in blanks in my report or

4    confirming information that I needed for my report.

5         Q    I'm not clear on your answer.

6              My question was, as you're having the

7    conversation with Ms. Gobble, were you taking notes

8    on a piece of paper?

9         A    No.

10        Q    Did you take notes on a piece of paper

11   after you hung up with Ms. Gobble?

12        A    I took notes, if any, into the draft for my

13   report, as I testified earlier.

14        Q    When did you speak to Brittney Gobble?

15        A    I believe that the date of our conversation

16   is reflected in my preliminary expert report in the

17   footnotes.

18        Q    Other than that, you had no other

19   communications with Ms. Gobble?

20        A    I had two communications, two interviews,

21   and that's it.

22        Q    When you prepared your reports -- let me

23   back up for a second so that we're clear.

24             You have two reports that you prepared in

25   connection with the case currently pending in

1    Maryland; correct?

2        A    I'll have to say that I'm going to assume

3    that "pending in Maryland" is correct.  I see

4    Baltimore is on these documents, and so I'm --

5    I've -- I've written two reports in this case.

6        Q    That's -- that's what I'm talking about.

7    In this case, the one that we're here for today.

8        A    Yes.

9        Q    However, you also prepared one or more

10   reports in connection with a case filed by the

11   plaintiff in Tennessee; correct?

12       A    Yes.

13       Q    And when did you speak with Ms. Gobble

14   before you prepared that report?

15       A    The date would be reflected in the -- I

16   believe would be reflected in the -- in the report.

17            Counselor, may I say, it would be my report

18   in the previous matter.

19       Q    I understand.  Thank you.

20       A    Okay.

21       Q    Other than speaking to counsel in this

22   case, do you recall speaking with anybody else in

23   connection with this case?

24       A    Stock photo agencies.

25            I don't know if Johnnie Gobble was on the

```
 1    call back -- you know, I think I had one call with

 2    Ms. Gobble for the previous case and one call in

 3    relation to this case.  I mentioned I've had two

 4    calls, I believe.  And I don't know if

 5    Johnnie Gobble was on or not on those calls.

 6             Photographers.

 7             I'd need to look at my footnotes.  I have a

 8    lot going on and I don't recall, you know, everybody

 9    I've spoken with.

10       Q    And we're going to go through your report

11    in a lot of detail later; so let's put aside that

12    portion of your answer till then.

13             Okay?

14       A    Yes.

15       Q    But we'll get those footnotes out for you

16    in a little bit.

17       A    So my testimony is that I would need to

18    look at my report to refresh your recollection to

19    answer the question you're asking me right now

20    accurately.

21       Q    Understood.  And we'll get to it shortly.

22             Excuse me.

23             What did you do to prepare for your

24    deposition today other than what you've already

25    mentioned?
```

```
1        A    Reviewed documents.  I've already -- so you
2   said other than conversation with retaining counsel,
3   what did I do?  And then I answered that question.
4   I think I answered that fully.
5        Q    How many times did you speak to counsel
6   about your deposition today?
7        A    When you said "today," at the -- I'm not --
8   I'm not playing games with you.  When you said
9   "today" at the end of that sentence, how many times
10  did you speak to him today or about my deposition,
11  period?
12       Q    That's a fair clarification.
13       A    Want to cut "today" off the end of that?
14       Q    Let me do it this way:  Other than speaking
15  to Mr. Allen or Mr. Quisenberry about scheduling
16  today's deposition, did you have other
17  communications with them about this deposition?
18       A    Yes.  I was here yesterday to discuss the
19  deposition with Mr. Allen.
20       Q    Approximately how much time did you spend
21  here yesterday with Mr. Allen?
22       A    From 10:00, approximately, to -- I don't
23  recall the time I left, but maybe 6:00, 5:00,
24  something like that.
25       Q    Was anybody else present for that meeting?
```

Page 79

1       A    No.

2       Q    Did Mr. Allen provide you with any

3   documents yesterday?

4       A    I don't believe so, but I did request

5   copies of the most recent interrogatory and request

6   for production responses.  I think -- I think he

7   gave me those two documents.

8       Q    Anything else?

9       A    I don't believe so.

10      Q    Did you ask for any other documents that

11  you have not yet received from Mr. Allen?

12      A    Over the course of my engagement or in

13  anticipation of this deposition?

14      Q    During your meeting yesterday.

15      A    No.

16      Q    Did you take any notes during your meeting

17  with Mr. Allen yesterday?

18      A    No.

19           MR. ALLEN:  It's 11:43.  Should we take a

20  break?

21           MR. MARDER:  Yeah, let's stretch our legs a

22  bit.  Be a good time --

23           MR. ALLEN:  You okay now?

24           MR. MARDER:  -- to stretch your legs.

25           THE WITNESS:  Thank you.

```
 1              THE VIDEOGRAPHER:  We're going off the

 2      record.  The time is 11:43 a.m.

 3              (A recess was taken from 11:43 a.m.

 4              to 11:59 a.m.)

 5              THE VIDEOGRAPHER:  We are now back on the

 6      record.  The time is 11:59 a.m.

 7              MR. MARDER:  Let's go ahead and mark these

 8      two, please.

 9              (Whereupon, Defendants' Exhibit 8

10              and Defendants' Exhibit 9 were

11              marked for identification by the

12              Court Reporter.)

13              MR. ALLEN:  These are --

14              MR. MARDER:  His reports.

15              MR. ALLEN:  If you're not handing me a

16      copy, let me know what this is, I can pull it up if

17      it's one of the exhibits.

18      BY MR. MARDER:

19         Q    Mr. Sedlik, I am handing you two exhibits,

20      Exhibits 8 and 9.

21              And just to speed things along with us, is

22      Exhibit 8 your preliminary expert report issued in

23      this case dated April 12th, 2019?

24         A    Yes.  Without the exhibits.

25         Q    Yes.  And then is Exhibit 9 your
```

1    surrebuttal expert report submitted June 21st, 2019?

2         A    Yes.  I'm not sure that there were

3    exhibits.  It looks like there's a "Materials

4    Considered" list attached.

5              MR. ALLEN:  Counsel, you don't have copies

6    for me for these; is that correct?

7              MR. MARDER:  No.  I did not bring the

8    reports or the exhibits across the country.  As I

9    mentioned, there were thousands of pages.

10             MR. ALLEN:  I understood the exhibits; I

11   just wasn't sure if that included the report.  So

12   that's fine.  I'll just --

13             MR. MARDER:  Yeah.

14             MR. ALLEN:  -- pull it.

15             MR. MARDER:  Rob, I do happen to have an

16   extra copy of his preliminary report I can give you.

17             And my apologies.  You know I normally like

18   to provide those, but it was a long flight.

19        Q    All right, Mr. Sedlik, so I have given you,

20   so that you will have in front of you, Exhibits 8

21   and 9, your two reports.  At times we'll be

22   referring to those; so now at least you have them in

23   front of you to refer to.

24        A    Thank you.

25        Q    And then, lastly, why don't we mark the

Page 82

1    index to exhibits.

2              (Whereupon, Defendants' Exhibit 10

3              was marked for identification by the

4              Court Reporter.)

5    BY MR. MARDER:

6        Q    And I've shown you what's been marked as

7    Exhibit 10.

8              And -- excuse me -- is Exhibit 10 a list of

9    the exhibits to your preliminary report?

10       A    Yes.  I'm not aware of the practice in

11   depositions for exhibits; so I didn't -- I didn't

12   place the index on the back of the case caption

13   page; you did.  This -- this wouldn't be how I

14   presented it.

15             But yes, that index to exhibits was

16   attached to that report.

17       Q    Yes.  I copied on two sided for this case.

18   I'm trying to be good to the trees today.

19       A    Very good.

20       Q    Now, your last report that I have is dated

21   June 21st, 2019, which is Exhibit 9.

22             Do you see that?

23       A    Yes.

24       Q    What work, if any, have you done in

25   connection with this case since issuing your

1    surrebuttal expert report on June 21st, 2019?

2         A    I think that there was quite a bit of

3    back-and-forth communication about the scheduling of

4    this deposition, because I was at our home in Greece

5    at the time, and so I dedicated time to those

6    discussions.

7              I dedicated time to telephone conversations

8    with retaining counsel whenever he would call me.

9              And then the preparation for this

10   deposition that we discussed just prior to the

11   break.

12        Q    Since issuing your surrebuttal report on

13   June 21st, 2019, have you reviewed any other

14   documents or materials in connection with this case?

15        A    I watch the docket, and when there is a new

16   entry in the docket, I will review it, unless it's

17   something procedural.

18             I believe that there have been some

19   interrogatory answers and response to requests for

20   production and a few miscellaneous items that -- I'm

21   a little confused as to whether there have been

22   relevant motion- -- I know that there were some --

23   some discovery issues.

24             I'm sorry, I didn't precisely answer your

25   question there.  I can try again if you ask it

Page 84

1    again.

2         Q    Other than what you have seen on PACER and

3    the discovery documents that you may have been

4    provided by plaintiff's counsel, have you reviewed

5    any other documents or materials in connection with

6    this case since you issued your surrebuttal report?

7         A    Right before the break we talked about a

8    lot of different review, and I mentioned what I had

9    done and reviewed.

10            So are you including that?  You want me to

11   testify again about all of that?  Or prior to my

12   preparation for the deposition, are we talking about

13   the period between submission of the report and then

14   all the activity that I mentioned before we had a

15   break?

16        Q    Other than what you have previously

17   mentioned in connection with your deposition

18   preparation work with Mr. Allen, have you reviewed

19   any other documents or materials in connection with

20   this case since you issued your surrebuttal report?

21        A    I like that question, and I don't believe

22   so, other than what would be in my "Materials

23   Considered" list for the report.  In other words,

24   new documents or what have you.

25            But I have a "Materials Considered" list

1    with each report; I don't understand you to be

2    asking about those, because I could have reviewed

3    those at any time.  And then the PACER documents

4    since then, and the production that you mentioned,

5    and then the deposition preparation that I've

6    already testified about.

7              I don't believe so, not that I can recall.

8        Q    Are there any errors in either of your two

9    reports?

10       A    Not that I have identified or that have

11   been identified to me.

12       Q    Have you been asked by anybody to form any

13   additional opinions in connection with this case

14   after this deposition?

15       A    No.  I will say that in my report, I

16   repeatedly reserve the right, to the extent that I

17   have the right, to revise my opinions in the event

18   that any of the listed assumptions are shown to be

19   incorrect.  Those assumptions were given to me;

20   they're not my own assumptions.  And also should

21   additional information come to light.

22             I -- as I recall, before the preliminary

23   report there was quite a bit of information that had

24   not yet been produced that I thought would be

25   relevant to my opinions; that's why I was reserving

Page 86

1    that right.  And, you know, one area that comes to

2    mind is the recent production of advertising

3    revenues that I didn't have at the time.

4           But I think I've just gone beyond the scope

5    of your question.

6           No, I have not been asked to form

7    additional opinions.

8       Q    Thank you.

9       A    Just trying to be helpful.

10      Q    That was my question.

11          Have you communicated with a litigation

12   finance company in connection with this case?

13      A    I don't think I've ever communicated

14   with -- well, no.  The answer is no.

15      Q    Have you provided any information to

16   plaintiff's counsel for plaintiff's counsel to give

17   to a litigation finance company in connection with

18   this case?

19      A    No, not -- well, not that I recall.  I

20   mean, I don't -- I don't believe I know any

21   litigation finance companies.

22      Q    Originally, if I recall, you were retained

23   by Mr. Quisenberry and his law firm in connection

24   with this case; is that correct?

25      A    I'd have to look at my engagement letter to

1      see whether I was retained jointly by his --

2      Mr. Quisenberry's firm and the Gobbles or -- or

3      Brittney Gobbles' corporation, or I was retained by

4      the firm.  So I do have a copy of my engagement

5      letter here today that's been marked.

6          Q    And please feel free to refer to either of

7      your two files, which are Exhibits 3 and 4, if you

8      need to answer any of my questions.

9          A    For the record, I'm opening the folder that

10     is Exhibit 4, and within that folder is my

11     engagement letter.  Try and comply with counsel's

12     request that I keep the order the same.

13         Q    The order isn't as important as making sure

14     what's in File 4 stays in File 4.

15         A    Ah, yes, okay.  Okay.

16              So I have in front of me within Exhibit 4 a

17     document dated September 27th of 2017 that is my

18     engagement letter in the matter.  It's entitled

19     "Consulting Services Agreement."

20         Q    Who retained you?

21         A    In Section A of my engagement letter, it

22     states (as read):

23                   Responsibility:  Party and law

24              firm are jointly and severally

25              responsible for full payment --

1              I'm going to interrupt myself.  I'm going

2        to move up to the preamble that says (as read):

3                      Jeff Sedlik (Sedlik) is hereby

4                  engaged by the above-listed party

5                  and law firm, jointly referred to

6                  herein as, quote, client, unquote.

7                  And then it goes on.

8              So, to answer your question, the above-

9        listed party is Brittney Gobble Photography, LLC,

10       and the above-listed law firm is Polasek,

11       Quisenberry & Errington LLP.

12       Q    Prior to your September 27th, 2017,

13       engagement in connection with this matter, had you

14       ever met Brittney Gobble or Johnnie Gobble?

15       A    No.

16       Q    Prior to your September 27th, 2017,

17       engagement in connection with this case, had you

18       ever met Mr. Quisenberry?

19       A    No.

20       Q    Prior to your September 2017 engagement in

21       this case, had you ever done any work for

22       Mr. Quisenberry's firm other than this case?

23       A    My history goes back 20 years, and through

24       the course of those 20 years, sitting here today, I

25       don't recall ever communicating with or being aware

Page 89

1    of that firm.

2              I would need to do some kind of review to

3    see if they had contacted me about another case in

4    the past, but I think not.

5              I think -- the first contact I had was

6    from -- was in relation to this case.  I was

7    unfamiliar with Brittney Gobble Photography and the

8    firm and Mr. Quisenberry at that time.

9         Q    Before Mr. Allen became involved in this

10   case, had you ever worked with him before?

11        A    I had been retained by -- yes.

12        Q    How many times?

13        A    I'm going to have to just think out loud

14   here.  I had been retained as an expert in a matter

15   that's listed in my cases; I believe it's

16   "Photographic Illustrators Corporation v. Sylvania"

17   or "Osram."  And a case, "Navarro v." -- "Procter &

18   Gamble."  Mr. Allen was one of the attorneys, not

19   the lead attorney working on that case.

20             Can you just restate the question?  I just

21   want to make sure that I precisely answer exactly

22   what you ask because I was doing a little thinking

23   there.

24        Q    Before Mr. Allen became involved in this

25   case, had you ever worked with him before?

1       A     "Photographic Illustrators Corp.," "Navarro
2    v. Procter & Gamble."
3              And when you say "worked with him," it
4    would have been I was retained by a firm at which he
5    worked and he was on the case.  But those are the
6    two that I can recall sitting here at the moment.
7       Q     Are you currently working on any other
8    matters with Mr. Allen other than this case?
9       A     Yes.
10      Q     How many?
11      A     I'm going to again have to just go through
12   my head and remember; so I can't count them without
13   recalling the cases.
14             So there's only "D'Pergo v. Sweetwater."
15      Q     So that's one?
16      A     I think that's one.  I had to think --
17   think it through for a second.
18      Q     Have you issued your report in that case
19   yet?
20      A     Yes.
21      Q     How did you get involved in this case?
22      A     I was retained by Mr. Quisenberry -- or
23   Quisenberry; I'm not sure how to say it -- on a case
24   that was the -- the Gobbles were the plaintiff
25   against WENN, W-E-N-N.  And then, along the way, I

1    was asked to work in this matter.

2        Q    Now, the prior case, which is "Gobble" --

3    we'll call it "Gobble v. WENN," the Tennessee

4    case -- is it okay if we just refer to that as "the

5    Tennessee case"?

6        A    Okay.

7        Q    Prior to the Tennessee case, you previously

8    said you'd never worked with Mr. Quisenberry or his

9    law firm; so how did you and Mr. Quisenberry become

10   connected?

11       A    Oh.  That I don't know.  My -- people

12   contact me and ask if I have served as an expert or

13   would like to serve as an expert or -- or what have

14   you.  And that's likely how I became involved in the

15   case, an inquiry from Mr. Quisenberry.

16       Q    Have you or anyone on your behalf ever

17   monitored copyright cases that have been filed and

18   then contacted lawyers involved in those cases

19   seeking to be retained?

20       A    Yes.  When time permits, either myself or

21   my ex-employee Pam Gligoriu I mentioned before would

22   look through copyright cases that relate to

23   photography and -- and it was primarily Pam -- and

24   would reach out to those -- oftentimes, when the

25   case is filed, there's just the plaintiff's attorney

```
 1    listed.  So it depends on when we see that case.

 2                There's -- there's too many cases to

 3    monitor and contact all -- you know, all attorneys

 4    for all litigation related to copyright.  Obviously

 5    we don't have the time to do that.

 6                But oftentimes the first attorney that's

 7    listed, if -- if Pam would have seen that, she was

 8    directed to send an email to that party with my --

 9    oftentimes with my CV to ask if -- you know, to --

10    to -- to describe my capabilities and experience and

11    to suggest that if they need an expert, they can

12    contact us.

13       Q    Is that how you became involved in the

14    Tennessee case?

15       A    I really don't know, Counselor.

16       Q    Did either you, Pam, or some entity that

17    you were involved in subscribe to a service that she

18    would review their materials to find these new

19    cases?

20       A    I subscribe to PACER.

21       Q    Now, PACER, you have to go in and do

22    searches; right?

23       A    Yeah.

24       Q    Other than PACER, do you now or in the past

25    have you ever subscribed to a service that would
```

```
 1        give you emails or other types of information about

 2        newly filed copyright cases?

 3             A     Yes.

 4             Q     What was that service?

 5             A     Just to differentiate, your first question

 6        was did we, to be involved in this case, and your

 7        second question is different; is that correct?

 8             Q     Second question is different.

 9             A     Yeah, okay.  Then I understand it.

10                   LexisNexis.

11             Q     And tell me what information you would

12        receive from LexisNexis.

13             A     List of copyright cases.

14             Q     Do you still subscribe to that service?

15             A     I do, but I'm in the process of terminating

16        it.

17             Q     When did you first subscribe to that

18        service?

19             A     Year, year and a half ago.

20             Q     Prior to a year or a year and a half ago,

21        did you subscribe to another service that provided

22        similar information?

23             A     No.  I mean, we might get emails from The

24        Copyright Alliance or Library of Congress or legal

25        publications that talk about new cases that pop up.
```

1     Or I might see something in the news or what have

2     you.

3              And -- but the answer is no, I didn't -- to

4     my knowledge, I didn't subscribe to anything other

5     than, like, an email subscription.  We used PACER

6     until very recently, like within the last two years.

7     And as I said, I'm terminating LexisNexis; it's just

8     useless.

9        Q    You -- you mentioned Pam -- what's her last

10    name, Gregariu?

11       A    Gligoriu.

12       Q    Gligoriu?

13       A    Yes.

14       Q    I'm going to call her "Pam," if that's okay

15    with you.

16       A    Okay.

17       Q    Was Pam your personal employee, or did she

18    work for PLUS?  I don't remember.

19       A    She worked for PLUS and my company.  PLUS

20    could not afford or I couldn't justify having a

21    full-time person.  So she would -- for PLUS, I could

22    not afford -- PLUS could not afford to have a

23    full-time administrative person; there's not that

24    much administration.  So I offered up the board to

25    cover her salary personally for the time that she

 1    wasn't working on PLUS.

 2            So the answer is she worked for both; she

 3    worked 15 minutes for one company and 30 minutes for

 4    the other company and what have you, back and forth,

 5    and tracks that time and then she's written two

 6    separate paychecks.

 7        Q    Other than Pam reaching out to lawyers in

 8    cases, have you personally reached out to lawyers in

 9    cases seeking to become involved in those cases?

10        A    Yes.  And I should also say that when Pam

11    has done it, she does it as me from my email

12    account.

13        Q    And now my question is very specific:  It's

14    whether you personally have done that?

15        A    Yes.

16        Q    How many times?

17        A    I don't know.  I don't count the times.  If

18    I have quiet time at the end of the day, usually

19    that's 1:00 or 2:00 in the morning when I've

20    finished work, and I can spend an hour going over

21    cases that have come out, then I will occasionally

22    go through it.

23            And it's not really systematic in any way;

24    perhaps it should be, but I'm very busy with other

25    things.  And so I don't -- I'm not aggressive in

1     promoting myself as an expert.  I'm busy with other

2     things.

3               But I do, when I see a case come up that I

4     think is interesting from a copyright perspective or

5     that I -- where I think my expertise would be of

6     benefit to allowing the parties and the Court to

7     better understand the situation, then I will contact

8     them.

9          Q    Do you know what an expert witness service

10    is?

11         A    I mean, "expert witness service" can mean

12    all kinds of things.

13         Q    What does it mean to you?

14         A    It can mean a company that offers education

15    to experts.  It can mean a company that has experts

16    who are its employees or any kind of contractors.

17    It can mean a company that acts as a directory and

18    takes inbound calls and emails and then, you know,

19    participates in vetting the expert and matching up

20    the expert with the client.

21         Q    Let's talk about that latter type of expert

22    witness service.

23              Okay?

24         A    Yes.

25         Q    Are you listed with any of those types of

```
 1        expert witness services?

 2             A     I'm sure that I am, but I couldn't tell you

 3        which.  That could be found with a Google search.

 4        But I directed Pam to make sure that if somebody was

 5        looking for me or was looking for an expert with my

 6        type of expertise that I could be found.  And I

 7        authorized her to spend -- I think a thousand

 8        dollars a year or something like that -- I don't

 9        know the amount -- if there's a charge for listing.

10             And that's in total, you know, throughout

11        multiple listings.

12             Q     And in fact, sir, you have paid to be

13        listed with these types of expert witness services;

14        correct?

15             A     Again, I'm not closely monitoring that.

16        I -- I have paid, but I have not initiated or done

17        the research.  In other words, the end result is

18        that Pam, if she's done what I've asked her to do,

19        would have found companies and uploaded my

20        information and paid using my credit card.

21             Q     Now, those payments have to be made

22        annually, don't they?

23             A     I do not know.  But I would assume

24        annually, quarterly, monthly -- I do not know.

25             Q     And you are aware, sir, that you have paid
```

```
1    numerous expert witness services to be listed with

2    them, aren't you?

3        A    What does "numerous" mean?  I think I've

4    paid one or maybe two, and others are -- offer free

5    listings.  And still others, there's -- there's

6    quite a few services that go out, take expert

7    witnesses' names and contact information from

8    various sites and put it on their own site without

9    contacting the witness, and then accept calls and

10   emails and route those inbound inquiries to other

11   experts.  And that is problematic.

12           But I think maybe one or two, one being --

13   I don't -- I don't know the names, actually, because

14   I'm not really paying attention to that.

15           MR. MARDER:  Let's go ahead and mark that,

16   please.

17           MR. ALLEN:  Is this 11?

18           MR. MARDER:  That's what my records show.

19           THE REPORTER:  Yes.

20           (Whereupon, Defendants' Exhibit 11

21           was marked for identification by the

22           Court Reporter.)

23   BY MR. MARDER:

24       Q    Please take a look at Exhibit 11.  And just

25   to move things along, expert -- excuse me,
```

1     Exhibit 11 appears to be a printout from a website

2     with a URL on the bottom of the first page for a

3     company called ALM Experts; is that correct?

4          A     Yes.

5          Q     And it has your name and contact

6     information on the front page; is that correct?

7          A     Yes.

8          Q     How much did you pay ALM experts to be

9     listed with them?

10         A     I have no idea.  I limited Pam to a budget

11    of a thousand dollars a year for all expenses having

12    to do with expert promotion.  So I would assume that

13    she did not exceeded the budget, but I don't really

14    check.

15               Currently, she's my bookkeeper.  She

16    makes -- you know, she works remotely as a

17    freelancer and pays my bills and runs on autopilot

18    because she's -- she started working for me in 2001.

19    So I don't think about day to day, and I don't think

20    about things like this.

21         Q     Looking on Exhibit 11, do you see about

22    two-thirds of the way down, three lines below your

23    name is a URL of www.photographyexpertwitness.com?

24    Do you see that?

25         A     Yes.

1      Q    Do you recognize that website address?

2      A    Yeah.  That's a domain that I own.

3      Q    That's what?  I didn't hear you.

4      A    That is a domain that I own.

5      Q    When did you register that domain name?

6      A    I do not know.  Some time ago.  I do know

7   that I don't put any effort into it; it's just a

8   text site with information about my requirements on

9   it.  I tried -- in a moment where I had free time on

10  a weekend, I created a WordPress version.  And I

11  don't know if I actually moved the site into that

12  WordPress version or what have you.

13         But it is one embarrassing thing about me,

14  is my poorly designed expert witness website.  I

15  just do not have and don't expect to have the time

16  to put any effort into it.  I don't believe I've

17  touched it in quite some time.

18         MR. MARDER:  Let's mark that, please.

19         (Whereupon, Defendants' Exhibit 12

20         was marked for identification by the

21         Court Reporter.)

22  BY MR. MARDER:

23     Q    Please take a look at Exhibit 12.  That's a

24  two-page exhibit on the front and back.  Again, I'm

25  trying to save the trees.

1          Do you recognize Exhibit 12?

2     A    It looks like a printout from my website,

3    and it does say "Copyright Jeff Sedlik 2010."  I

4    don't know that I've been to the site since -- that

5    was nine years ago.

6          Usually I'm pretty buttoned up about all my

7    public-facing appearances, but I'm not really

8    focused on my expert witness.

9     Q    Why did you create the website

10   www.photographyexpertwitness.com?

11    A    So that I could work on cases that -- if I

12   have an opportunity to work on cases that were of

13   interest, whether for plaintiff or defendant, where

14   I could bring my expertise to bear, that's all.

15   Otherwise, nobody could find me.

16    Q    Please take a look at Exhibit 13.

17         (Whereupon, Defendants' Exhibit 13

18         was marked for identification by the

19         Court Reporter.)

20   BY MR. MARDER:

21    Q    And again, just to move things along,

22   Exhibit 13 appears to be a printout from a website

23   from expertpages.com, and it has your name on the

24   first page; is that correct?

25    A    Yeah.  I'm not really familiar with this

Jeffrey Sedlik                                          November 13, 2019

Page 102

1     entity.

2          Q    Now --

3          A    I do -- I'm sorry to cut you off there.  I

4     see that it's got the wrong address on there, and I

5     think we moved in 2006, we established.

6               So Pam, when she left for the other

7     company, probably stopped updating things.  And I

8     certainly am not monitoring.

9          Q    Now, where it says "About the Expert," do

10    you see that language?

11         A    Yes.

12         Q    That information is actually created by the

13    expert witness and given to the service; correct?

14         A    I don't know that.  As I mentioned a few

15    minutes ago, some of these sites just go grab

16    experts' information and make listings and post them

17    and then pass that work along to other experts.

18              They create a form on their page that --

19    through which people can express interest in hiring

20    the expert and then goes to -- goes to the service

21    and they pass the work along to whoever is paying

22    them, I suppose.  I don't know.

23         Q    So is it your testimony here today that the

24    first sentence under the heading about the expert

25    which begins, "The leading consultant and testifying

1    expert witness" -- is it your testimony you did not

2    draft that sentence or have somebody draft that on

3    your behalf?

4        A    Let me just look and see if it's from my --

5    one of my -- let me just see here, from this website

6    here.  Copyright licensing.  Let's see.

7             Well, there it is, so it's -- it's from the

8    first paragraph of my website:  Copyright,

9    licensing, contracts, business practices, industry

10   standards.

11            So -- I mean, I wrote the text that's on my

12   website, or one of my employees did, but I would

13   take responsibility for it.  And that same text ends

14   up on ExpertPages.  And either this is one of the

15   sites that Pam put it on, could be a free site,

16   could be a paid site.  Could be a paid site that has

17   free listings.  And that looks like a copy/paste to

18   me, except for the words "deleting."

19       Q    Sir, my question to you is -- is very

20   narrow.

21            My question is, the first -- let me

22   rephrase it.

23            The heading that says "About the Expert" on

24   Exhibit 13 -- do you see that?

25       A    Yes, sir.

1        Q    Do you see the paragraph below that?

2        A    Yes, sir.

3        Q    My question is very narrow:  Either you

4    drafted that and provided it to ExpertPages or

5    someone drafted that and provided it to ExpertPages

6    on your behalf; correct?

7        A    Sounds like you're ignoring my testimony.

8        Q    No, sir.  I want to make sure I understand

9    your answer, because you haven't answered the

10   question.

11       A    You asked me that question, and my

12   response, with all due respect, was that it --

13   expert sites take content from expert -- I mean,

14   expert services or sites that act as directories

15   take content from experts' own websites, copy it

16   without permission, create listings for those

17   experts, and then reroute those inbound calls to

18   others.

19            So I don't know where this came from, but

20   it appears to be word for word what is on my

21   website.

22            So I drafted what is on my website, or an

23   employee drafted it.  And my testimony was that

24   either ExpertPages went to my site and took it and

25   put it on their site, or it could be a site that Pam

Page 105

1    submitted my information to.

2            I don't know the -- so I don't know which

3    one of those things occurred, but it is rather

4    nefarious what some of these sites do.

5            (Whereupon, Defendants' Exhibit 14

6            was marked for identification by the

7            Court Reporter.)

8    BY MR. MARDER:

9        Q    Please take a look at Exhibit 14.  And I

10   want to direct you to the web address down in the

11   lower left corner of Exhibit 14.

12           Do you see that?

13       A    Yes.

14       Q    What is the website address on the bottom

15   of the front page of Exhibit 14?

16       A    Professorjeffsedlik.com.

17       Q    And do you own that website?

18       A    I own that domain.  The website is

19   published on that domain through an internet service

20   provider.

21       Q    And it was created by you or someone on

22   your behalf?

23       A    Yes.

24       Q    By the way, do you have an office in

25   New York?

1      A    I have.  At the moment I -- I have a phone

2    number that rings in Los Angeles, but I had a

3    photography studio in New York, and it rings here

4    when I'm here and then it rings to my cell phone

5    when I'm in New York.  I'm in New York quite a bit.

6      Q    Now, you just testified that you had a

7    photography studio in New York.  My question is a

8    little bit different.

9           My question is, as you sit here today, do

10   you have a photography studio in New York?

11     A    Beginning of my answer was that I had and I

12   do not have today an office in New York.  Although,

13   when I'm in New York, I either use friend's offices

14   or what have you.

15     Q    And do you consider an office the same

16   thing as a studio?

17     A    Usually a studio has an office in it.  I

18   have -- running four or five different businesses

19   simultaneously, and everywhere is an office to me,

20   my home, my place here, my place in Greece, I have

21   an office there.

22     Q    So let me go back to my question.  My

23   question was not about an office, but my question

24   was whether you had currently -- my question was

25   whether you currently have a photography studio in

1    New York?

2         A    No, I don't have a photography studio --

3         Q    Have you ever had a photography studio in

4    New York?

5         A    I've shared photography studios in

6    New York, multiple photography studios, but

7    primarily New York photographers rent studios.  That

8    would extend in my experience to 98 percent of the

9    professional photographers in New York.

10             And so I rent studios when I'm in New York

11   or I would rent studios when I need to shoot in

12   New York.  Otherwise, I use office or desk space of

13   friends and associates.

14             (Whereupon, Defendants' Exhibit 15

15             was marked for identification by the

16             Court Reporter.)

17   BY MR. MARDER:

18        Q    Sir, do you have a profile on LinkedIn?

19        A    I do.

20        Q    Please take a look at Exhibit 15 and let me

21   know if that is a printout of your profile on

22   LinkedIn?

23        A    I haven't looked at it recently.  That is

24   one of my photographs that's at the top, and that's

25   a photograph of me, and I don't recall placing

1    either one of those there, but maybe Pam did.  But

2    this appears to be a copy of my LinkedIn profile.

3    And it is dated 11/6/2019; so it would have been

4    printed recently.

5         Q    I have a couple questions about this.  I

6    just need a little clarification.

7              Do you see under "Experience"?

8         A    Yes.

9         Q    And do you see "PLUS Coalition, Inc."?

10        A    Yes.

11        Q    And below it it says "33 years"?

12        A    Yeah.  I don't know where that's coming

13   from.

14        Q    And then do you see below that, it says

15   that you were the president of the PLUS Coalition

16   from 1986 to present?

17        A    Yeah.  I don't know what that -- where

18   that's coming from either.  It's not something we

19   would have entered.  But I do know, for example,

20   that the incorrect logo shows up on our LinkedIn

21   page and information frequently seems to get

22   scrambled.

23             But PLUS Coalition was founded in 2004.  I

24   started working on the concept for PLUS Coalition in

25   1998, but I was not then an employee of the PLUS

1    Coalition.  But my involvement goes back to 1998.

2              Where it says president, that could apply

3    to my photography company.  In fact, I do think that

4    what's missing from this printout -- it just hasn't

5    printed out correctly -- are the names of the

6    companies that go with each one of these things.

7              You might visit my LinkedIn profile and let

8    me know.  I say that because oftentimes when you

9    print out a web page, it scrambles the information.

10   Q    And then, below that, sir, is an entry

11   which says "President, Sedlik Consulting and

12   Copyright Expert Witness Services."

13             Do you see that?

14   A    Yes.

15   Q    What is that entity or organization?

16   A    It's not a separate business entity.  I'm

17   curious to see what it actually says on my LinkedIn

18   page online because I don't want to rely on this

19   representation here.

20   Q    You've never heard of Sedlik Consulting and

21   Copyright Expert Witness Services?

22   A    No.  I'm saying it says 1990 to present,

23   and I'd like to know, that time frame, is that

24   connected actually on LinkedIn with the text above

25   it, or is this an inaccurate representation?  I

Page 110

1      don't know the answer to that question.

2          Q    So we have a laptop here at the table that

3      is connected to the internet.  So I'm going to turn

4      this toward you.

5               Do you see the -- the web page that's in

6      front of you on the laptop?

7          A    I do.

8          Q    And does this appear to be a LinkedIn page?

9               We're going to take it step by step; so...

10         A    Yeah, yeah.  It does appear to be a

11     LinkedIn page.

12         Q    And do you see the web address at the top?

13         A    Yes.

14         Q    Does the web address at the top of the web

15     page on the screen that we're looking at match the

16     URL, the website page on the bottom of Exhibit 15?

17         A    Yeah.  But it's quite different in

18     appearance.

19         Q    I didn't ask you that.  I asked if the --

20     if it matches, if it's the same URL address?

21         A    My bifocals miss that range, but --

22         Q    Let me pull it closer to you.

23         A    Okay.

24         Q    Yeah, I have the same issue with glasses.

25         A    Okay.  Yeah, it does match.

1      Q    It does match?

2      A    The URL matches.

3      Q    And do you see the picture at the top?  Not

4    your picture but the picture at the top?

5      A    The profile picture or whatever you might

6    call it.

7      Q    Not your profile picture, but there's a --

8      A    Banner.

9      Q    Rectangular -- banner, thank you.  I

10   couldn't think of the word -- there's a rectangular

11   banner picture at the top.

12          Do you see that?

13     A    Yeah.  I'm not sure why that's there.

14     Q    Do you recognize that picture?

15     A    I took that photograph somewhere in London

16   for an editorial client within the last three years,

17   and -- or within the last two years, and I don't

18   recall putting it on this page.

19          I believe I put it on my Facebook profile,

20   and perhaps somehow there's a connection between

21   LinkedIn and Facebook and it's ended up over here

22   or --

23     Q    Where have you ever heard that LinkedIn

24   pulls information from Facebook to populate a

25   LinkedIn profile?

Page 112

```
1        A     Well, are they -- are those companies
2    connected?
3        Q    I'm asking you, sir, where have you ever
4    heard that or read that?
5        A    I'm just saying -- my testimony stands for
6    what it is.  I posted this picture to my Facebook
7    page, and I don't know the relationship, if any,
8    between LinkedIn and Facebook.  You know, Facebook
9    and Instagram are connected.  And also, when you
10   post your -- a profile picture in one place, it
11   starts showing up on many other places as kind of
12   a -- whatever that word is -- avatar for you, even
13   on companies that aren't connected.
14            So...
15       Q    That wasn't my question though.  My
16   question was -- was a little different.
17       A    Okay.
18       Q    My question was, where have you heard or
19   read that LinkedIn pulls information from Facebook
20   to populate LinkedIn profiles?
21       A    I didn't say that I had heard that.  I said
22   that I posted that image on Facebook, and now it's
23   on LinkedIn and I don't really know how it's ended
24   up there.
25       Q    And then the profile picture on the web
```

```
 1     page, the LinkedIn page that we're looking at on the
 2     screen, matches the one on the printout of
 3     Exhibit 15, doesn't it?
 4          A    Yeah.  And my Facebook profile picture.
 5          Q    And let's scroll down a little bit to where
 6     it says "About."
 7               Do you see that?
 8          A    Yes.
 9          Q    Can you read the "About" section on the
10     screen in front of you, please.
11               Out loud.  Move it closer for you.
12          A    (As read):
13                    Jeff Sedlik is a photographer,
14               director, educator, publisher, and
15               consultant.  He's a leading expert
16               on image licensing, copyrighting,
17               and the business of photography.
18               Sedlik is president of the PLUS
19               Coalition, past national president
20               of the APA.
21                    Recognition:  2005 IPC
22               Photography Industry Leadership
23               Award; 2006, Photo Media Photography
24               Person of the Year; 2007, APA
25               Industry Advocate of the Year; 2008,
```

1              Honorary Master's Degree for

2              Professional Achievement, Brooks

3              Institute; and then CLIO, C-L-I-O,

4              Ozzie, O-z-z-i-e, Creativity Award;

5              Art Director's Club; Communication

6              Arts (10); One Show PDN/Nikon; One

7              Show again; "Art Direction"

8              Magazine.

9              And then specialties are listed below.

10        Q    And that information appears to be

11   accurate; correct?

12        A    Yes.

13        Q    Now, let's scroll down on the laptop page

14   to look at where it says "Experience."

15             Do you see that?

16        A    Yes.

17        Q    And the first entry says PLUS Coalition

18   Inc.; correct?

19        A    Yes.

20        Q    And what's it say right below it?

21        A    It says "33 years."

22        Q    And that matches Exhibit 15; correct?

23        A    It does, yeah.

24        Q    And now let's go down to the bottom under

25   "Experience" under PLUS Coalition, and it says

Jeffrey Sedlik                                                    November 13, 2019

Page 115

1     "President"; correct?  "1986 through present,

2     33 years, Los Angeles, California," on the screen.

3          Did I read that correctly?

4     A    Yeah.  I can see that there's a problem

5     here with some corruption of their database.  For

6     example, the logo on the left is not my logo,

7     S-e-d-l; it's some other company's logo that neither

8     myself nor anybody employed by me nor anybody ever

9     working for me associated with this LinkedIn page.

10    Q    What information do you have that LinkedIn

11    databases have ever been corrupted?

12    A    That's a corrupt database right in front of

13    you.

14    Q    Other than that?

15    A    The other information there is not -- would

16    not be information that I would have entered or that

17    anybody working for me would have entered.  For

18    example, 33 years at the PLUS Coalition.

19    Q    So other than what's on the screen in front

20    of you, put that aside, what other information have

21    you obtained that LinkedIn's database has ever been

22    corrupted so that it shows incorrect information on

23    the computer?

24    A    I don't have any other information other

25    than I'm looking at a logo that's not mine, never

```
 1      been associated with my account, and is, as the
 2      result of database corruption, showing up on my
 3      account.
 4          Q    So is it your testimony, sir, that if we
 5      were to send a subpoena to LinkedIn and obtain the
 6      IP address where the information came from to create
 7      this LinkedIn address, it would not come back to a
 8      computer that you owned or had access to at the
 9      time?
10          A    It would -- first of all, knock yourself
11      out on that subpoena.
12               Secondly, I would have entered that I began
13      working for PLUS in 2004; I would not have entered a
14      date that was -- that would result in some kind of
15      33-year thing.
16               Certainly my business, when I started doing
17      business, would have been back then as a
18      photographer.  But I would not, did not, have not
19      entered that information.  So it's showing up
20      incorrectly.
21               And if it were to show that I entered
22      information, it would not show that I entered
23      incorrect information; it would show that the
24      information that I entered is not accurately
25      represented on the LinkedIn page.
```

Page 117

1        Q    Now let's scroll down a little bit further.

2   And it says right below that (as read):

3                   President, Sedlik Consulting and

4              Copyright Expert Witness Services.

5              Did I read that correctly?

6        A    Yes.

7        Q    Have you ever heard of Sedlik Consulting

8   and Copyright Expert Witness Services?

9        A    When I work as a consultant, I -- my

10  company is called Sedlik Consulting, but it's not a

11  separate business entity; I just refer to it as

12  Sedlik Consulting.

13       Q    Well, even if it's not a formally created

14  entity, have you ever told anybody or written to

15  anybody that you are affiliated with Sedlik

16  Consulting and Copyright Expert Witness Services?

17       A    That is a title that I believe that I could

18  have entered.  I don't recall entering it, but it

19  accurately describes part of what I do, among my

20  many other business activities.

21       Q    Now, below that, it says "Professor,

22  ArtCenter College of Design."

23            Do you see that?

24       A    Yes, sir.

25       Q    And we talked earlier about your position

1    with the ArtCenter and how long you've been there.

2            Now, under ArtCenter College of Design and

3    the title "Professor," it says "January 1994 to

4    present."

5            Do you see that?

6        A    Yes.

7        Q    And by the way, we're referring to the --

8    excuse me -- to the -- the laptop in front of you;

9    correct?

10       A    Yes.

11       Q    Now, in 1994 you did not have the title of

12   professor at the ArtCenter College of Design, did

13   you?

14       A    No, I would not have had that title.  It's

15   my current title.  And in the interface for

16   LinkedIn, you enter the company that you work for.

17   It asks you when you started working for that

18   company and when you ended at that company, and it

19   asks you what your title is.

20       Q    What was your title at the ArtCenter

21   College of Design in January of 1994?

22       A    I don't know.  I earned that title along

23   the way, as I testified earlier.  I was probably

24   "teacher."  At least that's what the students call

25   me.

1      Q     Further down on your LinkedIn page, there's

2      an entry that says "Faculty, American Law Institute,

3      2016 to present."

4            Do you see that?

5      A     Yes.

6      Q     What is the American Law Institute?

7      A     They conduct CLE courses for attorneys and

8      I have been asked I think on three occasions to

9      teach courses.  And when they gave me my name badge,

10     they call me faculty, and when they address me, they

11     call me faculty.  So -- and I will continue to do

12     that when asked.

13           I do -- as part of what I do, I frequently

14     speak at law firms -- I'm sorry -- at law schools

15     and help -- and I'm a guest speaker in classes in

16     which attorneys are taught about copyright and

17     licensing, and that's what I speak on exclusively.

18     Q     How many classes or courses or seminars or

19     workshops, or whatever they may be, have you taught

20     for the American Law Institute?

21     A     I would have to check, but two or three in

22     those years.

23     Q     How long was each of those?  In other

24     words, how many minutes or hours?

25     A     They're usually -- oh, I don't know.  You

Page 120

 1    know, it's -- you can tell me how long the CLE
 2    courses are.  Are they a half day or three hours
 3    or --
 4         Q    It's --
 5         A    -- I --
 6         Q    -- for me to ask the questions.
 7         A    Yeah.
 8         Q    I'm asking you, with respect to the -- the
 9    classes, courses, workshops, whatever they may have
10    been, that you did for the American Law Institute,
11    how long was each one?
12         A    I'm not sure, Counselor.
13         Q    Do you hold any professional
14    certifications?
15         A    I'm not certain about that.  I know I've
16    taken courses, but I'm not certain actually about
17    certifications.  There are no certifications in
18    photography other than for portrait photographers,
19    who get, like, a little ribbon they can where and a
20    little plaque they can put in their window from the
21    Professional Photographers of America.
22              And so I'm not -- I'm actually not sure if
23    I have any certifications.  There -- I don't believe
24    so.  There is the chance that I do, that I've just
25    forgotten about it over the course of the years.

1      Q    Do you hold any -- I'm sorry, I didn't mean

2    to interrupt you.

3      A    "Over the course of the years," is what I

4    said.

5      Q    Do you hold any licenses today currently

6    other than a driver's license or an occupational

7    license?

8      A    By "occupational license," you're also

9    referring to, like, a business license?

10      Q    Exactly.

11      A    There are no licenses required in any of

12    the professions in which I'm involved; so no.

13      Q    Have you ever been the subject of any

14    disciplinary action or censured by any professional

15    organization?

16      A    No.  I do tend to anger the professional

17    organizations that I'm involved with because I speak

18    my mind and I try and do the right thing, but I've

19    never been censured or disciplined.

20      Q    Take a look at your CV, please, which we

21    have marked as Exhibit 2.  And please turn to the

22    section that is entitled "Selected Articles

23    Authored."

24      A    Yes.

25      Q    Do you see that section?

1           A    Yes, sir.

2           Q    The first entry on that says "ASMP,

3    Professional Business Practices in Photography,

4    2008," and then it says "contributing author."

5                Did I read that correctly?

6           A    Yes.

7           Q    That refers to a chapter in book that you

8    wrote for the ASMP; is that correct?

9           A    Yes.  The ASMP asked me to write the

10   chapter on photography licensing practices.  I wrote

11   that chapter, and I believe that it has gone into

12   later versions, but I haven't been asked to revise

13   it.  So, should they ask me, I would.

14          Q    How many pages was that book chapter?

15          A    I have no idea, Counselor.

16          Q    Next under that section, it says,

17   "United States House Judiciary Committee," and then

18   there's a title for work and date and other

19   information.

20               Do you see that?

21          A    Yes.

22          Q    "Orphan Works Dilemma" -- and do you see

23   that at the beginning of the title to the article?

24          A    Yes.

25          Q    Where -- does that have anything to do with

1    pricing for photography licensing?

2         A    The question is so broad, it's -- I mean,

3    yes.  The title has something to do with the

4    availability and identification of images and

5    therefore the pricing.

6              And I'm not trying to be smart in answering

7    your question; I'm just trying to carefully listen

8    to your words.

9              That -- it may be that pricing is -- and

10   value of images and copyrights is discussed in that

11   treatise.  But I would have to read it to find out.

12   And certainly there is an indirect relationship to

13   having works identified so that they can be licensed

14   so that people can pay.

15        Q    An orphan work is a -- an image that nobody

16   can identify who owns the copyright; is that

17   correct?

18        A    In part.

19        Q    And what's the other part?

20        A    So an orphan work can be an image for which

21   the copyright owner can't be identified.  It can be

22   an image for which the copyright owner can be

23   identified but is nonresponsive or their contact

24   information is incorrect or has passed away.  And it

25   can be -- you said "image," but -- and that's

1    certainly relevant to this case, but could be any

2    type of creative work.

3           Now you know I'm listening to your

4    questions intently.

5        Q    And I appreciate that.

6        A    An orphan work can be a work for which

7    information that would allow the identification of

8    the work, the author, or the owner, which can be

9    separate entities, to be identified.

10       Q    Now, moving down, it says "Photo District

11   News."  Do you see that?

12       A    Yes.

13       Q    How many pieces have you written for the

14   "Photo District News"?

15       A    I don't know.  I think it was a monthly

16   thing and it was unpaid, and they would contact me

17   when they received a question having to do with

18   licensing or negotiations or copyright or

19   registration, and I would submit a -- you know, a

20   column to them.  But I don't -- it was -- it was

21   quite some time ago.

22       Q    It was basically answers to reader

23   questions?

24       A    Answers to reader questions.  "Ask the

25   expert," you know?

1      Q     Now, below that, it says "In Focus."

2            Do you see that?

3      A     Yes.

4      Q     And what did you write for "In Focus"

5   magazine?

6      A     At the time I was the chair, I believe, of

7   the copyright or advocacy committee for the

8   Advertising Photographers of America.  I might have

9   started my contributions while I was the chair of

10   the Los Angeles chapter's committee handling

11   advocacy and then moved into the national -- you

12   know, they asked me to step up into the national

13   committee before they later made me president, and

14   in that capacity would write on topics to do with

15   copyright business, et cetera.  But that was in the

16   '90s.

17      Q     All of those were in the '90s?

18      A     I'm pretty sure they would be in the '90s.

19      Q     Below that, it says "Wraparound."

20            Do you see that?

21      A     Yes.

22      Q     When did you write for "Wraparound"

23   magazine?

24      A     "Wraparound" magazine was another --

25      Q     Let me stop you there.  Just focus on the

```
 1    question first.  We'll get to what it is.

 2             The question is, when did you write for

 3    Wraparound magazine?

 4    A    To my best recollection, 1999 through 2004,

 5    but I'm not certain about the years; I'm trying to

 6    get you in the ballpark.

 7    Q    Fair enough.  And that's all I needed for

 8    that.

 9             Now, please tell me what you wrote for

10    "Wraparound" magazine.  Not what the magazine is; I

11    want to know what you wrote for them.

12    A    I was the president of the organization at

13    the time; so I would have written the monthly or

14    periodic president's column addressing issues of the

15    day facing photographers.  And I would have either

16    written or participated in writing anything to do

17    with copyright or licensing or related topics.

18    Q    "Wraparound" was the monthly publication

19    for that particular organization?

20    A    I believe so.  And it went outside of that

21    organization as well.  It was -- and I don't know

22    that it was monthly for its entire existence.  In

23    fact, I think it started as monthly and went to

24    quarterly and existed for a while.

25             And then, when my presidency was over, I
```

Jeffrey Sedlik                                                  November 13, 2019

                                                                  Page 127

1      think it might have gone away.  But it was published

2      in partnership with a local entity.

3          Q    What organization published "Wraparound"?

4          A    I'm fairly certain that it was the

5      Advertising Photographers of America.  I've been

6      involved with a lot of different nonprofits.  That

7      one had "Wraparound" magazine.

8          Q    Below that, the next entry says "APA/LA

9      News" magazine.

10              Do you see that?

11         A    Yes.

12         Q    Now, just focus on my questions; I want to

13     walk through it step by step.  Okay?

14         A    Okay.

15         Q    When did you write pieces for "APA/LA News"

16     magazine?

17         A    Could have been -- could have been in the

18     period 1997, going backwards to 1988.

19         Q    And then "Photo Media," the entry below

20     that, "Get down to business," Fall 2000, do you see

21     that?

22         A    Yes.

23         Q    What publication was that?

24         A    It was a trade publication that existed for

25     quite some time, and I don't believe it currently

Jeffrey Sedlik             November 13, 2019

Page 128

1    exists.  But they asked me to write -- I mean, it
2    appears that they asked me to write an article in
3    fall 2000.
4         Q    You don't remember it, though?
5         A    I don't.  I mean, when I -- I could be more
6    organized about my articles, but essentially we have
7    a folder.  If I write something and we remember to
8    print it, it goes in that folder, and then that's --
9    this list was made for.
10        Q    The next entry says "IPTC Photo Metadata
11   White Paper 2007, Coauthor."
12        A    Yes.
13        Q    What was the subject of that white paper?
14        A    IPTC is an organization that maintains --
15   creates and maintains standards for information
16   associated with photographs, and this was an article
17   on the importance of that information.  It's
18   commonly called metadata, which means data about
19   data.
20             And I am on the IPTC's photo metadata
21   working group for many years and would participate
22   in writing white papers and participate in updating
23   their standards and whatever other work I can
24   perform.
25             And I also -- my nonprofit, the PLUS

1      Coalition, collaborates with IPTC, and they have

2      adopted our metadata fields for rights into the

3      global standard for expressing rights information.

4              And so I participate in part to make sure

5      that that's maintained and updated.

6      Q    Have you written any publications in the

7      ten years prior to your becoming involved in this

8      case?

9      A    I don't have any -- any publications in my

10     folder, and I can't recall writing, you know, an

11     article for a magazine or anything like -- or

12     writing a chapter of a book during that period.

13     Q    So -- now you've mentioned -- excuse me.

14             You've mentioned chapters to books and

15     articles and magazines, but there are other types of

16     publications; so I need you to think a little more

17     broadly than that.

18             Have you written any publications within

19     the ten years prior to when you were retained to be

20     an expert in this case?

21     A    Taking that out to its most broad, you have

22     Facebook posts.

23     Q    Other than Facebook posts.

24     A    Backing off of social media; right?

25             In my capacity as the president of the PLUS

1    Coalition, perhaps there have been emails that have

2    gone out to our members about this is what we're

3    doing.

4        Q    I'm not referring to emails.  I mean --

5    when I say "publication," we could be very

6    expansive --

7        A    Right.

8        Q    -- obviously.

9             But a publication would be something

10   written in a magazine, a book, a substantive blog, a

11   newsletter that goes out, a white paper, some sort

12   of academic paper, a document that is provided to

13   the government in support or opposition or to

14   educate the government on a position, things of that

15   nature.

16       A    Hmm.  I participate weekly in an informal

17   group called The Coalition of Visual Artists.

18   Doesn't -- they don't even want to accept a name,

19   but we call it that as a nickname.  We meet weekly

20   by phone.  And it's all of the different trade

21   associations representing photographers and

22   illustrators.

23            "All" is not the right word; it's many, and

24   it's the primary ones.

25            And we meet every week, and there are

1   frequently documents drafted in which I may suggest

2   edits, but I don't -- I haven't drafted the

3   documents.  I might say, "You should say this" or

4   "You shouldn't say that," or "Here is my comment on

5   this or that."

6           So I can't really call them authored, but

7   there would be occasions where my organization name

8   or even my name as its representative might get

9   added to the bottom of a document because I said you

10  should put this sentence in there.

11      Q    Can you identify any such publication?

12      A    Not really.

13      Q    Referring back to your CV, again, which is

14  Exhibit 2, please look down to the section titled

15  "Professional Societies."

16          Do you see that?

17      A    Yes.

18      Q    Now, we've already talked about your

19  position with the PLUS Coalition; so let's put that

20  aside for a second.

21          These other organizations, are any of these

22  by invitation only?

23      A    Well, I don't know what that means,

24  Counselor.  I'm not being silly.  I mean, like,

25  American Society for Collective Rights Licensing,

Page 132

1    I'm a founding director of the organization.  I was
2    invited to sit on the board, you know, several years
3    ago, and -- so I suppose I was invited.  People can
4    join the organization as a member but they are
5    invited to join.  I guess they could join without
6    being invited.
7        Q    Let me phrase it this way.  And you raise a
8    good point; the question was not precise enough.
9            There are certain societies, for instance,
10   that it's an honor to become a member.  And I'll
11   give you an example in my field, the American
12   College of Trial Lawyers you may have heard of.
13       A    Yes.
14       Q    To be a fellow of the American College of
15   Trial Lawyers is a distinguished honor.  You may
16   have heard.  One doesn't just write a check and
17   submit an application to become a fellow of the
18   American College of Trial Lawyers.  That's an
19   example.
20           There are honorary societies.  There are
21   organizations that will extend off invitations to
22   people because of their collective body of work over
23   years and bestow titles on them to join them.
24   Things like that.
25           There are other organizations where, for

```
 1       instance, if you have been in the business for a
 2       certain number of years and meet certain standards
 3       or certain -- certain qualification requirements,
 4       then you can join the organization.
 5                Follow me so far?
 6       A    I follow you.
 7       Q    Okay.  Are any of the organizations that
 8       you've listed under professional societies those
 9       types of organizations?
10       A    American Society of Media Photographers, I
11       had to go through a panel of review to join.  You
12       had to have been in business for such-and-such time
13       and they reviewed your work.  I don't know if
14       they're currently doing that; I've been a member for
15       a long time.  But there was a review to get into
16       that.
17                American Society of Picture Professionals,
18       I don't think they had criteria other than you had
19       to have a position in the marketplace -- or in the
20       industry.
21                Copyright Alliance, I was approached by The
22       Copyright Alliance and asked to join.  You don't
23       just join The Copyright Alliance; there are -- they
24       specifically asked me to come in and work on their
25       academic advisory committee and on their copyright
```

1    office modernization working group.  Invited in and

2    so attending those meetings and what have you.

3             PLUS Coalition we know.

4             So these other organizations you can join

5    as long as you're a professional in the industry.

6    But there are no certification agencies or -- the

7    types of organizations that you're speaking of,

8    there are none of those in the photography space.

9             And many of those in other areas, including

10   in the law, but probably not the ones that you

11   mentioned, are kind of faux.  They invite you, and

12   you pay them some amount to get listed in some book

13   or on some website so that you can use that title,

14   but it's not real.

15            But the ones that you mentioned are real;

16   I'm not making any comment on those.

17       Q    Have you ever had any of your opinions

18   become the subject of a Daubert challenge in court?

19       A    All the time.

20       Q    Have any judges or has any judge ever

21   excluded all or a portion of your opinions or

22   testimony in a case?

23       A    I've survived every Daubert challenge,

24   every motion in limine to exclude my testimony.

25   There was one time when I left a case because the

 1     client hired two experts with the exact same

 2     expertise to opine on the exact same topics.  And

 3     the judge didn't like that, and the defendant didn't

 4     like that.  There was a motion and the client said,

 5     "Which one of you wants to go?"

 6              And I said, "I'm out of here.  I have

 7     things to do."  So I left that case (indicating).

 8              But I've never been disqualified or

 9     anything like that.

10        Q    And I just want to make sure that I'm

11     clear.  And I understand the one case you mentioned

12     where the client said, "Expert A is going to testify

13     and not you" --

14        A    No.  The client asked me -- asked both of

15     us, which one wants to stay and which one wants to

16     leave.

17        Q    Fair enough.  So let's put that case aside.

18        A    Okay.

19        Q    My question is, has a judge ever issued an

20     order that even a portion of your testimony would

21     not be admissible in a case other than that case?

22        A    Didn't catch that part of your earlier

23     question, if it was in there.

24              So every judge has ruled that I am a

25     qualified expert and may testify in whatever case my

1    opinions have been challenged, without exception,

2    for every year that I've been doing this, despite

3    many challenges.

4            There was one client who -- "VHT v. Zillow"

5    is the case.  And I was asked to opine on contract

6    terms, and the opposing party challenged that,

7    because I'm not an attorney and it would be a legal

8    opinion.

9            The judge ruled that because of my

10   knowledge and expertise in image licensing that I am

11   competent to testify on the terms and conditions of

12   a contract.  But the judge, as part of that

13   ruling -- and I'm saying this because you said in

14   whole or in part -- as part of that ruling, he said

15   that I may not testify on the relationships between

16   real estate brokers and real estate agents.

17           I'm paraphrasing, but that was what I was

18   not allowed to testify about in the scope of things

19   that my client had me talking about.

20           Now, my client did have an expert from the

21   real estate industry participating, and I had not

22   opined on those contracts.  But as part of what the

23   judge ruled, that's what he ruled.

24   Q    Is --

25   A    Now, I can't remember everything, but

1      that's -- that's the one I remember.

2          Q    You don't remember any other instances

3      where that has taken place, where a judge has

4      excluded a portion of your testimony or ruled it

5      inadmissible?

6          A    The result of every one of these challenges

7      has been success in maintaining my testimony.  And

8      if there was some kind of broad success in a judge's

9      ruling and then some narrow exception that I can't

10     think of right now, it's possible it occurred, but I

11     can't recall that.

12         Q    Has anyone worked on this matter with you,

13     such as support staff or Pam or anybody else?

14         A    Pam would have assisted me billing.

15              I have people proofread my reports --

16     proofread for typos, not develop any opinions or

17     anything like that.

18              The assembly of the exhibits, usually

19     because it's at the last minute, is often done with

20     assistance.  But I draft everything, top to bottom.

21         Q    Got it.

22              Probably be a good time to take a break if

23     the food is here.

24              MR. ALLEN:  Yeah.  Let me check to see if

25     the food is here.

1             MS. BOUGHN:  I saw it walk in.

2             MR. ALLEN:  You did.  Okay.

3             THE WITNESS:  Hopefully it didn't have

4      legs.

5             MR. ALLEN:  Wow.

6             THE VIDEOGRAPHER:  We're going off the

7      record.  The time is 1:18 p.m.

8             (A lunch recess was taken from

9             1:18 p.m. to 2:02 p.m.)

10            THE VIDEOGRAPHER:  We're now back on the

11     record.  The time is 2:02 p.m.

12     BY MR. MARDER:

13        Q    Mr. Sedlik, we are back from our lunch

14     break.

15            You ready to continue?

16        A    Yes, sir.

17        Q    All right.  Approximately what percentage

18     of your income is derived from litigation support or

19     litigation consulting?

20        A    I don't really track that, Counselor.  I

21     work for PLUS.  I have a publishing company.  I

22     license my photography.  I'm a licensing

23     representative for multiple photography estates.

24     And it all just blends in.

25        Q    Well, sir, you're aware that this is not an

Page 139

1    uncommon question in deposition litigation; correct?

2         A    Not an uncommon question.  I suppose.

3         Q    You've been asked this question before in

4    deposition in litigation, haven't you?

5         A    If you're saying, Counselor, that I should

6    dedicate the week prior to a self-audit to determine

7    what my revenue streams are and where they're coming

8    from, I don't have time for it.

9         Q    Well, let me put it this way:  In 2019, how

10   many cases have you been involved in as a consultant

11   or expert witness?

12        A    Where I've actually put any time in?

13        Q    Yes.

14        A    Three or four, maybe.

15        Q    And you brought with you today copies of

16   your invoices in this case; right?

17        A    Yes, sir.

18        Q    And I assume you issued those in other

19   cases; correct?

20        A    Different invoices.  I mean, but I don't

21   know if I've issued invoices in other cases.  Some

22   cases I put in an hour in three months.  Other cases

23   have me write reports.

24        Q    Whatever it may be --

25        A    Yeah.

```
 1        Q    -- you bill for your time; right?

 2        A    I bill for my time.

 3        Q    You expect to get paid?

 4        A    I hope to get paid.

 5        Q    All right.  And you filed your 2018 tax

 6    return, I assume?

 7        A    I did.

 8        Q    And did you take an extension or did you

 9    file in April?

10        A    I'm sure I filed on time.

11        Q    Did you file earlier in the year, or did

12    you file later in the year?

13        A    I -- I don't know, Counselor.

14        Q    Okay.

15        A    I filed my taxes; I don't like filing

16    extensions.

17        Q    I would assume you have a sense, roughly,

18    as to what your income was in 2018; is that correct?

19    Gross number?

20        A    Sitting here today, no, I do not.

21        Q    You have no idea in --

22        A    No.

23        Q    -- any idea?

24        A    No, no.

25        Q    Is that right?
```

Page 141

1       A    I do not have an idea.  And I actually

2   don't really pay attention to it.

3       Q    And you haven't had to list what your

4   income was in 2018 on any form?

5       A    No, no.

6       Q    So you can't even estimate a rough

7   percentage that you think your litigation support

8   business constitutes of your overall income?

9       A    I do not pay attention to it, nor do I know

10  how much my wife makes.  She's an award-winning

11  costume designer.

12      Q    I didn't ask you about what your wife

13  made --

14      A    I know.  I'm just telling --

15      Q    -- I'm asking about you.  Hold on.  Hold

16  on.  Let me finish.  Just want to make sure Paula

17  gets down everything we say.

18      A    Okay.

19      Q    My question has nothing to do with what

20  your wife makes.  Okay?  I'm talking solely about

21  you.

22           Is it your testimony here today that you

23  can't even provide us a rough estimate of the

24  percentage of your income derived from litigation

25  consulting or litigation support?

Page 142

1        A    That's right, because it's all done under

2    Jeff Sedlik Photography, and I don't pay attention

3    to it.

4        Q    Is Jeff Sedlik Photography an entity?

5        A    Sole proprietorship.

6        Q    Specifically what classes have you taken at

7    any time during your life that related to how much a

8    photography license should cost?

9        A    I don't know.  I teach those classes.  I

10   don't know about taking those classes.

11            I've issued thousands upon thousands of

12   licenses and I represent multiple estates where I

13   negotiate daily licenses to news organizations,

14   licenses to publishers, licenses to all sorts of

15   entities.

16            And I was the president of the Advertising

17   Photographers of America where I had regular

18   interaction with groups of photographers, talking

19   about how much they charge and how they determine

20   how much they're going to charge, and under what

21   circumstances they charge more, under what

22   circumstances they charge less, the value of their

23   licenses.  It's just my area of expertise.

24        Q    We'll get to all of that.  I'm taking it

25   little pieces at time.

Jeffrey Sedlik                                    November 13, 2019

Page 143

1          The question was what classes have you

2     taken dealing with that subject?  We'll talk about

3     all the rest soon.

4          A    I don't know of any classes that I could

5     take where I would learn something from somebody

6     else that I don't already know about licensing.  Not

7     to sound egotistical, but that's just the case.

8          Back in school I took business classes.  I

9     took a business curriculum at the University of

10    California at Santa Barbara, followed by taking

11    business and licensing classes at the ArtCenter,

12    similar to those I teach now.

13         And then, since that time, I have likely

14    attended workshops or symposia or seminars where

15    pricing is discussed, including pricing by stock

16    agencies, pricing by photographers, licensing

17    practices, that sort of thing.  But I don't --

18    there's no course for me to go take.

19         Q    Can you name any of those workshops or

20    symposia that you've mentioned that you may have

21    attended?

22         A    Well, certainly I have attended the

23    conferences for the DMLA, Digital Media Licensing

24    Association.  It used to be called the Picture

25    Archive Council of America for many years.  I wasn't

Page 144

1    able to attend this year, but for many years I've

2    attended those.

3            I've also spoken on licensing and licensing

4    practices at those and sat in on panels at those.

5    The Photo Expo -- Photo Plus Expo, which has nothing

6    to do with the PLUS that I work for, is the annual

7    convention of photographers, which I attend and

8    typically teach seminars at.  But I have sat in on

9    my peers' presentations.

10           The Strictly Business seminar series or

11   event that was put on by the American Society of

12   Media Photographers, I was one of the presenters,

13   but in addition I sat in on the presentations of

14   others to listen to their perspectives.

15           The CEPIC, C-E-P-I-C -- forgetting what it

16   stands for -- is the equivalent of the DMLA but in

17   Europe.  I have attended those annually except for

18   this year and last year, and there I attend seminars

19   on licensing where pricing is mentioned.

20           But -- I gained my expertise in the

21   mid-'80s and the '90s, and then after that day to

22   day working in licensing, both in my own business,

23   assisting others with their licensing, and acting as

24   a licensing representative.  Long-winded answer.

25       Q    Let me go back to my question, though, and

1    I appreciate all that.  And the question is not

2    where did you develop all of your expertise, and

3    it's not all of the conferences that you attended.

4    The question is more narrow.

5            The question is, name the courses or

6    workshops or lectures that you attended that

7    discussed how to value photography licenses.

8      A    I think your question was -- included

9    conferences.

10     Q    I've just asked you a question, and I can

11   read it back to you --

12     A    You said, "The question was," and you

13   referred to your earlier question, which was name

14   the conferences that you have attended, and I named

15   those conferences.

16     Q    That was part of a question where I'm

17   trying to get you to focus on the courses or

18   lectures that you attended.  So let me phrase the

19   question.  Okay?

20           Name the courses or lectures that you have

21   attended that directly discussed how to value

22   photography licenses?

23     A    I stick to my previous answer:  I can't

24   name an actual -- names of the events, although some

25   of them might be listed in my CV; I'm not sure.

Page 146

1          In addition to those, I should say that the

2     Copyright Office and the Patent Office and the

3     Department of Commerce have me come in to speak at

4     events on the use of technology and global -- in the

5     global licensing environment where licensing and

6     pricing is discussed.  I'm a presenter but I also

7     sit through two days of -- one or two days of

8     presentations each time; I learn quite a bit there.

9          And then the Copyright Technology

10    Conference, we also discuss -- I present there; I'm

11    a moderator and a panelist there, but we also

12    discuss pricing issues related to photography.  I

13    just can't recall names of events going back, even

14    to last year, like the name of the actual panel or

15    something.  If you're asking that, I can't -- I

16    don't know it unless it's in my CV.

17       Q    Have you ever taken any courses in

18    economics?

19       A    Yeah, full slate of them at the University

20    of California at Santa Barbara, macroeconomics,

21    microeconomics.

22       Q    Since you received your college degree,

23    have you taken any courses in economics?

24       A    No, sir.

25       Q    What was your degree in?

1     A     My degree was a BFA in photography.

2     Q     A BFA -- bachelor of fine arts?

3     A     Correct.

4     Q     And who was that issued by?

5     A     ArtCenter College of Design.

6     Q     Is that the only degree that you have?

7     A     I have a master's of fine arts from the

8     Brooks Institute of Photography, which was awarded

9     for lifetime achievement in the craft.  It's not

10    something that I attended school for, but they

11    select photographers -- or they used to select

12    photographers based on their mastery of the craft

13    and business of photography and award master's

14    degree based on that.  And I have that.

15            I attended the University of California at

16    Santa Barbara so that I could satisfy the academic

17    requirements of a bachelor's degree, because at the

18    time the ArtCenter College did not offer those

19    academic courses; so it was a requirement to attend

20    somewhere else first.

21    Q     And that's to get your BFA?

22    A     In order to get the bachelor's you have to

23    have -- you have to satisfy the state's academic

24    requirements, which ArtCenter did not offer.

25    So they -- now they do have the full slate, but

 1      previously you had to go somewhere else first, for

 2      the first 60 years of the organization.

 3           Q    Have you ever been asked to peer review a

 4      publication?

 5           A    Yes.

 6           Q    What was the publication?

 7           A    One of them is called -- well, I'm trying

 8      to remember the names of books that I was asked to

 9      review.

10           Q    And I'm not talking about -- let me make

11      sure I'm -- we're clear, and I apologize for cutting

12      you off.

13                But when I say "peer review," I mean peer

14      review in the sense of prepublication reviewing of a

15      work --

16           A    Yes.

17           Q    -- not reviewing a book once it's

18      published.

19           A    Right.  The proposed text for the work

20      where the author or the publisher wants to contact

21      others to ensure the accuracy of the content of the

22      book.

23                One them is called -- I think it's "The

24      Photographer's Business Handbook" by

25      John Harrington, and I'm asked by the publisher to

Page 149

1    review that before it comes out.

2            And then there's another author, his name

3    is Ted Crawford, C-r-a-w-f-o-r-d.  Writes legal

4    texts related to the arts all the time, and I get

5    those with the request that I review and comment on

6    them.

7            The -- there's a couple more that I -- I'm

8    just having a difficulty remembering what they are,

9    but as new editions come out, I'm asked to review

10   and provide comments on them.

11           I'll think about it, try and come up with

12   those.

13       Q    Got it.

14           Do any of the publications that you recall

15   that you've peer-reviewed relate to how you value

16   photographic licenses?

17       A    Yeah.  The John Harrington book is all --

18   it's the core of the book.  And Ted Crawford's books

19   address that issue.

20           I mean, that's my area of expertise and

21   that's why people ask me to review.

22       Q    You mentioned previously that you have

23   represented certain estates in negotiating licenses.

24           Is my memory right on that?

25       A    Yes.

1      Q    How many estates do you represent to

2    negotiate licenses for?

3      A    Well, on the lunch break I was just hired

4    by the estate of Gene Trindl, T-r-i-n-d-l, a very

5    famous Hollywood photographer who passed away, and

6    they just confirmed -- confirmed my engagement as

7    their licensing representative.  I've helped them in

8    the past with advice but haven't represented them.

9          By "representation," I don't mean legal

10   representation; I mean negotiating licenses for

11   usages requested by the media and various clients.

12     Q    I totally understand that.  Yep.  You're

13   not a lawyer.

14     A    I'm not a lawyer.  Certainly there is --

15   there are legal issues in -- in, you know, dealing

16   with licenses and copyright registrations and all of

17   that, but when legal issues come up, I refer them

18   out to their attorney or other -- other attorneys.

19          I represent the estate of Phil Stern,

20   S-t-e-r-n, as their exclusive licensing

21   representative for all licenses.

22          I think -- to give you an idea of volume, I

23   think there were in the last two weeks maybe four

24   licenses negotiated for various usage in various

25   media.

1          I have represented the estate of

2     Leigh Wiener, L-e-i-g-h, Wiener, W-i-e-n-e-r, since

3     2006, negotiating all of their licenses.  But I have

4     a time issue, I'm not really able to keep up with

5     that.  So I don't think I'm going to continue with

6     them, but I have since 2006 -- 2005, actually; long

7     term.

8          Q    So that's three:  Estate of Gene Turnbull

9     or Trimble?

10         A    Trindl.

11         Q    The estate of Phil Stern, and then I have

12    the estate of Leigh Wiener?

13         A    Wiener.

14         Q    Wiener?

15         A    W-i-e-n-e-r.

16         Q    Any other estates?

17         A    No.  However, I'm frequently contacted for

18    advice on the value of usage in certain media based

19    on the license criteria and provide that generally

20    as a service, unless I'm asked to step in directly

21    and negotiate the licenses, which I will do.

22              But those entities are -- are situations in

23    which I am the exclusive person representing that --

24    all licensing for the estates.  With --

25         Q    With -- oh, I'm sorry, were you --

1       A     I was done.

2       Q     With respect to the estate of Phil Stern,

3    how many licenses, approximately, have you

4    negotiated for that estate?

5       A     Hundreds, mid-hundred -- you know, 500 --

6    somewhere between 3- and 500, somewhere in there.

7       Q     And of the approximately 3- to 500 licenses

8    that you have negotiated for the estate of

9    Phil Stern, how many of the licensees were media

10   organizations that owned multiple TV stations and

11   radio stations around the country with multiple

12   websites?

13      A     I don't know.  I'd have to go back through

14   to see if that circumstance has occurred before.  I

15   mean, I could go on and comment on that question,

16   but I'm going to keep -- I'm going to just be quiet.

17      Q     What are the other licensees that you can

18   remember, the categories of licensees that you can

19   remember with whom you've negotiated on behalf of

20   the estate of Phil Stern?

21      A     Just because the most recent ones are most

22   recent in my memory, I licensed the use of two

23   pictures one time in a media company's newsletter

24   for $6,000 fee for the use of the two images for a

25   one-time use within the last month.

Page 153

```
 1              I licensed the use of one image in the
 2     "Wall Street Journal" for several thousand dollars
 3     for a one-time use.
 4              In the last month, I licensed the public
 5     display right, which is questionable under
 6     copyright, in -- to the Academy of Motion Pictures
 7     for one image; I don't recall how much that was.
 8              I licensed the use of an image in a
 9     self-published book within the last few weeks.
10              Currently negotiating usage in various
11     documentaries, television shows, open -- open
12     matters where I'm going back and forth and
13     negotiating license fees based on criteria
14     associated with the license.
15        Q    It's interesting stuff, and I have to ask
16     you, who was Phil Stern?
17        A    Phil Stern is one of the great
18     photographers of our time.  He was a rough and
19     gruff -- I think he was a Marine or ex-Army and hung
20     out with people like James Dean and Marlon Brando
21     and Marilyn Monroe and all these people and made
22     wonderful, wonderful photos of them.
23              He smoked a lot and he passed away within
24     the last six, seven -- no, probably about
25     eight years ago from emphysema, I believe.  Great
```

1    man.

2           And so his family knew of me -- I'm fairly

3    well-known in the image licensing circles -- and

4    came to me and asked me if I would be their

5    representative.

6      Q    How many of his photographs were

7    photographs of cats?

8      A    Oh, I don't -- I don't know that.

9      Q    Can you point to any?  Can you remember any

10   at this time?

11     A    I think a photograph of John Wayne with his

12   cat.  I mean, unlike me, where I have photographed

13   cats and done work for -- involving photography of

14   cats and dogs and other animals for clients,

15   Phil Stern's focus was on celebrities.  And he did

16   quite a bit of work for "Life" magazine.

17          And I recall cats being in his photographs,

18   but usually it's John Wayne holding his cat, walking

19   around in shorts and a cowboy hat sort of thing.

20     Q    How many of the licenses that you

21   negotiated on behalf of the estate of Phil Stern

22   were negotiated with stock photo companies?

23     A    I don't understand that question because

24   I'm not selling to stock photo companies; they're

25   distributors of images that would be doing what I'm

Page 155

```
 1    doing for them.  So I'm taking the place of the

 2    stock photo agency in this picture.

 3        Q    Understood.

 4        A    Okay.

 5        Q    Now, with respect to the estate of

 6    Leigh Wiener -- I'm going to start from the

 7    beginning.

 8             Who is Leigh Wiener?

 9        A    Similar story.  Great photographer of the

10    '50s and '60s, '70s.  And Hollywood photographer,

11    all celebrity stuff, Marilyn Monroe and -- well,

12    politicians too.  JFK was one of his subjects.

13             And he -- I met him when I was 17 years

14    old.  He gave me my first job in photography.  He

15    was the first license I ever wrote as a 17-year-

16    old -- well, 16-year-old, actually.

17             And I was the set photographer on his show

18    called "Talk About Pictures," which was an NBC show

19    where all the famous photographers would come in and

20    talk about their work.  And I was the set

21    photographer and he gave me my first break.

22             Bless you.

23             And so I wrote my first license to him, and

24    he shared a lot of -- he mentored me quite a bit.

25             And then, after he passed away, his family
```

1    came, because they knew of my involvement in the

2    image licensing world, and asked me if I would

3    represent their estate.

4              And it's very time-consuming.  That

5    particular estate is very time-consuming; it's quite

6    active and a bit high maintenance.  So I'm kind of

7    having to draw the line, because of my limited time,

8    on that particular client.

9    Q    How many of the photographs that you've

10   negotiated for the estate of Leigh Wiener involve

11   photographs of cats?

12   A    I don't know if any cats appear in the

13   pictures that I've licensed or not.

14   Q    How many of the photographs that you've

15   licensed did you license to stock photo companies on

16   behalf of the estate of Leigh Wiener?

17   A    I don't understand the question.

18   Q    Sure.  You mentioned earlier that the --

19   when I asked that same question about the estate of

20   Phil Stern, it didn't really make sense because you

21   were acting as the middleman, so to speak, like the

22   stock photo company.

23             Do you recall that --

24   A    Yes.

25   Q    -- exchange?

1           Would your answer be the same with respect

2      to the estate of Leigh Wiener?

3           A     Yeah.

4           Q     Now, you're familiar, I assume, with

5      Sinclair Broadcast Group?

6           A     Somewhat familiar.  I'm not an expert on

7      it, but I do understand from -- in the context of

8      this litigation, information I've learned, is that

9      it has multiple radio and television stations and

10     other interests.

11          Q     What experience do you have negotiating

12     photography licenses with media companies similar to

13     Sinclair?  And by "similar," I mean an organization

14     that owns quite a few television and radio stations

15     around the country and also operates websites for

16     them.

17          A     We went through my client list, which is a

18     partial client list, and I mentioned at that time

19     I'd have to go back through and try to figure out

20     which ones I have transactions with, if I was forced

21     to do that.

22               But whether the subject matter is cats or

23     any other subject, no matter who the licensee is,

24     licensing considerations in terms of the criteria

25     are the same.  And stock photography companies, for

Page 158

1    example, treat these various entities, whether

2    you're a sole proprietor or a significant

3    corporation, the same, unless you develop a direct

4    account with them for licensing.

5        Q    Name the media companies that you have

6    negotiated photography licenses with that are

7    similar to Sinclair in the sense that they own

8    multiple television or radio stations around the

9    country and operate websites for those television

10   and radio stations?

11       A    I can't recall them, if any, and I think

12   it's irrelevant.  But you're -- but I appreciate the

13   question.

14       Q    By the way, where is your online portfolio?

15       A    I pulled it down because somebody stole my

16   whole portfolio and put it up on their site.

17       Q    Did you sue 'em?

18       A    They were in China.

19       Q    Did you at least send them a cease-and-

20   desist letter?

21       A    I had a Chinese friend call them and write

22   a cease-and-desist letter.  And I tried to do a

23   takedown notice, which is not something that is very

24   viable in China.  Even though I do sit on the

25   copyright committee of the Chinese government, I was

1    not able to achieve that.

2          And so what I've taken to doing is, because

3    I'm not actively seeking commercial assignments,

4    I -- for some of my personal projects, which -- for

5    which I shoot for fine art purposes and sell fine

6    art prints, I have no need to put those up.

7          And then for other work that I just might

8    shoot for personal enjoyment or for licensing

9    purposes, I'll sometimes post it on social media,

10   and sometimes not.

11       Q    Which social media sites do you post on?

12       A    Instagram.  I post some images on

13   Instagram.

14       Q    In this case one of the components of

15   damages that the plaintiff is seeking is

16   disgorgement of profits from the defendants.

17          Are you aware of that?

18       A    Yes, sir.

19       Q    Is it your intention to render an opinion

20   on that subject?

21       A    I rendered an opinion in my preliminary

22   expert report on that subject.  And the scope of my

23   intended testimony would be limited to that which is

24   in that opinion.

25          In other words, you asked about my training

Jeffrey Sedlik                                     November 13, 2019

Page 160

1       in economics.  Although I was one of those strange

2       people that loved my training in economics, I did

3       not choose to become an economist or an accountant,

4       and so I would leave those types of determinations,

5       calculations of attributable profits, to the

6       economists.

7               And I only looked at the -- the fact that

8       the sites -- the web pages on which these

9       photographs were published by Sinclair included

10      advertising that generated revenue that may have

11      resulted in profits to Sinclair.

12      Q    What are the factors that go into

13      determining fair market value?

14      A    In what context, Counselor?

15      Q    In any context.

16      A    So when you're talking about the fair

17      market value of a couch, it's different than talking

18      about the fair market value of a photography

19      license.  And my expertise is in the valuation of

20      photography licenses.

21      Q    What are the basic economic principles that

22      are involved in calculating the price of something?

23      A    As I mentioned --

24              MR. ALLEN:  Objection.  Form.

25              MR. MARDER:  What's the problem with the

1    form, Rob?

2                MR. ALLEN:  Vague.  It's --

3    BY MR. MARDER:

4        Q    You can answer.

5        A    Again, my expertise is only in the area of

6    photography licensing.

7        Q    You mentioned earlier, though, that you

8    took some economics courses in college, and so --

9        A    In 1979.  Think about that.  1981, '80 and

10   '81, macro and micro.

11       Q    That was a long time ago?

12       A    It was a long time ago, and I decided not

13   to pursue being an economist and became a

14   photographer and an expert in photography licensing.

15       Q    As you sit here today, though, what are

16   some of the economic factors that you recall that

17   are important in determining pricing?

18       A    In determining the price for photography

19   licensing, certainly the level of supply and the

20   level of demand are primary factors.

21       Q    Does the market matter?  In other words,

22   does the definition of the market matter?

23       A    Well, that would be a subset of -- I mean,

24   the -- the demand of the market -- I mean, the

25   market for the work is based on the content of the

1     work and whether or not that content is desirable.

2              If the content is -- if there's a demand

3     for that content, and if it's not available

4     elsewhere or it's relatively scarce or limited, then

5     the pricing is affected by being able -- allowing

6     the seller to request more than -- than the seller

7     would be able to request in the event that whatever

8     the commodity is -- I mean, in this case we're

9     talking about photographs -- were broadly available,

10    the quality of the product, the accessibility of the

11    product -- accessibility in photography involves

12    being able to search for and find it and obtain

13    it -- and a whole host of factors behind that, such

14    as the customer service -- the level of customer

15    service involved in assisting people with obtaining

16    the license and managing the license, those -- those

17    sorts of factors.

18         Q    Does the use that a photograph is going to

19    be used for affect the value of the license?

20         A    Depends on the licensing model.

21         Q    Well, let's say, just as an example -- not

22    in this case, but just as an example -- an author

23    wants to license a book -- a photograph for a book

24    cover.

25              Follow me so far?

Page 163

1        A    Yes, sir.

2        Q    All right.  And let's say the book is going

3   to be a bestseller by some famous author.  So that's

4   one use.

5             And then let's say a second use is that a

6   person wants to license a photograph to use on their

7   personal blog that their friends read.  That's a

8   second use.

9             You follow me so far?

10       A    The second scenario or a second use that

11   you're talking about within this license that you're

12   talking about -- one license with different uses, or

13   are we talking about different licensing scenarios?

14       Q    So you have one photograph and one

15   photographer.  Okay?  Follow me so far?

16       A    Yes.

17       Q    And there's an author in New York who

18   wants -- famous author who wants to use that

19   photograph on the cover of her next book.

20             You follow me so far?

21       A    Uh-huh.

22       Q    Is that "yes"?

23       A    Yup.

24       Q    And there's a photography in Boise,

25   Idaho --

Page 164

```
 1        A    Or Boise, Iowa.

 2        Q    Which one is it?

 3        A    Idaho.

 4        Q    Isn't that terrible?

 5        A    That's all right.

 6        Q    Geography was almost as long ago as your --

 7   your economics classes.

 8             Boise, Idaho.  There's a blogger in Boise,

 9   Idaho --

10        A    You said photographer; you meant blogger.

11        Q    Yeah, blogger.  Thanks.

12             Post lunch; so let me say it again.

13             You have this photographer in -- you have

14   this blogger in Boise, and 20 people read his blog

15   and he wants the same photographer's picture on his

16   blog.

17             Do those different uses change how much the

18   license fee would be for the blogger versus the

19   author in New York?

20        A    Depends on the license model.

21        Q    Let's say --

22        A    There are license models for which the type

23   of media, subject to certain restrictions, does not

24   affect the pricing associated with the license.

25        Q    Let's say it's a royalty-free license.
```

1            Would there be a difference in the price?

2       A    There would likely not be a difference in

3    the price, but it would depend, in the particular

4    example that you gave, if the licensor had terms

5    that prevent the use of the photograph on packaging,

6    under a rights-managed license, which is an

7    occasional restriction, then -- I'm sorry -- under a

8    royalty-free license, then we couldn't follow

9    through with that licensing example because it

10   wouldn't be allowed.

11            But supposing that it was allowed, that the

12   restriction did not take effect -- or it was not in

13   place, then the price for using it on the blog

14   versus using it on the cover of the book would be

15   the same, unless the licensor offered different

16   resolution files for different prices, which is a

17   model that longer makes sense but is a holdover from

18   the old days.

19            So, for example, if you need a high-

20   resolution file to put on the cover of the book and

21   a low-resolution file to put on the blog, then the

22   pricing could be different.  But the type of media

23   is not a factor in the royalty-free license except

24   for restrictions.

25       Q    And how about with a rights-managed

1    license?

2         A    With a rights-managed license, you have the

3    same photograph for two different uses and the --

4    the blog use, assuming that this blog is not a

5    highly trafficked blog -- you said it was some -- I

6    think you implied, you didn't really say it

7    explicitly, but let's say it's not a very popular

8    blog, there's not a lot of visitors -- your price

9    for that use on the blog in a royalty-free license

10   could be very low and on the cover of the book could

11   be thousands or tens of thousands of dollars.

12        Q    You said "royalty free."  Did you mean

13   rights managed?

14        A    I meant rights managed, I'm sorry.  I

15   swapped them in both of my descriptions.  Thank you

16   for catching that.

17             In rights managed, the fee is most often

18   based on the scope of use and, as I mentioned in my

19   earlier testimony, the -- the type of media, the

20   size of reproduction, the geographic territory.

21   These can all be factors.

22             All of these licensing models are in flux

23   and have been since the early 2000s, and we don't

24   really know where it's going to go.  There's new

25   licensing models coming up and old ones are being

Page 167

```
 1   eliminated or changing.

 2            But for right now, for the moment sitting

 3   here today and also in 2015, that would be the

 4   story.

 5       Q   Can you identify any other media

 6   organizations that are similar to Sinclair in the

 7   sense that they own a large number of television and

 8   radio stations around the country and operate

 9   websites for them?

10       A   I can't sitting here today.  I'm a little

11   tired; otherwise I might be able to think of them,

12   but I'm not sure.

13            I mean, I had -- I had heard of Sinclair

14   tangentially through news articles in the past, but

15   I don't -- and also, if I'm in Seattle, I watch

16   KOMO, you know, but -- and probably unknowingly have

17   watched other Sinclair stations.

18            But I guess to directly answer your

19   question, I can't sitting here today name other

20   stations -- other -- other companies that own that

21   many stations.  And I do think it's my -- my opinion

22   is that it's irrelevant to the determination of the

23   value of the license in this matter.

24       Q   Can you identify even one photograph that

25   Sinclair has paid for a rights-managed license to
```

1      display on its various websites throughout its

2      company?

3          A    What do you mean by identify?

4          Q    Very simple.  Well, maybe it's not.  Maybe

5      it's a bad question.

6               My question is, you're here testifying

7      about a set of 50-some-odd photographs; right?

8          A    Right.

9          Q    You're aware that Sinclair has a lot of

10     television and radio stations; correct?

11         A    Yes.

12         Q    And that all or most of them have websites?

13         A    I don't -- when you say "has a lot of

14     stations," I actually don't fully understand the

15     relationship of the stations with the corporate

16     entity.  I know there's been some of that touched on

17     in the interrogatories and that it's an issue that's

18     still being explored by the parties, I suppose.

19              So I had to say that because you said "has

20     these stations."  I don't know what the relationship

21     is, but I'm aware that they have multiple stations.

22         Q    Can you identify even one photograph that

23     has been displayed throughout the Sinclair

24     television and radio organization -- in other words,

25     on all of their television, radio, websites -- where

```
 1    Sinclair or any of its subsidiaries purchased a

 2    rights-managed license in order to display the

 3    photograph?

 4         A    I don't.  I mean, if that's been produced,

 5    I haven't reviewed it.  I've received everything

 6    that I've asked for, but I haven't received that.  I

 7    do know that I explored the websites of some of the

 8    Sinclair stations that are mentioned in the

 9    complaint and looked at photographs that were there,

10    but I can't identify them, and certainly I don't

11    know the licenses that were behind them, and I don't

12    think that they would be relevant to the licenses in

13    question or the usage in question in this matter.

14         Q    Earlier I asked you if you could identify a

15    similar organization to Sinclair that operated a

16    large number of television and radio stations and

17    websites, and you said you couldn't as we sat here

18    today.

19              So if I were to ask you if you could point

20    to a photograph that was licensed with a rights-

21    managed license by such a similar organization,

22    would your answer be that you couldn't do that

23    because you don't know of those organizations?

24         A    The information hasn't been presented to me

25    or I haven't been asked to review that information
```

1    if it has been presented to me.  So I don't have --

2    I have not reviewed information sufficient to

3    comment.

4        Q    And you haven't gathered that information

5    through your own research or experience?

6        A    Gathering corporate records that Sinclair

7    would not have any inclination to share with me

8    about --

9        Q    I'm not talking about Sinclair.  I'm

10   talking about other organizations.  In other

11   words --

12       A    I see.

13       Q    -- looking at the universe of media

14   companies that own television and radio stations and

15   operate websites for them, can you identify even one

16   photograph that such an organization licensed with a

17   rights-managed license?

18       A    No.  But that doesn't mean that it's not

19   commonplace.

20       Q    You don't know whether it is or isn't

21   commonplace; correct?

22       A    It is the predominant licensing model in

23   the news industry.

24       Q    You have no data that you can point to that

25   indicates that an organization such as Sinclair that

 1     owns a number -- a large number of television and

 2     radio stations and operates websites for them has

 3     licensed a photograph to display on the websites

 4     with a rights-managed license; correct?

 5         A    I don't have that specific data.  My

 6     experience and understanding is that the predominant

 7     rights model in the news industry is rights managed,

 8     and that's evidenced in addition by, for example,

 9     Getty Images.

10              They have a massive amount of royalty free,

11     about 24 million images offered royalty free.  They

12     have, I think, 140- or 160 million images -- I think

13     159 million images offered rights managed for

14     editorial use by news organizations.  And when they

15     license them, they license them rights managed.

16              But there are particular types of editorial

17     licenses under the rights-managed model, and they

18     might offer broad use under the rights-managed

19     model.  But that is a huge revenue source for Getty

20     licensing to the news industry.

21              My understanding is that approximately

22     96 percent of their revenue is from -- is divided up

23     between royalty free and editorial rights managed

24     and that they're making no changes to editorial

25     rights managed, which they say works very well for

1    their news organization customers.  They just

2    announced that last week.

3         Q    Are you familiar with a subscription-based

4    licensing model?

5         A    Yes, sir.

6         Q    Okay.  Can you identify a media

7    organization similar to Sinclair that purchases

8    groups of photographs using individual rights-

9    managed licenses for each of those photographs

10   rather than through a subscription-based license?

11        A    Are you referring to subscription royalty

12   free?  Or subscription -- or some other form of

13   subscription?

14        Q    Any kind.  Any kind.

15        A    It's a huge difference.  Because a news

16   organization can have a contract with a stock

17   photography provider where there's an agreement for

18   a payment of a certain amount of money for limited

19   usage rights that are defined by criteria very

20   consistent with rights managed, where there's a

21   certain amount paid.

22             And if you stand back from that, you could

23   categorize it as a type of subscription, but it's

24   not really a subscription per se; it's a contract to

25   be able to use "x" number of images under a rights-

Jeffrey Sedlik   November 13, 2019

Page 173

1    managed model for a certain amount of money, whether

2    that's monthly or annually or -- or whatever that

3    is.

4         Q    Name one media organization that owns a

5    large number of television and radio stations around

6    the country and operates websites for them that

7    purchases images -- purchases licenses for images

8    using a rights-managed subscription basis?

9              MR. ALLEN:  I'm going object to that

10   question as compound; it included language that is

11   confusing and vague with respect to --

12             MR. MARDER:  Excuse me, Rob.  Stick to

13   objection to form.  You can't make a speaking

14   objection.  If you have a problem with the form,

15   just say "form" rather than trying to coach the

16   witness.

17             MR. ALLEN:  I'm not trying to -- just

18   trying to give you some information to help with

19   your next question.  But I understand.

20             Objection as to form.

21   BY MR. MARDER:

22        Q    Go ahead.

23        A    Can you ask the question again, sir?

24        Q    Sure.  Name one media organization that

25   owns a large number of television and radio stations

1      around the country and operates websites for those

2      stations that purchases licenses to display images

3      using a subscription rights-managed model?

4                MR. ALLEN:  Objection as to form.

5      BY MR. MARDER:

6           Q    You can answer.

7           A    I explained a moment ago that

8      "subscription" is probably not the right word to use

9      in that context.

10               Further, the -- a license for -- a license

11     taken out by -- for use of a photograph on one

12     domain does not extend to use of a photograph on a

13     different domain, whether you license from Getty or

14     other organizations.

15          Q    That wasn't my question.  My question was

16     for you to identify a media organization as I just

17     defined it.

18               Can you identify even one as you sit here

19     today?

20               MR. ALLEN:  Objection as to form.

21               THE WITNESS:  No.  It doesn't mean they

22     don't exist; it just doesn't make any sense in the

23     context of the facts of the matter, the instant

24     matter, you know, and the facts that have -- the

25     facts of the matter as they occurred.  It's not

```
 1    relevant to the valuation of the license.

 2    BY MR. MARDER:

 3        Q    Tell me all of the data that you've

 4    collected about the demand for Lykoi cats -- cat

 5    photographs from 2015 to 2019?

 6        A    Prior to my preliminary report, I -- well,

 7    actually, prior to my preliminary report I searched

 8    for Lykoi cat photographs existing in 2017 and noted

 9    that there were very few relative to photographs of

10    other types of cats.

11            And then in my -- and in that -- oh, I

12    should add that the very few that were available

13    were of poor quality or pictured these cats in pet

14    shows with -- with, you know, somebody -- somebody

15    walking through the background with a coffee cup in

16    their hand sort of pictures, like candid photos.

17            And then, in my supplementary -- or

18    my sur- -- not my supplementary -- my surrebuttal

19    report, I included some information about the

20    availability of those images in that report.  And

21    subsequent to that, I contacted three of the leading

22    providers of cat photographs and discussed with

23    them -- I called these three photographers and

24    discussed with them the availability of cat

25    photographs.
```

1              This was just to -- not for me to gather

2      the information, but for me to reconfirm the

3      accuracy of my opinions.

4              Discussed with these three photographers

5      the availability of Lykoi cat photographs in 2015.

6      All three photographers confirmed that these

7      photographs were very rare, of Lykoi cats, in 2015.

8      Q      What are the names of those three

9      photographers?

10     A      Preston Smith.  Oh, I just blanked on

11     the -- the names of the three.  It will -- it will

12     come to me, just give me time to answer.

13             Can I answer as we go here as soon as it

14     comes back in my head, or do you want to sit here

15     while I think about it?

16     Q      Take a look at your report if that will

17     refresh your recollection --

18     A      No.  I said subsequent to my report.

19     Q      Subsequent to your preliminary report?

20     A      And to my rebuttal report.

21     Q      I see.  So you have reviewed material or

22     you have done further work since your surrebuttal

23     report was issued?

24     A      It's reflected in my answer to you earlier,

25     where I said -- you said who have you spoken with,

1    and I said photographers and stock agencies.

2         Q    So there is Preston Smith and who else?

3         A    I need a few minutes to remember, but it

4    might take a little time.  I will answer you before

5    the end of the deposition.  I will not leave this

6    table until I recall the names.

7         Q    Let's go off the record and give you a few

8    minutes so you can think about it.

9              THE VIDEOGRAPHER:  We're going off the

10   record --

11             THE WITNESS:  Okay.

12             THE VIDEOGRAPHER:  -- the time is 2:53 p.m.

13             (A recess was taken from 2:53 p.m.

14             to 2:58 p.m.)

15             THE VIDEOGRAPHER:  We are back on the

16   record.  The time is 2:58 p.m.

17   BY MR. MARDER:

18        Q    We've just taken a break so you could

19   stretch your legs and think a little bit.

20             Do you remember the other two names?

21        A    On the way out of the room, I mentioned

22   their names.  Preston Smith was the one I mentioned

23   first.  Larry Johnson.  And it's Katrell or Katris

24   is the third one.

25        Q    How do you spell that?

November 13, 2019

Page 178

1        A     K-a-t-r-e-l-l or K-a-t-r-i-s, Katris,

2    Richard.

3        Q     Why did you choose these photographers?

4        A     They're known in that -- in that world, and

5    I've heard of them because I have shot cat food

6    advertisements and packaging, dog food

7    advertisements and packaging, sort of thing.

8        Q     Now, you mentioned that you spoke to them

9    and confirmed that there weren't that many Lykoi cat

10   photographs out there; in fact, I think you said

11   there were very, very few in 2015; is that correct?

12       A     Actually, what I said was that each of them

13   said that Lykoi photographs, because that was the --

14   the dawn of the breed was just a couple years before

15   that, that they were very rare.

16       Q     Now --

17       A     And I said, "Do you mean rare?"

18             And they said, "Very rare."

19             Mr. -- Larry -- Larry, I believe, said that

20   as an example, he has tens of thousands of cats that

21   he's photographed, and he has -- or tens of

22   thousands of cat pictures in his library, and he has

23   three Lykois, half a dozen.

24       Q     Now, you would agree that the number of

25   Lykoi cat photographs deals with the supply side of

1      the equation; correct?

2          A     Yes.

3          Q     Let's talk about the demand side.  What

4      data do you have to establish what the demand was

5      for Lykoi cat photographs from 2015 to 2019?

6          A     Yeah.  I don't have that data except for,

7      in the instant matter, it seemed that Rex Pictures

8      wanted -- well, it seemed that -- I'm sorry -- WENN

9      wanted these photographs, and subsequently Sinclair,

10     Amanda at Sinclair wanted these photographs.

11              They wanted them.  I don't know about the

12     demand, but they -- when they -- if they -- if they

13     had other resources to obtain those photographs of

14     similar quality and subject matter, then they could

15     have gone elsewhere.

16         Q     Other than the information you've acquired

17     through the discovery that's been produced in this

18     case from either side and from the Tennessee case,

19     do you have any other data addressing the demand

20     side of the equation for Lykoi cats?

21         A     No.

22         Q     Now, is the demand for Lykoi cat

23     photographs elastic or inelastic?

24         A     Hmm.  It would be elastic.

25         Q     How do you define "elastic"?

1      A    So your question to me was that, "Is the

2   demand elastic or inelastic?"

3      Q    Exactly right.

4      A    And so the demand would change over time.

5   For example, if an article came out somewhere about

6   how great Lykoi cats are, people could gain interest

7   in Lykoi cats and other organizations might want to

8   run articles on Lykoi cats, and all of a sudden

9   you've got demand for those images.

10     Q    Let's move away from the facts of this case

11  and let's just talk generally --

12     A    No, I -- I'm sorry, I didn't mean to cut

13  you off, but I was speaking generally.  I guess I

14  said "article."  But if, you know, some celebrity

15  was seen walking down a street holding a Lykoi, all

16  of a sudden, there would likely be an increase in

17  interest in Lykois and perhaps an increase in demand

18  for Lykoi photographs.

19     Q    Let's move away from an answer that gives

20  an explanation using examples.  Okay?

21          I'd like for you to give us the

22  definition -- the economic definition of "elastic

23  demand."

24     A    It's demand that can change with -- based

25  on whatever factors might affect that demand --

1      might affect it.

2          Q    Such as?

3          A    Current events, or events that occur.

4          Q    Anything else?

5          A    Styles and trends.

6          Q    Anything else?

7          A    The economy.

8          Q    Anything else?

9          A    I'm sure I'm not thinking of everything,

10     but that's a good set.

11         Q    That's all you could think of as you sit

12     here right now?

13         A    Right now.

14         Q    Do you know whether the demand for the

15     benchmark photographs that you used in this case was

16     elastic or inelastic?

17         A    The benchmark photographs, I just selected

18     cat photographs.

19         Q    Understood.  My question, though, is do you

20     know whether the demand for those photographs was

21     inelastic or elastic from 2015 to 2019?

22         A    I -- I was careful not to select a

23     photograph as a benchmark that had something special

24     about it, you know, like Bigfoot in the background

25     sort of thing.

Page 182

1        Q    That wasn't my question.  My question deals

2     with elasticity.

3             Do you know whether the photographs that

4     you chose as benchmarks were -- whether the demand

5     for those photographs was elastic?

6        A    I don't have that data.

7        Q    How did you define the market that you used

8     when you were calculating the license fees that you

9     opined were the actual damages in this case?

10       A    I used a fairly straightforward methodology

11    where I went out to the marketplace, selected three

12    cat photographs, and then obtained prices, averaged

13    those prices -- like three generic cat

14    photographs -- and averaged those prices to come up

15    with a market value for 2017, then rolled it back to

16    2015, and then calculated the value based on rights-

17    managed criteria for the license that was subject to

18    certain assumptions that were dictated to me and was

19    otherwise based on my knowledge and experience.

20       Q    And I appreciate that.  We're going to talk

21    a little more about that portion of the methodology.

22    My question is a little bit different.

23            How did you define the market for buyers of

24    the photographs?

25       A    The generic benchmark photographs?

1          Q    Yes.

2          A    I found it irrelevant in the context of

3      image licensing.  Whether somebody's doing an

4      article on potatoes and cats for, you know, a ski

5      lodge, just to think of an extreme example, or

6      they're from some other industry is not relevant to

7      any determination with respect to the value of the

8      licenses in this matter.

9          Q    With respect to the actual photographs that

10     were taken by Brittney Gobble, did you define a

11     particular market for the buyers when calculating

12     your damages calculation?

13         A    I was not asked to determine the value of

14     Brittney Gobble's photographs themselves.  I was

15     only asked to determine the reasonable fair market

16     value of the license that would have been purchased

17     to enable Sinclair to make use of the photographs.

18         Q    Fair point.  It is after lunch for both of

19     us.

20              When determining the reasonable fair market

21     value for the license for the photographs taken by

22     Brittney Gobble that are the subject of this case,

23     what did you define the market of buyers to be?

24         A    Not relevant to my methodology.

25         Q    So your testimony is you did not define a

Page 184

```
 1      particular market of buyers when doing your work in

 2      this case?

 3          A    I describe my methodology in my report.  My

 4      methodology involves anyone from any marketplace

 5      seeking out the use of a photograph and then the

 6      consideration of how -- what the supply is for that

 7      type of photograph and whether it's rare or not or

 8      scarce.  And determining what the fee would be for

 9      the generic photograph and then adjusting that for

10      the rarity or scarcity of the image.

11              It does not involve the type of analysis

12      that an economist might do when looking at lost

13      profits or by using a different sort of methodology

14      to look at the licensing picture in this case.

15          Q    What data did you look at to determine the

16      different kinds of licensing models that were used

17      by media companies such as Sinclair when licensing

18      photographs?

19          A    The fact pattern in this case rules out

20      subscription stock and royalty free and micro stock

21      and leaves only rights managed.

22          Q    Why is that?

23          A    I've explained in my report that there is

24      no subscription or royalty free, but that -- I'm

25      sorry; let me restate that -- that Brittney Gobble's
```

```
 1    position in licensing -- or hypothetical position in
 2    licensing this in a hypothetical transaction is
 3    inconsistent with the application of subscription or
 4    royalty-free stock, and that rights that she granted
 5    in her license as communicated to WENN were -- did
 6    not fit the profile of royalty free or subscription.
 7              And further, she demonstrated categorically
 8    that she was not interested in participation in the
 9    subscription model after experimenting with it for a
10    brief period, and then defined rights-managed
11    criteria -- loosely, rights-managed criteria -- in
12    issuing her license to WENN.
13     Q    I want to go back to my earlier question
14    because you didn't answer it.
15              My question was, what data did you look at
16    to determine the different kinds of licensing models
17    that were used by media companies such as Sinclair
18    when licensing photographs?
19              Your answer was, "The fact pattern in this
20    case rules out subscription stock and royalty free
21    and micro stock and leaves only rights managed."
22              My question wasn't your opinion in this
23    case.  My question was what underlying data did you
24    look at to reach that conclusion?
25     A    No.  Your question that you just read back
```

1    to me was what data did I look at with respect to

2    subscription and royalty free, I believe.

3        Q    No.  I'll read the question again.

4            What data did you look at to determine the

5    different kinds of licensing models that were used

6    by media companies such as Sinclair when licensing

7    photographs?

8        A    Oh, in general.  I misunder- -- I assumed

9    that you were referring to this matter.

10           And I did not look at that.  And I believe

11   that when you asked that ten minutes ago, I said

12   it's irrelevant.

13           But I'll say I did not look at that data

14   because it's irrelevant.

15       Q    So let me ask you a question, are you

16   familiar with -- with AP, for instance, the wire

17   service?

18       A    Somewhat.  I mean, they're on my -- my

19   working group with the IPTC.

20       Q    And do you know what kind of a licensing

21   model media organizations use with AP to get

22   photographs?

23       A    It's a form of -- it's a form of rights

24   managed.

25       Q    And it is often a subscription model, isn't

```
1    it?

2          A    I suppose you could call -- well, as I -- I

3    mentioned this earlier.  There's a -- it's my

4    understanding that there is a contract between the

5    organizations that defines a fee and defines

6    criteria, but these are rights-managed licenses.

7          Q    Have you ever looked at a subscription

8    contract between a media organization and the AP?

9          A    I'm not sure about that.  I doubt it.  I

10   doubt that I would have access to that unless it was

11   relevant to one of the cases I've worked on.  AP --

12         Q    Have you ever --

13         A    AP has not been a party to any case that

14   I've worked on.

15         Q    Have you ever looked at the subscription

16   contracts between media organizations and Reuters?

17         A    You're using this term, "subscription

18   contracts," and I just don't want to answer the

19   question "yes" or "no" because that would be -- that

20   would -- in doing so, I would have to -- it would

21   imply that I agree with the use of that term.

22              So let's just say I haven't looked at the

23   contracts between the organizations.

24         Q    Fair enough.

25              You have never looked at any contracts
```

Page 188

```
 1     between a media organization and, for instance,

 2     Reuters?

 3         A    No.  While I have relationships with people

 4     at AP and Reuters through the IPTC, I have not

 5     looked at their contacts because we're talking about

 6     metadata.

 7         Q    And you're aware that Sinclair had a

 8     contract with WENN?  And that's W-E-N-N.

 9         A    Yes, I'm aware of that.

10         Q    What was the licensing model used by

11     Sinclair and WENN to obtain photographs?

12         A    I would call it rights managed, but because

13     it -- because it had limited media usage to it, as

14     far as I know, you couldn't go put it in an ad, but

15     you could use it editorially; so it can't be royalty

16     free.

17              So it's rights managed based on access to a

18     library of images.

19         Q    How many images was Sinclair entitled to

20     download from WENN each month under the contract

21     between Sinclair and WENN?

22         A    I can't recall, but for some reason 10,000

23     is in -- is in my head.

24         Q    And --

25         A    I've read a lot of documents in this case;
```

1    I can't recall the number, but...

2        Q    Do you remember what the fee WENN charged

3    Sinclair was?

4        A    The number that comes to mind is 15,000,

5    but I don't have it memorized.

6        Q    Okay.  If it were $15,000 -- that was over

7    what period of time, by the way?

8        A    I mean, we could put the document in front

9    of me.  I could --

10       Q    Understood.

11       A    -- tell you.  But -- but I believe it was

12   a -- a monthly agreement.

13       Q    And let's just use the 15,000 as -- for

14   purposes of an example.

15       A    Yeah.  I don't want to indicate a lack of

16   familiarity with this case; it's just not something

17   that I put to memory because I consider that whole

18   thing -- that whole side of things irrelevant.

19       Q    If -- if the fee were 15,000 a month -- I'm

20   not saying it is, but just for purposes of an

21   example, if Sinclair paid WENN 15,000 a month in

22   order to have the right to download and use 10,000

23   images, how much would the charge be per image?

24       A    It would depend on the number of images

25   actually downloaded.

1        Q    Let's assume they downloaded all 10,000.

2        A    Then you just do the math, 10,000 divided

3   by 15,000.

4        Q    And that would be the license fee per

5   photograph, in effect?

6        A    Yeah.  Which is something that was

7   terminated right away as soon as Brittney Gobble saw

8   that WENN was violating the license that she granted

9   them.

10            And so that whole contract between WENN and

11   Sinclair is irrelevant for that reason, and also

12   because, within a couple of days of when Sinclair

13   first used the images, they were notified that this

14   usage was not licensed and that there was a problem.

15       Q    We'll talk a lot about those things in a

16   little bit.

17       A    Yes.

18       Q    But those don't really address the

19   question.

20            The question we're talking about is the

21   contractual relationship between those two, between

22   Sinclair and WENN.

23            Okay?

24       A    Sure.

25       Q    Now, let's talk about other subscription

1    agreements that Sinclair has with other media

2    organizations, other services like WENN.  I'm sorry.

3         Are you familiar with any of the contracts

4    that Sinclair has had from 2015 to present with

5    other organizations that permits them to download a

6    certain number of photographs per month?

7    A    It's been since -- the last time that I

8    reviewed production was some time ago.  I'm

9    forgetting if Shutterstock was one of those

10   companies, but I'm not -- I'm not -- I couldn't tell

11   you, sitting here today.  It's not that I didn't

12   review them; I just considered them irrelevant to my

13   opinions in the matter.

14   Q    Does Getty offer a subscription model?

15   A    I think we need to clarify here that the

16   prevailing prescription -- subscription model in the

17   stock licensing industry is a royalty-free

18   subscription model, and that if there is

19   subscription editorial by Getty, that that's not a

20   royalty-free subscription; that's a rights-managed

21   subscription.

22   Q    Does Getty offer a rights-managed

23   subscription model?

24   A    They may offer it to corporations, but in

25   your expert's reports, they were referring to

```
 1     royalty-free subscription.

 2         Q    I didn't ask you about my expert's reports.

 3     I'm asking about what Getty does.

 4              The question is, as you sit here today, can

 5     you testify under oath that -- whether or not Getty

 6     offers rights-management -- rights-managed

 7     subscription licenses for photographs?

 8         A    I've already testified on that today, and

 9     what I explained to you was that a company can

10     arrange with Getty to have bulk licensing in place,

11     whether that's a textbook company or a news

12     publishing, et cetera, to have a bulk licensing

13     contract under a rights-managed editorial model.

14              And so the answer would be yes, but I just

15     don't know actually if they specifically call it

16     subscription.

17         Q    And do you know what Getty's fee is for

18     that service?

19         A    No.  That's negotiated with each entity and

20     depends on the scope of use.

21         Q    Is it fair to say that larger buyers have

22     negotiating power with sellers?

23         A    Yes, for the images that they actually have

24     in inventory.

25         Q    And in the stock photography realm, is a
```

1      purchaser -- in other words, someone -- let's say

2      someone goes to Getty's website and -- and sees some

3      photographs that they want to buy under a rights-

4      managed model.

5                 Can the purchaser, the licensee, pick up

6      the phone and call Getty and try to negotiate a

7      lower price for the license?

8         A    You can do that in any business, and yes,

9      you could do that if you chose to do that.

10        Q    Is it fair to say that -- that all of the

11     stock photo companies will do the same thing?

12        A    Many of them would.  Especially if

13     you're -- if you're licensing large quantities

14     repeatedly in bulk and they want to sign up a new

15     customer.

16        Q    For the benchmarks -- excuse me.  For the

17     benchmarks that you used in this case, did you pick

18     up the phone and call any of the three stock photo

19     companies to try to negotiate a lower rights-managed

20     fee than what you put in your report?

21        A    I used their standard fees.  I believe I

22     did call them with questions, but I didn't want to

23     introduce the existence of a lawsuit into that

24     survey or any specific information about the

25     companies involved.

1           So I wanted to get their standard market

2      pricing that they offer to the public --

3           Q    Okay.

4           A    -- which I -- which I did.

5           Q    So the answer is no, you did not negotiate

6      the fee down with any of them or try to negotiate it

7      down?

8           A    I did not.  I asked them for their standard

9      rates.  I didn't say, "Charge me any higher than

10     what your standard rate -- your standard offering is

11     to the public, and to companies who come there and

12     license every day."

13          Q    In the photography licensing world, are

14     photographs ever licensed for editorial use on a

15     royalty-free basis?

16          A    Somewhat of an oxymoron, because a

17     royalty-free basis would be usage in any media for

18     all time, internationally.  And so editorial use is

19     one type of media that it can be licensed for.

20               You know, the stock agencies right now are

21     gasping for their last breaths, many of them, and

22     they will call anything anything to try and make a

23     sale, in terms of changing their -- the words that

24     they call things on their websites and, you know,

25     competing with each other and competing with the

```
 1      bigger players.

 2              So if they call something royalty free

 3      that's not, I -- I don't know what to say about it

 4      other than they're just throwing stuff on the wall

 5      and seeing what sticks.  But an editorial license is

 6      by definition not royalty free.

 7      Q    Bad question.

 8      A    I liked that question.

 9      Q    Yeah.  I know you did.

10              Let's say a buyer wants to use a photograph

11      for an editorial purpose.

12              Can that buyer go out and license a

13      photograph on a royalty-free basis?

14      A    That's a good question.  The buyer can

15      license a photograph on a royalty-free basis, yes.

16      That would include being able to use it in editorial

17      and in all other media.

18      Q    True royalty free?

19      A    True royalty free.  Things are in flux, as

20      I mentioned earlier.

21      Q    And isn't it true, sir, that today media

22      companies can go out and license photographs for

23      their editorial use on a royalty-free basis pretty

24      regularly?

25      A    I don't know that, the "pretty regularly"
```

Page 196

```
 1     part.
 2             If you're asking me can they go out and
 3     license photographs and only use them editorially
 4     even if they have the right to use them for
 5     anything, I would say yes, just not from
 6     Brittney Gobble.
 7        Q    And we'll talk a lot more about Brittany in
 8     a little bit.
 9        A    Yes.
10        Q    You've mentioned some of the changes that
11     have taken place in the -- the world of photography
12     licensing and prices over the last few years with
13     the advent of digital cameras and everybody having a
14     phone today.
15             I suppose those are factors; is that right?
16        A    Some, but those are factors.
17        Q    From 2015 to 2019, what has happened to the
18     prices of stock photography?
19        A    Well, there was 9.17 percent decrease in
20     Getty's pricing overall, and that's fairly
21     consistent with other players.  They kind of follow
22     suit, and they watch the pricing at Getty and they
23     adjust their pricing.
24             So I said 9.17 percent without looking at
25     my actual tables, but every year we go in and price
```

Page 197

1    different usages for different -- just to monitor so

2    that we have that data in the background.  And

3    it's -- it's a decrease due to competition but also

4    due to the need to maintain or create or increase

5    margins.

6        Q    Now, when you say there's a decrease, are

7    you saying that from 2015 to 2016 and then from 2016

8    to 2017, et cetera, each year there's approximately

9    a 9 percent drop in the prices?

10       A    No.  In my report there's an exhibit that

11   documents my methodology for determining the 9.17.

12   I'm saying that approximately 9 percent decrease in

13   pricing offered by Getty Images.

14           And so what I did was I took my 20- -- what

15   would have been 2017 survey and then -- in

16   Sinclair's favor, actually, rolled it back to the

17   2015 prices without taking into consideration what

18   the price would have been in 2016, 2017, or 2018 for

19   relicensing.

20       Q    Are you saying that photography licenses in

21   2015 were cheaper than in 2017 or 2018 or 2019?

22       A    No, it's the opposite.  Nine-point-

23   something percent decrease from 2015 to 2017.

24       Q    Got it.

25       A    So I took my 2017 survey and I adjusted it

1      for the -- let me look -- I'm speaking a little off

2      the cuff here.  Can I look at my report --

3          Q    Yeah.

4          A    -- just to make sure I'm giving you correct

5      information.

6          Q    Of course.  Any time you feel like you need

7      to.  That's why it's in front of you.

8          A    Yeah, yeah.  Doing that from memory and --

9               MR. MARDER:  And let's go off the record

10     while Mr. Sedlik gets it out and looks at it.

11              THE VIDEOGRAPHER:  We're going off the

12     record.  The time is 3:27 p.m.

13              (A recess was taken from 3:27 p.m.

14              to 3:40 p.m.)

15              THE VIDEOGRAPHER:  We are now back on the

16     record.  The time is 3:40 p.m.

17              MR. MARDER:  Just for the record, during

18     the break we -- we marked Mr. Sedlik's Exhibit H to

19     his report, preliminary report, as Exhibit 16.

20              Exhibit I we've marked as Exhibit 17 to the

21     deposition.

22              And we've marked Exhibit A to Mr. Sedlik's

23     preliminary report as Exhibit 18 to this deposition.

24              (Whereupon, Defendants' Exhibit 16,

25              Defendants' Exhibit 17, and

1          Defendants' Exhibit 18 were marked

2          for identification by the Court

3          Reporter.)

4    BY MR. MARDER:

5       Q    Correct?  And --

6       A    Yes, sir.

7       Q    -- you have those in front of you?

8            All right.  Now, did you have a chance to

9    look at those exhibits during the break?

10      A    I did, and I need to correct my testimony.

11      Q    Please go ahead.

12      A    So in my earlier testimony I had this

13   exhibit pictured in my head, as photographers will

14   do, and the -- in the market rate adjustment, 2017

15   versus 2015 exhibit --

16      Q    For the record, can you just say which

17   exhibit number it is, please?

18      A    It is Exhibit 17 -- instead of the columns

19   being presented in chronological order, they're

20   presented in reverse chronological order, and in my

21   head I had it pictured backwards when I was

22   testifying earlier.

23           So this time period is an example of a time

24   period in which, between 2015 and 2017, the price

25   increased from 1,940 to 2,000- -- from $1,940 to

Page 200

1    $2,135 for the same use.

2         Similarly with the second use example, it

3    increased from 1,090 to $1,200.

4         And so to back down the rates to what they

5    were in 2015, I decreased the actual damages, the

6    hypothetical license fee, by the average of

7    9.15 percent.

8         I did remember my earlier testimony.

9    9.13 percent was in there, recalled that back from

10   some time ago.  But I decreased the damages by

11   9.13 percent.

12   Q    Now I'm looking at Exhibit I, and I want to

13   make sure I understand this.

14        Exhibit I has a number of columns on it;

15   right?  You see that?

16   A    Yes.

17   Q    The second column says "Reference Image."

18        Do you see that?

19   A    Yes.

20   Q    And then there's a number in that column

21   for each of the two rows.

22        Do you see that?

23   A    Yes.

24   Q    What is that number?

25   A    It's the stock number of the -- of the

Page 201

1    reference image to be able to look up that image and

2    track the price over time for different types of

3    usage.

4         Q    So, if I understand your methodology

5    correctly, in order to make your price adjustments

6    that you talked about earlier and that you just

7    talked about, you compared the price of a single

8    image at Getty Images from 2015 to 2017 to see if

9    there was any difference?

10        A    Every year we do that, but yes.

11        Q    For this particular image?

12        A    We have a number of sample images and a

13   number of different media descriptions.  They --

14   these were representative examples, where I found

15   that there was a -- that I could decrease the

16   damages and should decrease it, in fairness, and so

17   I did so.

18        Q    How many other photographs did you look at

19   to compare the price from 2015 to 2017 to see if

20   there were any changes?

21        A    To come up with the adjustment for -- in

22   this case, I compared this one photograph and --

23   under these two different usages and used the

24   average of 9.15 percent.

25        Q    Did you do any analysis to determine

1  whether there was a price difference for this image

2  from 2017 to 2019?

3       A    I did this analysis in -- whenever I did my

4  preliminary report.  So the answer would be no, I

5  was not looking at this analysis in 2019.

6       Q    Your preliminary report is dated --

7       A    Was it 2018?

8       Q    Well, let's look at your preliminary

9  report.

10           Your preliminary report in this case was

11  submitted April 12th, 2019.  Take a look at

12  Exhibit 8.

13           You see that?

14       A    Got it.

15       Q    So the question is, have you done any

16  analysis to determine whether prices in 2018 and

17  2019 were different from the prices in 2017 or 2015?

18       A    No.

19       Q    If I wanted to go back and verify your work

20  here and double check it, how would I do that?

21       A    You could look at the examples that I've

22  provided where there are screen shots of pricing in

23  various years, and then run it against -- and

24  look -- and look it up in this table.

25       Q    Other than the data we've just looked at in

1       Exhibit I, can you point to any other data in the

2       marketplace that says that stock photo prices

3       increased from 2015 to 2017?

4           A     My observation of the pricing in the stock

5       industry is that it waffles.

6                 Generally, any increase will be met a

7       couple of years later by a stepdown.  And so

8       certainly competition is -- is -- is driving pricing

9       to some extent, but it's been waffling like this

10      over time.  It will go down; it will go slightly up;

11      it will go down.

12          Q     I appreciate that.  My question was a

13      little different.

14                I'm asking you whether you can point to any

15      other data in the marketplace other than Exhibit I

16      that shows that stock photo prices increased from

17      2015 to 2017?

18          A     To do a complete analysis of that would

19      require a very significant and expensive effort that

20      isn't commensurate with the scope of my work in this

21      project.  It would -- all the work that I've put in

22      would even be more work than all the -- all the

23      hours I've ever put in in order to a full analysis

24      of the stock photography market.  And so this is

25      meant to be representative and fair to the parties

Jeffrey Sedlik                                           November 13, 2019

Page 204

1    in making this adjustment.

2         Q    So the answer to my question is you cannot

3    point to any other data other than Exhibit I that

4    shows that stock prices increased from 2015 to 2017?

5         A    This is consistent with my other

6    observations of the ebb and flow of the marketplace.

7              And to further explain, the report that I

8    did this pricing for was the WENN report and samples

9    that I took were for the WENN report, I believe.

10   And the pricing samples that I took were in 2017 for

11   the WENN report.

12             So that explains why it says 2017 there.

13   And I rolled it back to 2015 because that was the

14   period of time that was relevant on when it started.

15             If I wanted to be less -- I also could have

16   taken the price in 2016, the price in 2017 -- at

17   that time we didn't know that usage had continued

18   through 2018, I don't believe.  I mean, now we know

19   it's been ongoing in social media, and this does not

20   reflect any damages for social media use.  But I

21   just took it back to 2015.

22        Q    I understand when you prepared this, and I

23   understand the timing of that.  But that's not my

24   question.  And I'm also not asking about your

25   anecdotal observations.  I'm not discounting them,

Page 205

1     but my question is not focused on that.

2        A    Yeah.

3        Q    The question is, as you sit here today, can

4     you point to any data that indicates that stock

5     photo prices increased from 2015 to 2017 other than

6     what you have in Exhibit I?

7        A    Not sitting here today.  That was the

8     question.

9        Q    Yes.  Okay.

10            You have indicated in Exhibit I an average

11    of 9.15 percent price differential.

12       A    Yes.

13       Q    What's the error rate for that?

14       A    My -- my methodology here is fairly

15    straightforward:  Sampling a couple of images over

16    time and not getting into a full survey that, as I

17    mentioned, would be a very significant undertaking.

18    And so I don't know what the error rate to those --

19    to those numbers are.

20       Q    Was this a statistically significant sample

21    size?  In other words, was your sample size

22    sufficient so that your results are statistically

23    significant?

24       A    I would have to sample tens of thousands of

25    images, and it's just not practical.

```
 1        Q    The approach that you took here where you

 2    looked at the price for one image and compared 2015

 3    to 2017, is that approach generally accepted in the

 4    photography community for determining the pricing

 5    of -- the pricing change for photographs?

 6        A    There's no such thing in the photography

 7    community.  I have seen a stock photography expert

 8    use it in another case.  Because all these data

 9    points would require significant -- well, I'm not

10    going to repeat my testimony.

11        Q    No.  I remember what you talked earlier.

12        A    I just -- you know, I think that in many

13    instances you would just sample the market and come

14    up with the actual damages and maybe not adjust it,

15    but I felt that adjusting it would be fair to

16    Sinclair.

17        Q    Are there any books or treatises or other

18    publications that you can identify that have used

19    this method to determine the price difference from

20    one year to another?

21        A    No.  There's not enough demand to drive

22    that kind of thing.

23        Q    Do you know what a net present value

24    analysis is?

25        A    No.
```

1    Q    Do you know how to perform one?

2    A    Not my job, no.

3    Q    Can there ever be an implied sublicense?

4    A    Under certain circumstances.

5    Q    What are those circumstances?

6    A    It's very limited.  If I license you -- can

7    I give you an example to explain it?  Is that okay?

8    Q    First generally explain the principle and

9    then please give me an example.

10   A    There are certain types of reproduction

11   that are required in order to enjoy the benefit of

12   the license that you receive, and those are

13   utilitarian in nature, and by industry practice they

14   are allowed and typically not considered to be

15   infringing activity, even though there might not be

16   an express sublicense granted.

17        But normally a license that would allow you

18   to license rights to others would need to be

19   documented and it should be documented in writing.

20   Q    And now can you give me some examples of

21   implied sublicenses?

22   A    Yes.  I license you the right to use one of

23   my photographs on a poster only in the

24   United States, only 25,000 copies, only

25   30-by-40 inches.  You then obtain a copy of the

 1     image file from me and -- oh, let's take it -- let
 2     me -- let me replace it with I've got a print and I
 3     hand you that print and you're going to scan that
 4     print.  Not you.  You're going to hand it to a
 5     digital service bureau and they're going to scan it.
 6              So you just sublicensed your reproduction
 7     right to them to allow them to scan it for the
 8     purposes of you fulfilling your license.
 9              The scanning bureau hands back the digital
10     file to you; that's a reproduction.  They store a
11     backup copy of it; that's a reproduction.  You then
12     take it to the printer and they perform prepress-
13     type operations on that file.  You are basically --
14     in contracting with the printer, you're sublicensing
15     to them the right to do what they need to do so that
16     they can print this poster for the ultimate goal of
17     allowing you to use your rights under that license.
18              And so the implied right to sublicense --
19     your question was a little different.  You said is
20     there such a thing as an implied sublicense, and I'm
21     referring to an implied right to sublicense, is what
22     my -- my example is.
23              So now you're scanning bureau or -- or I'm
24     sorry -- your digital service bureau and your
25     printer have reproduced this photograph with your

 1    permission in order to do this poster that I've
 2    granted you the right to do but not expressly stated
 3    that you have the right to scan that and print --
 4    and give it your printer to make further duplicates.
 5             Then they put it on a truck and the truck
 6    distributes it, and -- and so there's distribution
 7    and reproduction going on that I haven't expressly
 8    described in the license that -- but that industry
 9    norms consider to be allowable, even though I guess
10    I could turn around and sue you for it, but people
11    don't in general do that.
12        Q    Are there any kind of situations where you
13    can have an implied sublicense to exhibit a
14    photograph on the internet?
15        A    Can you throw one out there?  I can --
16        Q    So let me -- let me try to think creatively
17    for a second.
18        A    Okay.  Because I tried.
19        Q    What about this:  Someone I know just
20    recently sold a condominium.  And when the realtor
21    came to them, my friend was all concerned and he
22    said, "I don't know how to take pictures of my
23    condo."  And so the realtor said, "Don't worry.  We
24    have a service we contract with, and so I'll get
25    them to come in and take the pictures."  And they

1       were good, by the way.

2              So the photographer has an agreement with

3       the realtor to take pictures, but there's nothing in

4       that agreement that explicitly talks about the

5       realtor putting them in the MLS system.

6              Can there be an implied sublicense in that

7       situation?

8          A    Have you been following all the litigation

9       on that example?  That's "VHT v. Zillow," by the

10      way.

11         Q    Talk me through it.  Can there --

12         A    I believe the court of appeals determined

13      no, that there was not an implied sublicense.

14             But in -- that's -- that's kind of a

15      complex example.  I suppose that -- no, I mean,

16      in -- in those circumstances, usually the

17      photography company will have express provisions in

18      its agreement with the parties that's hiring it that

19      say here's what you can and can't do with an image

20      and here are your obligations.

21         Q    Let's assume for purposes of this example

22      that those conditions are not in the explicit

23      license between the photographer and the realty

24      company, okay?  Just for purpose of that.

25             And I'm not really asking what the court of

1    appeals, whatever it was, said.

2         A    Right.

3         Q    I want to know what your opinion is in the

4    industry.

5              Can there be an implied sublicense in the

6    context of -- where a realty company gets an outside

7    photographer to photograph real property, and then

8    the photographer puts those up on the MLS system?

9              I want to know, in your opinion, based on

10   industry practice, can there be an implied

11   sublicense in that situation, allowing the realty

12   company to do that?

13        A    So you just said the photographer put it up

14   on the MLS.  I think you said -- you wanted to say

15   the realty company put it up on the MLS.

16        Q    Yes, thanks, I did.

17        A    Okay.  I think that the realty company

18   could very possibly get sued.  It's just an area

19   where there's a lot of litigation around that, about

20   putting those images up on the MLS without an

21   express license from the photographer.

22             So there just happens to be dozens of

23   lawsuits, including attempts at class actions.  And

24   I've been involved in some of them in the background

25   and in the foreground.  So that example is not -- it

Page 212

1    was a great example, but it -- it's hard for me to

2    answer it, and also might jeopardize some of my

3    other cases.  I would have to really think it

4    through a little bit.  I need to take it out of the

5    real estate context.

6        Q    Well, within the real estate context,

7    because I want to use that example because I

8    understand it --

9        A    Okay.

10       Q    -- clearly.

11            You know, I mean, it's an easy example for

12   me to understand here.  I don't mean I clearly have

13   an understanding of the area.

14            So, using this example for a second, have

15   you rendered any opinions on that subject?  You said

16   you were involved in -- in some of the cases.

17            Have you rendered any opinions yet on that

18   subject?

19       A    Well, the VH- --

20            MR. ALLEN:  Objection as to form.

21   BY MR. MARDER:

22       Q    Have you testified to any opinions on this

23   topic in connection with any of the litigation you

24   mentioned?

25            MR. ALLEN:  Objection as to form.

Jeffrey Sedlik                                    November 13, 2019

                                                      Page 213

1    BY MR. MARDER:

2        Q    You can answer.

3        A    "VHT v. Zillow."  And would you allow me to

4    just quickly look at my case list in my report and

5    I'll give you the other case?

6        Q    Yeah.  Did you say VHT?

7        A    Yeah.  "VHT v. Zillow."

8        Q    Got it.

9        A    Report.  This will just take one second.

10            There are even attorneys who specialize in

11   these real estate photographer cases.  It's a --

12   it's a pretty wild area.

13       Q    I thought I was throwing out something

14   simple.

15       A    Yeah, yeah.

16            In my list -- in my -- I'm looking at

17   Exhibit 8, page 7 of my report, which is a list of

18   my cases in the last four years preceding this

19   report.

20            And it says "In Re Multiple Listing Service

21   Real Estate Photo Litigation."  Who would have

22   thunk; right?

23       Q    It actually says that?

24       A    It actually says that, yeah.

25       Q    All right.  So now that we have identified

1      it, can you tell me if you've -- if you've testified

2      to an opinion in that case on that topic?

3          A    I think there's -- I might have testimony

4      in that case and in "VHT v. Zillow," which I'm --

5          Q    I remember.  That's --

6          A    Actually, it's 8.

7          Q    Yeah.

8          A    Both very interesting cases.

9          Q    And what was your opinion in that case on

10     whether -- those cases as to whether a sublicense

11     existed in that situation?

12         A    Well, in the Zillow case, it went even

13     beyond that.  MLS was involved, but it went beyond

14     that to Zillow, who was my client, taking the images

15     from the MLS -- or allowing people, third parties,

16     the public, to take images from the MLS and say, "I

17     like this."

18              And it would put on a special site at

19     Zillow where its customers could say, "Well, that's

20     a great toilet in that house that was for sale."

21              And I don't actually recall --

22         Q    But again --

23         A    -- the substance of my opinion in that

24     case.  That wasn't really an MLS one.

25         Q    I want to go back to in either one of those

1    cases or both of them.

2           What were your opinions on the subject that

3    you testified to?

4       A    I testified on image licensing and the

5    value of licenses in those case, in general, and

6    what the agreements between the brokers and these

7    photographers, how you could reasonably interpret

8    those.

9           And I don't recall what my opinions were.

10   I mean, I recall the substance -- I mean, the topics

11   on which I was testifying, but I don't recall the

12   substance.

13          And this other one, I think -- I could

14   swear that it was called "Stevens v. CoreLogic," and

15   I just -- I don't see that case here, but this might

16   have been another name for it when they were trying

17   to get -- establish a class.  But --

18      Q    Okay.

19      A    -- I'm sorry, I --

20      Q    Let's move on from there.

21          Why do news media companies use wire

22   services or stock photo companies?

23      A    For the most part, it's for access to a

24   pool of images as they are created so that the word

25   "new" in news is actually -- has some meaning when

Page 216

```
 1    they're reporting it.  So they're -- they're tapping
 2    into all the photojournalists who are out there
 3    making images and almost in real time.
 4         Q    Is it reasonable for a news media
 5    organization with a subscription contract with
 6    either a wire service or a stock photo company to
 7    conclude that the wire service or the stock photo
 8    company obtained the proper license so that the
 9    media company could use the image?
10         A    I can answer that if you would just take
11    the word "subscription" out of it.
12              Can you just ask it with the word -- just
13    has a contract for a supply of images --
14         Q    Sure.
15         A    -- because I can answer it, and you will --
16         Q    Sure.
17         A    -- probably like my answer.
18         Q    If -- if a -- is it reasonable for a news
19    media organization that has a contract with either a
20    wire service or a stock photo company to obtain
21    images -- is it reasonable for the news media
22    organization to conclude that the wire service or
23    the stock photo company would have taken the steps
24    necessary to obtain a license permitting the news
25    media organization to display the photograph?
```

1      A    Yes, until they are informed otherwise

2   about the lack of a license or the lack of the

3   sufficiency of a license or the termination of a

4   license or the existence of potential or actual

5   litigation concerning the alleged license.

6      Q    We've talked at various times today about

7   rights-managed licenses and royalty-free licenses.

8           Generally today, is there any qualitative

9   difference between the images that one can get with

10   a rights-managed license versus those with a

11   royalty-free license?

12      A    There has been some developments in the

13   last week that really affect that answer that are

14   not relevant to the time period in which this

15   instant matter occurred; so I can talk about that

16   and I can talk about before that.

17      Q    We'll talk about that in a little bit.

18           Let's take up until the beginning of

19   November, before -- before Getty's announcement and

20   what the other stock photo companies have done.

21      A    Okay.  The competition in the stock

22   industry drove an increase -- drove the -- the

23   distributors, the stock agencies, to seek out better

24   quality images to offer up as royalty free so as --

25   because they can -- let me finish the sentence -- so

Page 218

```
 1    as to be able to compete, draw more customers.
 2             You know, they dropped their prices to
 3    the -- you know, over time from the '80s into the
 4    '90s and early 2000s to the point where they didn't
 5    have a lot of room to go down further in prices, or
 6    they had to -- you know, there's only so much give
 7    there.
 8             They can reduce their operational overhead
 9    to maintain their margins; they can provide
10    customers with a better, easier way to access --
11    find and access content that they might want to
12    access; they can provide more -- they can reduce the
13    amount of friction involved in -- in obtaining
14    licenses, you know, but they didn't have -- really
15    have a lot of room on price.
16             So that's why the price is just like this
17    (indicating), you know, in my observation over --
18    over those interim years.
19             And now I just lost track of -- I want to
20    give you a more precise answer.  I'm sorry.
21    Q    I'll read back the question.
22             We've talked at various times today about
23    rights-managed licenses and royalty-free licenses.
24             Generally -- generally today, is there any
25    qualitative difference between the images that one
```

1       can get with a rights-managed license versus those

2       with a royalty-free license?

3               And then you said there's some recent

4       developments; and then I said exclude those recent

5       developments and let's just look at, let's say,

6       before November of this year.

7       A      I think there's still a difference in the

8       level of quality of rights-managed images versus

9       royalty free in general.  The real question is --

10      it's a side issue, but I'll just mention it -- is

11      does the consumer care?  Does the licensee care

12      about that difference in quality, whether that is

13      licensing, composition, the use of color?  Can they

14      see it?  Does that have value to them?

15              And do they -- does it matter to them that

16      it's likely that many more entities are out there

17      using -- and potentially competitors are out there

18      using those royalty-free images, possibly in

19      competition with them, trying to sell similar

20      products or services or what have you.

21              And so I guess the direct answer to your

22      question is, if you look at the rights-managed

23      images versus royalty-free images, you do see a

24      difference in quality still, but it's not as great

25      as it has been in the past.

1          In the past -- in the distant past -- I'm

2     talking about the late '90s, mid- to late '90s --

3     royalty free was clip art -- maybe it was late '80s

4     and early '90s -- clip art.  Two hands shaking, you

5     know.  A tomato on a white background, you know.

6     Just things that were throw-aways, almost, and

7     that's changed so that the quality is getting to the

8     point where there's not as much as a differential,

9     but it's my observation, my personal opinion that

10    there's still a differential.

11        Q    Over time, has subscription-based licensing

12    become more common?

13        A    Here, we'll keep that to royalty-free

14    subscription, because we've been using the

15    subscription term applicable, trying to apply it to

16    rights managed.

17             We'll just say royalty-free, if you'll

18    permit me, subscription models have become much more

19    popular than they were in the past.  And of course,

20    if you offer the customer lower prices, more images

21    for those prices, they're going to like that.

22        Q    Have subscription-based rights-managed

23    licenses also become more frequently available over

24    time?

25        A    I don't really follow that term, but if --

1    if -- so in general in my industry, "subscription

2    stock" refers to royalty-free licensing.

3         Q    Is it possible to have a subscription-based

4    rights-managed photography license?

5         A    In my testimony earlier today I described a

6    scenario that would be similar to a subscription

7    that you might even be able to label as subscription

8    because it's similar in operation, where one entity

9    enters a contract with a supplier where they get

10   rights in limited media or otherwise limited rights

11   for -- for content.  But I would hesitate to call

12   that subscription.

13        Q    Is it almost an oxymoron to say that a

14   rights-managed license is a subscription license?

15        A    Yeah.  I mean, I think I referred to that

16   earlier as a bit of an oxymoron.  But from an

17   outside -- from a position outside the industry, you

18   could look at a deal between Getty and McGraw-Hill,

19   a publisher, where McGraw-Hill gets the right to use

20   images in books and in the promotion of those books

21   but not other rights, as a -- as a subscription in a

22   way.

23        Q    I want to move on to something else.  Let's

24   talk a little bit about your methodology in this

25   case that you used to determine the actual damages

Page 222

```
 1      in your report.

 2              Okay?

 3      A     Okay.

 4      Q     What is the total actual damages that you

 5      assert Brittney Gobble Photography suffered in this

 6      case?

 7      A     The value of the license determined by my

 8      calculations was -- I don't have it memorized.

 9      Q     And your report is also marked as

10      Exhibit 8; so please feel free.

11      A     Yeah.  Getting there.

12              The base actual damages of $6,212,215.82.

13      Q     And then you've applied a 3 to 5 times

14      multiplier to that?

15      A     A range of 3 to 5 times for scarcity.

16      Q     Now, to make the math easy for us after

17      lunch, can we say after applying the 3 to 5 times,

18      the range is approximately 18 million to 30 million?

19      A     Yes.

20      Q     As you sit here today, can you identify one

21      transaction -- even just one -- where a news media

22      organization paid between 18 million and 30 million

23      to buy approximately 51 images or 55 images of cats?

24      A     No.

25      Q     As you sit here today, can you identify one
```

Page  223

1    transaction where a news media organization has paid

2    between 18 million and 30 million to license any

3    photograph?

4        A    No.

5        Q    As you sit here today, can you identify any

6    transaction in which a news media organization has

7    paid between 18 million and 30 million to license

8    any set of photographs?

9        A    No.

10        Q    The methodology that you used to calculate

11    the range of damages in this case, does it have a

12    name?

13        A    No.

14        Q    Is it described in any book or treatise or

15    other publication?

16        A    No.

17        Q    Is it generally accepted in the

18    photographic community as a way to determine a

19    photography license?

20        A    I followed the -- I followed the -- my

21    methodology involves considering the usage that

22    actually took place, finding an equivalent license

23    in the marketplace, and making any adjustments based

24    on the characteristics of the image.

25            And that's -- that methodology is followed

Page 224

1   with every rights-managed license.

2        Q    Well, when determining rights-managed

3   licenses, I assume that you're not going to stock

4   photo companies picking images or a set of them and

5   then applying multipliers for a normal transaction;

6   is that fair to say?

7        A    Right, that's correct.  The word

8   "multiplier" would not be used regularly.  It's a

9   term of convenience that I have applied to the

10  adjustment for scarcity of an image, in the same way

11  that when somebody comes to me as a licensing

12  representative for the Phil Stern estate and they

13  might go pick a generic image for a certain usage

14  for $50, and I negotiate $6,000 because of the

15  scarcity of the image, and I define the criteria for

16  the license, I'm -- I'm not going out and sampling.

17            But in this case I had to sample because I

18  didn't have any historical license to base it on.

19       Q    Is the method that you used to determine

20  the value of the license fees in this case a

21  generally accepted method that's used to determine

22  license fees for photographs?

23       A    I don't really get the -- get the question.

24  Because obviously you're not having to go -- if

25  you've got an actual image that somebody's

1    requesting, you don't have to go out to the industry

2    and sample rates in order to come to an average rate

3    and then apply an adjustment for scarcity; you offer

4    the rate, just like I -- in the example I just spoke

5    of.

6           You know, I had two images licensed for

7    editorial use only one time for $6,000.

8    Q    What is the error rate for your

9    calculations in this case?

10   A    I don't know what the error rate would be.

11          I do know that in the WENN case the Court

12   accepted the methodology; in "Leonard v. Stemtech,"

13   they accepted the methodology; in "Under a Foot

14   Plant Company v. Exterior Designs," they accepted

15   the methodology.

16   Q    And I appreciate that, but that wasn't my

17   question.

18          The three benchmarks that you used in this

19   case, what evidence do you have that they have ever

20   actually been sold for the license fees that you

21   have proposed in this case?

22   A    I didn't propose any license fees in this

23   case.

24   Q    Well, let me rephrase it.

25   A    I mean, I didn't propose any license fees

1    for those benchmarks.  I just obtained -- you could

2    say obtained sample license fees.

3        Q    Take a look at Exhibit 16, please.  I'm

4    sorry -- yeah, it's Exhibit 16, which is your

5    Exhibit H.

6        A    I'm sorry.

7        Q    Take a look to your right, see if it's in

8    that pile.

9        A    18.  16.

10       Q    What is Exhibit 16?

11       A    These are screenshots of three example

12   licenses.

13       Q    And we're referring to these as benchmarks

14   in this case; correct?

15       A    You are.  I don't think I used that

16   terminology, but I don't disagree with that

17   terminology.

18       Q    Fair enough.  If we can just use that so

19   that we're understandings what we're referring to

20   during the deposition, that would be helpful.

21       A    Yes.

22       Q    So let's refer to the first benchmark,

23   which is on the first page of pictures.

24            Do you see that up at the top?

25       A    Yes.

September 13, 2019

Page 227

```
 1        Q    Looks like that was obtained from First
 2    Light --
 3        A    Yes.
 4        Q    -- stock photo company?
 5        A    Yes.
 6        Q    And I see the various licensing options
 7    that are listed there.
 8             Did you choose those?
 9        A    Yes.
10        Q    Were any of those based on assumptions?
11        A    Yes.
12        Q    Which ones?
13        A    I'm going to Exhibit 8 to refresh my
14    recollection as to the particular assumptions
15    dictated to me in this case.
16             So general -- general answer is it's based
17    on all the assumptions, but I know you want a more
18    specific answer.
19             So if we drill down -- Exhibit K --
20        Q    Assumption K?
21        A    I'm sorry, Assumption K in Exhibit 8.
22        Q    Any others?
23        A    All of them indirectly.
24        Q    Understood.
25             Now, looking at the first image in
```

Page 228

1    Exhibit 16, which is the image obtained from First

2    Light, it shows a price of $670 with the options

3    that you've included there; is that correct?

4        A    Yes.

5        Q    And I notice that you have this selected as

6    a full-size image, 5-by-8, 10 megabytes, 300 pixels

7    per inch, RGB; is that correct?

8        A    Yes, sir.

9        Q    Now, what is the industry standard for

10   pixels per inch when displaying a photograph online?

11       A    I'm sorry, it does say full size, but

12   that's not the largest size; there's much larger

13   sizes available.

14            Images are typically displayed at 72 ppi,

15   but they're often licensed at this size so as to

16   maintain apparent quality when viewed at various

17   sizes on various monitors, especially as monitors

18   get larger and larger.

19            So this is toward the bottom end of the

20   sizes that are available, even though it's called

21   full size.  I don't know why they call it full size.

22       Q    Can you identify even one news media

23   organization that typically displays photographs on

24   their websites that are 10 megabytes and at 300 ppi?

25       A    The images that they obtain from their

Page 229

1    suppliers are 20 megabytes, 30 megabytes,

2    50 megabytes, depending on what the camera produces.

3        Q    I'm asking specifically about how they

4    display them.

5             Can you name one media organization that

6    displays photographs on their websites that are in

7    the range of 10 megabytes and at 300 pixels per

8    inch?

9        A    No.  You don't display it at that size.

10   You license it and obtain it that size, and then you

11   just -- and you make multiple copies at various

12   dimensions from that second generation.

13       Q    And with this particular image that you

14   used as a benchmark here, it's also possible to

15   license it at a smaller size; correct?

16       A    At a smaller file size.

17       Q    And it's also possible to license it at

18   fewer pixels per inch than 300; correct?

19       A    I think there's two steps down from this.

20   I think this was the third-smallest size.

21       Q    Now, next to 300 pixels per inch, it says

22   "RGB"; correct?

23       A    Yeah.

24       Q    What is RGB?

25       A    Red-green-blue --

1        Q    Correct.  Red-green-blue?  Did you say

2    red-green --

3        A    RGB.

4        Q    And the RGB standard is used by what

5    organizations?

6        A    All organizations, but when you -- when you

7    print you print in CMYK.

8        Q    And when you display online, what is the

9    standard that is used?

10       A    You can use RGB.

11       Q    What is typically used?

12       A    I mean, I personally use RGB and very often

13    it's displayed in RGB.

14       Q    Are you familiar with sRGB?

15       A    Yeah.  It's in the family of RGB.  I don't

16    believe there's an sRGB option when you're

17    downloading from that site, but there might be.  I

18    don't think that there is.

19       Q    Are you sure?

20       A    I'm not absolutely positive.

21       Q    So looking at this first image -- excuse

22    me -- looking at this first image that we've been

23    discussing in Exhibit 16, what evidence do you have

24    that that image has sold for that price and with

25    those licensing options at any time?

Page 231

```
 1      A    I don't have evidence of the licensing
 2   history of that image.
 3      Q    With respect to the image below that, from
 4   Getty Images, what evidence do you have that that
 5   image ever sold for that price and with the
 6   licensing terms set forth in that image?
 7      A    The same answer for all three images in
 8   this exhibit.
 9      Q    That you have no evidence that they've sold
10   under those terms and prices?
11      A    I can't get at the licensing history for
12   images from these private companies.
13      Q    Understood.
14           I want to make sure I'm clear, though, that
15   as we sit here today, you don't have any evidence
16   that any of these three images ever sold at those
17   prices and those terms; correct?
18      A    Correct.  However, images routinely license
19   at those types of prices for that type of usage.
20   These were just three cat pictures that I felt --
21   even if -- even if I didn't use cat pictures as my
22   example, it wouldn't really matter here, but these
23   prices are normal prices for rights-managed usage
24   with these specifications.
25      Q    What book or treatise or other publication
```

```
 1      did you rely on when coming up with the methodology

 2      you used to compute damages in this case?

 3          A    I didn't rely on a book or treatise.  I

 4      relied on -- upon my expertise and experience in

 5      image licensing for decades.

 6          Q    Understood.

 7               And we're finished with Exhibit 16, by the

 8      way, for now; so you can go ahead and put that down.

 9               I understand that scarcity was one of the

10      assumptions in this case; correct?

11          A    It was -- well, let me double-check that.

12          Q    Yeah.  Let me just point you to

13      Assumption M.  I'm not trying to fool you here, but

14      just take a look at Exhibit M -- take a look at

15      Assumption M.

16          A    Yes.

17          Q    Now, that was an assumption you were given

18      initially by Mr. Quisenberry?

19          A    Yes.  I did, however, look at the

20      marketplace in that time period, even though I

21      relied on the assumption ultimately and I don't have

22      an obligation to confirm the veracity of the

23      assumptions in this case, because they're handed to

24      me, I don't control them, I did on the subject of

25      scarcity, as you've seen in my supplementary report,
```

1    seek confirmation, even though it wasn't part of my

2    obligations or the service that I was providing in

3    this -- in this case.

4              And I further reconfirmed the accuracy of

5    my opinions and of -- using other means.

6        Q    Are Lykoi cat images still scarce today in

7    2019?

8        A    Yes.

9        Q    And are they at the same level of scarcity

10   in 2019 as they were in 2015?

11       A    Whichever way I answer that, you're going

12   to say, "What data or study did you rely on?"

13             But I'll tell you what I did recently to

14   verify my opinions as to the scarcity of Lykoi cat

15   images in the marketplace was speak to the three

16   photographers of cats who are the -- my

17   understanding -- the leading providers of cat images

18   and ask them directly if these were scarce images in

19   2015, and they responded that they were very -- very

20   rare in 2015, and explained that the cats were

21   relatively new in the marketplace.

22             And I asked them to tell me no if they

23   believed that they were not rare, and they all three

24   said they were very rare.  I'm sure they would

25   confirm those statements.

Page 234

1        Q    I appreciate that, but that doesn't address

2    my question.

3             My question is addressed to whether there's

4    been any change in the scarcity from 2015 to 2019.

5    So I'll repeat it just so I'm clear.  And I'm

6    going -- I'm going to rephrase it and repeat it.

7             I'm trying to focus on, from 2015 to 2019,

8    whether the level of scarcity has changed at all for

9    Lykoi cat images.

10            So what data do you have which indicates

11   the level of scarcity in 2015 for Lykoi cat images

12   compared to 2019?

13       A    So I have the assumption, number one, but

14   then, secondly, I have the confirmation of my

15   opinions with three leading providers in that actual

16   space, that content space.

17            But I would -- if -- if you were to ask me

18   if I -- if it's reasonable to assume that Lykoi cat

19   photographs are not as scarce today in 2019 as they

20   would have been or were in 2015, I would agree that

21   it would be reasonable to assume that because the

22   breed has spread now and the cats are more

23   accessible.  And they're at more shows and more

24   photographers would have access to them.

25       Q    When was the last time that you went online

1      and actually did a search for Lykoi cat images to

2      determine how many are available online to license?

3          A    The -- before submitting my surrebuttal,

4      and I included that information in my surrebuttal

5      with actual quantities found in the searches.

6          Q    And you said that it's reasonable to assume

7      that they are less rare today than they were in

8      2015.

9               How much less rare?

10         A    Well, this year, as of the time I did my

11     search -- I have to pull out my report --

12         Q    Please.

13         A    -- to refresh my memory.

14              This is Exhibit No. 9, surrebuttal report.

15     Page 13 of Exhibit 9, Section J.  (As read):

16              Defendants' experts failed to

17              contemplate the relative scarcity of

18              Lykoi photographs in the

19              marketplace.  The search at

20              gettyimages.com on June 21st, 2019,

21              using the word "cat" returned

22              400,000 -- over 400,000 photographs,

23              in contrast to search at

24              gettyimages.com on June 21st, 2019,

25              using the word "Lykoi" returned

```
 1              17 photographs, many of which are

 2              very poor quality and only six of

 3              which are available for

 4              rights-managed licensing.  Quality

 5              Lykoi photographs remain scarce

 6              today and a suitable scarcity

 7              multiplier is justified in the

 8              matter.

 9         And I would additionally point out that, of

10    those six available, that some of them were candids

11    with people, as I mentioned, with coffee cups in the

12    background or -- or what have you at cat shows, that

13    people just grabbed shots of them, very much unlike

14    Brittney Gobble's staged orchestrations.

15         Q    Okay.  I appreciate the answer.

16              Now, from 2015 to 2019, explain to us the

17    change in scarcity?  In other words, by percentage,

18    how much less scarce are Lykoi cat images in 2019

19    compared to 2018, 2017, 2016, and 2015?

20         A    I mentioned earlier that I don't have that

21    data, but that I confirmed -- I confirmed my

22    opinions by discussion with the three providers, who

23    all confirmed that Lykoi cat images were very scarce

24    at that time.

25         Q    And you've given a range of a multiplier of
```

1    between 3 and 5 times the base license fee; correct?

2        A    Yes.

3        Q    How have you adjusted that over time from

4    2015 to 2019 to take into account the change in

5    scarcity?

6        A    I provided the range of 3 to 5 times, and I

7    think the WENN Court selected 3 times as a

8    reasonable multiplier.

9            The images remain scarce, and as I do not

10   have the data to support a precise calculation, a

11   multiplier, I included that range.  And that range

12   is based on my experience and observation.  And I'll

13   speak further about it, should you ask.

14       Q    So then you have not adjusted your

15   multiplier from 2015 to 2019 to take into account

16   the decrease in scarcity of the images?

17       A    The photographers who I spoke with

18   suggested that 3 to 5 times -- well, two of the

19   three photographers suggested that a multiplier of 3

20   to 5 times is not enough to compensate for the

21   actual scarcity of the Lykoi photographs in 2015,

22   and that it would likely be much more similar to the

23   license that I mentioned earlier today where -- with

24   Phil Stern where similar photographs were licensed

25   for $50 and I licensed it for $6,000, for two; so

1      from a hundred dollars total to $6,000.  Because of

2      the scarcity of the photograph, it's a significant

3      multiplier.

4              I don't use the word "multiplier" when --

5      in day-to-day licensing practice.  I use it for the

6      purpose of referring to this methodology.

7              But, nevertheless, I'm still comfortable

8      with the 3 to 5 times, even though these

9      photographers said it should be much more due to the

10     very scarce nature of the photographs then.

11             And my search in -- just a couple of months

12     ago showed the relative scarcity of Lykoi

13     photographs versus other cat photographs.

14     Q    So the answer to my question is you've made

15     no adjustment to the 3 to 5 times multiplier from

16     2015 to 2019 to take into consideration the change

17     in scarcity?

18     A    Based on my discussions with these

19     photographers more recently, I would say that I

20     would be more comfortable increasing that 3 to 5

21     times to 3 to 10 times.

22             However, in my conversations with

23     photographers over the last two decades, sitting and

24     speaking -- sitting down and speaking with groups of

25     photographers about pricing issues in photography

1     and discussing how to come to the prices for their

2     licenses, the 3 to 5 times is the most common range.

3             You know, some photographers would say 10

4     times or 20 times, but I treat those as outliers and

5     that's how I arrived at 3 to 5 times.

6     Q     Mr. Sedlik, I appreciate that and you've

7     given me a lot of information about various things

8     in response to the question, but you haven't

9     answered the question.

10    A     I wasn't evading the question.  I got off

11    on a tangent.  I'll come right back to your question

12    if you can restate it.

13    Q     And I appreciate that.  It's been

14    interesting hearing those other things, but my

15    question is very narrow.

16            Is it fair to say that you have made no

17    adjustment to the 3 to 5 times multiplier to take

18    into consideration the change in scarcity between

19    2015 and 2019 for Lykoi cat pictures?

20    A     I think that the range accommodates -- the

21    3 to 5 range accommodates any adjustment that

22    might -- that might occur over that time period,

23    given the -- still what I would call fairly extreme

24    scarcity of Lykoi images.  You know, perhaps it was

25    5 back then and it's 4 now, but 3 to 5 still is a

Page 240

1    reasonable range.

2        Q    So the answer is no, you've made no

3    adjustments?

4        A    That's why I provided the range, because I

5    can't, in the scope of this engagement, do a

6    several-hundred-thousand-dollar survey, historical

7    examination to determine.

8        Q    So the answer to my question is no, you've

9    made no adjustments; correct?

10       A    And that the 3 to 5 range in my opinion

11   is -- is adequate and applicable and reasonable.

12       Q    You've made no adjustment to the

13   multiplier; correct?

14       A    To the multiplier range, correct.

15       Q    I want to try to understand what factors

16   are to be looked at to determine the range for a

17   multiplier.

18            Can you describe for us what factors you

19   took into consideration when deciding the range of

20   the multiplier in this case?

21       A    I just answered that question in my ranging

22   answer a moment ago as to how I came up with a range

23   of 3 to 5 times that I generally apply to cases of

24   scarcity -- cases where scarcity is involved.

25       Q    And what factors would indicate that the

Page 241

```
 1      range should be, for instance, between 5 and 8 times

 2      the base?

 3           A    It very well could be, but because the

 4      majority of the respondents in my survey over a

 5      20-year period, in speaking with these groups of

 6      photographers, fall into 3 to 5, I'm sticking with 3

 7      to 5 even though certain circumstances might go much

 8      higher than 3 to 5.

 9           Q    Now, your survey said -- the size of your

10      survey, you said, was three photographers; correct?

11           A    No.  Hundreds of photographers I mentioned

12      that I have sat down with over more than two decades

13      discussing pricing.  I just described that whole

14      thing to you.

15           Q    Describe for me, sir, the conversations

16      you've had with these hundreds of photographers

17      where you discuss using a multiplier of a base

18      license fee to determine an appropriate license fee?

19           A    I testified earlier that I typically don't

20      use that terminology when I'm actually licensing,

21      but I've already testified here today not ten

22      minutes ago that in traveling around the country and

23      the world, sitting with groups of photographers and

24      talking about their businesses, where their industry

25      is headed, what their licensing practice are --
```

```
 1    practices are, and in discussions of what happens
 2    when you're licensing, you know, relatively common
 3    images, like two hands shaking or an image that
 4    is -- where the supply is low, such as, you know, a
 5    relatively scarce image -- it doesn't have to go all
 6    the way to a picture of Bigfoot; it could be a
 7    picture of a Lykoi cat where there's not many
 8    available and yet somebody wants to run images of
 9    Lykois.  What is the range?  How much might they
10    increase their price of a generic image over
11    something where there's more demand?
12        Q    And where have you compiled this dataset of
13    information?
14        A    I haven't compiled the dataset of
15    information; that's just the source of the 3 to 5
16    range.
17        Q    So these hundreds of photographers that you
18    just mentioned who you say you've spoken to over the
19    course of your career, you haven't recorded the
20    ranges that they've given you; correct?
21        A    No.  And it's not individual conversations,
22    typically.  I mean, I did have individual
23    conversations with the three cat photographers just
24    to confirm that I had applied a reasonable range.
25    And they all three confirmed that, two of which said
```

1   it should be much higher than that.

2          These are my other conversations where --

3   in my capacity as either the president of the

4   Advertising Photographers of America or as somebody

5   doing a lecture circuit for Advertising

6   Photographers of America or ASMP or other

7   discussions sitting with groups of photographers,

8   where I'm an invited speaker.  I sit down in Denver

9   and we talk about the business and where it's going

10  and what their fears are and how -- how can they

11  price.

12          This is not price setting; this is a

13  discussion of their historical licensing trends and

14  practices.  And when we get to the topic of when

15  they have a generic image versus an image that is

16  more rare, 3 to 5 times is the most common range.

17          In my own experience, I've been able to

18  charge significantly greater prices over time for

19  some of my more scarce images of people where the

20  quality of the image is unique and the person can't

21  be accessed anymore or what have you.

22      Q   For instance, Marilyn Monroe.  That would

23  be a classic example of a picture where -- of a

24  photograph where you couldn't access that person

25  again to take another picture?

Page 244

```
1      A    Or even with my own photographs --

2   Miles Davis, BB King, those type of people want to

3   do an album cover or an editorial.

4          The example I gave of -- last week with the

5   $6,000 for two editorial -- for one-time editorial

6   use is another example.

7      Q    What evidence do you have to conclude that

8   Sinclair or another hypothetical media company

9   similar to Sinclair would have accepted a

10  rights-managed license in this context along the

11  lines of what you're proposing?

12     A    I don't have evidence that they would have

13  accepted it.  I do have the scenario of a willing

14  buyer and seller and what the seller could

15  reasonably require of the buyer for the use of the

16  image.

17         And the -- the basis for the damages in

18  this case to get to the level that they are is I

19  took each of the stations and priced them as if they

20  had each separately licensed the images.

21         And until I hear -- but -- but in doing

22  that, I also provided pricing that showed what the

23  license fee would be if it was Sinclair only.  And I

24  purposefully did that because I don't know what the

25  determination of the Court is going to be as to
```

1     whether the damages would apply to each station or

2     to Sinclair as the parent.

3               MR. ALLEN:  Is it time for a break?

4               MR. MARDER:  Yeah, it's good with me.

5               THE VIDEOGRAPHER:  We're going off the

6     record.  The time is 4:49 p.m.

7               (A recess was taken from 4:49 p.m.

8               to 5:08 p.m.)

9               THE VIDEOGRAPHER:  We're now back on the

10    record.  The time is 5:08 p.m.

11    BY MR. MARDER:

12        Q     In the context of copyright violations,

13    have you heard of a cease-and-desist letter?

14        A     Yes.

15        Q     What is that?

16        A     Well, one party can send an alleged

17    infringer or another party a letter that says stop

18    infringing and do not start again, and that's a

19    layperson's description of a cease-and-desist

20    letter.

21               And they will describe the offending

22    concept and -- that needs to be stopped, and

23    generally there's a threat involved, and sometimes

24    there's a demand involved, but not always.

25        Q     Have you ever had anybody -- anybody steel

```
1     one of your images and use it without permission?

2          A    Yes.

3          Q    In those instances did you send a

4     cease-and-desist letter or have someone send it on

5     your behalf?

6          A    I've sent them.

7          Q    And do you believe it's a best practice to

8     send a cease and desist letter when someone uses a

9     photograph without authorization?

10         A    From the photography industry's

11    perspective, we don't have a -- there's no standards

12    or practices around cease-and-desist letters.

13              If you want to ask me in general, I -- you

14    know, there are some entities -- there's a --

15    there's a lawyer today -- I guess I won't mention

16    his name -- who -- he just files five to ten cases a

17    week without speaking at all with or without

18    contacting these entities against whom he's filing.

19    And hopefully he was disbarred today, but we'll see.

20              But I -- I believe, you know, that it would

21    be more professional for him to communicate in some

22    way with the infringer.  And whether that's a

23    cease-and-desist letter or otherwise, I can't really

24    say.  But it would be my practice to send

25    cease-and-desist letters.
```

```
 1        Q    And I'm not so much talking about what a
 2    lawyer does; you mentioned this lawyer who should be
 3    disbarred.
 4              But when a photographer believes that the
 5    photographer's copyright has been violated, you
 6    would agree that an appropriate step would be to
 7    send a cease-and-desist letter?
 8        A    That is a -- a step that is available to a
 9    rights holder.
10        Q    And in fact, you believe that that is a
11    best practice?
12        A    It's my practice.
13        Q    Have you ever told anybody that you believe
14    that it is a good practice to send a cease-and-
15    desist letter when a photographer believes that
16    their copyright has been violated?
17        A    I'm -- I'm -- I believe that I've -- I've
18    said that.  Because I don't believe in -- in filing
19    suit without any contact whatsoever with a
20    defendant.
21              At the same time, if the defendant receives
22    information that would -- could or would lead them
23    to believe -- reasonably believe that there might be
24    a problem with a license or their use of an image, I
25    believe that they have a responsibility to take
```

 1    action.

 2         Q    Why would Sinclair pay $30 million to

 3    license a group of photographs that Brittney Gobble

 4    gave away to others for free?

 5         A    So we can talk about the fact that

 6    Brittney Gobble received consideration and -- and

 7    issued her licenses, as they were, with the

 8    expectation of financial concern and the receipt of

 9    consideration.

10              I don't consider that for free.  She did

11    not request a license fee in exchange for those

12    usages, and she, as the copyright holder, had the

13    exclusive right to determine who she would allow and

14    when and under what conditions to make use of the

15    photograph -- her photographs.

16              And she has a long history of shutting down

17    people who use her images for free without her

18    permission.

19         Q    Why would a hypothetical news media

20    organization pay between 18- and $30 million to

21    license a group of photographs that the photographer

22    has licensed to others without requiring the payment

23    of a license fee from those others?

24         A    In -- my hypothetical is built on a

25    standard license of standard photographs but

```
 1    adjusted across multiple entities.

 2              And so that $30 million or that range that

 3    you're talking about, you know, I -- as -- as is

 4    described in my report, the damages would vary based

 5    on the number of entities that are involved.

 6              And so I treated each of these as separate

 7    companies in my damages calculation.  And in fact,

 8    even companies such as Getty Images would require a

 9    separate license for each and every one of those

10    domains.

11              I reconfirmed this yesterday by calling

12    them and saying, "If you have an entity that has

13    multiple subsidiaries, can you just license -- you

14    know, purchase one license and allow that and then

15    use those images across all those subsidiaries?"

16              The answer was, "Only if it's on the same

17    domain.  Otherwise, you need a separate license for

18    each one."

19              So I'm confident that I took the correct

20    path in following that model.  But, of course, there

21    will be a determination, I believe, in this matter

22    as to the relationship of the sub- -- of the

23    stations to the parent, and that will drive -- you

24    know -- I may need to revise my damages calculation

25    accordingly.
```

1       Q    I appreciate all that, but that didn't

2    answer the question.  And try to focus on the words

3    in my question.

4            Why would a hypothetical news media

5    organization pay between 18- and $30 million to

6    license a group of photographs that the photographer

7    has licensed to others without requiring the payment

8    of a license fee from the others?

9       A    They -- okay.  As I mentioned, these

10   damages are per entity.  So I'm not -- my damages

11   are calculated by -- are applicable to each station

12   as a separate entity, and so no one station is

13   paying $30 million.

14           It's -- divided by all of the stations,

15   gives you a lesser number -- or station -- and I --

16   you know, I know there's been complaints about the

17   number of exhibits that I have and the length of the

18   exhibits, but they're in fact not redundant.

19           What I've done is to allow for a

20   determin- -- without recalculation of the damages, a

21   determination of what the damages are per station,

22   per image, per license, without having to

23   recalculate.  In other words, multiple facets on the

24   same data.

25           So I just -- your question is difficult for

1   me to answer.  I'm not evading it.  The combination

2   of those two things -- the free license I've

3   separately answered; the $30 million, you're saying

4   why would one entity agree to that?  And I'm saying,

5   my damages treat those as all separate entities.

6   Each entity, you know -- do the numbers.  Divide it

7   by the number of stations.

8           And each -- and because of the rarity of

9   the image, there's a simple adjustment of the

10  standard license fee, times the number of years in

11  that media, times -- adjusted for the scarcity of

12  the image, is the license fee per station.

13      Q   I'm not asking you about the facts of this

14  case; I'm asking you a hypothetical.

15          You follow me?

16      A   Hypothetical, I can't -- I can't even

17  address the hypothetical.

18      Q   Well, you're an expert witness in this

19  case, and fair market value is determined by

20  hypothetical buyer and seller; so I'm asking you a

21  hypothetical now.

22          And the hypothetical is as follows:  Assume

23  you have a national media organization that through

24  subsidiaries owns and controls multiple television

25  and radio stations and operates their websites.

1          Why would that organization pay between 18-

2     and $30 million for a group of photographs to obtain

3     a license from a photographer who has licensed those

4     same photographs to others without requiring payment

5     of any license fee?

6     A    There's a disconnect with your -- the

7     preface to the question and the -- the tail end of

8     your question that makes it impossible for me to

9     answer.

10         You're asking me why, but Brittney Gobble

11    controls the circumstances under which she would

12    offer up a license of the images.  She doesn't have

13    any licensing history for fees, and in order to

14    determine damages, we have to look to the

15    marketplace to see what a standard cat photograph

16    would cost for the same usage that occurred in this

17    case and then adjust it for rarity, adjust it for

18    the time period, and there we have our -- our

19    number.

20    Q    And I didn't ask you about the facts of

21    this case; I asked you about a hypothetical.

22         Do I understand you to be saying that

23    you're incapable of answering my hypothetical today?

24    A    I'm not refusing to answer it; I just can't

25    answer it because it doesn't make any sense to me.

1      Q    What evidence do you have that WENN

2    actually sent a kill notice to Sinclair?

3      A    So I've read the kill notice, and I've seen

4    the testimony from WENN stating that they sent it to

5    all their clients, including Sinclair.  But I did

6    not personally observe this because I wasn't

7    involved in the case at the time and not involved

8    with either party.  So I'm just going by the

9    testimony.

10     Q    Did you also read testimony from Sinclair

11   or see discovery from Sinclair where Sinclair denies

12   having received a kill notice from WENN?

13     A    I'm aware that Sinclair denies receiving

14   the kill notice.  I do know that they were contacted

15   by Brittney Gobble, contacted Scott -- I don't

16   recall his last name, I'm sorry -- Scott at Sinclair

17   to inform him that the usage was infringing almost

18   immediately after --

19          Do we need to stop for a second?

20          MR. MARDER:  I'm sorry.  I thought she was

21   just dropping the documents off.

22          Let's go off the record.

23          THE VIDEOGRAPHER:  We're going off the

24   record.  The time is 5:20 p.m.

25          (A recess was taken from 5:20 p.m.

    1              to 5:22 p.m.)

    2              THE VIDEOGRAPHER:  We're now back on the

    3    record.  The time is 5:22 p.m.

    4    BY MR. MARDER:

    5        Q    And I apologize; we had interruption.

    6              My question previously to you was, did you

    7    also read testimony from Sinclair or see discovery

    8    from Sinclair where Sinclair denies having received

    9    a kill notice from WENN?

   10              And you were beginning to answer.

   11        A    I'm aware of that testimony.  And I'm also

   12    aware that Brittney Gobble contacted Scott --

   13        Q    Sistek?

   14        A    Sistek, thank you very much -- to advise

   15    Sinclair -- or at least I believe it was KOMO at the

   16    time -- that there was an issue; there was no

   17    license; it needed to be taken down or her

   18    information needed to be added.

   19              He agreed to add it.  And then, within a

   20    day or two of adding it, the credit disappeared and

   21    the information about the images was changed

   22    somehow.

   23              And at some later date they received a copy

   24    of a subpoena, and that subpoena included 300-plus

   25    pages of Sinclair alleged infringements.  And

1    Sinclair responded to that subpoena; it was having

2    to do with the WENN case.

3           So I feel that they were on notice as of

4    receiving that subpoena, even though it -- even

5    though Sinclair was not named as a party.

6       Q    You just provided a bunch of information

7    which is interesting but has nothing to do with my

8    question.  My question was very direct and very

9    narrow.  So please focus on it.

10          My question was, and remains, did you also

11   read testimony from Sinclair or see discovery from

12   Sinclair where Sinclair denies receiving the kill

13   notice from WENN?

14      A    Yes.

15      Q    You don't mention that in your report at

16   all, do you?

17      A    No.

18      Q    What evidence do you have other than

19   Lloyd Beiny's testimony that Sinclair actually

20   received the kill notice?

21      A    I do not have evidence in that regard.

22      Q    When someone takes a photograph using a

23   modern digital camera, such as a Nikon D800 or D810,

24   is the capture time of the image recorded in the

25   metadata?

Page 256

1        A     Yes.

2        Q     And does that include the capture date?

3        A     Yes.  I should say that it may or may not

4     be correct.

5        Q     It depends on the camera and whether the

6     time and date are correct in the camera?

7        A     Right.

8        Q     The time and date recorded in the image

9     would be the time and date in the camera; correct?

10       A     Correct.  You know, the exceptions would be

11    cameras where there's camera software settings that

12    would synchronize the date and time of the camera

13    when it's plugged into a computer or if the camera

14    connects to the web, but those are exceptions.

15       Q     Understood.

16             And once the metadata contains the capture

17    time and date, unless someone manually goes in there

18    and changes those things, then that time and date

19    should remain there throughout the life of the

20    image; correct?  Unless someone strips out the

21    metadata, and I'm not referring to that situation.

22       A     So in a -- in a digital file of any kind,

23    there are system dates and then there are the type

24    of dates that would be recorded by the camera into

25    the file.  These are recorded in different areas of

```
 1      the file.
 2              So when you open and close that file, it
 3      changes the system date of the file so it -- you
 4      know, you might have a creation date of January 1st
 5      but then another creation date that says, you know,
 6      November 2nd because the file was opened or saved or
 7      accessed by a certain application.
 8              So it's confusing when you look at the file
 9      as to what the creation date is.  But with that
10      exception, provided that you know the difference
11      between the system date and then the date that's
12      recorded in the -- in the header of the JPEG --
13      assuming it's a JPEG -- the answer is yes, that the
14      date is recorded and that date is not going to
15      change unless it is -- it is changed by an automatic
16      or manual process.
17              And by an automatic process, I mean you can
18      go into Lightroom -- I've seen your questions in
19      other depositions about Lightroom; you seem quite
20      knowledgeable -- and you can say, "Change all the
21      creation dates on this file -- on these 1,000 files
22      to ten years ago," and it will do it.
23      Q    Have you ever used Shutterstock to obtain
24      benchmark photographs to calculate damages?
25      A    I don't recall.  It's possible that I have
```

Page 258

1    where the facts of the matter would be consistent

2    with a royalty-free license.  You know, the -- just

3    the -- if -- if it involved something that could

4    have, would have been a royalty-free license,

5    Shutterstock might be a place I would go, but it's a

6    subscription model.

7              It's -- I mean, it would be hard to use the

8    subscription model as a -- as a benchmark in the way

9    that I use the benchmarks.  It might be something

10   that I would refer to.

11        Q    Is it your testimony today that

12   Shutterstock does not offer rights-managed images?

13        A    No, that's not my testimony today, but I

14   don't know that I've used, you know, Shutterstock

15   for that purpose.

16        Q    Wouldn't the best benchmark for this case

17   be another photograph of a Lykoi cat?

18        A    We could not use Lykoi cat photographs as a

19   benchmark because photographs of the same quality

20   didn't exist at the time that we took them, and also

21   I needed multiple samples from multiple sites and

22   could not identify Lykoi photographs at different

23   sites.

24        Q    You didn't try to do that in 2019, though,

25   did you?

Page 259

1      A    These pricing samples are from 2017.

2      Q    So the answer is you didn't do that in

3  2019?

4      A    Correct, correct.

5      Q    So if one were to go into some stock photo

6  companies and find rights-managed images, using your

7  approach, of Lykoi cat photographs that are of

8  similar quality, then those photographs would be

9  better benchmarks than the one you used; correct?

10     A    I'm not certain of that because I don't

11  think that there are photographs of that nature.

12  Other people are not doing what Brittney Gobble

13  does.

14     Q    Well, you didn't look for them in 2019, you

15  just testified.

16          So let's say --

17     A    Right.

18     Q    -- hypothetically one were able to go into

19  various stock photo companies and find images of

20  comparable quality of Lykoi cat photographs.

21          You would agree that those would be better

22  benchmarks than the benchmarks that you used;

23  correct?

24     A    But those don't exist.

25     Q    I'm asking you a hypothetical question,

Page 260

1    sir.

2            If someone were to go to a Shutterstock --

3    let me rephrase it.

4            Hypothetically, if someone were to go to a

5    stock photo company website and obtain comparable

6    images to those shot by Brittney Gobble of Lykoi

7    cats in 2019, those would be better benchmarks and

8    closer benchmarks than the ones you used; correct?

9        A    I think that ignores the facts of this case

10   and the nature of the photographs that were used

11   here.  The reason that Sinclair chose and used this

12   selection of images was because of the narrative

13   aspect of the images.

14       Q    You haven't answered my hypothetical

15   question, sir.  I am not asking you about the facts

16   of this case; I'm asking you a hypothetical.

17           Do you understand?  You follow me?

18       A    I follow you, but it just doesn't apply.

19       Q    So are you refusing to answer the question?

20       A    It doesn't apply because of the nature of

21   the images used here.

22       Q    Well, ultimately the judge decides what

23   applies and what doesn't.

24           You understand that; right?

25       A    Yes.

1      Q    You understand you're a witness in this
2    case; I'm a lawyer.  Right?
3      A    Yes.
4      Q    So my job is to ask questions.  And then,
5    if you understand the question, of course your job
6    is to answer it; correct?  You follow me so far?
7      A    Yeah.
8      Q    And if you don't understand the question,
9    of course you'll let me know.
10      A    I understand the question.
11      Q    Okay.  The judge ultimately at some point
12    later will determine what questions can be asked and
13    what can't for a trial.
14           You follow me so far?
15      A    Yes.
16      Q    Okay.  So my -- my question is a
17    hypothetical.  If one were able to go to one or more
18    stock photo companies and obtain images of Lykoi
19    cats of comparable quality to the ones created by
20    Brittney Gobble, would you agree that those would be
21    closer and better benchmarks than the benchmarks
22    that you chose?
23      A    The content of the benchmarks -- I'm just
24    trying to think that through.
25           It's -- the content of the images

1    themselves, the ones against which the multiplier is
2    applied, accounts for not only the fact that those
3    images are Lykois but that they are Lykoi cats in
4    these fanciful -- for the most part, Lykoi cats in
5    these fanciful setups.
6            So the base benchmark photographs, whether
7    they're Lykois or not, I don't see how that affects
8    it.
9    Q    So your testimony today is that if we find
10   images from stock photo companies that are of
11   comparable quality, including composition, including
12   creativity, including exposure, comparable quality
13   to the ones shot by Brittney Gobble, your testimony
14   today is that those aren't better benchmarks than
15   the ones that you chose of breeds that are not Lykoi
16   cats?  Is that what you're telling us today?
17   A    That's different than what -- than the
18   question you asked earlier, because you added in the
19   content of the images.
20   Q    That's why I said "comparable quality."
21   The quality --
22   A    Well, quality is --
23   Q    Let me finish, sir.  And maybe my question
24   wasn't clear.  I want to make sure that we're
25   understanding each other.

1          Let's take an image today, in the

2     hypothetical, go to a stock photo company and you

3     find an image of comparable quality and content,

4     composition, lighting, creativity, all of those

5     things.  Okay?  And the cat in those photographs was

6     a Lykoi cat.

7          Would you agree that that photograph would

8     be a closer and better benchmark than the ones that

9     you used?

10     A     So that I have clarity on that question, in

11     your hypothetical, we're assuming that, for example,

12     one of these Brittney Gobble images or a selection

13     of these Brittney Gobble images was actually

14     available but not Brittney Gobble's?  With this kind

15     of what I would call narrative fanciful setups with

16     the pumpkins and the corn and whatever, you're

17     saying those are available and would it be more

18     appropriate to use one of those?

19     Q     Yes.

20     A     Yes.

21     Q     So if one were to find a benchmark that was

22     not as creative as you said with the -- the props

23     and all the things that you say Brittney Gobble did

24     to make these photographs creative, if a benchmark

25     lacked those things, that would not be an

Page 264

1   appropriate benchmark to use?

2       A    It would be a less appropriate benchmark to

3   use.

4       Q    Would it be an appropriate benchmark to

5   use?

6       A    Can't really answer that with a "yes" or

7   "no" because, reasonably, Sinclair would not have

8   run 50 photographs of a Lykoi on a white background.

9   It wouldn't.  So those are the photographs -- you

10  know, the nature of the photographs themselves is

11  part of the scarcity.

12          You know, I could see Sinclair running one

13  photograph of a Lykoi on a white background but not

14  50.  White background, black background.  The reason

15  why they ran as many photographs as they did --

16  well, there's -- actually, I'm sorry -- there's a

17  different quantity of photographs running on

18  different station websites; so I don't want to use

19  that number across the board.

20          But in any event, multiple photographs of

21  Lykoi cats in a gallery that are all kind of boring

22  on a white seamless would not make sense.

23      Q    Were the articles that Sinclair ran with

24  the photographs articles on photography composition

25  and creativity?

Page 265

```
 1       A    No.
 2       Q    I'm going to turn to some of your exhibits.
 3   Why don't we just go off the record for a second and
 4   I'm going to organize these things.
 5            THE VIDEOGRAPHER:  We're going off the
 6   record.  The time is 5:38 p.m.
 7            (A recess was taken from 5:38 p.m.
 8            to 5:45 p.m.)
 9            (Whereupon, Defendants' Exhibit 19,
10            Defendants' Exhibit 20, Defendants'
11            Exhibit 21, Defendants' Exhibit 22,
12            and Defendants' Exhibit 23, were
13            marked for identification by the
14            Court Reporter.)
15            THE VIDEOGRAPHER:  We're now back on the
16   record.  The time is 5:45 p.m.
17   BY MR. MARDER:
18       Q    Mr. Sedlik, take a look, please, at
19   Exhibit 19.
20            Do you see that in front of you?
21       A    Yes, sir.
22       Q    And is that your Exhibit M to your report?
23       A    Yes.  As we speak, I want to have an index
24   to the exhibits in front of me, which is not there.
25       Q    There it is.
```

Page 266

```
 1        A     Thank you, sir.

 2              And that is Exhibit 10, index to exhibits.

 3        Q     So we're now looking at Exhibit 19.  I have

 4      a few questions for you.  I want to start on page 1

 5      of 275.  And you can take the binder clip off

 6      because we're going to look at the headings.

 7        A     Okay.

 8        Q     All right.  The first column, you see where

 9      it says "Photo No."?

10        A     Yes, sir.

11        Q     Where does that come from?

12        A     Comes from table of photographs, Exhibit E.

13        Q     And the license number, where does that

14      come from?

15        A     Exhibit L.

16        Q     All right.  Take a look at Exhibit 20 in

17      front of you.

18        A     Should I put the clip back on this, sir?

19        Q     No.  We're going to --

20        A     Okay.

21        Q     So kind of slide that over.

22              Now, Exhibit 20 is your Exhibit L; is that

23      correct?

24        A     Yes, sir.

25        Q     So under the "License No." column in
```

```
1       Exhibit 19 -- for instance, the first one, where it

2       says --

3            A    Just one thing.  This has notations on it;

4       so you might want to have this copy.

5            Q    Yeah.  I've circled the ones I was going to

6       ask you about.  So let me just change that page out

7       real quick with a clean one.

8            A    It's got the exhibit number on it.

9            Q    Oh, that's right.

10           A    I can ignore the notations.  I don't think

11      there's anything secret here.

12           Q    Well, let's -- if you don't mind, we'll --

13      and we'll re-mark it later, but let me just give you

14      a clean one.  I don't think there's anything

15      significant there.

16                THE REPORTER:  You can peel it off.

17                MR. MARDER:  See if I can get it off.

18           Q    There you go.  So there's a clean --

19                MR. ALLEN:  Do you need a pen?

20                THE WITNESS:  No.  I had a pen sitting out

21      here.

22                MR. ALLEN:  We lose pens?  Pen?  No?

23      BY MR. MARDER:

24           Q    Here's the remainder of Exhibit 20.  There

25      you go.
```

1          Now, Mr. Sedlik, you just took a note,
2     worked on a note.
3          What was that?
4     A    It's -- hang on one second.  Make one more
5     note.
6     Q    I want to make sure we cover whatever we
7     need to cover.
8     A    Well, it just -- it seemed like we were
9     talking about elastic demand, and then you said
10    let's take a break in the middle of the discussion,
11    and I just wanted to circle back on it.
12         Is that -- I don't know that I had the full
13    opportunity to answer, but I'm not sure.
14         And then I made a note that says "2015
15    Lykoi benchmark," and then "read and sign."
16         Are we still on the record?
17    Q    We are on the record.
18    A    So I would like to read and sign.
19    Q    We'll do that later.
20    A    Since I forget saying that.
21    Q    No.  I don't recall ever cutting you off
22    from answering about elasticity.
23         So what do you want to say about elasticity
24    that you don't think you had a chance to say?
25    A    I thought you were pursuing a line of

```
 1    questioning, and then you said let's take a break.

 2    You did not cut me off.  I don't really have

 3    anything to --

 4         Q    Okay.

 5         A    I -- I believe that I testified that the

 6    demand was inelastic.  And that's my impression.

 7    And I just don't recall my -- my testimony.  I think

 8    that's what I said.  So we can leave it there.

 9         Q    So you believe the demand for the cat

10    photographs was inelastic?

11         A    Not affected by the price for the

12    photographs.  You adjust the price up or down, it's

13    not going to change the demand for the cat

14    photographs.

15         Q    Mr. Sedlik, during the break what research

16    did you do on elasticity?

17         A    I didn't do any research.

18         Q    Really?

19         A    Really.

20         Q    Because that's completely different from

21    what you said earlier.

22         A    I said it was inelastic earlier.

23         Q    During the break, tell me exactly which

24    subjects about this case you discussed with

25    Mr. Allen.
```

1       A    I didn't discuss the subjects -- which

2    break?

3       Q    During any break today.

4       A    I didn't discuss --

5       Q    And you can look at me --

6       A    Okay.

7       Q    -- not Mr. Allen.

8       A    I didn't discuss the case with Mr. Allen.

9       Q    At no time?

10      A    At no time today.

11      Q    All right.  Well, the record will reflect

12   what your answers were earlier about elasticity and

13   your understanding of elasticity.

14      A    That's fine.

15      Q    What was the third thing wrote down on

16   your --

17      A    I wrote "Read and sign," and I wrote "2015

18   Lykoi benchmark."

19      Q    And what did you mean by "2015 Lykoi

20   benchmark"?

21      A    When you were asking me about benchmarks,

22   I'm unclear as to whether you were saying 2019 or

23   2015.

24      Q    I was saying 2019.

25      A    Okay.  And so my -- my -- my testimony on

1    that is that in 2015 there were not Lykoi

2    photographs available, to my knowledge.

3         Q    Please take a look at Exhibit 20, and have

4    Exhibit 20 on one side of you and Exhibit 19 on the

5    other, please.  There's Exhibit 20.  Right there.

6         A    Yeah.

7         Q    Looking at Exhibit 19 -- I'm on page 1 of

8    275, Column 2, where it says "License No."

9              Do you see that?  It says L5?

10        A    Yes.

11        Q    Does that correspond to, in Exhibit 20, the

12   L5 under the "License No." column?

13        A    My license number, this is my image

14   number -- when I say "this," I mean -- is this 21

15   here?  Oh, this is 19 and this is 20.

16             Okay.  So repeat your question.

17        Q    Sure.  I'm looking at Exhibit 19.  The

18   column that says "License No." at the top.

19             Do you see that?

20        A    Yes.

21        Q    And do you see the first entry is L5?

22        A    Yes.

23        Q    Now, keep your finger on that and look over

24   at Exhibit 20.

25             Do you have Exhibit 20 in front of you --

Page 272

```
 1        A    I do.

 2        Q    -- first page of 273?

 3        A    Yeah.

 4        Q    Do you see where it says "L5" in the fifth

 5    row of -- of entries?

 6        A    Yes.

 7        Q    Right there?

 8        A    Yeah.

 9        Q    Does the L5 in Exhibit 19 correspond with

10    the L5 in Exhibit 20?

11        A    Yes.  Exhibit 20 is -- is indexed by the

12    license number.  Exhibit 19 is the same information

13    but indexed by the image number --

14        Q    Understood.

15        A    -- for ease of reference.

16        Q    Understood.

17             Now let's keep going on Exhibit 19.  The

18    fourth column, where it says "Usage No." --

19        A    Yes.

20        Q    -- and you have some codes there, U06,

21    U104 --

22        A    Yes.

23        Q    -- et cetera, do you see that?

24        A    Yes.

25        Q    What does U06 mean and where does that come
```

Page 273

```
 1    from?
 2         A    "Table of Usages," F, and that is explained
 3    in the body of my report.
 4         Q    So take a look at Exhibit 23, please.
 5         A    21, 22 -- 23.
 6         Q    Looking at 23 --
 7         A    Just going to put these in order here; so
 8    be easier.  19, 20 -- 23.  Okay.
 9         Q    So if we look at 23, and we see under the
10    Usage No. U06 in the sixth row, that corresponds
11    with it?
12         A    Correct.  This is an index, it's a list of
13    all the usages -- which are not licenses; they're
14    instances of use -- index by usage number.
15         Q    Got it.
16              Now, referring back again to 19 -- and you
17    can put 23 away.  So why don't you put that back in
18    the folder so we don't mix it up.
19              Go back to -- to 19.
20         A    Okay.
21         Q    The fifth column, where it says "License
22    Type No."
23              Do you see that?
24         A    Yes.
25         Q    It says "T1"?
```

Page 274

1        A     Yeah.

2        Q     What does the T1 mean?

3        A     Well, normally in these cases we have more

4     than one type of license.  In other words, there

5     might be usage in social media, usage in a textbook,

6     usage in an ad.  And I'll have a separate table just

7     for the license types.  There might be T1 through

8     T50, different types of licenses.

9              In this case we didn't include a separate

10    table of license types because we only have one

11    license type.  So, to answer your question, that's

12    just -- the license type for all these is the same.

13    We didn't actually need this column, but we left it

14    in there so that's consistent with the way we

15    normally do it.

16       Q     Understood.

17             The next column has a heading that says

18    "License Type Code."

19             Do you see that?

20       A     Yes.

21       Q     What are those codes?  What do they mean?

22       A     That is just an abbreviation.  You can see

23    to the right, the license type description.  You can

24    see the relationship, I think, if you look at the

25    license type code and the license type description.

```
1              It's really more for internal reference so
2      that when I'm going back to this, if I'm up on the
3      stand and need to consult back with my table, I'll
4      be able to see it in shorthand.
5         Q    Understood.
6              So that's something that you came up with?
7         A    Right.
8         Q    Fair enough.  You can put those exhibits
9      away.
10        A    I'm doing that wrong.
11        Q    You can just put them aside; we'll fix them
12     later.
13        A    Okay.
14        Q    Take a look at Exhibit 21, please.
15        A    Okey-doke.
16        Q    Now, if you look at page 1 of 2 in
17     Exhibit 21 -- and do you see the file names?
18        A    Yes.
19        Q    Where do those file names come from?  Where
20     did you get those?
21        A    This comes from Gobble -- give me one
22     moment to find my assumptions so I can make sure
23     that it does, in fact, come from Gobble.
24        Q    And while you're -- before you look at
25     that, let me just --
```

Page 276

```
 1        A     Yes.
 2        Q     -- show you one thing.
 3              If you look at the far right-hand column of
 4     Exhibit 21, where it says "copyright registration
 5     Nos." --
 6        A     Yes.
 7        Q     -- do you see those?
 8        A     Yes.
 9        Q     Are these the file names within the
10     copyright registrations?  That's what --
11        A     In order to answer that, I kind of need to
12     look at --
13        Q     Go ahead.
14        A     Finish that sentence, I need to look at --
15     I'm looking at Exhibit 8, page 11, Assumption J.
16              So I believe that these file names are --
17     they're definitely not set by me, and I don't know
18     that there's a relationship between them and the
19     copyright registrations.  They serve to identify the
20     files that were given to us in order to create the
21     table -- the visual index of photographs in -- which
22     is Exhibit C.
23              And so they could be the same -- they could
24     be a constant, in other words, used within Brittney
25     Gobble Photography as the name of the image, or not.
```

Page 277

1    For us, it's an identifier to match it to the

2    collection of images and know what images --

3    visually what -- what they're talking about.

4        Q   Do you recall seeing those file names

5    anywhere else?

6        A   So, in the back of my head, after this long

7    day, I recall seeing them on -- some of them on the

8    Sinclair sites possibly, but I'm not absolutely

9    sure.  I recall seeing file names there that were

10   similar, but I don't know if they are these exact

11   file names.  In other words, I don't know if they

12   were changed.

13       Q   Understood.

14           Why don't you go ahead and get Exhibit 8 in

15   front of you, please.

16       A   Okay.

17           22 --

18       Q   And it's your -- your report.

19       A   Oh.

20           Okay.

21       Q   You've mentioned scarcity earlier today,

22   and I want to try to understand what the cutoff is

23   for when an image is scarce and when it's not.

24           How many copies of an image or how many

25   different types of an image are necessary before an

Page 278

```
 1     image is no longer scarce?

 2         A    Are you having me refer to my report for

 3     that question?  Or --

 4         Q    Well, you have discussions in your report

 5     about scarcity, and there's an assumption in

 6     Assumption N about the images being rare and scarce.

 7         A    Yeah.

 8         Q    So I wanted you to have that in front of

 9     you in case you need to refer to it --

10         A    Okay.

11         Q    -- but I don't need you to refer to it if

12     you don't.

13              My question to you is where is the cutoff

14     between an image being scarce and not scarce?

15         A    I don't know if there's a precise cutoff,

16     but where the demand or need is there for an image

17     or images and there are few images to choose from,

18     then the image would be scarce.

19              And if there's only one image to choose

20     from and you need -- if there's only ten images to

21     choose from and you need ten images, it's still

22     scarce.

23              I don't -- I'm not sure exactly how to

24     answer your question.

25         Q    Well, if someone wanted to understand why
```

1   you declare an image scarce, what factors are you

2   looking at to decide whether the image is scarce?

3        A    Well -- okay.  So there's two -- there's

4   two concepts here; there's rarity and scarcity.  And

5   they're related but not the same.

6             Scarcity would mean that there's not enough

7   images to satisfy demand, and rarity would be that

8   there are -- that the occurrences of that image

9   are -- how do I redefine -- or define "rarity"?

10  Let's see here.

11            Scarcity is when there are not enough

12  images to satisfy the demand, and rarity is when

13  there are -- that you would seldom encounter -- when

14  it's unusual to come across the images.  And that

15  can affect pricing as well.

16            That was a bit all over the place.  Rarity

17  does not assume demand.

18       Q    So what's the cutoff between an image being

19  rare and not rare?

20       A    Or scarce and not scarce?

21       Q    I'm talking about rarity now.

22       A    Oh.

23       Q    You just said they're different concepts.

24       A    Well, they're very similar.

25       Q    You just testified that they were slightly

```
 1    different concepts; correct?

 2        A     Right.  But you would seldom come across

 3    it.

 4              And then scarcity, I believe, considers

 5    demand.  Such as when there's not enough wheat to go

 6    around or not enough water to go around, not enough

 7    gas to go around, you don't say the gas is rare.

 8        Q     Let's talk about rarity for a second.

 9              Okay?

10        A     Yeah.

11        Q     I want to focus on that and not scarcity.

12              When is it that an image is no longer rare?

13    In other words, what -- how many -- how many

14    images -- how many different copies or different

15    versions of the image have to exist before it's no

16    longer considered rare?

17        A     That's a good question, and I think -- I

18    think it's somewhat of a subjective -- the answer is

19    somewhat subjective because it's -- it's a relative

20    question.

21              An image is -- even the word "rare" itself

22    implies comparison to other assets that are more

23    plentiful in order for something to be rare.  So I

24    don't -- I don't really have a number for you.

25    You're asking me for a number in the image
```

1    marketplace.

2            Scarcity, on the other hand, if you need --

3       Q    Hold on.  We're not -- hold on to scarcity.

4    We're going to get there in a minute.

5       A    Yeah.

6       Q    Just want to focus on rare.

7       A    Okay.

8       Q    Can you give me a range when you would

9    consider an image starts to -- to no longer be rare?

10      A    I can't really give you a range.

11      Q    Now, with respect to scarcity, you

12   indicated that scarcity takes into consideration

13   rarity as well as demand.

14           Is that -- did I understand you correctly?

15      A    Did I actually say "rarity" in that

16   sentence?  I think I -- I said it takes into account

17   the demand, but I think it would take into account

18   rarity.

19           So would scarcity -- how many images do you

20   need of that particular subject matter and how many

21   are available?

22      Q    And because demand is one of the factors to

23   determine scarcity, is it fair to say that when

24   deciding whether an image is scarce, you have to

25   look at both the supply of the image as well as the

1      demand of the image?  Excuse me, the demand for the

2      image?

3           A     Well, the demand for the image in scenarios

4      like this has to be assumed because there is a party

5      who desires to make use of one or more images.  So

6      we're not talking about overall market demand; we're

7      talking about a particular instance of demand and

8      is -- are there -- is there a sufficient quantity of

9      images to -- of images that meet the criteria that

10     are sufficient to satisfy that demand.

11          Q     Well, let's assume there are ten versions

12     of a particular subject but there is a demand for

13     only one of them.

14                Would you agree that because the demand is

15     low that that image or that -- the subject of that

16     image would not be scarce because there would be an

17     adequate number of images to satisfy the demand?

18          A     Can't say yes to that.  Because we're not

19     dealing with, you know, nails or bolts or washers in

20     a bin in a store here; we're dealing with images.

21                And companies, individuals who have a need

22     for images are going to have their own aesthetic

23     criteria and criteria pertaining to the content in

24     order to determine if those images -- which of those

25     images meet their needs.

1        Q    Well, assume that there are ten versions of
2    a particular kind of image that meet the needs of
3    the one person who is interested in purchasing a
4    license for that type of image.
5             Would you agree that in that situation the
6    images were not scarce?
7        A    In a situation in which that person -- in
8    this hypothetical, that person looking at those ten
9    images would be of a frame of mind -- I'm just
10   verifying your hypothetical -- be of a frame of mind
11   that every one of those ten images is perfect for
12   their needs?
13       Q    Yes.
14       A    Then the images are relatively scarce
15   because there's only ten images that exist.
16       Q    But if they only need one, then there is a
17   sufficient quantity to meet their demand, isn't
18   there?
19       A    Yes.  But they don't have hundreds or
20   thousands or tens of thousands to choose from, as
21   you might have if you search the word "love" on
22   Getty Images.
23       Q    Well, maybe -- maybe I'm not following you.
24            How do you define scarcity?
25       A    Well, there's a relative aspect to that

```
 1    term, where images are -- some images are more
 2    scarce or -- than others because there are fewer
 3    images that meet the criteria.
 4               You said there's ten total images that meet
 5    the criteria, and I gave you an example back of a
 6    search of the word "love" versus a search of the
 7    word "Lykoi."
 8        Q    Where did you get your definition of
 9    scarcity that you used in your methodology today --
10    in this case for today?
11        A    I didn't get that anywhere.  It is my
12    understanding of scarcity as it applies in the image
13    licensing marketplace.
14        Q    Did you obtain that definition from any
15    book, treatise, or publication?
16        A    I don't believe that we defined that.  I
17    mean, my organization is the organization that
18    defines terms like that.  I don't think that we have
19    a definition for scarcity.
20        Q    Is Brittney Gobble a professional
21    photographer?
22        A    If you asked me that question 20 years ago,
23    I would say no, very quickly, have a very short
24    answer for you.  I would have said 20 years ago that
25    a professional photographer makes their living or a
```

1    significant portion of their living from generating

2    revenue from the licensing or sale of their

3    photography.  It's been my lifetime definition of

4    professional photographer.

5              But as our industry has morphed, there are

6    many photographers who do photography for a living

7    and yet make no money whatsoever at it, and they

8    work -- they either lose money or they perform or

9    license for -- in exchange for kind of a barter

10   arrangement or in-kind -- in-kind consideration.

11             So the industry is in a bit of turmoil, my

12   profession, like many other professions, to where

13   anybody can call themselves a professional

14   photographer, and I can't argue with them anymore.

15        Q    Do you consider Brittney Gobble a

16   professional photographer?

17        A    Yeah.  I have a tough time with that

18   question.

19        Q    Choose whatever definition you want for

20   professional photographer that you're comfortable

21   with.

22             Do you consider Brittney Gobble a

23   professional photographer?

24        A    Under the most common definition -- or not

25   definition -- most common understood meaning of that

Jennifer Fiddler, 2019

Page 286

```
 1      term today, I would have to say yes.

 2              Under my -- my personal understanding

 3      historically, no, but that doesn't apply today.

 4      Q    So what is that current definition that you

 5      are applying to say that you think today she is a

 6      professional photographer?

 7      A    Well, a couple things.  Her images are of a

 8      creative and technical quality that surpass 60 to

 9      70 percent of the professionals who earn their

10      living as photographers.  I mean, I'm just throwing

11      that out there in my experience.  It's a high

12      quality -- high-quality results, and I don't

13      understand how she developed that level of

14      expertise.

15              She's testified that she learned it all

16      herself and went to a few PPA events, Professional

17      Photographers of America, but didn't like them and

18      didn't learning anything.  But she's got high-

19      quality, impactful, well-executed images with

20      lighting that is better than most professionals.

21              She, in the course of doing business,

22      licenses her images in exchange for consideration

23      that is of value to her business -- I guess you

24      could say to her husband's business or their

25      business, which is the equivalent in some respects
```

```
 1      of receiving cash consideration because of the

 2      promotional value of it.

 3              And many of the other folks who today call

 4      themselves professional photographers are engaged in

 5      similar pursuits.  They agree to take photographs in

 6      exchange for no money, but maybe they get a hotel

 7      and a flight out of it, and they're licensing their

 8      images in exchange for that.

 9              So, despite my personal reservations as to

10      what I consider a professional photographer, the

11      marketplace has completely changed, and people

12      who -- I mean, she's a part-time professional

13      photographer, is what she is, is -- is what I can

14      say in answer to your question.

15      Q    Please turn to page 32 of your report.  I'm

16      going to refer you to the paragraph immediately

17      above P.

18              Do you see that?  Starts with "Based on my

19      knowledge and experience"?

20      A    Yes.

21      Q    And then the sentence continues on (as

22      read):

23                  And based on my review of

24                  hundreds of instances of

25                  publications of photographs by
```

```
 1            WENN's customers and defendants.

 2            Do you see that?

 3     A    Yes.

 4     Q    I want to talk for a little bit about what

 5     review you did of instances of publication of WENN's

 6     photographs by persons or entities other than the

 7     defendants in this case.

 8            Explain to us exactly what images you

 9     reviewed that were published by persons or entities

10     other than defendants that came from WENN?

11     A    Okay.  It's a multifaceted answer.  Again,

12     it seems to you like a simple question, but --

13     Q    Please, you have the floor.

14     A    All right.  So WENN's customers included

15     stock agencies who then relisted the photographs,

16     offered them for sale, as I recall -- and this is

17     back in 2017 that I was looking at this.

18            And so I went to those websites.  I went --

19     and I reviewed whatever was produced by the parties

20     in the matter.  And certainly there were hundreds of

21     instance of use by Sinclair in that documentation.

22     Q    I don't want to talk about the uses by

23     Sinclair.  I'm asking about entities or persons

24     other than Sinclair that you reviewed.

25     A    Well, at the time that I wrote this, many
```

Page 289

1    of those entities were not defendants.  That's the

2    other facet of this question.  Right?

3        Q    Well, let me ask you this --

4        A    So they were WENN's customers, but they

5    were not yet defendants.

6        Q    All right.  You know that there are fairly

7    large number of defendants in this case now?

8        A    Yes.

9        Q    Did you review instances of publications of

10   photographs obtained from WENN by anybody else other

11   than one of the defendants in this case?

12       A    I just answered that.  I said I went to

13   whatever website was offering up the photographs.

14   I'm fairly certain.  It was in 2017, but I'm fairly

15   certain I did that.

16       Q    Please take a look at your table of

17   documents that you reviewed or relied on in

18   preparing your report.

19       A    Index to exhibits --

20       Q    Can you give me the index to exhibits,

21   please.

22       A    Thanks.  Making a diligent effort here.

23   Maybe it got stuck back into one of those folders.

24       Q    Well, maybe I did not mark it.  Let me pull

25   it out.

Page 290

```
 1              Let's mark this, please, as Exhibit -- your
 2      Exhibit B, Mr. Sedlik.
 3              (Whereupon, Defendants' Exhibit 24
 4              was marked for identification by the
 5              Court Reporter.)
 6      BY MR. MARDER:
 7         Q    I'm showing you what's been marked as
 8      Exhibit 24 to your deposition, which is your
 9      Exhibit B to your report.
10              Please show me in here where it shows that
11      you considered the materials that you just testified
12      about, the websites you just testified about.
13         A    Might be on Exhibit 24, page 2 of 3,
14      halfway down the page, list of websites there.
15              Dailymail.co.uk, I don't think that's a
16      Sinclair site.  Or Refinery29 or -- I don't know if
17      that says MagCloud.  And then --
18         Q    Let me just stop you there for a second.
19              You just identified a number of websites.
20              Is it your testimony those may have been
21      where you -- where you found these images that stock
22      photo companies bought from WENN?  Or that you know
23      that those were --
24         A    Stock companies bought from WENN?  Let me
25      go back to the paragraph you were asking me about.
```

```
1              Your question didn't pertain to stock
2      companies.
3         Q    Well, you testified that there were stock
4      photo companies that bought images from WENN;
5      correct?
6         A    Yes.  But --
7         Q    And then you said you went to those
8      websites; correct?
9         A    Yes.
10        Q    Okay.  Show me where in your list of
11     materials considered you have identified the
12     websites that you found those -- those WENN images
13     on?
14        A    I mean, I don't -- I don't have those
15     tagged here 'cause I didn't anticipate having to
16     track that.  But I do recall from two years ago
17     finding either on the sites themselves or on
18     archive.org in the Wayback Machine -- I'm looking to
19     see if I have archive.org in this list, but just got
20     to run through.
21             I would also say, further answer to your
22     question, but not stock agency, would be Cats
23     Paradise and Parimatch [phonetic], neither of which
24     are Sinclair entities.
25        Q    And you found WENN images on those
```

 1    websites, you're testifying?

 2         A    Yeah.  I believe we actually extracted

 3    metadata from those at the request of

 4    Mr. Quisenberry -- Quisenberry.

 5         Q    Where is that metadata in your documents?

 6         A    I wasn't asked to testify on metadata.

 7         Q    Well, you just testified that you reviewed

 8    WENN images from stock photo companies, and that

 9    that was part of what you considered in evaluating

10    this case.

11              And then you've also testified that

12    Mr. Quisenberry asked you to extract some metadata

13    from those websites.

14         A    Yes.

15         Q    So that's part of your work in this case.

16    So where is that metadata?

17         A    Or viewed the metadata, or what have you,

18    just look at the metadata.  I don't -- I don't

19    recall what -- what actual work was done there.

20              But I'm just looking through to see if

21    agents -- archive.org is one of these websites

22    that's listed.

23              Well, yeah, that these -- these websites

24    were produced by the parties, by Brittney Gobble

25    with her pictures on them.

1      Q    I'm not asking about Brittany's pictures.
2    I'm asking about your statement that stock photo
3    companies purchased images from WENN.
4           Do you recall saying that today?
5      A    I don't know that they purchased images
6    from WENN.  They obtained Brittany's images from
7    WENN and posted them on their sites for sale.  I saw
8    this.
9      Q    All right.  So now I want to make sure
10   we're clear.
11          In your work in this case, did you find any
12   stock photo companies that obtained images from WENN
13   that were not produced by Brittney Gobble?
14     A    I --
15          MR. ALLEN:  Objection.  Form.
16   BY MR. MARDER:
17     Q    You can answer.
18     A    And now you added another dimension to it.
19   Not to my knowledge, when you add "not produced by
20   Brittney Gobble."  Because I recall that one of her
21   complaints was that the images were being resold by
22   WENN customers, some of which are stock photo
23   agencies.
24     Q    And how do you know -- other than what
25   Brittany said, how do you know that stock photo

Page 294

1    companies obtained images from WENN that were

2    created by Brittney Gobble?

3        A    I believe that I saw it amongst the

4    production and then either visited the site or

5    relied on what was produced.  But because it's been

6    two years, I don't recall which.

7        Q    In your report on page 28, you say that (as

8    read):

9             BGP experimented with licensing

10            through a stock photography agency,

11            Rex Features.

12           Do you see that?  It's the second paragraph

13    on page 28 of your report.

14       A    Yes.

15       Q    When you say that BGP "experimented with

16    licensing," what did you review to conclude that she

17    was experimenting with licensing through Rex?

18       A    I reviewed the documents and materials

19    produced that were relevant to that topic, and I --

20    well, there it is.  There's a footnote that answers

21    your question.

22           And then, in my discussion with Ms. Gobble

23    and in her -- well, her testimony was more recent.

24    Let me just think back.

25           I recall her saying that -- and I can't

1    recall where I read this, but that she was

2    dissatisfied with both the licensing practice of Rex

3    and the fact that they could not and did not satisfy

4    her licensing conditions, and that she did not like

5    the licensing model that they operated under.

6            So she -- at first, as I recall from

7    memory, she gave them some images; did not ever sign

8    a contract with them, their contributor agreement,

9    only filled out a registration form in order to

10   receive payment many months after she first provided

11   the images.  And when she first provided the images,

12   she didn't fully understand that they were going to

13   proceed to license them, and she didn't really

14   understand the model that they were going to license

15   them under.

16           And she received a series of statements and

17   then a request that she sign an agreement months

18   later.  This whole thing happened over about

19   15 months total.  And at that point she told them to

20   take her images down.  She terminated -- even though

21   there wasn't an agreement, she terminated the

22   relationship.  And that was her experimentation with

23   using a stock agency, and she hated it.

24   Q    Did she use the word "experimented"?

25   A    She may have, but that's how she

1    categorized it.

2         Q    Well, I'm not asking you to characterize

3    her testimony.  I want to know her specific words.

4         A    She did not -- my answer would no, she did

5    not use the word "experimented."  She definitely

6    terminated after trying -- after trying it for the

7    first time for a brief period of 15 months

8    approximately, less months if you consider when she

9    signed her -- when she filled out that registration

10   form.

11             She terminated it because she did not want

12   to license in that manner or -- and she didn't want

13   anybody to license her work in that manner.

14        Q    Are there any documents that use the word

15   "experimented" when describing her venture with Rex

16   Features?

17        A    No.  It's my opinion that she experimented

18   based on her description of that relationship and

19   the brief time that she was engaged with them, which

20   is quite unusual in the stock industry.

21        Q    You say further in that sentence on page 28

22   of your report that (as read):

23                  She terminated BGP's agreement

24             with Rex after a brief test period

25             after Rex offered BGP's photographs

1          at rates below market values.

2          Do you see that?

3     A    Yes.

4     Q    Is it your testimony that the reason that

5     she terminated the agreement with Rex was that Rex

6     was offering her photographs at rates below market

7     value?

8     A    Yes.  Because even though she offered her

9     images for use at no licensing fee, she was

10    bartering for the consideration that she received in

11    exchange and had control over the type of use and

12    the conditions and -- the conditions of use for her

13    specific goals for her business.

14    Q    Rex was paying her money to license her

15    images, weren't they?

16    A    Yes.  But she wasn't receiving the same

17    level of consideration that she did when she was

18    offering the images in exchange for the promotional

19    value.  So money and the promotional value for her

20    breeding business are equivalent.

21    Q    Well, we'll talk about nonmonetary

22    consideration.  In other words, I want to talk right

23    now about dollars paid -- or pounds, in that case --

24    paid to Brittany Gobble by Rex.

25          You would agree that Rex Features paid

1    money to Brittney Gobble for the right to license

2    her photographs?

3         A    In a roundabout way.  They paid her a

4    royalty resulting from their -- their -- their sales

5    of licenses of her photographs.  And she did not

6    agree with that royalty level after considering that

7    she was not receiving the -- those who were using

8    the images under those licenses did not provide her

9    with benefits commensurate with the rights that they

10   were receiving and the rates that they were paying.

11        Q    Did she say to you that she did not agree

12   with that royalty level?

13        A    Yes.  And she's testified in that regard as

14   well.

15        Q    And when you say "royalty level," you're

16   including the cash paid to her as well as other

17   compensation that you've previously testified to?

18        A    What's the other compensation that she got

19   out of the Rex licenses?

20        Q    I don't know.  You tell me.  You were

21   referring to credit and driving business to the cat

22   business or something like that earlier.

23        A    Right.  And her licensing practice in

24   direct licensing was to offer up her licenses of her

25   images in exchange for -- I mean, these were

1    basically licenses subject to conditions:  You must

2    credit her; you must make this statement in the --

3    in text associated with the photographs; you must

4    make that statement in text associated with the

5    photographs; you may not make this other statement

6    in association with the photographs, very much

7    unlike a royalty-free license.

8              And so I don't know how -- how better to

9    explain it.

10        Q    Simply because a licensor sets a particular

11   rate for the license, does that necessarily mean

12   that somebody is going to pay that amount for that

13   license?

14        A    No.  I mean, depends on the extent of the

15   licensee's need for those images.

16        Q    Does it also depend on whether the proposed

17   license fee sought by the licensor is reasonable?

18        A    It assumes a willingness to engage in the

19   transaction.

20        Q    And included in that is consideration of

21   whether the license fee sought by the licensor is

22   reasonable to the licensee; correct?

23        A    Whether they may -- may be reasonably

24   required to pay that amount by the licensor is the

25   standard, in your own cite.

1       Q    Well, reasonably required, where does that

2    come from?

3       A    Well, originally, looking back, it comes

4    from the HR Pufnstuf case, and then was quoted in --

5    I mean, was cited in an intermediate music case, and

6    then was cited in Jarvis, and then was cited in the

7    Mayfield -- Mayweather case.

8       Q    And underlying those decisions was the

9    concept that the license fee sought by the licensor

10   had to be a reasonable license fee that the market

11   would pay; correct?

12      A    The willingness of the buyer is part of

13   that model.

14      Q    Earlier you testified that you have done

15   personal work collecting pricing data for

16   photography licenses.

17           Do you recall that testimony?

18      A    Can you give me the context of that

19   testimony?  Because it's been a long day.  There was

20   some testimony earlier about just collecting sample

21   prices from the stock marketplace -- marketplace

22   every year for certain images.  There was testimony

23   about sitting down with groups of photographers and

24   talking about their business practices.  There was

25   testimony about attendance at events in which

 1    pricing trends and -- were discussed.

 2            So I need a little bit of context when you

 3    say "earlier today."

 4    Q    Earlier we were talking about your matrices

 5    that were collected that inadvertently contained

 6    some pricing information.

 7            Do you recall that?  I'm not done referring

 8    you, but I want to make sure -- see if you recall

 9    that area of testimony.

10    A    When -- yes.  When you mentioned that they

11    contained pricing information, I corrected you and

12    said they just contained percentages.

13    Q    Hold on.  Hold on.  I just want to direct

14    you to some testimony, then I will ask questions.

15    Okay?

16            So you recall that time period of your

17    testimony?

18    A    Yes.

19    Q    And then I asked you about whether you

20    collected that kind of data, and I was talking about

21    while you were at -- at PLUS.  And you said, "No,

22    we're not going to be doing that for another two

23    years."

24            And then I asked you, "And how about you

25    personally outside of the PLUS Coalition?"

```
 1        A    That's not accurate.

 2        Q    Well, let's read it.  You mentioned

 3    earlier -- and I'm reading the question from earlier

 4    (as read):

 5                    You mentioned earlier that some

 6               of your matrices that were collected

 7               may have inadvertently contained

 8               some pricing information during the

 9               2006 to 2010 time period.

10               It says, "I did hear you correctly?"

11               And your answer was (as read):

12                    That's incorrect.  Not pricing

13               information, but percentage

14               difference.  For example, between a

15               use in United States only versus use

16               in United States and Canada.

17                    Percentages sitting there in

18               formulas, in spreadsheets, errantly

19               included in submissions to us, which

20               we then ignored -- although I can

21               say I looked at it, but the PLUS

22               Coalition ignored.

23                    And I did note in looking at

24               that information that across all of

25               the stock agencies, it appears that
```

1      they're all copying from each other

2      or all copying from the market

3      leader, because these percentages,

4      like 46.5 percent between "x" number

5      of years and "x" number of years,

6      were identical in the submissions

7      given to us.

8          Now, in my capacity as the PLUS

9      Coalition president and CEO, I did

10     nothing with that will [sic]

11     information, other than to observe

12     it and to learn from it about

13     industry practice.

14         I would doubt that there are

15     many other people who have seen the

16     licensing matrices for multiple

17     stock photography agencies all in

18     one place.

19     My next question (as read):

20         Since 2006 to 2010 period, have

21     you collected any of that type of

22     data?

23         Answer:  No.  We're not going to

24     be doing that for another two years.

25         Question:  How about you

1          personally outside of the PLUS

2          Coalition?

3               Answer:  Oh, I collect all kinds

4          of data all the time about pricing

5          and licensing, and I have many

6          activities outside of the PLUS

7          Coalition.

8          So when you said, "Oh, I collect all kinds

9    of data all the time about pricing and licensing,"

10   that's what I want to focus on now.

11        A    The beginning -- before you went to that,

12   you had a question about what -- what did I mean

13   that I would be going back to it in two years.

14        Q    Don't worry about that.  That's earlier.

15   I'm asking a different question.

16        A    I don't want -- I don't want to -- I asked

17   you to clarify that question and I don't want to let

18   that lie.

19          Can you -- I mean, I guess you can make me

20   let it lie, but I have -- I need to clarify it.

21        Q    Go ahead.

22        A    So we wouldn't be looking at pricing

23   information in two years; we would be putting out a

24   second version of our standards, which involves

25   revising the matrices so that they are current with

```
 1     current industry practice, which has drastically
 2     changed.
 3              So there's no percentages in there; there's
 4     no pricing in there.  That's PLUS Coalition work.  I
 5     just want to be clear about that, it wasn't me
 6     personally.  The second part was me personally.
 7        Q    Yeah, I appreciate you clarifying that
 8     because I want to make sure that everything in here
 9     is accurate.
10              But now I want to focus on something
11     different than that.  I want to focus on your
12     statement earlier where you said, "Oh, I collect all
13     kinds of data all the time about pricing and
14     licensing."
15              What type of information do you collect
16     about pricing and licensing?
17        A    So I think in that testimony I was
18     referring to both collecting pricing information
19     from the stock photo agencies, as you've seen that I
20     have done and as I've testified that I have done, as
21     well as the discussions with groups of photographers
22     about their pricing strategies and practices, and
23     attendance at industry events in which pricing
24     trends are discussed.  And so there's three parts
25     there.
```

1       Q    Understood.

2       A    I'm not doing a formal survey, if that's

3    what your question is.

4       Q    Understood.  Thank you.

5            Why don't we go off the record and I'm

6    going to review my notes and we may be done or

7    almost done.

8            THE VIDEOGRAPHER:  We're going off the

9    record.  The time is 6:42 p.m.

10           (A recess was taken from 6:42 p.m.

11           to 6:47 p.m.)

12           THE VIDEOGRAPHER:  We are now back on the

13   record.  The time is 6:47 p.m.

14   BY MR. MARDER:

15      Q    We mentioned Getty Images from time to time

16   today.

17           They're a stock photo agency; is that

18   correct?

19      A    Yes, sir.

20      Q    When Getty accepts a photographer and

21   agrees to sell their work as stock photography, does

22   Getty have any particular standards?

23      A    Yes.  They have a list of requirements for

24   quality of work.  Of course, there's different

25   levels of that.  They have their micro stock

Page 307

```
 1    division, iStock photo with different requirements,
 2    but on the rights-managed side, they do have some
 3    requirements.
 4         Q    And what are Getty Images' requirements for
 5    their rights-managed side in order to list images
 6    from photographers?
 7         A    I'm forgetting the resolution requirement,
 8    but I believe that Brittney Gobble's raw files would
 9    be acceptable to Getty at this stage.
10         Q    I'm not asking about Brittney Gobble's
11    images.  I'm talking solely about Getty and what
12    their requirements and standards are.
13         A    I don't have it memorized.
14              But to answer your question, yes, they do
15    have standards.  They ask you to put metadata in
16    certain fields.  They have certain editorial
17    standards as well for their editorial -- editorial
18    photographs.
19              There's a whole list of requirements.
20         Q    And have those changed from 2015 to now, or
21    have they generally been the same on the rights-
22    managed side?
23         A    Through November 1st.
24         Q    Through November 1st of this year?
25         A    They periodically revise their
```

1    requirements, and I'm not familiar with what the

2    changes might have been along the way.

3         Q    Does Getty require exclusivity?

4         A    In some cases they require image

5    exclusivity.

6         Q    In 2015, isn't it true that Getty required

7    image exclusivity before listing an image on their

8    rights-managed side?

9         A    I think that may be true.  I'm not -- I

10   can't say for -- with absolute certainty.

11        Also, I don't know the extent to which they

12   enforce that or agreed with some photographers to

13   make exceptions.  But I think it's a reasonable

14   assertion.

15        Q    In -- in 2015 would Getty accept an artist

16   who only presented 55 images to Getty?

17        A    I suppose it depends on the images, but

18   Getty would want to see a larger selection,

19   typically.

20        Q    Why is that?

21        A    Because they would want artists who sign up

22   with them to submit regularly and to be familiar

23   with the system and to be efficient in their uploads

24   of, you know -- of images so that Getty could keep

25   its content fresh and new and have new images to

1    sell so that their customers aren't looking at the

2    same thing every time they come in.

3            But I can tell you that with certainty from

4    my experience, I could take 20 Phil Stern images and

5    they would accept them.

6        Q    Understood.

7        A    Yeah.

8        Q    But you would agree that Brittney Gobble is

9    not Phil Stern?

10       A    Brittney Gobble is not Phil Stern.

11       Q    Does Getty Images accept images that are --

12   where the focus is soft?  And by "focus soft," I

13   mean on the subject of the picture.

14       A    There are examples that I have seen where

15   that subject itself is out of focus and something in

16   the background is in focus.  But with that

17   exception, they like the primary subject matter to

18   be sharp, at least some portion of it.  They will

19   accept very limited depth of field in an image, but

20   something should be sharp in the image.

21       Q    Something, meaning not necessarily a beer

22   can in the background but the subject of the

23   photograph?

24       A    The subject of the photograph, yeah.  But

25   you have to understand that aesthetically there has

Jeffrey Sedlik                                              November 13, 2019

Page 310

```
 1     been a trend to have subject soft in the foreground
 2     and the background sharp, like might be a row of
 3     poplar trees or something.
 4          Q    Fair enough.
 5          A    Those would be exceptions.
 6          Q    That would be an artistic shot?
 7          A    That would be.
 8          Q    Now, does Getty Image accept pictures where
 9     the subject's skin has blown highlights?
10          A    I would say that where that is intentional,
11     yes.  There are certain types of photographs that
12     are done in high key with beauty light where they
13     will accept blown-out highlights.  Not to the point
14     where it creates digital artifacts, but where it's
15     aesthetically pleasing.
16               They would not accept accidentally blown
17     highlights that cause weird shapes to appear in the
18     background or gradation interruptions with lines in
19     the background from poorly processed images, things
20     like that.
21          Q    Or loss of texture, for instance, on skin
22     because of blown highlights?
23          A    Sometimes that's an aesthetic choice.
24          Q    Well -- and I'm not talking about high-key
25     images.  I should say other than high-key images
```

Jeffrey R. Sedlik                                    November 13, 2019

Page 311

1    where that is intentionally the aesthetic of the

2    image.

3        A    That is essentially my answer, is where it

4    is -- where it serves an aesthetic purpose, they --

5    those are situations in which they would likely

6    accept it, if it's a successful image.  But if it's

7    an accident, technical error, then they may reject

8    the image.

9        Q    Now, you've testified earlier that you've

10   done some workshops at times and done some teaching

11   about photography and composition and things of that

12   nature.

13            And have you ever taught photographers to

14   be aware of the background of their images before

15   they shoot the subject?

16       A    Yes.

17       Q    And one of the things that you teach

18   photographers is, for instance, to make sure there

19   isn't a light pole sticking out of the head of a

20   subject of a photograph or a tree?

21       A    It's a sore subject with me, because people

22   of a certain age that's about 30 years younger than

23   me tend to like that -- that happenstance and those

24   strange compositional choices because it makes the

25   image look more con- -- not contemporaneous, but --

```
 1        Q    Spontaneous?

 2        A    -- more real and less planned.  And my

 3   personal style as a photographer is very planned and

 4   controlled.

 5             You know, my daughter who is on the way to

 6   being a professional photographer would have the

 7   opposite view, and I can't teach her otherwise.  And

 8   some of my students who are also of that age, and

 9   I'm talking about 19, 20, 21, they like all kinds of

10   strange things happening in their compositions, and

11   I get shredded if I criticize them for that.

12             Whereas 20 years ago I could get away with

13   it, with that kind of advice or calling them on it

14   or grading them down on it...

15             THE REPORTER:  Or calling --

16             THE WITNESS:  Or calling them on it or

17   grading them down on it.

18             MR. MARDER:  Let's go off the record for

19   one second.

20             THE VIDEOGRAPHER:  We're going off the

21   record.  The time is 6:56 p.m.

22             (A recess was taken from 6:56 p.m.

23             to 7:00 p.m.)

24             THE VIDEOGRAPHER:  We're now back on the

25   record.  The time is 7:00 p.m.
```

```
 1            MR. MARDER:  Mr. Sedlik, thank you for your

 2      time.  I have no further questions.

 3            THE WITNESS:  You're welcome, sir.

 4            I would like to read and sign.

 5            MR. MARDER:  Thank you.

 6            Any questions, Rob?

 7            MR. ALLEN:  No questions at this time.

 8            MR. MARDER:  We're done.  Thanks.

 9            THE VIDEOGRAPHER:  This concludes today's

10      testimony given by Jeffrey Sedlik.  The number of

11      media units used was one.  It will be retained by

12      Veritext.

13            The time is 7:01 p.m.  We're now off the

14      record.

15            (Off video record.)

16            THE REPORTER:  Do you guys need a rough

17      draft?

18            MR. MARDER:  I'll take a rough.

19            MR. ALLEN:  If he's going to take a rough,

20      I'll take a rough.

21            (The deposition ended at 7:02 p.m.)

22                        -o0o-

23

24

25
```

Page 314

```
 1    STATE OF CALIFORNIA    )

 2    COUNTY OF RIVERSIDE    )  ss.

 3

 4        I, Paula A. Pyburn, CSR No. 7304, RPR, CLR, in

 5    and for the State of California, do hereby certify:

 6        I am the deposition officer that

 7    stenographically recorded the testimony in the

 8    foregoing deposition;

 9        Prior to being examined the deponent was first

10    duly sworn by me;

11        The foregoing transcript is a true record of the

12    testimony given.

13        Before completion of the deposition, review of

14    the transcript [xx] was [ ] was not requested.  If

15    requested, any changes made by the deponent (and

16    provided to the reporter) during the period allowed

17    are appended hereto.

18

19    Dated December 2, 2019

20

21

22

             Paula A. Pyburn, RPR, CLR

23           CSR No. 7304

             Certified Shorthand

24           Reporter for the

             State of California

25
```

Jeffrey Sedlik                                           November 13, 2019

                                                      Page 315

1      Robert Allen, Esquire

2      rallen@glaserweil.com

3                        December 2, 2019

4      RE: Brittney Gobble Photographer v. Sinclair Broadcast Group

5          11/13/2019, Jeffrey   Sedlik , Expert (#3621210)

6          The above-referenced transcript is available for

7      review.

8          Within the applicable timeframe, the witness should

9      read the testimony to verify its accuracy. If there are

10     any changes, the witness should note those with the

11     reason, on the attached Errata Sheet.

12         The witness should sign the Acknowledgment of

13     Deponent and Errata and return to the deposing attorney.

14     Copies should be sent to all counsel, and to Veritext at

15     cs-midatlantic@veritext.com

16

17      Return completed errata within 30 days from

18     receipt of testimony.

19       If the witness fails to do so within the time

20     allotted, the transcript may be used as if signed.

21

22                    Yours,

23                    Veritext Legal Solutions

24

25

1      Brittney Gobble Photographer, LLC  v. Sinclair Broadcast Group

2      Jeffrey Sedlik , Expert (#3621210)

3                    E R R A T A   S H E E T

4      PAGE_____ LINE_____ CHANGE_____

5      _____

6      REASON_____

7      PAGE_____ LINE_____ CHANGE_____

8      _____

9      REASON_____

10     PAGE_____ LINE_____ CHANGE_____

11     _____

12     REASON_____

13     PAGE_____ LINE_____ CHANGE_____

14     _____

15     REASON_____

16     PAGE_____ LINE_____ CHANGE_____

17     _____

18     REASON_____

19     PAGE_____ LINE_____ CHANGE_____

20     _____

21     REASON_____

22

23     _____    _____

24     Jeffrey   Sedlik , Expert                     Date

25

Jeffrey Sedlik                                    November 13, 2019

                                                    Page 317

1    Brittney Gobble Photographer, LLC  v. Sinclair Broadcast Group

2    Jeffrey Sedlik , Expert (#3621210)

3                  ACKNOWLEDGEMENT OF DEPONENT

4        I, Jeffrey  Sedlik , Expert, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11   _____   _____

12   Jeffrey   Sedlik , Expert                 Date

13   *If notary is required

14                   SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                   _____ DAY OF _____, 20___.

16

17

18                   _____

19                   NOTARY PUBLIC

20

21

22

23

24

25

| & | | | |
|---|---|---|---|

**&**   2:20 7:24 88:11
  89:17 90:2

**0**

**000**   313:22
**00599**   1:12
**00606**   1:14
**03384**   1:10
**03403**   1:7 7:12

**1**

**1**   1:1 4:10 7:7
  11:21,22 12:6,12
  43:4 266:4 271:7
  275:16
**1,000**   257:21
**1,090**   200:3
**1,200**   200:3
**1,300**   58:21
**1,500**   58:21 59:4
**1,940**   199:25,25
**10**   5:3 29:19,25
  30:5,21 82:2,7,8
  114:6 228:6,24
  229:7 238:21
  239:3 266:2
**10,000**   188:22
  189:22 190:1,2
**100**   2:22 5:6 47:1
  47:6
**101**   5:9
**10250**   2:14
**104**   42:3
**104,594**   42:5
**105**   5:10
**107**   5:12
**10:00**   78:22
**10:07**   1:19 2:3 7:3
  7:6
**11**   5:5 98:17,20,24
  99:1,21 276:15
**11/13/2019**   315:5
**11/6/2019**   108:3

**1100**   2:22
**11:43**   79:19 80:2,3
**11:59**   80:4,6
**12**   4:10,12 5:6
  26:12 37:19 41:23
  43:24 44:4 100:19
  100:23 101:1
**120**   58:22
**12th**   80:23 202:11
**13**   1:18 2:3 5:9 7:2
  101:16,17,22
  103:24 235:15
**133,000**   38:22
**133,082**   38:2,3
**13th**   7:6 18:22
**14**   4:13,15 5:10
  105:5,9,11,15
**140**   171:12
**145**   40:9
**15**   5:12 17:7 18:12
  49:21 61:15 95:3
  107:14,20 110:16
  113:3 114:22
  295:19 296:7
**15,000**   73:18
  189:4,6,13,19,21
  190:3
**159**   171:13
**16**   5:13 155:16
  198:19,24 226:3,4
  226:9,10 228:1
  230:23 232:7
**160**   171:12
**17**   5:14 155:13,15
  198:20,25 199:18
  236:1
**18**   5:15 27:22
  198:23 199:1
  222:18,22 223:2,7
  226:9 248:20
  250:5 252:1
**19**   5:16 27:22
  265:9,19 266:3
  267:1 271:4,7,15

**271:17 272:9,12
  272:17 273:8,16
  273:19 312:9
**1920s**   17:4
**1979**   161:9
**198**   5:13,14
**1981**   161:9
**1986**   64:1 108:16
  115:1
**1988**   127:18
**199**   5:15
**1990**   109:22
**1994**   118:3,11,21
**1997**   127:18
**1998**   108:25 109:1
**1999**   126:4
**1:00**   95:19
**1:18**   1:7,10 7:12
  138:7,9
**1:19**   1:12,14
**1st**   257:4 307:23
  307:24

**2**

**2**   4:12 11:21,22,24
  12:4,7 13:22,25
  16:14,16 38:24
  121:21 131:14
  271:8 275:16
  290:13 314:19
  315:3
**2,000**   199:25
**2,135**   200:1
**2,904**   44:5
**20**   5:17 28:19 63:3
  88:23,24 164:14
  197:14 229:1
  239:4 241:5
  265:10 266:16,22
  267:24 271:3,4,5
  271:11,15,24,25
  272:10,11 273:8
  284:22,24 309:4
  312:9,12 317:15

**2000**   72:12 127:20
  128:3
**2000s**   51:22
  166:23 218:4
**2001**   99:18
**2004**   31:25 32:17
  35:8 108:23
  116:13 126:4
**2005**   31:25 113:21
  151:6
**2006**   50:13 54:3
  55:4 102:5 113:23
  151:3,6 302:9
  303:20
**2007**   50:13 113:24
  128:11
**2008**   50:13 113:25
  122:4
**2010**   50:13 54:4
  55:4 101:3 302:9
  303:20
**2013**   22:21
**2014**   22:19 33:22
**2015**   4:16 22:17
  33:22 38:16 42:25
  42:25 167:3 175:5
  176:5,7 178:11
  179:5 181:21
  182:16 191:4
  196:17 197:7,17
  197:21,23 199:15
  199:24 200:5
  201:8,19 202:17
  203:3,17 204:4,13
  204:21 205:5
  206:2 233:10,19
  233:20 234:4,7,11
  234:20 235:8
  236:16,19 237:4
  237:15,21 238:16
  239:19 268:14
  270:17,19,23
  271:1 307:20
  308:6,15

[2016 – 6:00]

| | | | |
|---|---|---|---|
| **2016** 4:17 22:10 | 258:24 259:3,14 | 222:17 237:1,6,7 | **4:49** 245:6,7 |
| 22:15 33:22 40:2 | 260:7 270:22,24 | 237:18,19 238:8 | **5** |
| 40:20,21 41:1 | 314:19 315:3 | 238:15,20,21 | **5** 4:16 35:16,21,24 |
| 42:11,24 43:12 | **2020** 24:18 | 239:2,5,17,21,25 | 37:19 222:13,15 |
| 119:3 197:7,7,18 | **20th** 68:8 | 240:10,23 241:6,6 | 222:17 228:6 |
| 204:16 236:19 | **21** 5:18 265:11 | 241:8 242:15 | 237:1,6,18,20 |
| **2017** 4:18 22:5 | 271:14 273:5 | 243:16 290:13 | 238:8,15,20 239:2 |
| 31:25 33:18,19,22 | 275:14,17 276:4 | **30** 28:22,24 29:20 | 239:5,17,21,25,25 |
| 33:25 34:19 36:25 | 312:9 | 30:6 95:3 207:25 | 240:10,23 241:1,6 |
| 40:25 43:22 44:3 | **210** 37:7,8,13 | 222:18,22 223:2,7 | 241:7,8 242:15 |
| 44:13,15 45:3,6,9 | **21202-1053** 2:23 | 229:1 248:2,20 | 243:16 |
| 45:20,25 47:11,21 | **21st** 72:11,13 81:1 | 249:2 250:5,13 | **50** 27:21 33:22 |
| 87:17 88:12,16,20 | 82:21 83:1,13 | 251:3 252:2 | 34:20 168:7 |
| 175:8 182:15 | 235:20,24 | 311:22 315:17 | 224:14 229:2 |
| 197:8,15,18,21,23 | **22** 5:19 64:4 | **300** 228:6,24 | 237:25 264:8,14 |
| 197:25 199:14,24 | 265:11 273:5 | 229:7,18,21 | **500** 58:18 152:5,6 |
| 201:8,19 202:2,17 | 277:17 | 254:24 | 152:7 |
| 203:3,17 204:4,10 | **220** 37:13 | **310.553.3000** 2:16 | **501** 25:25 |
| 204:12,16 205:5 | **23** 5:20 265:12 | **32** 287:15 | **50s** 155:10 |
| 206:3 236:19 | 273:4,5,6,8,9,17 | **33** 108:11 114:21 | **51** 222:23 |
| 259:1 288:17 | **24** 5:21 18:15 64:5 | 115:2,18 116:15 | **55** 222:23 308:16 |
| 289:14 | 171:11 290:3,8,13 | **333** 2:4 7:14 | **5:00** 78:23 |
| **2018** 21:19,20,23 | **25** 17:5 18:15 24:7 | **35** 4:16 | **5:08** 245:8,10 |
| 22:2 31:25 32:1 | **25,000** 207:24 | **3621210** 315:5 | **5:20** 253:24,25 |
| 32:17 33:6 34:21 | **2610** 2:4 7:14 | 316:2 317:2 | **5:22** 254:1,3 |
| 45:12,19,23 46:10 | **265** 5:16,17,18,19 | **37** 15:25,25 | **5:38** 265:6,7 |
| 46:25 47:4 140:5 | 5:20 | **39** 4:17 | **5:45** 265:8,16 |
| 140:18 141:4 | **273** 272:2 | **3:27** 198:12,13 | **6** |
| 197:18,21 202:7 | **275** 266:5 271:8 | **3:40** 198:14,16 | **6** 4:17 25:25 39:19 |
| 202:16 204:18 | **2797** 36:12 37:2 | **4** | 39:20,21,25 40:4 |
| 236:19 | **27th** 87:17 88:12 | **4** 4:15 14:8,9,15 | 43:4 |
| **2019** 1:18 2:3 7:2 | 88:16 | 15:6,7,8 16:4,7 | **6,000** 152:24 |
| 7:6 18:22 21:18 | **28** 294:7,13 | 40:9,10,17 41:5 | 224:14 225:7 |
| 27:17 28:1,18,21 | 296:21 | 87:7,10,14,14,16 | 237:25 238:1 |
| 34:21 80:23 81:1 | **290** 5:21 | 239:25 | 244:5 |
| 82:21 83:1,13 | **2:00** 95:19 | **4/12/19** 4:19 5:3 | **6,212,215.82.** |
| 139:9 175:5 179:5 | **2:02** 138:9,11 | **40** 29:4 30:1,21 | 222:12 |
| 181:21 196:17 | **2:53** 177:12,13 | 33:21 34:20 42:12 | **6/21/19** 4:21 |
| 197:21 202:2,5,11 | **2:58** 177:14,16 | 207:25 | **60** 148:2 286:8 |
| 202:17 233:7,10 | **2nd** 257:6 | **400,000** 235:22,22 | **60s** 155:10 |
| 234:4,7,12,19 | **3** | **410.752.2468** 2:24 | **670** 228:2 |
| 235:20,24 236:16 | **3** 4:13 14:7,8,14 | **43** 4:18 | **6:00** 78:23 |
| 236:18 237:4,15 | 14:20 16:7 87:7 | **46.5** 54:18 303:4 | |
| 238:16 239:19 | 152:6,7 222:13,15 | | |

**6:42** 306:9,10
**6:47** 306:11,13
**6:56** 312:21,22

**7**

**7** 4:18 26:12 43:15
  43:16,20,21 47:10
  213:17
**70** 286:9
**70s** 155:10
**7141** 314:22
**72** 228:14
**72,000** 42:16
**7304** 1:25 2:5
  314:4,23
**78,000** 38:20,23
  42:17
**7:00** 312:23,25
**7:01** 313:13
**7:02** 313:21

**8**

**8** 4:5,19 80:9,20
  80:22 81:20
  202:12 213:17
  214:6 222:10
  227:13,21 228:6
  241:1 276:15
  277:14
**8,609** 45:10
**8,962** 43:9
**80** 4:19,21 29:8
  161:9
**80s** 144:21 218:3
  220:3
**81** 161:10
**82** 5:3

**9**

**9** 4:21 43:10 45:7
  45:7 80:10,20,25
  81:21 82:21 197:9
  197:12 235:14,15
**9,468** 43:13
**9.13** 200:9,11

**9.15** 200:7 201:24
  205:11
**9.17** 196:19,24
**9.17.** 197:11
**90067** 2:15
**90071** 7:15
**90s** 125:16,17,18
  144:21 218:4
  220:2,2,4
**96** 171:22
**98** 5:5 107:8
**990** 4:16,17,18
  35:25 36:1 40:2
  43:22 46:18 47:11
  47:21,23 48:14

**a**

**a&e** 68:5,7 69:22
  69:25
**a.m.** 1:19 2:3 7:3,6
  80:2,3,4,6
**abbreviation**
  274:22
**able** 53:2 63:9
  144:1 151:4 159:1
  162:5,7,12 167:11
  172:25 195:16
  201:1 218:1 221:7
  243:17 259:18
  261:17 275:4
**absent** 40:6
**absolute** 308:10
**absolutely** 10:19
  36:24 67:18
  230:20 277:8
**academic** 130:12
  133:25 147:16,19
  147:23
**academy** 153:6
**accept** 24:5 98:9
  130:18 308:15
  309:5,11,19 310:8
  310:13,16 311:6
**acceptable** 307:9

**acceptance** 59:15
**accepted** 59:7,16
  206:3 223:17
  224:21 225:12,13
  225:14 244:9,13
**accepts** 306:20
**access** 116:8
  187:10 188:17
  215:23 218:10,11
  218:12 234:24
  243:24
**accessed** 243:21
  257:7
**accessibility**
  162:10,11
**accessible** 234:23
**accident** 66:8
  311:7
**accidentally**
  310:16
**accommodates**
  239:20,21
**accomplish** 27:13
  29:24 30:2
**accomplished**
  31:12
**account** 95:12
  116:1,3 158:4
  237:4,15 281:16
  281:17
**accountant** 36:4
  160:3
**accountants** 39:14
  47:18,19,24
**accounting** 39:10
**accounts** 262:2
**accrual** 42:22
**accuracy** 48:7
  148:21 176:3
  233:4 315:9
**accurate** 11:5 29:3
  30:19 38:12 46:22
  47:1,6,9,14,17
  63:19 73:8 114:11

**302:1 305:9
**accurately** 77:20
  116:24 117:19
**achieve** 62:19
  159:1
**achievement**
  114:2 147:9
**acknowledgement**
  317:3
**acknowledgment**
  315:12
**acquired** 179:16
**act** 28:11 104:14
**acting** 144:23
  156:21
**action** 26:17 72:18
  121:14 248:1
**actions** 211:23
**active** 21:1 156:6
**actively** 65:1
  159:3
**activities** 20:20
  23:5 27:9 55:12
  55:14 56:18 64:10
  117:20 304:6
**activity** 29:23 33:9
  84:14 207:15
**acts** 96:17
**actual** 46:14 49:19
  66:11 145:24
  146:14 182:9
  183:9 196:25
  200:5 206:14
  217:4 221:25
  222:4,12 224:25
  234:15 235:5
  237:21 292:19
**ad** 57:25 188:14
  274:6
**add** 175:12 254:19
  293:19
**added** 131:9
  254:18 262:18
  293:18

| | | | |
|---|---|---|---|
| **adding** 254:20 | **administration** | 57:23,24 58:1 | **agrees** 306:21 |
| **addition** 24:2 61:2 | 17:6 19:7 32:3 | 76:24 134:6 | **ah** 87:15 |
| 144:13 146:1 | 94:24 | 143:16 177:1 | **ahead** 10:20 11:19 |
| 171:8 | **administrative** | 194:20 217:23 | 15:15 16:3 80:7 |
| **additional** 12:22 | 20:16 21:5 94:23 | 288:15 293:23 | 98:15 173:22 |
| 13:16 20:23 23:22 | **administrator** | 302:25 303:17 | 199:11 232:8 |
| 23:24 85:13,21 | 32:7 38:25 | 305:19 | 276:13 277:14 |
| 86:7 | **admissible** 135:21 | **agency** 155:2 | 304:21 |
| **additionally** 236:9 | **adobe** 31:5,11 | 291:22 294:10 | **al** 1:9 7:10 |
| **additions** 317:6 | **adopted** 129:2 | 295:23 306:17 | **album** 244:3 |
| **address** 36:9,12 | **advance** 30:13 | **agents** 49:13 | **alleged** 217:5 |
| 36:16,20,23 37:11 | 39:6 | 136:16 292:21 | 245:16 254:25 |
| 37:12 40:5,6,8,19 | **advanced** 23:1,3 | **aggressive** 95:25 | **allen** 2:13 7:21,21 |
| 40:23 100:1 102:4 | **advent** 196:13 | **ago** 17:7 21:16 | 11:24 12:2,5 |
| 105:10,14 110:12 | **advertisements** | 22:13 23:18 31:23 | 14:10 15:24 78:15 |
| 110:14,20 116:6,7 | 178:6,7 | 66:15,16 93:19,20 | 78:19,21 79:2,11 |
| 119:10 149:19 | **advertising** 15:19 | 100:6 101:5 | 79:17,19,23 80:13 |
| 190:18 234:1 | 26:6 64:2,12,13 | 102:15 124:21 | 80:15 81:5,10,14 |
| 251:17 | 64:18 65:2,16 | 132:3 153:25 | 84:18 89:9,18,24 |
| **addressed** 73:22 | 86:2 125:8 127:5 | 161:11,12 164:6 | 90:8 98:17 137:24 |
| 234:3 | 142:16 160:10 | 174:7 186:11 | 138:2,5 160:24 |
| **addressing** 126:14 | 243:4,5 | 191:8 200:10 | 161:2 173:9,17 |
| 179:19 | **advice** 150:8 | 238:12 240:22 | 174:4,20 212:20 |
| **adequate** 240:11 | 151:18 312:13 | 241:22 257:22 | 212:25 245:3 |
| 282:17 | **advise** 67:6 254:14 | 284:22,24 291:16 | 267:19,22 269:25 |
| **adjunct** 17:21 | **advisory** 133:25 | 312:12 | 270:7,8 293:15 |
| 18:1,6,7,10 | **advocacy** 64:4 | **agree** 29:19,21 | 313:7,19 315:1 |
| **adjust** 196:23 | 125:7,11 | 30:5,20 56:24 | **alliance** 93:24 |
| 206:14 252:17,17 | **advocate** 113:25 | 178:24 187:21 | 133:21,22,23 |
| 269:12 | **aesthetic** 282:22 | 234:20 247:6 | **allotted** 315:20 |
| **adjusted** 197:25 | 310:23 311:1,4 | 251:4 259:21 | **allow** 124:7 |
| 237:3,14 249:1 | **aesthetically** | 261:20 263:7 | 207:17 208:7 |
| 251:11 | 309:25 310:15 | 282:14 283:5 | 213:3 248:13 |
| **adjusting** 184:9 | **affect** 49:6 162:19 | 287:5 297:25 | 249:14 250:19 |
| 206:15 | 164:24 180:25 | 298:6,11 309:8 | **allowable** 209:9 |
| **adjustment** | 181:1 217:13 | **agreed** 71:6 | **allowed** 71:6 72:5 |
| 199:14 201:21 | 279:15 | 254:19 308:12 | 136:18 165:10,11 |
| 204:1 224:10 | **affiliated** 117:15 | **agreement** 15:10 | 207:14 314:16 |
| 225:3 238:15 | **affiliations** 7:20 | 87:19 172:17 | **allowing** 96:6 |
| 239:17,21 240:12 | **afford** 94:20,22,22 | 189:12 210:2,4,18 | 162:5 208:17 |
| 251:9 | **africa** 66:25 67:3 | 295:8,17,21 | 211:11 214:15 |
| **adjustments** 201:5 | **age** 311:22 312:8 | 296:23 297:5 | **allows** 19:24 |
| 223:23 240:3,9 | **agencies** 26:7 | **agreements** 191:1 | **alm** 5:5 99:3,8 |
| | 49:12 54:15 55:2 | 215:6 | |

| | | | |
|---|---|---|---|
| **alternative** 58:15 | **ansi** 59:11 | 239:9 240:21 | **applicable** 220:15 |
| **amanda** 179:10 | **answer** 9:19 10:15 | 251:3 260:14 | 240:11 250:11 |
| **america** 64:3 | 10:17 11:3,4,5 | 289:12 | 315:8 |
| 120:21 125:8 | 15:22 24:24 33:6 | **answering** 49:7 | **application** |
| 127:5 142:17 | 33:7,12,20 36:19 | 123:6 252:23 | 132:17 185:3 |
| 143:25 243:4,6 | 41:2,13 47:7 52:4 | 268:22 | 257:7 |
| 286:17 | 53:6,9 55:19 | **answers** 73:3 | **applications** 59:17 |
| **american** 69:15 | 60:15,20,21 64:20 | 83:19 124:22,24 | **applied** 222:13 |
| 119:2,6,20 120:10 | 67:5 71:15,18,25 | 270:12 294:20 | 224:9 242:24 |
| 131:25 132:11,14 | 73:16,22 75:5 | **anticipate** 291:15 | 262:2 |
| 132:18 133:10,17 | 77:12,19 83:24 | **anticipation** 79:13 | **applies** 260:23 |
| 144:11 | 86:14 87:8 88:8 | **anybody** 35:2 | 284:12 |
| **amount** 30:4 34:6 | 89:21 94:3 95:2 | 76:22 78:25 85:12 | **apply** 109:2 |
| 39:7 47:8 64:8 | 104:9 106:11 | 115:8,8,17 117:14 | 220:15 225:3 |
| 97:9 134:12 | 110:1 144:24 | 117:15 137:13 | 240:23 245:1 |
| 171:10 172:18,21 | 145:23 157:1 | 245:25,25 247:13 | 260:18,20 286:3 |
| 173:1 218:13 | 161:4 167:18 | 285:13 289:10 | **applying** 222:17 |
| 299:12,24 | 169:22 174:6 | 296:13 | 224:5 286:5 |
| **amounts** 43:5 | 176:12,13,24 | **anymore** 21:6 | **appreciate** 34:18 |
| 49:19 50:24 53:24 | 177:4 180:19 | 243:21 285:14 | 41:16 53:4 124:5 |
| **analysis** 184:11 | 185:14,19 187:18 | **ap** 186:16,21 | 145:1 158:12 |
| 201:25 202:3,5,16 | 192:14 194:5 | 187:8,11,13 188:4 | 182:20 203:12 |
| 203:18,23 206:24 | 202:4 204:2 212:2 | **apa** 113:20,24 | 225:16 234:1 |
| **analyze** 52:11 | 213:2 216:10,15 | 127:8,15 | 236:15 239:6,13 |
| **analyzed** 50:22 | 216:17 217:13 | **apologies** 81:17 | 250:1 305:7 |
| 52:1 | 218:20 219:21 | **apologize** 148:11 | **approach** 64:15 |
| **anecdotal** 204:25 | 227:16,18 231:7 | 254:5 | 65:8 72:8 206:1,3 |
| **angeles** 2:4,15 7:1 | 233:11 236:15 | **apparent** 228:16 | 259:7 |
| 7:15 69:6,7 106:2 | 238:14 240:2,8,22 | **appeals** 210:12 | **approached** |
| 115:2 125:10 | 249:16 250:2 | 211:1 | 133:21 |
| **anger** 121:16 | 251:1 252:9,24,25 | **appear** 47:3 110:8 | **appropriate** 72:6 |
| **angles** 65:9 | 254:10 257:13 | 110:10 156:12 | 241:18 247:6 |
| **animals** 154:14 | 259:2 260:19 | 310:17 | 263:18 264:1,2,4 |
| **announce** 8:2 31:6 | 261:6 264:6 | **appearance** | **approve** 59:10 |
| **announced** 172:2 | 268:13 274:11 | 110:18 | **approved** 34:5 |
| **announcement** | 276:11 278:24 | **appearances** 2:9 | 48:3 |
| 31:4 217:19 | 280:18 284:24 | 3:1 7:19 101:7 | **approximately** |
| **announcements** | 287:14 288:11 | **appears** 14:1 | 17:5 18:12 28:2 |
| 33:13 | 291:21 293:17 | 42:16 54:16 99:1 | 29:5 31:24 32:16 |
| **annual** 35:25 | 296:4 302:11 | 101:22 104:20 | 45:24 78:20,22 |
| 57:17,18 144:6 | 303:23 304:3 | 108:2 114:10 | 138:17 152:3,7 |
| **annually** 97:22,24 | 307:14 311:3 | 128:2 302:25 | 171:21 197:8,12 |
| 144:17 173:2 | **answered** 71:2 | **appended** 314:17 | 222:18,23 296:8 |
| | 78:3,4 104:9 | 317:7 | |

**approximating**
28:8
**april**  36:25 80:23
140:9 202:11
**archive**  143:25
**archive.org**
291:18,19 292:21
**area**  23:9 63:8,10
63:10 86:1 142:23
149:20 161:5
211:18 212:13
213:12 301:9
**areas**  63:14 134:9
256:25
**argue**  285:14
**arises**  30:24
**army**  153:19
**arrange**  192:10
**arrangement**
285:10
**arrived**  239:5
**art**  61:5 114:5,7
159:5,6 220:3,4
**artcenter**  17:1,2
17:18,24 21:15,22
63:25 117:22
118:1,2,12,20
143:11 147:5,18
147:24
**article**  122:23
128:2,16 129:11
180:5,14 183:4
**articles**  121:22
128:6 129:15
167:14 180:8
264:23,24
**artifacts**  310:14
**artist**  26:9 308:15
**artistic**  310:6
**artists**  24:13
130:17 308:21
**arts**  17:10 69:15
114:6 147:2,7
149:4

**aside**  23:14 77:11
115:20 131:20
135:17 275:11
**asked**  11:1 13:1,4
13:16 15:2 19:21
23:6 39:8 41:4,7
41:11 61:11 85:12
86:6 91:1 97:18
104:11 110:19
119:8,12 122:9,12
125:12 128:1,2
133:22,24 135:14
135:14 136:5
139:3 145:10
148:3,8,25 149:9
151:20 154:4
156:2,19 159:25
169:6,14,25
183:13,15 186:11
194:8 233:22
252:21 261:12
262:18 284:22
292:6,12 301:19
301:24 304:16
**asking**  9:11,20
11:11,13 16:17
24:22 29:2,10
55:21 65:15,17
67:7 70:17 77:19
85:2 112:3 120:8
141:15 146:15
192:3 196:2
203:14 204:24
210:25 229:3
251:13,14,20
252:10 259:25
260:15,16 270:21
280:25 288:23
290:25 293:1,2
296:2 304:15
307:10
**asks**  118:17,19
**asmp**  122:2,8,9
243:6

**aspect**  260:13
283:25
**assembly**  137:18
**assert**  222:5
**assertion**  308:14
**assets**  280:22
**assign**  58:6
**assignment**  66:13
66:14,21
**assignments**  159:3
**assistance**  23:25
137:20
**assistant**  32:6
**assisted**  137:14
**assisting**  144:23
162:15
**associated**  23:3
53:24,25 115:9
116:1 128:16
153:14 164:24
299:3,4
**associates**  107:13
**association**  57:4,5
58:1,2 143:24
299:6
**associations**  64:7
130:21
**assume**  9:21 18:23
30:8 34:12 39:14
45:16,17 76:2
97:23 99:12
139:18 140:6,17
157:4 190:1
210:21 224:3
234:18,21 235:6
251:22 279:17
282:11 283:1
**assumed**  186:8
282:4
**assumes**  299:18
**assuming**  166:4
257:13 263:11
**assumption**
227:20,21 232:13

232:15,17,21
234:13 276:15
278:5,6
**assumptions**  15:4
85:18,19,20
182:18 227:10,14
227:17 232:10,23
275:22
**attached**  14:4 81:4
82:16 315:11
**attempts**  211:23
**attend**  144:1,7,18
147:19
**attendance**  8:2
300:25 305:23
**attended**  143:14
143:21,22 144:2
144:17 145:3,6,14
145:18,21 147:10
147:15
**attending**  32:11
134:2
**attention**  30:15
98:14 141:2,9
142:2
**attorney**  89:19
91:25 92:6 136:7
150:18 315:13
**attorneys**  89:18
92:3 119:7,16
150:18 213:10
**attributable**  160:5
**audit**  139:6
**author**  122:4
124:8 148:20
149:2 162:22
163:3,17,18
164:19
**authored**  121:23
131:6
**authority**  25:15
**authorization**
246:9

**authorized** 97:7
**automatic** 257:15
  257:17
**autopilot** 99:17
**availability** 123:4
  175:20,24 176:5
**available** 162:3,9
  175:12 220:23
  228:13,20 235:2
  236:3,10 242:8
  247:8 263:14,17
  271:2 281:21
  315:6
**avatar** 112:12
**average** 27:18
  28:1,5,15,18,21
  28:24 33:5 34:20
  38:14 42:10 44:14
  45:23 47:12 200:6
  201:24 205:10
  225:2
**averaged** 182:12
  182:14
**avoid** 56:11
**award** 113:23
  114:4 141:10
  147:13
**awarded** 147:8
**aware** 82:10 88:25
  97:25 138:25
  159:17 168:9,21
  188:7,9 253:13
  254:11,12 311:14
**aways** 220:6

**b**

**b** 1:13 4:8 5:1,21
  8:20 290:2,9
**bachelor** 147:2
**bachelor's** 147:17
  147:22
**back** 10:23 16:3
  17:4 20:2,3 33:22
  34:5 49:21 59:7
  63:2,3 75:23 77:1

80:5 82:12 83:3
88:23 95:4 100:24
106:22 109:1
116:7,17 131:13
138:10,13 143:8
144:25 145:11
146:13 152:13
153:12 157:19
172:22 176:14
177:15 182:15
185:13,25 197:16
198:15 200:4,9
202:19 204:13,21
208:9 214:25
218:21 239:11,25
245:9 254:2
265:15 266:18
268:11 273:16,17
273:19 275:2,3
277:6 284:5
288:17 289:23
290:25 294:24
300:3 304:13
306:12 312:24
**backed** 67:4
**background** 16:18
  65:10 71:7 175:15
  181:24 197:2
  211:24 220:5
  236:12 264:8,13
  264:14,14 309:16
  309:22 310:2,18
  310:19 311:14
**backing** 129:24
**backup** 208:11
**backwards** 127:18
  199:21
**bad** 168:5 195:7
**badge** 119:9
**baggage** 57:22
**balanced** 59:9
**ballpark** 126:6
**baltimore** 1:4 2:23
  76:4

**banner** 111:8,9,11
**barbara** 143:10
  146:20 147:16
**barry** 41:6,7,15
**barter** 285:9
**bartering** 297:10
**base** 222:12
  224:18 237:1
  241:2,17 262:6
**based** 147:12,14
  151:18 153:13
  161:25 166:18
  172:3,10 180:24
  182:16,19 188:17
  211:9 220:11,22
  221:3 223:23
  227:10,16 237:12
  238:18 249:4
  287:18,23 296:18
**basic** 160:21
**basically** 124:22
  208:13 299:1
**basis** 30:9 42:22
  42:22,23 173:8
  194:15,17 195:13
  195:15,23 244:17
**bb** 244:2
**bbc** 68:11
**bear** 101:14
**beauty** 310:12
**becoming** 129:7
**beer** 309:21
**began** 116:12
**beginning** 16:22
  106:11 122:23
  155:7 217:18
  254:10 304:11
**begins** 21:25
  102:25
**behalf** 2:2 7:23
  91:16 103:3 104:6
  105:22 152:19
  154:21 156:16
  246:5

**beiny's** 255:19
**believe** 15:24 17:4
  31:19 33:2,7
  42:23 45:13 62:9
  70:3,6 71:12 72:9
  72:14 73:1 75:15
  76:16 77:4 79:4,9
  83:18 84:21 85:7
  86:20 89:15
  100:16 111:19
  117:17 120:23
  122:11 125:6
  126:20 127:25
  153:25 178:19
  186:2,10 189:11
  193:21 204:9,18
  210:12 230:16
  246:7,20 247:10
  247:13,17,18,23
  247:23,25 249:21
  254:15 269:5,9
  276:16 280:4
  284:16 292:2
  294:3 307:8
**believed** 233:23
**believes** 247:4,15
**benchmark**
  181:15,17,23
  182:25 226:22
  229:14 257:24
  258:8,16,19 262:6
  263:8,21,24 264:1
  264:2,4 268:15
  270:18,20
**benchmarks**
  182:4 193:16,17
  225:18 226:1,13
  258:9 259:9,22,22
  260:7,8 261:21,21
  261:23 262:14
  270:21
**benefit** 96:6
  207:11

**benefits** 37:23
41:25 43:25 298:9
**best** 10:14 16:6,10
37:1 73:7 126:4
246:7 247:11
258:16
**bestow** 132:23
**bestseller** 163:3
**better** 96:7 217:23
218:10 259:9,21
260:7 261:21
262:14 263:8
286:20 299:8
**beyond** 58:21 86:4
214:13,13
**bfa** 147:1,2,21
**bgp** 294:9,15
**bgp's** 296:23,25
**bid** 67:1
**bifocals** 110:21
**big** 29:18 66:25
**bigfoot** 181:24
242:6
**bigger** 195:1
**biggest** 66:24
**bill** 140:1,2
**billing** 137:14
**bills** 99:17
**bin** 282:20
**binder** 266:5
**bit** 9:1,11 18:19
21:1 29:24 37:18
41:22 53:5 56:1
58:11 62:17 63:13
63:16 77:16 79:22
83:2 85:23 106:5
106:8 113:5 117:1
146:8 154:16
155:24 156:6
177:19 182:22
190:16 196:8
212:4 217:17
221:16,24 279:16
285:11 288:4

301:2
**black** 264:14
**blame** 40:10
**blanked** 176:10
**blanks** 75:3
**blends** 138:24
**bless** 155:22
**blog** 130:10 163:7
164:14,16 165:13
165:21 166:4,4,5
166:8,9
**blogger** 164:8,10
164:11,14,18
**blown** 310:9,13,16
310:22
**blue** 229:25 230:1
**blur** 30:12
**board** 26:11,15
27:10 39:9 52:20
56:18,19 59:9
94:24 132:2
264:19
**boards** 19:17
**body** 132:22 273:3
**boise** 163:24 164:1
164:8,8,14
**bolts** 282:19
**book** 122:7,14
129:12 130:10
134:12 148:17,22
149:17,18 153:9
162:23,23 163:2
163:19 165:14,20
166:10 223:14
231:25 232:3
284:15
**bookkeeper** 32:10
48:2 99:15
**bookkeeping**
32:11
**books** 39:12 42:22
129:14 148:8
149:18 206:17
221:20,20

**boring** 264:21
**bottom** 38:6 99:2
105:14 110:16
114:24 131:9
137:20 228:19
**boughn** 3:4 8:4,4
73:1 138:1
**bought** 290:22,24
291:4
**boulevard** 2:14
36:13,23 37:2,12
40:9,19,23
**box** 36:7 40:4
**brando** 153:20
**break** 79:20 83:11
84:7,15 137:22
138:14 150:3
155:21 177:18
198:18 199:9
245:3 268:10
269:1,15,23 270:2
270:3
**breaks** 11:7
**breaths** 194:21
**breed** 178:14
234:22
**breeding** 297:20
**breeds** 262:15
**brian** 8:20
**brief** 185:10 296:7
296:19,24
**bring** 13:1,4 18:5
23:11 73:10,13,14
81:7 101:14
**brittany** 196:7
293:25 297:24
**brittany's** 293:1,6
**brittney** 1:5 7:9
7:22 74:17 75:14
87:3 88:9,14 89:7
183:10,14,22
184:25 190:7
196:6 222:5
236:14 248:3,6

252:10 253:15
254:12 259:12
260:6 261:20
262:13 263:12,13
263:14,23 276:24
284:20 285:15,22
292:24 293:13,20
294:2 298:1 307:8
307:10 309:8,10
315:4 316:1 317:1
**broad** 123:2
129:21 137:8
171:18
**broadcast** 1:8
7:10 157:5 315:4
316:1 317:1
**broadcasting** 69:4
**broadly** 129:17
162:9
**brochure** 57:16
**brokers** 136:16
215:6
**brooks** 114:2
147:8
**brought** 12:24
14:7,22 139:15
**budget** 99:10,13
**building** 50:2 64:1
**built** 51:16 248:24
**bulk** 192:10,12
193:14
**bunch** 255:6
**burden** 34:10
**bureau** 208:5,9,23
208:24
**business** 19:7,15
23:19 24:12 27:9
29:13,17 50:18
103:9 109:16
113:17 116:16,17
117:11,20 121:9
122:3 125:15
127:20 133:1,12
141:8 143:8,9,11

144:10,22 147:13
148:24 193:8
243:9 286:21,23
286:24,25 297:13
297:20 298:21,22
300:24
**businesses** 19:16
40:15 41:4 106:18
241:24
**busy** 95:24 96:1
**buttoned** 101:6
**buy** 193:3 222:23
**buyer** 49:11
195:10,12,14
244:14,15 251:20
300:12
**buyers** 182:23
183:11,23 184:1
192:21

**c**

**c** 3:4 25:25 36:7
40:4 45:2 114:3
144:15,15 149:3
276:22
**ca** 2:15
**calculate** 223:10
257:24
**calculated** 182:16
250:11
**calculating** 160:22
182:8 183:11
**calculation** 183:12
237:10 249:7,24
**calculations** 160:5
222:8 225:9
**california** 2:5 7:1
7:15 37:3 115:2
143:10 146:20
147:15 314:1,5,24
**call** 15:13 20:22
24:16 34:2 59:20
61:9,11 77:1,1,2
83:8 91:3 94:14
111:6 118:24

119:10,11 130:19
131:6 158:21
187:2 188:12
192:15 193:6,18
193:22 194:22,24
195:2 221:11
228:21 239:23
263:15 285:13
287:3
**called** 20:10 21:7
21:8 25:21 41:19
50:3 99:3 117:10
128:18 130:17
143:24 148:7,23
155:18 175:23
215:14 228:20
**calling** 249:11
312:13,15,16
**calls** 32:8 77:4,5
96:18 98:9 104:17
**camera** 229:2
255:23 256:5,6,9
256:11,12,13,24
**cameras** 196:13
256:11
**campaign** 65:17
**canada** 54:9
302:16
**candid** 175:16
**candids** 236:10
**capabilities** 92:10
**capacity** 54:21
55:17 125:14
129:25 243:3
303:8
**caption** 82:12
**capture** 255:24
256:2,16
**card** 97:20
**care** 219:11,11
**career** 24:8 61:16
61:19,22 62:6,11
62:16,21 63:18,22
67:10 242:19

**careful** 181:22
**carefully** 46:1
123:7
**case** 1:7,8,9,10,11
1:12,13,14 7:11
12:17 13:2 15:2
28:11 74:9,11,13
75:25 76:5,7,10
76:22,23 77:2,3
80:23 82:12,17,25
83:14 84:6,20
85:13 86:12,18,24
88:17,21,22 89:3
89:6,10,17,19,25
90:5,8,18,21,23
91:2,4,5,7,15,25
92:1,14 93:6 96:3
124:1 129:8,20
134:22,25 135:7
135:11,17,21,21
135:25 136:5
139:16 143:7
159:14 162:8,22
179:18,18 180:10
181:15 182:9
183:22 184:2,14
184:19 185:20,23
187:13 188:25
189:16 193:17
201:22 202:10
206:8 213:4,5
214:2,4,9,12,24
215:5,15 221:25
222:6 223:11
224:17,20 225:9
225:11,19,21,23
226:14 227:15
232:2,10,23 233:3
240:20 244:18
251:14,19 252:17
252:21 253:7
255:2 258:16
260:9,16 261:2
269:24 270:8

274:9 278:9
284:10 288:7
289:7,11 292:10
292:15 293:11
297:23 300:4,5,7
**cases** 1:8 89:15
90:13 91:17,18,22
92:2,19 93:2,13
93:25 95:8,9,9,21
101:11,12 139:10
139:19,21,22,22
187:11 212:3,16
213:11,18 214:8
214:10 215:1
240:23,24 246:16
274:3 308:4
**cash** 42:22,23
287:1 298:16
**casual** 58:9
**casually** 10:7
**cat** 154:12,18
175:4,8,22,24
176:5 178:5,9,22
178:25 179:5,22
181:18 182:12,13
231:20,21 233:6
233:14,17 234:9
234:11,18 235:1
235:21 236:12,18
236:23 238:13
239:19 242:7,23
252:15 258:17,18
259:7,20 263:5,6
269:9,13 298:21
**catch** 135:22
**catching** 166:16
**categorically**
185:7
**categories** 152:18
**categorize** 172:23
**categorized** 296:1
**cats** 154:7,13,14
154:17 156:11,12
157:22 175:4,10

175:13 176:7
178:20 179:20
180:6,7,8 183:4
222:23 233:16,20
234:22 260:7
261:19 262:3,4,16
264:21 291:22
**cause** 13:18 58:16
291:15 310:17
**cbs** 68:11,11,15,15
**cd** 69:14
**cease** 158:19,22
245:13,19 246:4,8
246:12,23,25
247:7,14
**celebrities** 154:15
**celebrity** 155:11
180:14
**cell** 106:4
**censured** 121:14
121:19
**century** 68:8
72:11,13
**ceo** 38:11 39:3
44:11 46:17 54:22
57:21 303:9
**cepic** 144:15
**certain** 11:14
22:14 34:13 36:24
45:14 51:1 65:21
66:19 69:4 70:7
120:15,16 126:5
127:4 132:9 133:2
133:2,3,3 149:23
151:18 164:23
172:18,21 173:1
182:18 191:6
207:4,10 224:13
241:7 257:7
259:10 289:14,15
300:22 307:16,16
310:11 311:22
**certainly** 9:10
16:9,20 52:19

57:24 102:8
116:16 123:12
124:1 143:22
150:14 161:19
169:10 203:8
288:20
**certainty** 308:10
309:3
**certification** 25:15
134:6
**certifications**
120:14,17,17,23
**certified** 314:23
**certify** 314:5
**cetera** 50:11
125:15 192:12
197:8 272:23
**chair** 125:6,9
**challenge** 134:18
134:23
**challenged** 136:1
136:6
**challenges** 136:3
137:6
**chance** 58:12
120:24 199:8
268:24
**change** 33:25 34:2
34:19,22 35:14
164:17 180:4,24
206:5 234:4
236:17 237:4
238:16 239:18
257:15,20 267:6
269:13 316:4,7,10
316:13,16,19
**changed** 35:4,7,10
220:7 234:8
254:21 257:15
277:12 287:11
305:2 307:20
**changes** 171:24
196:10 201:20
256:18 257:3

308:2 314:15
315:10 317:6
**changing** 167:1
194:23
**chapter** 122:7,10
122:11,14 129:12
**chapter's** 125:10
**chapters** 129:14
**characteristics**
62:23 223:24
**characterize**
296:2
**charge** 97:9
142:19,20,21,22
189:23 194:9
243:18
**charged** 189:2
**cheaper** 197:21
**check** 99:14
119:21 132:16
137:24 202:20
232:11
**checking** 14:2
**china** 158:18,24
**chinese** 158:21,25
**choice** 310:23
**choices** 50:7,9
311:24
**choose** 160:3
178:3 227:8
278:17,19,21
283:20 285:19
**chose** 182:4 193:9
260:11 261:22
262:15
**chronological**
199:19,20
**circle** 268:11
**circled** 267:5
**circles** 154:3
**circuit** 243:5
**circumstance**
152:14

**circumstances**
142:21,22 207:4,5
210:16 241:7
252:11
**cite** 299:25
**cited** 300:5,6,6
**clarification** 9:20
78:12 108:6
**clarify** 70:12
191:15 304:17,20
**clarifying** 41:17
305:7
**clarita** 32:23,24
33:1
**clarity** 48:25 56:3
56:8,10 58:12
263:10
**class** 19:2,8,20
20:2,3,17 21:24
23:7,8,24 24:7
25:2 61:2,12
211:23 215:17
**classes** 21:2 61:5,8
119:15,18 120:9
142:6,9,10 143:1
143:4,8,11 164:7
**classic** 243:23
**cle** 119:7 120:1
**clean** 267:7,14,18
**cleans** 34:15
**clear** 10:9 11:13
14:10 21:21 48:21
53:17 75:5,23
135:11 148:11
231:14 234:5
262:24 293:10
305:5
**clearly** 60:9
212:10,12
**client** 60:17 64:16
64:23 65:13,14
66:3,11 68:1
69:16,19 88:6
96:20 111:16

135:1,4,12,14
136:4,19,20 156:8
157:17,18 214:14
**clients** 64:12,13
67:7 150:11
154:14 253:5
**clio** 114:3
**clip** 220:3,4 266:5
266:18
**clock** 24:2 27:15
**close** 257:2
**closely** 97:15
**closer** 32:25
110:22 113:11
260:8 261:21
263:8
**clr** 1:25 2:6 314:4
314:22
**club** 114:5
**cmyk** 230:7
**coach** 173:15
**coalition** 19:15
23:5 25:22,24,25
26:3,25 27:7,19
27:20 28:3,14,16
28:22 30:11 31:13
31:15,18,21 32:2
32:16,22 33:5
35:1,6,8 36:17,22
37:11 40:3,18
42:21 43:12 44:13
45:9,11,24 47:5
47:16 48:22,23
49:8,10,18 50:22
51:21,22,25 52:9
52:14,18 53:8,11
53:20,23 54:13,21
55:9,12,18,24
56:3,14,17 108:9
108:15,23,24
109:1 113:19
114:17,25 115:18
129:1 130:1,17
131:19 134:3

301:25 302:22
303:9 304:2,7
305:4
**coalition's** 39:12
47:19
**coauthor** 128:11
**code** 274:18,25
**codes** 272:20
274:21
**coffee** 175:15
236:11
**collaborate** 56:24
**collaborates** 129:1
**collect** 49:18
55:10 304:3,8
305:12,15
**collected** 49:23
50:3,19,22 51:23
52:10 54:2 55:5
57:12 175:4 301:5
301:20 302:6
303:21
**collecting** 300:15
300:20 305:18
**collection** 277:2
**collective** 131:25
132:22
**college** 17:1,2,3,19
17:24 24:22 61:5
63:25 117:22
118:2,12,21
132:12,14,18
146:22 147:5,18
161:8
**colleges** 25:15
**color** 219:13
**column** 45:2
124:20 126:14
200:17,20 266:8
266:25 271:8,12
271:18 272:18
273:21 274:13,17
276:3

**columns** 199:18
200:14
**com** 5:8
**combination**
251:1
**come** 20:16,16
24:6 61:12 67:25
85:21 95:21 96:3
116:7 133:24
146:3 149:9,11
150:17 155:19
176:12 182:14
194:11 201:21
206:13 209:25
225:2 239:1,11
266:11,14 272:25
275:19,23 279:14
280:2 300:2 309:2
**comes** 41:12 65:21
86:1 149:1 176:14
189:4 224:11
266:12 275:21
300:3
**comfortable** 238:7
238:20 285:20
**coming** 14:23 18:3
64:23 65:13
108:12,18 139:7
166:25 232:1
**commensurate**
203:20 298:9
**comment** 59:6,7
131:4 134:16
149:5 152:15
170:3
**comments** 149:10
**commerce** 146:3
**commercial** 159:3
**committed** 20:6
**committee** 21:1,11
64:4 122:17 125:7
125:10,13 133:25
158:25

**committees** 20:19
**commodity** 162:8
**common** 56:15
220:12 239:2
242:2 243:16
285:24,25
**commonly** 128:18
**commonplace**
170:19,21
**communicate** 53:2
58:8 60:9 246:21
**communicated**
86:11,13 185:5
**communicating**
56:13 88:25
**communication**
26:2,19 56:7 83:3
114:5
**communications**
13:13 56:8 75:19
75:20 78:17
**community** 24:15
206:4,7 223:18
**compact** 19:20
**companies** 86:21
97:19 109:6 112:1
112:13 154:22,24
156:15 157:12,25
158:5 167:20
170:14 184:17
185:17 186:6
191:10 193:11,19
193:25 194:11
195:22 215:21,22
217:20 224:4
231:12 249:7,8
259:6,19 261:18
262:10 282:21
290:22,24 291:2,4
292:8 293:3,12
294:1
**company** 29:20
40:22 41:19 86:12
86:17 94:19 95:3

95:4 96:14,15,17
99:3 102:7 109:3
117:10 118:16,18
118:18 138:21
156:22 168:2
192:9,11 210:17
210:24 211:6,12
211:15,17 216:6,8
216:9,20,23
225:14 227:4
244:8 260:5 263:2
**company's** 115:7
152:23
**comparable**
259:20 260:5
261:19 262:11,12
262:20 263:3
**compare** 201:19
**compared** 201:7
201:22 206:2
234:12 236:19
**comparison**
280:22
**compensate**
237:20
**compensation**
35:4,7 37:22
38:19,21 39:7,11
41:24 42:13,24
43:24 45:3,19
49:5 298:17,18
**compete** 218:1
**competent** 136:11
**competing** 194:25
194:25
**competition** 197:3
203:8 217:21
219:19
**competitors**
219:17
**compiled** 242:12
242:14
**complaint** 73:13
73:15 169:9

**complaints** 250:16
293:21
**complete** 11:5
14:3 203:18 317:8
**completed** 315:17
**completely** 269:20
287:11
**completion** 314:13
**complex** 210:15
**comply** 72:7 87:11
**components**
159:14
**composition** 61:17
219:13 262:11
263:4 264:24
311:11
**compositional**
311:24
**compositions**
312:10
**compound** 173:10
**compute** 28:4
232:2
**computer** 74:3,5,7
115:23 116:8
256:13
**computers** 58:11
**con** 311:25
**concept** 51:6
108:24 245:22
300:9
**concepts** 279:4,23
280:1
**concern** 53:1 58:4
248:8
**concerned** 27:14
56:20 57:2 209:21
**concerning** 217:5
**conclude** 216:7,22
244:7 294:16
**concludes** 313:9
**conclusion** 185:24
**conditions** 60:17
136:11 210:22

248:14 295:4
297:12,12 299:1
**condo** 209:23
**condominium**
209:20
**conduct** 119:7
**conference** 146:10
**conferences**
143:23 145:3,9,14
145:15
**confident** 249:19
**confidential** 15:11
15:13
**confirm** 232:22
233:25 242:24
**confirmation**
233:1 234:14
**confirmed** 21:25
150:6,6 176:6
178:9 236:21,21
236:23 242:25
**confirming** 75:4
**conflicting** 56:23
**confused** 41:20
83:21
**confusing** 173:11
257:8
**congress** 28:11
93:24
**connected** 91:10
109:24 110:3
112:2,9,13
**connection** 66:9
69:8 74:9,11,13
75:25 76:10,23
82:25 83:14 84:5
84:17,19 85:13
86:12,17,23 88:13
88:17 111:20
212:23
**connects** 256:14
**consider** 26:17
27:1 106:15
189:17 209:9

248:10 281:9
285:15,22 287:10
296:8
**consideration**
184:6 197:17
238:16 239:18
240:19 248:6,9
281:12 285:10
286:22 287:1
297:10,17,22
299:20
**considerations**
157:24
**considered** 68:6
73:12 81:4 84:23
84:25 191:12
207:14 280:16
290:11 291:11
292:9
**considering**
223:21 298:6
**considers** 280:4
**consistent** 172:20
196:21 204:5
258:1 274:14
**consistently** 24:5
33:21
**consolidated** 1:8
1:10,12,14
**constant** 276:24
**constellation** 2:14
**constitutes** 141:8
**constraints** 60:17
**constructed** 51:6
**construed** 60:23
**consult** 46:7 275:3
**consultant** 102:25
113:15 117:9
139:10
**consultation** 24:3
**consulting** 87:19
109:11,20 117:3,7
117:10,12,16
138:19 141:25

consumer 219:11
consuming 156:4
 156:5
contact 89:5 91:12
 92:3,12 96:7 98:7
 99:5 123:23
 124:16 148:20
 247:19
contacted 41:7
 89:3 91:18 151:17
 175:21 253:14,15
 254:12
contacting 31:8
 67:7 98:9 246:18
contacts 188:5
contained 54:3
 301:5,11,12 302:7
containing 4:13
contains 51:23
 256:16
contemplate 49:9
 235:17
contemporaneous
 311:25
content 104:13,15
 148:21 161:25
 162:1,2,3 218:11
 221:11 234:16
 261:23,25 262:19
 263:3 282:23
 308:25
context 56:10
 157:7 160:14,15
 174:9,23 183:2
 211:6 212:5,6
 244:10 245:12
 300:18 301:2
continue 21:3
 64:10 68:6 119:11
 138:15 151:5
continued 3:1 5:1
 204:17
continues 287:21

contract 27:3
 136:5,12 172:16
 172:24 187:4,8
 188:8,20 190:10
 192:13 209:24
 216:5,13,19 221:9
 295:8
contracting
 208:14
contractors 96:16
contracts 103:9
 136:22 187:16,18
 187:23,25 191:3
contractual
 190:21
contrast 235:23
contributes 41:12
contributing
 122:4
contributions
 43:5 125:9
contributor 295:8
control 232:24
 297:11
controlled 312:4
controls 251:24
 252:11
convenience 224:9
convention 144:7
conversation
 31:10 58:9 75:7
 75:15 78:2
conversations
 74:23 75:1 83:7
 238:22 241:15
 242:21,23 243:2
cooperate 57:4
cooperative 57:20
copied 82:17
copies 12:3 13:14
 73:14,19 74:2
 79:5 81:5 139:15
 207:24 229:11
 277:24 280:14

315:14
copy 12:19 13:1,3
 13:12 14:3,23
 15:4,8 80:16
 81:16 87:4 103:17
 104:15 108:2
 207:25 208:11
 254:23 267:4
copying 54:16,17
 303:1,2
copyright 19:2,3,8
 20:25 21:10 23:8
 23:21 59:24 60:1
 60:8 63:2,10,21
 64:3 91:17,22
 92:4 93:2,13,24
 96:4 101:3 103:6
 103:8 109:12,21
 117:4,8,16 119:16
 123:16,21,22
 124:18 125:7,15
 126:17 133:21,22
 133:23,25 146:2,9
 150:16 153:6
 158:25 245:12
 247:5,16 248:12
 276:4,10,19
copyrighting
 113:16
copyrights 23:21
 63:20 123:10
corbis 50:4
core 58:18 149:18
corelogic 215:14
corn 263:16
corner 51:13
 105:11
corp 90:1
corporate 41:20
 168:15 170:6
corporation 87:3
 89:16 158:3
corporations
 191:24

correct 18:24
 25:22 35:11 36:3
 36:21 38:13 41:2
 41:13 43:1 45:12
 53:11 56:5 76:1,3
 76:11 81:6 86:24
 93:7 97:14 99:3,6
 101:24 102:13
 104:6 114:11,18
 114:22 115:1
 118:9 122:8
 123:17 139:1,19
 140:18 147:3
 168:10 170:21
 171:4 178:11
 179:1 198:4 199:5
 199:10 224:7
 226:14 228:3,7
 229:15,18,22
 230:1 231:17,18
 232:10 237:1
 240:9,13,14
 241:10 242:20
 249:19 256:4,6,9
 256:10,20 259:4,4
 259:9,23 260:8
 261:6 266:23
 273:12 280:1
 291:5,8 299:22
 300:11 306:18
 317:8
corrected 48:13
 301:11
corrections 317:6
correctly 16:23
 36:14 54:5 109:5
 115:3 117:5 122:5
 201:5 281:14
 302:10
correspond
 271:11 272:9
corresponds
 273:10

**corrupt** 115:12
**corrupted** 115:11
  115:22
**corruption** 115:5
  116:2
**cosmopolitan**
  69:13
**cost** 52:3,4,4 73:18
  142:8 252:16
**costume** 141:11
**couch** 160:17
**council** 143:25
**counsel** 2:9 7:8,19
  13:1 24:10 76:21
  78:2,5 81:5 83:8
  84:4 86:16,16
  315:14
**counsel's** 87:11
**counselor** 8:18
  30:12 55:15 76:17
  92:15 120:12
  122:15 131:24
  138:20 139:5
  140:13 160:14
**count** 26:12 59:4
  90:12 95:17
**countries** 58:22
  59:17
**country** 45:14
  81:8 152:11
  157:15 158:9
  167:8 173:6 174:1
  241:22
**county** 314:2
**couple** 33:8 41:9
  66:20 108:5 149:7
  178:14 190:12
  203:7 205:15
  238:11 286:7
**course** 19:9,10,11
  21:13,16 22:1,3,5
  22:8,9,15,16,18
  22:20,23 23:1
  24:17,20 25:2,5,5

29:15 30:5 45:11
61:15,19,22 62:6
62:10,13,16,17,21
67:10 79:12 88:24
120:25 121:3
143:18 198:6
220:19 242:19
249:20 261:5,9
286:21 306:24
**courses** 18:20 23:2
  62:5,8 119:7,9,18
  120:2,9,16 145:5
  145:17,20 146:17
  146:23 147:19
  161:8
**court** 1:2 7:11,16
  8:5 9:24 10:13
  12:9 14:6,17
  35:18 37:15 39:23
  43:18 71:5 80:12
  82:4 96:6 98:22
  100:21 101:19
  105:7 107:16
  134:18 199:2
  210:12,25 225:11
  237:7 244:25
  265:14 290:5
**cover** 19:24 20:6
  94:25 162:24
  163:19 165:14,20
  166:10 244:3
  268:6,7
**cowboy** 154:19
**cpa** 32:12 36:4
  40:10 46:7 48:16
**craft** 147:9,12
**crawford** 149:3
**crawford's** 149:18
**create** 25:10 56:15
  101:9 102:18
  104:16 116:6
  197:4 276:20
**created** 100:10
  102:12 105:21

117:13 215:24
261:19 294:2
**creates** 128:15
  310:14
**creating** 26:4,22
  64:12
**creation** 26:18
  51:3,5 257:4,5,9
  257:21
**creative** 63:7
  124:2 263:22,24
  286:8
**creatively** 209:16
**creativity** 114:4
  262:12 263:4
  264:25
**creators** 26:8
**credit** 97:20
  254:20 298:21
  299:2
**criteria** 133:18
  151:19 153:13
  157:24 172:19
  182:17 185:11,11
  187:6 224:15
  282:9,23,23 284:3
  284:5
**criticize** 312:11
**cs** 315:15
**csr** 1:25 2:5 314:4
  314:23
**cuff** 198:2
**cup** 175:15
**cups** 236:11
**curious** 109:17
**current** 18:16
  36:16,20 40:6
  41:18 118:15
  181:3 286:4
  304:25 305:1
**currently** 19:12
  48:1 75:25 90:7
  99:15 106:24,25
  121:5 127:25

133:14 153:10
**curriculum** 4:12
  14:1,4 143:9
**curtailed** 21:2
**customer** 32:8
  162:14,14 193:15
  220:20
**customers** 172:1
  214:19 218:1,10
  288:1,14 289:4
  293:22 309:1
**cut** 78:13 102:3
  180:12 269:2
**cutoff** 277:22
  278:13,15 279:18
**cutting** 148:11
  268:21
**cv** 1:7,10,12,14
  7:12 12:4 16:15
  30:18 48:20,21
  67:17,24 69:18
  92:9 121:20
  131:13 145:25
  146:16

|         d         |
| :---------------: |

**d** 1:13 4:1 8:21
  115:7 149:3 150:4
**d'pergo** 90:14
**d800** 255:23
**d810** 255:23
**daily** 142:13
**dailymail.co.uk**
  290:15
**damages** 159:15
  182:9 183:12
  200:5,10 201:16
  204:20 206:14
  221:25 222:4,12
  223:11 232:2
  244:17 245:1
  249:4,7,24 250:10
  250:10,20,21
  251:5 252:14
  257:24

**data** 49:18,22,24
50:22 51:23 52:10
52:10 55:5,10
74:3 128:18,19
170:24 171:5
175:3 179:4,6,19
182:6 184:15
185:15,23 186:1,4
186:13 197:2
202:25 203:1,15
204:3 205:4 206:8
233:12 234:10
236:21 237:10
250:24 300:15
301:20 303:22
304:4,9 305:13
**database** 115:5,12
115:21 116:2
**databases** 115:11
**dataset** 242:12,14
**date** 41:1 75:15
76:15 116:14
122:18 254:23
256:2,6,8,9,12,17
256:18 257:3,4,5
257:9,11,11,14,14
316:24 317:12
**dated** 80:23 82:20
87:17 108:3 202:6
314:19
**dates** 256:23,24
257:21
**daubert** 134:18,23
**daughter** 312:5
**davis** 244:2
**dawn** 178:14
**day** 27:22 56:25
65:6 95:18 99:19
99:19 120:2
126:15 144:21,22
194:12 238:5,5
254:20 277:7
300:19 317:15

**days** 27:22 28:6
146:7,7 165:18
190:12 315:17
**deal** 221:18
**dealing** 143:2
150:15 282:19,20
**deals** 178:25 182:1
**dean** 153:20
**decades** 232:5
238:23 241:12
**december** 42:19
314:19 315:3
**decide** 279:2
**decided** 56:19
57:7 58:24 59:1
161:12
**decides** 260:22
**deciding** 240:19
281:24
**decimal** 44:17,20
**decisions** 67:8
300:8
**declare** 279:1
317:4
**decrease** 196:19
197:3,6,12,23
201:15,16 237:16
**decreased** 64:14
200:5,10
**decreases** 34:7
**dedicate** 67:2
139:6
**dedicated** 20:23
83:5,7
**deemed** 317:6
**deep** 10:21
**defendant** 1:10,14
7:8 101:13 135:3
247:20,21
**defendants** 2:2,19
7:24 12:6,7 14:14
14:15 35:16 39:21
43:16 80:9,10
82:2 98:20 100:19

101:17 105:5
107:14 159:16
198:24,25 199:1
235:16 265:9,10
265:10,11,12
288:1,7,10 289:1
289:5,7,11 290:3
**defer** 39:1,3,4
**deferred** 39:11
**define** 63:13
179:25 182:7,23
183:10,23,25
224:15 279:9
283:24
**defined** 172:19
174:17 185:10
284:16
**defines** 187:5,5
284:18
**definitely** 55:25
276:17 296:5
**definition** 161:22
180:22,22 195:6
284:8,14,19 285:3
285:19,24,25
286:4
**definitions** 58:13
59:5,10
**degree** 25:16
114:1 146:22,25
147:1,6,14,17
**delay** 13:19
**delegate** 31:2 34:8
34:13
**deleting** 103:18
**delve** 63:15
**demand** 161:20,24
162:2 175:4 179:3
179:4,12,19,22
180:2,4,9,17,23
180:24,25 181:14
181:20 182:4
206:21 242:11
245:24 268:9

269:6,9,13 278:16
279:7,12,17 280:5
281:13,17,22
282:1,1,3,6,7,10
282:12,14,17
283:17
**demonstrated**
185:7
**demoted** 42:16
**denies** 253:11,13
254:8 255:12
**denver** 243:8
**department** 19:25
146:3
**depend** 165:3
189:24 299:16
**depending** 229:2
**depends** 29:22,22
92:1 162:20
164:20 192:20
256:5 299:14
308:17
**deponent** 314:9,15
315:13 317:3
**deposing** 315:13
**deposition** 1:16
2:1 4:10 7:7,13
8:10 9:6 12:13,17
13:7,19 72:22
77:24 78:6,10,16
78:17,19 79:13
83:4,10 84:12,17
85:5,14 139:1,4
177:5 198:21,23
226:20 290:8
313:21 314:6,8,13
**depositions** 9:4
16:1 28:25 72:15
82:11 257:19
**depth** 62:7,13
309:19
**depths** 62:25
**derived** 138:18
141:24

**describe** 92:10
  184:3 240:18
  241:15 245:21
**described** 22:3
  34:21 209:8 221:5
  223:14 241:13
  249:4
**describes** 117:19
**describing** 57:9
  296:15
**description** 4:9
  5:2 245:19 274:23
  274:25 296:18
**descriptions**
  166:15 201:13
**design** 17:1,2,3,9
  17:10,19,24 21:15
  21:22 26:7 61:5
  69:20 117:22
  118:2,12,21 147:5
**designed** 100:14
**designer** 141:11
**designs** 225:14
**desirable** 162:1
**desires** 282:5
**desist** 158:20,22
  245:13,19 246:4,8
  246:12,23,25
  247:7,15
**desk** 107:12
**despite** 136:2
  287:9
**detail** 15:22 77:11
**details** 69:13
**determin** 250:20
**determination**
  167:22 183:7
  244:25 249:21
  250:21
**determinations**
  160:4
**determine** 52:1
  139:6 142:19
  183:13,15 184:15

185:16 186:4
201:25 202:16
206:19 221:25
223:18 224:19,21
235:2 240:7,16
241:18 248:13
252:14 261:12
281:23 282:24
**determined** 72:18
  210:12 222:7
  251:19
**determining** 48:24
  53:23 160:13
  161:17,18 183:20
  184:8 197:11
  206:4 224:2
**develop** 137:16
  145:2 158:3
**developed** 57:13
  59:5,13 286:13
**developer** 34:3,6
**developing** 58:13
  59:21
**development**
  33:17
**developments**
  33:13 217:12
  219:4,5
**devoted** 42:11
  44:14 47:12
**dictated** 182:18
  227:15
**difference** 29:18
  30:9,21 38:22
  54:7 165:1,2
  172:15 201:9
  202:1 206:19
  217:9 218:25
  219:7,12,24
  257:10 302:14
**different** 52:2,3
  56:12,21 62:18,19
  62:22,23 65:9
  73:21 84:8 93:7,8

106:8,18 110:17
112:16 127:6
130:20 139:20
160:17 163:12,13
164:17 165:15,16
165:22 166:3
174:13 182:22
184:13,16 185:16
186:5 197:1,1
201:2,13,23
202:17 203:13
208:19 256:25
258:22 262:17
264:17,18 269:20
274:8 277:25
279:23 280:1,14
280:14 304:15
305:11 306:24
307:1
**differential**
  205:11 220:8,10
**differentiate** 93:5
**differently** 62:17
**differing** 62:24
**difficult** 30:19
  250:25
**difficulty** 149:8
**digital** 73:16 74:2
  143:23 196:13
  208:5,9,24 255:23
  256:22 310:14
**dilemma** 122:22
**diligent** 289:22
**dimension** 293:18
**dimensions**
  229:12
**direct** 105:10
  158:3 219:21
  255:8 298:24
  301:13
**directed** 92:8 97:4
**direction** 114:7
**directly** 145:21
  151:20 167:18

233:18
**director** 113:14
  132:1
**director's** 114:5
**directories** 104:14
**directors** 26:11,15
  52:20 56:18,19
  59:9
**directorships** 27:9
**directory** 96:17
**disagree** 226:16
**disappeared**
  254:20
**disbarred** 246:19
  247:3
**disciplinary**
  121:14
**disciplined** 121:19
**disconnect** 252:6
**discounting**
  204:25
**discovery** 83:23
  84:3 179:17
  253:11 254:7
  255:11
**discuss** 15:12
  48:16 49:9 62:7
  78:18 146:10,12
  241:17 270:1,4,8
**discussed** 22:4
  83:10 123:10
  143:15 145:7,21
  146:6 175:22,24
  176:4 269:24
  301:1 305:24
**discussing** 230:23
  239:1 241:13
**discussion** 49:17
  236:22 243:13
  268:10 294:22
**discussions** 83:6
  238:18 242:1
  243:7 278:4
  305:21

**disgorgement**
  159:16
**display** 153:5
  168:1 169:2 171:3
  174:2 216:25
  229:4,9 230:8
**displayed** 168:23
  228:14 230:13
**displaying** 228:10
**displays** 228:23
  229:6
**disqualified** 135:8
**dissatisfied** 295:2
**distant** 220:1
**distinguished**
  132:15
**distributes** 209:6
**distributing** 26:4
**distribution** 209:6
**distributors**
  154:25 217:23
**district** 1:2,3 7:11
  69:8 124:10,14
**divide** 28:6 251:6
**divided** 171:22
  190:2 250:14
**division** 1:4 307:1
**dmla** 143:23
  144:16
**docket** 83:15,16
**document** 15:11
  41:23 58:10 87:17
  130:12 131:9
  189:8
**documentaries**
  153:11
**documentation**
  288:21
**documented**
  207:19,19
**documents** 4:14
  13:16 73:9,11,14
  73:18,24 76:4
  78:1 79:3,7,10

83:14 84:3,5,19
84:24 85:3 131:1
131:3 188:25
197:11 253:21
289:17 292:5
294:18 296:14
**dog** 178:6
**dogs** 154:14
**doing** 11:15 55:6
  73:19 89:22
  116:16 130:3
  133:14 136:2
  154:25 155:1
  159:2 183:3 184:1
  187:20 198:8
  243:5 244:21
  259:12 275:10
  286:21 301:22
  303:24 306:2
**doke** 275:15
**dollar** 50:24 53:24
  240:6
**dollars** 97:8 99:11
  153:2 166:11
  238:1 297:23
**domain** 100:2,4,5
  105:18,19 174:12
  174:13 249:17
**domains** 249:10
**door** 57:22 58:3
**double** 202:20
  232:11
**doubt** 24:13 54:25
  187:9,10 303:14
**downbeat** 69:14
**download** 188:20
  189:22 191:5
**downloaded**
  189:25 190:1
**downloading**
  230:17
**dozen** 178:23
**dozens** 211:22

**draft** 75:2,12
  103:2,2 137:20
  313:17
**drafted** 104:4,5,22
  104:23 131:1,2
**drastically** 305:1
**draw** 156:7 218:1
**drill** 227:19
**drive** 33:14
  206:21 249:23
**driver's** 121:6
**driving** 203:8
  298:21
**drop** 31:3 197:9
**dropped** 218:2
**dropping** 253:21
**drove** 217:22,22
**due** 25:9 49:10
  55:15 104:12
  197:3,4 238:9
**duly** 314:10
**duplicates** 209:4

**e**

**e** 2:13 4:1,8 5:1,18
  8:20,20,21 69:14
  69:14 90:25 114:4
  115:7 144:15
  150:20 151:2,2,2
  151:15,15 178:1
  188:8 266:12
  316:3,3,3
**earlier** 18:12
  21:15 22:3,4
  24:18 25:7,20
  40:24 41:14 54:1
  56:2 61:3 75:13
  117:25 118:23
  135:22 140:11
  145:13 156:18
  161:7 166:19
  169:14 176:24
  185:13 187:3
  195:20 199:12,22
  200:8 201:6

206:11 221:5,16
236:20 237:23
241:19 262:18
269:21,22 270:12
277:21 298:22
300:14,20 301:3,4
302:3,3,5 304:14
305:12 311:9
**early** 51:21 166:23
  218:4 220:4
**earn** 286:9
**earned** 43:11
  118:22
**ease** 272:15
**easier** 9:6 218:10
  273:8
**east** 36:12 37:2
**easy** 212:11
  222:16
**ebb** 204:6
**economic** 160:21
  161:16 180:22
**economics** 146:18
  146:23 160:1,2
  161:8 164:7
**economist** 160:3
  161:13 184:12
**economists** 160:6
**economy** 181:7
**editions** 149:9
**editorial** 64:13
  69:6 111:16
  171:14,16,23,24
  191:19 192:13
  194:14,18 195:5
  195:11,16,23
  225:7 244:3,5,5
  307:16,17,17
**editorially** 188:15
  196:3
**editors** 58:20
**edits** 59:7 131:2
**educate** 130:14

education  20:1,6
  96:14
educator  63:9
  113:14
educators  17:25
  18:4
effect  36:1 165:12
  190:5
effects  62:19
efficient  29:23
  308:23
effort  30:10 35:14
  59:14 60:9,16
  100:7,16 203:19
  289:22
egotistical  143:7
eight  22:14 153:25
either  42:18 85:8
  87:6 91:20 92:16
  103:14 104:3,24
  106:13 108:1,18
  126:15 179:18
  214:25 216:6,19
  243:3 253:8 285:8
  291:17 294:4
elastic  179:23,24
  179:25 180:2,22
  181:16,21 182:5
  268:9
elasticity  182:2
  268:22,23 269:16
  270:12,13
eliminated  167:1
elle  69:14
ellen  3:4 8:4 73:1
em  158:17
email  60:19 92:8
  94:5 95:11
emails  32:8 60:13
  60:14 93:1,23
  96:18 98:10 130:1
  130:4
embarrassing
  100:13

embedded  58:10
emotions  24:14
emphysema
  153:25
employed  17:14
  19:14 31:17,20
  35:1 115:8
employee  27:1
  31:24 32:5 37:22
  41:25 43:25 48:1
  67:13 91:21 94:17
  104:23 108:25
employees  31:17
  31:20 39:1 96:16
  103:12
employment  23:4
  27:3
empty  41:8
enable  183:17
encompass  56:8
encounter  279:13
ended  111:21
  112:23 118:18
  313:21
endorsement
  11:16
ends  103:13
enforce  308:12
engage  299:18
engaged  88:4
  287:4 296:19
engagement  15:10
  79:12 86:25 87:4
  87:11,18,21 88:13
  88:17,20 150:6
  240:5
england  20:2
english  58:24 59:2
enjoy  207:11
enjoyment  159:8
ensure  148:21
ensures  49:1
enter  118:16

entered  37:25
  43:8 46:5 108:19
  115:16,17 116:12
  116:13,19,21,22
  116:24 117:18
entering  117:18
enters  221:9
entertainment
  1:12,13 65:25
  69:10,15
entire  13:2 126:22
entities  70:24
  124:9 142:15
  151:22 158:1
  219:16 246:14,18
  249:1,5 251:5
  288:6,9,23 289:1
  291:24
entitled  87:18
  121:22 188:19
entity  41:20 70:21
  92:16 102:1
  109:15,16 117:11
  117:14 127:2
  142:4 168:16
  192:19 221:8
  249:12 250:10,12
  251:4,6
entries  272:5
entry  83:16
  109:10 114:17
  119:2 122:2 127:8
  127:19 128:10
  271:21
environment
  146:5
environmental
  17:10
equation  179:1,20
equivalent  144:16
  223:22 286:25
  297:20
errantly  54:11
  302:18

errata  315:11,13
  315:17
errington  88:11
error  205:13,18
  225:8,10 311:7
errors  85:8
especially  193:12
  228:17
esq  2:13,21
esquire  315:1
essentially  50:7
  128:6 311:3
establish  179:4
  215:17
established  102:5
estate  136:16,16
  136:21 150:4,19
  151:1,8,11,12
  152:2,4,8,20
  154:21 155:5
  156:3,5,10,16,19
  157:2 212:5,6
  213:11,21 224:12
estates  138:23
  142:12 149:23
  150:1 151:16,24
estimate  60:18
  67:4 141:6,23
estimating  19:6
et  1:9 7:10 50:11
  125:15 192:12
  197:8 272:23
europe  144:17
evading  239:10
  251:1
evaluating  292:9
evasive  11:3
event  85:17
  144:11 162:7
  264:20
events  63:3 145:24
  146:4,13 181:3,3
  286:16 300:25
  305:23

eventually  39:5
everybody  57:8,21
  77:8 196:13
everyday  60:24
evidence  225:19
  230:23 231:1,4,9
  231:15 244:7,12
  253:1 255:18,21
evidenced  171:8
ex  91:21 153:19
exact  59:4 135:1,2
  277:10
exactly  22:14
  55:20 89:21
  121:10 180:3
  269:23 278:23
  288:8
examination  4:3
  8:15 240:7
examined  314:9
example  20:25
  26:6 51:9 54:7
  57:17 58:14
  108:19 115:6,18
  132:11,19 158:1
  162:21,22 165:4,9
  165:19 171:8
  178:20 180:5
  183:5 189:14,21
  199:23 200:2
  207:7,9 208:22
  210:9,15,21
  211:25 212:1,7,11
  212:14 225:4
  226:11 231:22
  243:23 244:4,6
  263:11 284:5
  302:14
examples  180:20
  201:14 202:21
  207:20 309:14
exceeded  99:13
exception  136:1
  137:9 257:10

309:17
exceptions  256:10
  256:14 308:13
  310:5
excerpted  15:14
exchange  57:14
  156:25 248:11
  285:9 286:22
  287:6,8 297:11,18
  298:25
exchanged  49:4
exclude  134:24
  219:4
excluded  134:21
  137:4
exclusive  150:20
  151:23 248:13
exclusively  119:17
exclusivity  308:3
  308:5,7
excuse  16:13 45:7
  77:22 82:8 98:25
  118:8 129:13
  173:12 193:16
  230:21 282:1
executed  286:19
exhibit  4:10,12,13
  4:15,16,17,18,19
  4:21 5:3,5,6,9,10
  5:12,13,13,14,14
  5:15,15,16,16,17
  5:17,18,18,19,19
  5:20,20,21,21
  12:4,6,7,12 13:22
  13:25 14:8,9,14
  14:15,20 15:6,7,8
  15:25,25 16:4,7,7
  16:14,16 35:16,21
  35:24 37:19 39:19
  39:20,21,25 40:4
  43:4,15,16,20,21
  47:10 80:9,10,22
  80:25 82:2,7,8,21
  87:10,16 98:20,24

99:1,21 100:19,23
  100:24 101:1,16
  101:17,22 103:24
  105:5,9,11,15
  107:14,20 110:16
  113:3 114:22
  121:21 131:14
  197:10 198:18,19
  198:20,20,22,23
  198:24,25 199:1
  199:13,15,17,18
  200:12,14 202:12
  203:1,15 204:3
  205:6,10 209:13
  213:17 222:10
  226:3,4,5,10
  227:13,19,21
  228:1 230:23
  231:8 232:7,14
  235:14,15 265:9
  265:10,11,11,12
  265:19,22 266:2,3
  266:12,15,16,22
  266:22 267:1,8,24
  271:3,4,4,5,7,11
  271:17,24,25
  272:9,10,11,12,17
  273:4 275:14,17
  276:4,15,22
  277:14 290:1,2,3
  290:8,9,13
exhibits  5:3 12:1
  13:15,17 14:7,25
  80:17,19,20,24
  81:3,8,10,20 82:1
  82:9,11,15 87:7
  137:18 199:9
  250:17,18 265:2
  265:24 266:2
  275:8 289:19,20
exist  72:20 73:25
  74:1,5 174:22
  258:20 259:24
  280:15 283:15

existed  126:24
  127:24 214:11
existence  126:22
  193:23 217:4
existing  175:8
exists  73:15 128:1
expansive  130:6
expect  100:15
  140:3
expectation  248:8
expenses  99:11
expensive  20:5
  203:19
experience  16:18
  18:2,4 24:13
  92:10 107:8 108:7
  114:14,25 157:11
  170:5 171:6
  182:19 232:4
  237:12 243:17
  286:11 287:19
  309:4
experimentation
  295:22
experimented
  294:9,15 295:24
  296:5,15,17
experimenting
  185:9 294:17
expert  1:17 2:1
  4:4,19,21 5:13,14
  5:15,16,17,18,19
  5:20,21 14:5 23:9
  60:24 75:16 80:22
  81:1 83:1 89:14
  91:12,13 92:11
  96:1,9,11,19,20
  96:21 97:1,5,13
  98:1,6,25 99:12
  100:14 101:8
  102:9,13,20,24
  103:1,23 104:13
  104:13,14 109:12
  109:21 113:15

117:4,8,16 124:25
129:20 135:12,25
136:20 139:11
157:6 159:22
161:14 206:7
251:18 315:5
316:2,24 317:2,4
317:12
**expert's** 191:25
192:2
**expertise** 23:9
63:10 96:5 97:6
101:14 135:2
136:10 142:23
144:20 145:2
149:20 160:19
161:5 232:4
286:14
**expertpages**
103:14 104:4,5,24
**expertpages.com**
5:9 101:23
**experts** 5:5 18:2
96:15,15 98:11
99:3,8 102:16,17
104:15,17 135:1
235:16
**explain** 21:4 48:22
60:25 204:7 207:7
207:8 236:16
288:8 299:9
**explained** 174:7
184:23 192:9
233:20 273:2
**explains** 204:12
**explanation**
180:20
**explicit** 210:22
**explicitly** 166:7
210:4
**explored** 168:18
169:7
**expo** 144:5,5

**exposure** 61:20
262:12
**express** 102:19
207:16 210:17
211:21
**expressing** 129:3
**expressly** 209:2,7
**extend** 107:8
132:21 174:12
**extension** 140:8
**extensions** 140:16
**extent** 72:20 85:16
203:9 299:14
308:11
**exterior** 225:14
**extra** 41:8,11
81:16
**extract** 72:5
292:12
**extracted** 292:2
**extracurricular**
20:22
**extreme** 183:5
239:23
**ez** 4:16,17,18
35:25 36:1 40:2
43:22

---

### f

**f** 5:20 8:20,20
149:3 273:2
**facebook** 111:19
111:21,24 112:6,8
112:8,19,22 113:4
129:22,23
**facet** 289:2
**facets** 250:23
**facilitate** 26:2
56:6
**facing** 24:11 101:7
126:15
**fact** 30:22 97:12
109:3 126:23
160:7 178:10
184:19 185:19

247:10 248:5
249:7 250:18
262:2 275:23
295:3
**factor** 165:23
**factors** 160:12
161:16,20 162:13
162:17 166:21
180:25 196:15,16
240:15,18,25
279:1 281:22
**facts** 174:23,24,25
180:10 251:13
252:20 258:1
260:9,15
**faculty** 18:1 119:2
119:10,11
**failed** 235:16
**fails** 315:19
**fair** 9:9,17,22
13:20 16:11 34:24
50:21 65:23 71:21
78:12 126:7
135:17 160:13,16
160:18 183:15,18
183:20 187:24
192:21 193:10
203:25 206:15
224:6 226:18
239:16 251:19
275:8 281:23
310:4
**fairly** 45:12,14
127:4 154:2
182:10 196:20
205:14 239:23
289:6,14,14
**fairness** 201:16
**fall** 18:23 20:11,12
21:9 127:20 128:3
241:6
**familiar** 17:20
101:25 157:4,6
172:3 186:16

191:3 230:14
308:1,22
**familiarity** 189:16
**family** 154:2
155:25 230:15
**famous** 150:5
155:19 163:3,18
**fanciful** 262:4,5
263:15
**fantastic** 57:19
**far** 133:5 162:25
163:9,15,20
188:14 261:6,14
276:3
**faux** 134:11
**favor** 197:16
**fears** 243:10
**features** 294:11
296:16 297:25
**federal** 36:2 38:15
44:12
**fee** 48:24 51:2
152:24 164:18
166:17 184:8
187:5 189:2,19
190:4 192:17
193:20 194:6
200:6 237:1
241:18,18 244:23
248:11,23 250:8
251:10,12 252:5
297:9 299:17,21
300:9,10
**feel** 16:15 67:20
87:6 198:6 222:10
255:3
**fees** 49:4 153:13
182:8 193:21
224:20,22 225:20
225:22,25 226:2
252:13
**feet** 41:10
**fellow** 60:13
132:14,17

**felt**  206:15 231:20
**fewer**  229:18
  284:2
**field**  18:3,5 62:7
  62:14,25 132:11
  309:19
**fields**  129:2
  307:16
**fifth**  272:4 273:21
**figure**  157:19
**file**  4:15 12:24
  13:2,4,13 15:8
  36:3,5 74:15
  87:14,14 140:9,11
  140:12 165:20,21
  208:1,10,13
  229:16 256:22,25
  257:1,2,3,6,8,21
  275:17,19 276:9
  276:16 277:4,9,11
**filed**  7:11 38:15
  44:13 45:12,14
  47:5,6,24 48:14
  76:10 91:17,25
  93:2 140:5,10,15
**files**  87:7 165:16
  246:16 257:21
  276:20 307:8
**filing**  46:18
  140:15 246:18
  247:18
**filled**  295:9 296:9
**filling**  75:3
**film**  69:15
**final**  59:8
**finally**  59:8
**finance**  86:12,17
  86:21
**financial**  71:6
  248:8
**find**  92:18 101:15
  123:11 162:12
  218:11 259:6,19
  262:9 263:3,21

  275:22 293:11
**finding**  223:22
  291:17
**fine**  17:10 48:12
  81:12 147:2,7
  159:5,5 270:14
**finger**  271:23
**finish**  141:16
  217:25 262:23
  276:14
**finished**  10:15,18
  35:22,23 95:20
  232:7
**fires**  30:13
**firm**  7:24 15:11
  86:23 87:2,4,24
  88:5,10,22 89:1,8
  90:4 91:9
**firms**  26:7 119:14
**first**  36:7 37:19
  38:23 43:3 45:6
  57:7 69:18 89:5
  92:6 93:5,17 99:2
  101:24 102:24
  103:8,21 114:17
  116:10 122:2
  126:1 147:20
  148:1,2 155:14,15
  155:21,23 177:23
  190:13 207:8
  226:22,23 227:1
  227:25 228:1
  230:21,22 266:8
  267:1 271:21
  272:2 295:6,10,11
  296:7 314:9
**fit**  185:6
**five**  50:11 106:18
  246:16
**fix**  275:11
**flight**  81:18 287:7
**floor**  34:15 288:13
**flow**  204:6

**flux**  34:2 166:22
  195:19
**fly**  20:2,3,3
**focus**  20:21 23:8
  26:18 62:4 63:2,8
  64:13 65:3,10
  125:1,4,25 127:12
  145:17 154:15
  234:7 250:2 255:9
  280:11 281:6
  304:10 305:10,11
  309:12,12,15,16
**focused**  23:19
  29:25 63:20,22
  64:11 72:2 101:8
  205:1
**folder**  4:13 14:19
  14:22 16:4 87:9
  87:10 128:7,8
  129:10 273:18
**folders**  13:8,10,12
  14:7 289:23
**folks**  287:3
**follow**  133:5,6
  162:25 163:9,15
  163:20 165:8
  196:21 220:25
  251:15 260:17,18
  261:6,14
**followed**  143:10
  223:20,20,25
**following**  210:8
  249:20 283:23
**follows**  251:22
**food**  137:23,25
  178:5,6
**fool**  232:13
**foot**  225:13
**foothill**  36:12,23
  37:2,12
**footnote**  294:20
**footnotes**  75:17
  77:7,15

**flux**  34:2 166:22
**forced**  71:7,11,17
  72:7,19 157:20
**forcing**  29:10
**foregoing**  314:8
  314:11 317:5
**foreground**
  211:25 310:1
**forensic**  66:7,9
**forget**  268:20
**forgetting**  144:15
  191:9 307:7
**forgive**  39:4
**forgot**  41:5,14
**forgotten**  120:25
**form**  4:16,17,18
  35:25 36:1,5 40:2
  46:5,18 47:8,11
  47:20,20,23 48:6
  48:8,10,14 73:16
  85:12 86:6 102:18
  141:4 160:24
  161:1 172:12
  173:13,14,15,20
  174:4,20 186:23
  186:23 212:20,25
  293:15 295:9
  296:10
**formal**  60:18
  306:2
**formally**  117:13
**formed**  51:21
  53:21 56:17
**formulas**  54:10
  302:18
**forth**  83:3 95:4
  153:12 231:6
**forty**  38:17
**forward**  29:12
  30:13
**found**  19:18 23:1
  97:3,6,19 183:2
  201:14 235:5
  290:21 291:12,25

**founded** 108:23
**founding** 56:19
  132:1
**four** 23:24 64:23
  106:18 139:14
  150:23 213:18
**fourth** 272:18
**fox** 68:8
**frame** 109:23
  283:9,10
**free** 16:15 52:24
  67:20 87:6 98:4
  100:9 103:15,17
  164:25 165:8,23
  166:9,12 171:10
  171:11,23 172:12
  184:20,24 185:4,6
  185:20 186:2
  188:16 191:17,20
  192:1 194:15,17
  195:2,6,13,15,18
  195:19,23 217:7
  217:11,24 218:23
  219:2,9,18,23
  220:3,13,17 221:2
  222:10 248:4,10
  248:17 251:2
  258:2,4 299:7
**freelance** 48:2
**freelancer** 99:17
**frequently** 39:1
  61:8 108:21
  119:13 131:1
  151:17 220:23
**fresh** 308:25
**friction** 218:13
**friend** 158:21
  209:21
**friend's** 106:13
**friends** 107:13
  163:7
**front** 12:11 13:9
  13:21 16:14 67:19
  81:20,23 87:16

99:6 100:24
105:15 110:6
113:10 115:12,19
118:8 189:8 198:7
199:7 265:20,24
266:17 271:25
277:15 278:8
**fulfilling** 208:8
**full** 8:19 11:5
  17:12 18:4 26:24
  27:1,6 31:17,19
  51:12 87:25 94:21
  94:23 146:19
  147:25 203:23
  205:16 228:6,11
  228:21,21 268:12
**fully** 20:24 55:19
  71:18 78:4 168:14
  295:12
**fun** 20:7
**further** 15:22
  41:22 52:22 117:1
  119:1 174:10
  176:22 185:7
  204:7 209:4 218:5
  233:4 237:13
  291:21 296:21
  313:2
**future** 53:1

**g**

**g** 5:19 32:20,20
  151:2
**gain** 180:6
**gained** 144:20
**gallery** 264:21
**gamble** 89:18 90:2
**games** 78:8
**gas** 280:7,7
**gasping** 194:21
**gather** 176:1
**gathered** 170:4
**gathering** 170:6
**gene** 150:4 151:8

**general** 186:8
  209:11 215:5
  219:9 221:1
  227:16,16 246:13
**generally** 25:9
  151:19 180:11,13
  203:6 206:3 207:8
  217:8 218:24,24
  223:17 224:21
  240:23 245:23
  307:21
**generated** 15:17
  15:19 160:10
**generating** 285:1
**generation** 229:12
**generic** 182:13,25
  184:9 224:13
  242:10 243:15
**generous** 50:17
**geographic**
  166:20
**geography** 164:6
**getting** 57:3
  205:16 220:7
  222:11
**getty** 50:4 171:9
  171:19 174:13
  191:14,19,22
  192:3,5,10 193:6
  196:22 197:13
  201:8 221:18
  231:4 249:8
  283:22 306:15,20
  306:22 307:4,9,11
  308:3,6,15,16,18
  308:24 309:11
  310:8
**getty's** 192:17
  193:2 196:20
  217:19
**gettyimages.com**
  235:20,24
**gifts** 43:5

**give** 8:10 9:19
  11:4 18:13 29:3
  81:16 86:16 93:1
  132:11 150:22
  173:18 176:12
  177:7 180:21
  207:7,9,20 209:4
  213:5 218:6,20
  267:13 275:21
  281:8,10 289:20
  300:18
**given** 9:3 23:4
  54:20 81:19 85:19
  102:13 232:17
  236:25 239:7,23
  242:20 276:20
  303:7 313:10
  314:12 317:9
**gives** 180:19
  250:15
**giving** 198:4
**glad** 25:11
**gladly** 9:2
**glamour** 69:11
**glaser** 2:12 7:13
  7:21
**glaserweil.com**
  2:17 315:2
**glasses** 110:24
**gligoriu** 32:18,21
  91:21 94:11,12
**global** 26:22 129:3
  146:4,5
**glossary** 59:20
**go** 10:20 11:19
  15:15 16:3 33:8
  41:21 43:10 65:17
  69:17 71:8 77:10
  80:7 90:11 92:21
  95:22 98:6,15
  102:15 106:22
  109:6 114:24
  133:11 135:5
  143:18 144:25

148:1 152:13,15
157:19 160:12
166:24 173:22
176:13 177:7
185:13 188:14
195:12,22 196:2
196:25 198:9
199:11 202:19
203:10,10,11
214:25 218:5
224:13,24 225:1
232:8 241:7 242:5
253:22 257:18
258:5 259:5,18
260:2,4 261:17
263:2 265:3
267:18,25 273:19
276:13 277:14
280:5,6,7 290:25
304:21 306:5
312:18
**goal** 208:16
**goals** 27:13 39:6
56:23 297:13
**gobble** 1:5 7:9,22
74:17 75:7,11,14
75:19 76:13,25
77:2,5 88:9,14,14
89:7 91:2,3
183:10,22 190:7
196:6 222:5 248:3
248:6 252:10
253:15 254:12
259:12 260:6
261:20 262:13
263:12,13,23
275:21,23 276:25
284:20 285:15,22
292:24 293:13,20
294:2,22 297:24
298:1 309:8,10
315:4 316:1 317:1
**gobble's** 183:14
184:25 236:14

263:14 307:8,10
**gobbles** 87:2,3
90:24
**goes** 17:4 34:10
88:7,23 102:20,20
109:1 128:8
130:11 193:2
256:17
**going** 14:6 16:17
23:10 29:12 39:18
43:14,14 48:19
53:4 55:6 58:5,6
59:23 63:12,13
65:4,8 68:13
73:13 74:22 76:2
77:8,10 80:1 88:1
88:1 89:13 90:11
94:14 95:20 110:3
110:9 127:18
135:12 138:6
142:20 146:13
151:5 152:16,16
153:12 155:6
162:18 163:2
166:24 173:9
177:9 182:20
198:11 206:10
208:3,4,5 209:7
220:21 224:3,16
227:13 233:11
234:6,6 243:9
244:25 245:5
253:8,23 257:14
265:2,4,5 266:6
266:19 267:5
269:13 272:17
273:7 275:2 281:4
282:22 287:16
295:12,14 299:12
301:22 303:23
304:13 306:6,8
312:20 313:19
**good** 8:17,18 10:1
29:16 55:13 66:14

72:15 79:22 82:18
82:19 132:8
137:22 181:10
195:14 210:1
245:4 247:14
280:17
**google** 97:3
**government** 38:15
130:13,14 158:25
**governs** 25:15
**grab** 102:15
**grabbed** 236:13
**gradation** 310:18
**grading** 23:2
312:14,17
**graduated** 63:25
**granted** 49:3
185:4 190:8
207:16 209:2
**granting** 57:11
**grants** 43:5
**grass** 59:13
**great** 12:5 53:14
153:17,25 155:9
180:6 212:1
214:20 219:24
**greater** 51:1,2
243:18
**greece** 83:4
106:20
**green** 229:25
230:1,2
**gregariu** 94:10
**gross** 140:19
**group** 1:8 7:10
58:19 128:21
130:17 134:1
157:5 186:19
248:3,21 250:6
252:2 315:4 316:1
317:1
**groups** 56:21 57:3
59:18 63:4 142:18
172:8 238:24

241:5,23 243:7
300:23 305:21
**gruff** 153:19
**guarantee** 19:23
**guess** 24:16,24
61:10 132:5
167:18 180:13
209:9 219:21
246:15 286:23
304:19
**guest** 61:9 69:11
119:15
**guidelines** 9:5
11:10 26:19 51:4
59:22
**guys** 313:16

**h**

**h** 2:21 4:8 5:1,13
151:2 198:18
226:5 316:3
**half** 34:16 93:19
93:20 120:2
178:23
**halfway** 290:14
**hand** 8:7 32:13,13
34:3,14 175:16
208:3,4 276:3
281:2
**handbook** 148:24
**handed** 13:8
232:23
**handing** 14:19
80:15,19
**handling** 32:2,7
125:10
**hands** 49:16 208:9
220:4 242:3
**handwritten** 74:8
74:10,12,16
**hang** 268:4
**happen** 81:15
**happened** 196:17
295:18

| | | | i |
|---|---|---|---|

**happening** 312:10
**happens** 31:4,12
39:2 211:22 242:1
**happenstance**
311:23
**happy** 9:13
**hard** 212:1 258:7
**harder** 29:14
**harrington** 148:25
149:17
**hat** 154:19
**hated** 295:23
**head** 10:4,4 21:5
65:16 90:12
176:14 188:23
199:13,21 277:6
311:19
**headed** 241:25
**header** 257:12
**heading** 102:24
103:23 274:17
**headings** 266:6
**hear** 16:23 53:9
54:5 100:3 244:21
302:10
**heard** 109:20
111:23 112:4,18
112:21 117:7
132:12,16 167:13
178:5 245:13
**hearing** 239:14
**heavily** 28:8
**heavy** 28:13
**held** 7:13
**help** 22:24 119:15
173:18
**helped** 150:7
**helpful** 10:18 86:9
226:20
**hereto** 314:17
317:7
**hesitant** 50:1
**hesitate** 221:11

**hierarchy** 51:9,11
51:15
**high** 156:6 165:19
286:11,12,18
310:12,24,25
**higher** 194:9
241:8 243:1
**highlights** 310:9
310:13,17,22
**highly** 166:5
**hill** 221:18,19
**hired** 27:11 35:8
135:1 150:3
**hiring** 27:12
102:19 210:18
**historical** 224:18
240:6 243:13
**historically** 286:3
**history** 88:23
231:2,11 248:16
252:13
**hmm** 130:16
179:24
**hold** 120:13 121:1
121:5 141:15,15
281:3,3 301:13,13
**holder** 59:24 60:1
247:9 248:12
**holding** 154:18
180:15
**holdover** 165:17
**hollywood** 150:5
155:10
**home** 32:25 74:5
83:4 106:20
**honor** 132:10,15
**honorary** 114:1
132:20
**hope** 2:4 7:14
140:4
**hopefully** 138:3
246:19
**host** 162:13

**hotel** 287:6
**hour** 10:22 95:20
139:22
**hours** 24:4 27:21
27:22 28:2,6,15
28:19,22,24 29:4
29:6,7,8,15,19,20
29:25 30:1,5,6,10
30:21,21 31:14,15
33:4,10,11,19,22
34:16,20 35:2
38:14 42:10,12
44:14,16,19 45:22
46:2,5,6,14 47:3,8
47:12,15,15,20
48:9 65:5 119:24
120:2 203:23
**house** 122:17
214:20
**hr** 300:4
**huge** 31:4 171:19
172:15
**huh** 10:8,8 163:21
**human** 26:20,20
**hundred** 33:10,11
61:15 152:5 238:1
240:6
**hundreds** 152:5
241:11,16 242:17
283:19 287:24
288:20
**hung** 75:11 153:19
**husband's** 286:24
**hypothetical**
185:1,2 200:6
244:8 248:19,24
250:4 251:14,16
251:17,20,21,22
252:21,23 259:25
260:14,16 261:17
263:2,11 283:8,10
**hypothetically**
259:18 260:4

**idaho** 163:25
164:3,8,9
**idea** 68:23 71:16
99:10 122:15
140:21,23 141:1
150:22
**identical** 54:19
303:6
**identification** 12:8
14:16 35:17 39:22
43:17 80:11 82:3
98:21 100:20
101:18 105:6
107:15 123:4
124:7 199:2
265:13 290:4
**identified** 85:10
85:11 123:13,21
123:23 124:9
213:25 290:19
291:11
**identifier** 277:1
**identify** 14:12,21
15:15 70:25 71:10
123:16 131:11
167:5,24 168:3,22
169:10,14 170:15
172:6 174:16,18
206:18 222:20,25
223:5 228:22
258:22 276:19
**ignore** 24:23
267:10
**ignored** 50:19
54:12,13 302:20
302:22
**ignores** 260:9
**ignoring** 104:7
**illustration** 17:9
**illustrators** 26:9
89:16 90:1 130:22
**image** 26:2,20,22
50:10 56:7,8,13

57:9,11 58:8 62:4
112:22 113:16
123:15,20,22,25
136:10 153:1,7,8
154:3 156:2 183:3
184:10 189:23
200:17 201:1,1,8
201:11 202:1
206:2 208:1
210:19 215:4
216:9 223:24
224:10,13,15,25
227:25 228:1,6
229:13 230:21,22
230:24 231:2,3,5
231:6 232:5 242:3
242:5,10 243:15
243:15,20 244:16
247:24 250:22
251:9,12 255:24
256:8,20 263:1,3
271:13 272:13
276:25 277:23,24
277:25 278:1,14
278:16,18,19
279:1,2,8,18
280:12,15,21,25
281:9,24,25 282:1
282:2,3,15,16
283:2,4 284:12
308:4,7,7 309:19
309:20 310:8
311:2,6,8,25
**images** 50:4 51:24
51:25 61:24 62:1
64:12 123:4,10
152:24 154:25
159:12 171:9,11
171:12,13 172:25
173:7,7 174:2
175:20 180:9
188:18,19 189:23
189:24 190:13
192:23 197:13

201:8,12 205:15
205:25 211:20
214:14,16 215:24
216:3,13,21 217:9
217:24 218:25
219:8,18,23,23
220:20 221:20
222:23,23 224:4
225:6 228:14,25
231:4,7,12,16,18
233:6,15,17,18
234:9,11 235:1
236:18,23 237:9
237:16 239:24
242:3,8 243:19
244:20 246:1
248:17 249:8,15
252:12 254:21
258:12 259:6,19
260:6,12,13,21
261:18,25 262:3
262:10,19 263:12
263:13 277:2,2
278:6,17,17,20,21
279:7,12,14
280:14 281:19
282:5,9,9,17,20
282:22,24,25
283:6,9,11,14,15
283:22 284:1,1,3
284:4 286:7,19,22
287:8 288:8
290:21 291:4,12
291:25 292:8
293:3,5,6,12,21
294:1 295:7,11,11
295:20 297:9,15
297:18 298:8,25
299:15 300:22
306:15 307:4,5,11
308:16,17,24,25
309:4,11,11
310:19,25,25
311:14

**immediately**
253:18 287:16
**impactful** 286:19
**imperial** 69:12
**implied** 51:14
166:6 207:3,21
208:18,20,21
209:13 210:6,13
211:5,10
**implies** 280:22
**imply** 72:1 187:21
**importance**
128:17
**important** 56:10
87:13 161:17
**impossible** 252:8
**impression** 269:6
**inaccuracy** 48:7
48:15
**inaccurate** 109:25
**inadmissible**
137:5
**inadvertently**
54:2 301:5 302:7
**inbound** 32:8
96:18 98:10
104:17
**incapable** 252:23
**inch** 228:7,10
229:8,18,21
**inches** 207:25
**inclination** 170:7
**include** 26:6
195:16 256:2
274:9
**included** 14:25
50:14 54:11 81:11
145:8 160:9
173:10 175:19
228:3 235:4
237:11 254:24
288:14 299:20
302:19

**including** 84:10
134:9 143:15
211:23 253:5
262:11,11,12
298:16
**income** 47:9
138:18 140:18
141:4,8,24
**inconsistent** 185:3
**incorrect** 54:6
85:19 108:20
115:22 116:23
123:24 302:12
**incorrectly** 116:20
**increase** 180:16
180:17 197:4
203:6 217:22
242:10
**increased** 199:25
200:3 203:3,16
204:4 205:5
**increasing** 238:20
**increasingly** 60:12
60:12
**index** 14:24 82:1
82:12,15 265:23
266:2 273:12,14
276:21 289:19,20
**indexed** 272:11,13
**indicate** 189:15
240:25
**indicated** 205:10
281:12
**indicates** 170:25
205:4 234:10
**indicating** 135:7
218:17
**indirect** 123:12
**indirectly** 227:23
**individual** 172:8
242:21,22
**individuals**
282:21

industries  26:3
66:18
industry  26:15,16
33:14 54:24 59:18
65:24,25 66:6,17
103:9 113:22,25
133:20 134:5
136:21 170:23
171:7,20 183:6
191:17 203:5
207:13 209:8
211:4,10 217:22
221:1,17 225:1
228:9 241:24
285:5,11 296:20
303:13 305:1,23
industry's  246:10
inelastic  179:23
180:2 181:16,21
269:6,10,22
inform  60:16
253:17
informal  130:16
informant  69:11
information  6:5
26:23 39:16 48:8
50:12 51:8,24
53:2 54:3,6,15,23
60:10 72:4 75:4
85:21,23 86:15
93:1,11,22 97:20
98:7 99:6 100:8
102:12,16 105:1
108:21 109:9
111:24 112:19
114:10 115:10,15
115:16,20,22,24
116:6,19,22,23,24
122:19 123:24
124:7 128:15,17
129:3 157:8
169:24,25 170:2,4
173:18 175:19
176:2 179:16

193:24 198:5
235:4 239:7
242:13,15 247:22
254:18,21 255:6
272:12 301:6,11
302:8,13,24
303:11 304:23
305:15,18
informed  217:1
infringements
254:25
infringer  245:17
246:22
infringing  207:15
245:18 253:17
inherent  51:6
initial  56:18
initially  232:18
initiated  97:16
initiative  31:6
58:25
initiatives  19:17
30:14,17 34:10
65:3
inordinate  64:8
inquiries  98:10
inquiry  91:15
inserted  62:8
instagram  112:9
159:12,13
instance  62:6,24
132:9 133:1
186:16 188:1
241:1 243:22
267:1 282:7
288:21 310:21
311:18
instances  137:2
206:13 246:3
273:14 287:24
288:5 289:9
instant  174:23
179:7 217:15

institute  114:3
119:2,6,20 120:10
147:8
instructions  11:11
instructors  23:12
intended  159:23
intent  52:19
intention  48:13,17
159:19
intentional  50:16
310:10
intentionally  52:1
311:1
intently  124:4
interaction  142:18
interest  23:20
26:10 101:13
102:19 180:6,17
interested  185:8
283:3
interesting  96:4
153:15 214:8
239:14 255:7
interests  157:10
interface  118:15
interfacing  32:12
34:8
interim  218:18
interior  69:11
interiors  69:12
intermediate
300:5
internal  275:1
internationally
194:18
internet  105:19
110:3 209:14
interpret  11:14
215:7
interrogatories
73:3,16 168:17
interrogatory
79:5 83:19

interrupt  88:1
121:2
interruption
254:5
interruptions
310:18
interviews  75:20
introduce  193:23
inventory  192:24
invitation  131:22
invitations  132:21
invite  134:11
invited  132:2,3,5,6
134:1 243:8
invoices  13:13
15:9 139:16,20,21
invoicing  19:6
involve  156:10
184:11
involved  19:16
20:18,18 26:4
27:10 30:14,17
49:14,15 64:6
66:25 89:9,24
90:21 91:14,18
92:13,17 93:6
95:9 121:12,17
127:6 129:7
139:10 160:22
162:15 193:25
211:24 212:16
214:13 218:13
240:24 245:23,24
249:5 253:7,7
258:3
involvement  52:21
109:1 156:1
involves  162:11
184:4 223:21
304:24
involving  154:13
iowa  164:1
ip  116:6

**ipc** 113:21
**iptc** 128:10,14
    129:1 186:19
    188:4
**iptc's** 128:20
**irrelevant** 158:12
    167:22 183:2
    186:12,14 189:18
    190:11 191:12
**irs** 46:18,21 47:5
    47:24 48:14
**issue** 10:21 110:24
    149:19 151:4
    168:17 219:10
    254:16
**issued** 80:22 84:6
    84:20 90:18
    135:19 139:18,21
    142:11 147:4
    176:23 248:7
**issues** 24:11,14
    33:14,15 83:23
    126:14 146:12
    150:15,17 238:25
**issuing** 82:25
    83:12 185:12
**istock** 307:1
**items** 83:20
**iv** 38:7 42:8 44:7

**j**

**j** 8:20 235:15
    276:15
**james** 153:20
**january** 21:25
    42:19 118:3,21
    257:4
**jarvis** 300:6
**jazz** 69:13
**jazziz** 69:13
**jeff** 88:3 101:3
    113:13 142:2,4
**jeffrey** 1:17 2:1
    4:4,11,20,22 5:4,4
    7:8 8:20 313:10

315:5 316:2,24
317:2,4,12
**jeopardize** 212:2
**jet** 20:7
**jfk** 155:12
**job** 32:24 68:8
    71:1 155:14 207:2
    261:4,5
**jobs** 68:9 70:24
    71:3,4,7,9,9 72:17
**john** 148:25
    149:17 154:11,18
**johnnie** 76:25
    77:5 88:14
**johnson** 177:23
**join** 132:4,5,5,23
    133:4,11,22,23
    134:4
**jointly** 87:1,24
    88:5
**joke** 57:1
**journal** 153:2
**jpeg** 257:12,13
**judge** 134:20
    135:3,19,24 136:9
    136:12,23 137:3
    260:22 261:11
**judge's** 137:8
**judges** 134:20
**judiciary** 122:17
**jump** 31:5 33:15
**june** 81:1 82:21
    83:1,13 235:20,24
**justified** 236:7
**justify** 94:20

**k**

**k** 8:21 178:1,1
    227:19,20,21
**katrell** 177:23
**katris** 177:23
    178:1
**keep** 24:4 29:15
    35:2 48:19 87:12
    151:4 152:16

220:13 271:23
272:17 308:24
**keeping** 34:9
**keeps** 31:14 42:21
**kept** 74:13
**key** 310:12,24,25
**kill** 253:2,3,12,14
    254:9 255:12,20
**kind** 28:12 41:20
    66:20 89:2 96:16
    112:11 116:14
    134:11 137:8
    156:6 172:14,14
    186:20 196:21
    206:22 209:12
    210:14 256:22
    263:14 264:21
    266:21 276:11
    283:2 285:9,10,10
    301:20 312:13
**kindly** 10:16
**kinds** 18:20 55:10
    96:12 184:16
    185:16 186:5
    304:3,8 305:13
    312:9
**king** 244:2
**knew** 154:2 156:1
**knock** 116:10
**know** 9:3,13 11:3
    15:12 17:15 21:7
    24:13,21 26:12
    28:8,10,12 29:4
    30:23 34:14 35:21
    40:1 42:19,21
    44:17 45:13 46:7
    46:14 48:5 49:25
    52:13 56:20 59:4
    59:11 63:1 64:19
    66:19,24 67:6,6
    67:21 68:5,8,25
    70:19 73:17 76:25
    77:1,4,8 80:16
    81:17 83:22 86:1

86:20 91:11 92:3
92:9,15 95:17
96:9,18 97:9,10
97:23,24 98:13
99:16 100:6,6,11
101:4 102:14,22
104:19 105:2,2
107:21 108:12,17
108:19 109:8,23
110:1 112:7,8,23
118:22 119:25
120:1,15 124:3,15
124:19,25 125:12
126:11,21 129:10
131:23 132:2
133:13 134:3
139:21 140:13
141:9,14 142:9,10
143:4,6 146:16
150:15 152:5,13
154:8 156:12
166:24 167:16
168:16,20 169:7
169:11,23 170:20
174:24 175:14
179:11 180:14
181:14,20,24
182:3 183:4
186:20 188:14
192:15,17 194:20
194:24 195:3,9,25
204:17,18 205:18
206:12,23 207:1
209:19,22 211:3,9
212:11 218:2,3,6
218:14,17 220:5,5
225:6,10,11
227:17 228:21
239:3,24 242:2,4
244:24 246:14,20
249:3,14,24
250:16,16 251:6
253:14 256:10
257:4,5,10 258:2

258:14,14 261:9
264:10,12 268:12
276:17 277:2,10
277:11 278:15
282:19 289:6
290:16,22 293:5
293:24,25 296:3
298:20 299:8
308:11,24 312:5
**knowledge** 23:11
52:15 53:23 94:4
136:10 182:19
271:2 287:19
293:19
**knowledgeable**
257:20
**known** 18:1 154:3
178:4
**komo** 167:16
254:15

**l**

**l** 5:17 8:21 32:20
69:14,14 114:3
115:7 150:4 151:2
178:1,1 266:15,22
**l5** 271:9,12,21
272:4,9,10
**la** 127:8,15
**label** 221:7
**lack** 189:15 217:2
217:2
**lacked** 263:25
**lag** 20:7
**language** 59:1
102:10 173:10
**laptop** 110:2,6
114:13 118:8
**large** 167:7 169:16
171:1 173:5,25
193:13 289:7
**larger** 192:21
228:12,18,18
308:18

**largest** 228:12
**larry** 177:23
178:19,19
**las** 33:2
**lastly** 10:13 81:25
**late** 220:2,2,3
**law** 7:24 19:2
86:23 87:23 88:5
88:10 91:9 119:2
119:6,14,14,20
120:10 134:10
**lawsuit** 193:23
**lawsuits** 211:23
**lawyer** 53:14
150:13,14 246:15
247:2,2 261:2
**lawyers** 44:24
91:18 95:7,8
132:12,15,18
**layperson's** 62:3
245:19
**lazo** 3:5 7:18
**lead** 1:8 89:19
247:22
**leader** 54:17 303:3
**leadership** 31:11
113:22
**leading** 102:25
113:15 175:21
233:17 234:15
**learn** 54:23 143:5
146:8 303:12
**learned** 157:8
286:15
**learning** 286:18
**leave** 20:17 36:22
57:21 58:3 135:16
160:4 177:5 269:8
**leaves** 184:21
185:21
**lecture** 243:5
**lectures** 145:6,18
145:20

**left** 32:24 78:23
102:6 105:11
115:6 134:25
135:7 274:13
**legal** 29:17 46:17
46:20 60:3,21,22
60:23,25 93:24
136:7 149:3 150:9
150:15,17 315:23
**legs** 79:21,24
138:4 177:19
**leigh** 151:2,12
155:6,8 156:10,16
157:2
**length** 250:17
**lenses** 62:19,24
**leonard** 225:12
**lesser** 250:15
**letter** 86:25 87:5
87:11,18,21
158:20,22 245:13
245:17,20 246:4,8
246:23 247:7,15
**letters** 15:10
246:12,25
**level** 161:19,20
162:14 219:8
233:9 234:8,11
244:18 286:13
297:17 298:6,12
298:15
**levels** 306:25
**lexisnexis** 93:10
93:12 94:7
**libowitz** 2:20 7:25
**libraries** 26:8
**library** 93:24
178:22 188:18
**license** 48:24 49:3
49:5,17 57:11
59:25 121:6,7,8,9
138:22 142:8
151:19 153:13,14
155:15,23 156:15

160:19 162:16,16
162:19,23 163:6
163:11,12 164:18
164:20,22,24,25
165:6,8,23 166:1
166:2,9 167:23,25
169:2,21 170:17
171:4,15,15
172:10 174:10,10
174:13 175:1
182:8,17 183:16
183:21 185:5,12
190:4,8 193:7
194:12 195:5,12
195:15,22 196:3
200:6 207:6,12,17
207:18,22 208:8
208:17 209:8
210:23 211:21
216:8,24 217:2,3
217:4,5,10,11
219:1,2 221:4,14
221:14 222:7
223:2,7,19,22
224:1,16,18,20,22
225:20,22,25
226:2 229:10,15
229:17 231:18
235:2 237:1,23
241:18,18 244:10
244:23 247:24
248:3,11,21,23,25
249:9,13,14,17
250:6,8,22 251:2
251:10,12 252:3,5
252:12 254:17
258:2,4 266:13,25
271:8,12,13,18
272:12 273:21
274:4,7,10,11,12
274:18,23,25,25
283:4 285:9
295:13,14 296:12
296:13 297:14

298:1 299:7,11,13
299:17,21 300:9
300:10
**licensed** 123:13
152:22 153:1,4,8
156:13,15 169:20
170:16 171:3
190:14 194:14,19
225:6 228:15
237:24,25 244:20
248:22 250:7
252:3
**licensee** 59:25
157:23 193:5
219:11 299:22
**licensee's** 299:15
**licensees** 49:13
152:9,17,18
**licenses** 49:10,20
50:23 51:25 52:3
52:11 53:25 56:4
57:10 121:5,11
142:12,13,14,14
142:23 145:7,22
149:16,23 150:2
150:10,16,21,24
151:3,21 152:3,7
154:20 157:12
158:6 160:20
169:11,12 171:17
172:9 173:7 174:2
183:8 187:6 192:7
197:20 215:5
217:7,7 218:14,23
218:23 220:23
224:3 226:12
239:2 248:7
273:13 274:8
286:22 298:5,8,19
298:24 299:1
300:16
**licensing** 19:3
49:1 50:3,6,9 51:1
51:4,9,11,15

52:23 55:1,11
60:24 63:11,21
66:13 103:6,9
113:16 119:17
122:10 123:1
124:18 126:17
131:25 136:10
138:22 143:6,11
143:16,23 144:3,3
144:19,22,23,24
146:5,5 150:7,20
151:24 154:3
156:2 157:24
158:4 159:8 161:6
161:14,19 162:20
163:13 165:9
166:22,25 170:22
171:20 172:4
183:3 184:14,16
184:17 185:1,2,16
185:18 186:5,6,20
188:10 191:17
192:10,12 193:13
194:13 196:12
215:4 219:13
220:11 221:2
224:11 227:6
230:25 231:1,6,11
232:5 236:4 238:5
241:20,25 242:2
243:13 252:13
284:13 285:2
287:7 294:9,16,17
295:2,4,5 297:9
298:23,24 303:16
304:5,9 305:14,16
**licensor** 165:4,15
299:10,17,21,24
300:9
**licensors** 49:13,13
50:5
**lie** 304:18,20
**life** 69:10 142:7
154:16 256:19

**lifetime** 147:9
285:3
**light** 2:22 85:21
227:2 228:2
310:12 311:19
**lighting** 23:1,3,7
23:10,25 61:2
263:4 286:20
**lightroom** 257:18
257:19
**liked** 195:8
**limine** 134:24
**limitations** 10:1
**limited** 99:10
156:7 159:23
162:4 172:18
188:13 207:6
221:10,10 309:19
**line** 22:25 37:19
41:23 43:4,10,23
43:24 44:4 45:7,7
156:7 268:25
316:4,7,10,13,16
316:19
**lines** 99:22 244:11
310:18
**linkedin** 5:12
107:18,22 108:2
108:20 109:7,17
109:24 110:8,11
111:21,23,25
112:8,19,20,23
113:1 115:9,10
116:5,7,25 118:16
119:1
**linkedin's** 115:21
**list** 13:17 15:3,17
57:13 68:2,7
69:16,19 73:12
81:4 82:8 84:23
84:25 93:13 128:9
141:3 157:17,18
213:4,16,17
273:12 290:14

291:10,19 306:23
307:5,19
**listed** 38:9 42:2,14
73:11 85:18 88:4
88:9,10 89:15
92:1,7 96:25
97:13 98:1 99:9
114:9 133:8
134:12 145:25
227:7 292:22
**listen** 123:7
144:14
**listening** 46:1
124:3
**listing** 97:9 213:20
308:7
**listings** 97:11 98:5
102:16 103:17
104:16
**lists** 57:8
**litigation** 66:10
86:11,17,21 92:4
138:18,19 139:1,4
141:7,24,25 157:8
210:8 211:19
212:23 213:21
217:5
**little** 9:1,11 18:19
33:9 37:18 41:22
53:5 56:1 57:1
62:17 63:13,16
72:2 77:16 83:21
89:22 106:8 108:6
112:16 113:5
117:1 120:19,20
129:16 142:25
167:10 177:4,19
182:21,22 190:16
196:8 198:1
203:13 208:19
212:4 217:17
221:24 288:4
301:2

| | | | |
|---|---|---|---|
| **live** 32:21 60:24 | 199:9 201:1,18 | **lose** 267:22 285:8 | **m** |
| **lived** 32:23,25 | 202:8,11,21,24,24 | **loss** 310:21 | **m** 5:16 232:13,14 |
| **lives** 33:2 | 213:4 219:5,22 | **lost** 184:12 218:19 | 232:15 265:22 |
| **living** 284:25 | 221:18 226:3,7 | **lot** 20:15 24:13 | **machine** 26:20,21 |
| 285:1,6 286:10 | 232:14,14,19 | 29:5 30:15 33:17 | 291:18 |
| **llc** 1:5 7:22 88:9 | 252:14 257:8 | 34:12,12 44:24 | **macro** 161:10 |
| 316:1 317:1 | 259:14 265:18 | 63:12 73:5 77:8 | **macroeconomics** |
| **lloyd** 255:19 | 266:6,16 270:5 | 77:11 84:8 127:6 | 146:20 |
| **llp** 88:11 | 271:3,23 273:4,9 | 153:23 155:24 | **madre** 40:9,19,23 |
| **local** 127:2 | 274:24 275:14,16 | 166:8 168:9,13 | **magazine** 69:7,7 |
| **locally** 32:23 | 275:24 276:3,12 | 188:25 190:15 | 114:8 125:5,23,24 |
| **located** 7:14 | 276:14 281:25 | 196:7 211:19 | 126:3,10,10 127:7 |
| **lodge** 183:5 | 289:16 292:18 | 218:5,15 239:7 | 127:9,16 129:11 |
| **log** 57:14 | 311:25 | **loud** 89:13 113:11 | 130:10 154:16 |
| **logo** 108:20 115:6 | **looked** 48:3 52:10 | **love** 283:21 284:6 | **magazines** 129:15 |
| 115:6,7,25 | 54:13 107:23 | **loved** 160:2 | **magcloud** 290:17 |
| **london** 111:15 | 160:7 169:9 187:7 | **low** 165:21 166:10 | **maintain** 197:4 |
| **long** 18:10 26:21 | 187:15,22,25 | 242:4 282:15 | 218:9 228:16 |
| 40:18 48:4 81:18 | 188:5 202:25 | **lower** 105:11 | **maintained** 129:5 |
| 118:1 119:23 | 206:2 240:16 | 193:7,19 220:20 | **maintaining** 137:7 |
| 120:1,11 133:15 | 302:21 | **lunch** 138:8,13 | **maintains** 128:14 |
| 134:5 144:24 | **looking** 35:22,23 | 150:3 164:12 | 128:15 |
| 151:6 161:11,12 | 54:14 67:22,23 | 183:18 222:17 | **maintenance** |
| 164:6 248:16 | 97:5,5 99:21 | **lykoi** 175:4,8 | 156:6 |
| 277:6 300:19 | 110:15 113:1 | 176:5,7 178:9,13 | **major** 31:6 |
| **longer** 20:21 | 115:25 170:13 | 178:25 179:5,20 | **majority** 17:25 |
| 165:17 278:1 | 184:12 196:24 | 179:22 180:6,7,8 | 241:4 |
| 280:12,16 281:9 | 200:12 202:5 | 180:15,18 233:6 | **making** 31:9,10 |
| **look** 15:6 18:14 | 213:16 227:25 | 233:14 234:9,11 | 32:12 87:13 |
| 35:21 37:18 38:6 | 230:21,22 266:3 | 234:18 235:1,18 | 134:16 171:24 |
| 39:25 40:4 41:22 | 271:7,17 273:6 | 235:25 236:5,18 | 204:1 216:3 |
| 41:23 43:3,4,20 | 276:15 279:2 | 236:23 237:21 | 223:23 289:22 |
| 43:23 44:6,7 45:2 | 283:8 288:17 | 238:12 239:19,24 | **man** 154:1 |
| 45:6,18,22 46:2 | 291:18 292:20 | 242:7 258:17,18 | **managed** 52:25 |
| 47:10,23 59:16 | 300:3 302:23 | 258:22 259:7,20 | 165:6,25 166:2,13 |
| 67:17,19 77:7,18 | 304:22 309:1 | 260:6 261:18 | 166:14,17 167:25 |
| 86:25 91:22 98:24 | **looks** 14:3 40:2 | 262:3,4,15 263:6 | 169:2,21 170:17 |
| 100:23 101:16 | 67:23 81:3 101:2 | 264:8,13,21 | 171:4,7,13,15,17 |
| 103:4 105:9 | 103:17 198:10 | 268:15 270:18,19 | 171:18,23,25 |
| 107:20 114:14 | 227:1 | 271:1 284:7 | 172:9,20 173:1,8 |
| 121:20 131:14 | **loosely** 185:11 | **lykois** 178:23 | 174:3 182:17 |
| 176:16 184:14,15 | **los** 2:4,15 7:1,15 | 180:17 242:9 | 184:21 185:10,11 |
| 185:15,24 186:1,4 | 69:6,7 106:2 | 262:3,7 | 185:21 186:24 |
| 186:10,13 198:1,2 | 115:2 125:10 | | 187:6 188:12,17 |

191:20,22 192:6
192:13 193:4,19
217:7,10 218:23
219:1,8,22 220:16
220:22 221:4,14
224:1,2 231:23
236:4 244:10
258:12 259:6
307:2,5,22 308:8
**management** 26:2
56:7 192:6
**managing** 58:20
162:16
**manila** 13:8,10,12
**manner** 296:12,13
**manual** 257:16
**manually** 256:17
**march** 36:25
40:25
**marder** 2:21 4:5
7:23,23 8:16
11:19,22,25 12:3
12:10 14:12,18
16:2 35:19 39:24
43:19 79:21,24
80:7,14,18 81:7
81:13,15 82:5
98:15,18,23
100:18,22 101:20
105:8 107:17
138:12 160:25
161:3 173:12,21
174:5 175:2
177:17 198:9,17
199:4 212:21
213:1 245:4,11
253:20 254:4
265:17 267:17,23
290:6 293:16
306:14 312:18
313:1,5,8,18
**margins** 197:5
218:9

**marilyn** 153:21
155:11 243:22
**marine** 153:19
**mark** 11:19,20
13:11 14:7 43:15
80:7 81:25 98:15
100:18 267:13
289:24 290:1
**marked** 12:8,12
13:22 14:16,20
35:17,20 39:19,19
39:22 43:17 67:19
80:11 82:3,6 87:5
98:21 100:20
101:18 105:6
107:15 121:21
198:18,20,22
199:1 222:9
265:13 290:4,7
**market** 54:17
160:13,17,18
161:21,22,24,25
182:7,15,23
183:11,15,20,23
184:1 194:1
199:14 203:24
206:13 251:19
282:6 297:1,6
300:10 303:2
**marketplace** 59:6
133:19 182:11
184:4 203:2,15
204:6 223:23
232:20 233:15,21
235:19 252:15
281:1 284:13
287:11 300:21,21
**marlon** 153:20
**maryland** 1:3 2:23
76:1,3
**masquerade** 70:15
**massive** 171:10
**master's** 114:1
147:7,13

**mastery** 147:12
**match** 110:15,25
111:1 277:1
**matches** 110:20
111:2 113:2
114:22
**matching** 96:19
**material** 73:5
176:21
**materials** 73:11
81:3 83:14 84:5
84:19,22,25 92:18
290:11 291:11
294:18
**math** 28:7 29:1
190:2 222:16
**matrices** 50:3 51:4
54:2 55:1 301:4
302:6 303:16
304:25
**matrix** 50:6
**matter** 7:9 15:9
17:8 19:5 22:4
24:8 48:16 62:15
63:5 73:2 76:18
87:18 88:13 89:14
91:1 137:12
157:22,23 161:21
161:22 167:23
169:13 174:23,24
174:25 179:7,14
183:8 186:9
191:13 217:15
219:15 231:22
236:8 249:21
258:1 281:20
288:20 309:17
**matters** 90:8
153:12
**mayfield** 300:7
**mayweather**
300:7
**mcgraw** 221:18,19

**mean** 10:4 11:2
17:23 22:22 23:9
25:7 27:2 46:14
50:6,25 56:16
57:15,16,18 58:5
58:23 61:7 62:2
66:13 72:12 86:20
93:23 96:11,11,13
96:14,15,17 98:3
103:11 104:13
121:1 123:2 128:1
128:5 130:4
131:24 139:20
148:13 149:20
150:9,10 152:15
154:12 157:13
161:23,24 162:8
166:12 167:13
168:3 169:4
170:18 174:21
178:17 180:12
186:18 189:8
204:18 210:15
212:11,12 215:10
215:10 221:15
225:25 230:12
242:22 257:17
258:7 270:19
271:14 272:25
274:2,21 279:6
284:17 286:10
287:12 291:14
298:25 299:11,14
300:5 304:12,19
309:13
**meaning** 47:18
215:25 285:25
309:21
**meanings** 58:15
**means** 17:15 18:6
27:3 128:18
131:23 233:5
**meant** 9:21 10:9
164:10 166:14

| | | | |
|---|---|---|---|
| 203:25 | **memory** 13:16 | 128:20 129:2 | **minutes** 95:3,3 |
| **media** 7:7 67:11 | 70:17 149:24 | 188:6 255:25 | 102:15 119:24 |
| 67:15 68:2,3,3,4,9 | 152:22 189:17 | 256:16,21 292:3,5 | 177:3,8 186:11 |
| 69:2 70:1,4,5 71:1 | 198:8 235:13 | 292:6,12,16,17,18 | 241:22 |
| 71:13,23 72:10 | 295:7 | 307:15 | **miscellaneous** |
| 113:23 127:19 | **menial** 30:1 | **method** 206:19 | 63:3 64:19 83:20 |
| 129:24 133:10 | **mention** 20:7 | 224:19,21 | **missing** 109:4 |
| 143:23 144:12 | 55:16 69:22 | **methodology** | **mission** 26:1 56:3 |
| 150:11,25 151:18 | 219:10 246:15 | 182:10,21 183:24 | **misunder** 186:8 |
| 152:9,23 157:12 | 255:15 | 184:3,4,13 197:11 | **misunderstand** |
| 158:5 159:9,11 | **mentioned** 16:22 | 201:4 205:14 | 53:18 |
| 164:23 165:22 | 21:15 24:18 25:20 | 221:24 223:10,21 | **misunderstanding** |
| 166:19 167:5 | 29:1 54:1 56:2 | 223:25 225:12,13 | 58:12,17 |
| 170:13 172:6 | 61:3,4 66:22 | 225:15 232:1 | **misunderstandin...** |
| 173:4,24 174:16 | 69:18 70:21 77:3 | 238:6 284:9 | 53:3 56:11 |
| 184:17 185:17 | 77:25 81:9 84:8 | **michelle** 73:1 | **mix** 16:6 273:18 |
| 186:6,21 187:8,16 | 84:14,17 85:4 | **micro** 161:10 | **mls** 210:5 211:8 |
| 188:1,13 191:1 | 91:21 94:9 102:14 | 184:20 185:21 | 211:14,15,20 |
| 194:17,19 195:17 | 129:13,14 134:11 | 306:25 | 214:13,15,16,24 |
| 195:21 201:13 | 134:15 135:11 | **microeconomics** | **model** 52:23,24,25 |
| 204:19,20 215:21 | 143:20 144:19 | 146:21 | 52:25 162:20 |
| 216:4,9,19,21,25 | 149:22 156:18 | **mid** 32:17 51:22 | 164:20 165:17 |
| 221:10 222:21 | 157:18 160:23 | 144:21 152:5 | 170:22 171:7,17 |
| 223:1,6 228:22 | 161:7 166:18 | 220:2 | 171:19 172:4 |
| 229:5 244:8 | 169:8 177:21,22 | **midatlantic** | 173:1 174:3 185:9 |
| 248:19 250:4 | 178:8 187:3 | 315:15 | 186:21,25 188:10 |
| 251:11,23 274:5 | 195:20 196:10 | **middle** 31:25 32:1 | 191:14,16,18,23 |
| 313:11 | 205:17 212:24 | 49:11 268:10 | 192:13 193:4 |
| **meet** 24:6 64:24 | 236:11,20 237:23 | **middleman** 49:11 | 249:20 258:6,8 |
| 74:21 130:19,25 | 241:11 242:18 | 156:21 | 295:5,14 300:13 |
| 133:2 282:9,25 | 247:2 250:9 | **miles** 244:2 | **models** 51:1 |
| 283:2,17 284:3,4 | 277:21 301:10 | **million** 171:11,12 | 164:22 166:22,25 |
| **meeting** 78:25 | 302:2,5 306:15 | 171:13 222:18,18 | 184:16 185:16 |
| 79:14,16 | **mentored** 155:24 | 222:22,22 223:2,2 | 186:5 220:18 |
| **meetings** 134:2 | **mentoring** 21:1 | 223:7,7 248:2,20 | **moderator** 146:11 |
| **megabytes** 228:6 | 24:3 | 249:2 250:5,13 | **modern** 255:23 |
| 228:24 229:1,1,2 | **menu** 51:10,11 | 251:3 252:2 | **modernization** |
| 229:7 | **menus** 51:4,5,5,15 | **mind** 30:16 37:13 | 134:1 |
| **member** 132:4,10 | 51:16 | 86:2 121:18 189:4 | **moment** 13:11 |
| 133:14 | **message** 24:21,23 | 267:12 283:9,10 | 48:18 90:6 100:9 |
| **members** 130:2 | **met** 88:14,18 | **mine** 115:25 | 106:1 167:2 174:7 |
| **memorized** 189:5 | 155:13 203:6 | **minute** 137:19 | 240:22 275:22 |
| 222:8 307:13 | **metadata** 31:4 | 281:4 | **money** 52:11 66:4 |
| | 58:10 128:10,18 | | 66:12 172:18 |

173:1 285:7,8
287:6 297:14,19
298:1
**monitor** 92:3
197:1
**monitored** 91:17
**monitoring** 97:15
102:8
**monitors** 228:17
228:17
**monroe** 153:21
155:11 243:22
**month** 51:10
152:25 153:4
188:20 189:19,21
191:6
**monthly** 97:24
124:15 126:13,18
126:22,23 173:2
189:12
**months** 64:23 66:5
139:22 238:11
295:10,17,19
296:7,8
**morning** 8:17,18
95:19
**morphed** 285:5
**motion** 83:22
134:24 135:4
153:6
**move** 9:7 88:2
98:25 101:21
113:11 180:10,19
215:20 221:23
**moved** 36:24
40:21,22 100:11
102:5 125:11
**moving** 32:5 69:6
124:10
**mtv** 68:19
**multifaceted**
288:11
**multiple** 55:2
97:11 107:6

138:23 142:12
152:10,11 157:9
158:8 168:21
213:20 229:11
249:1,13 250:23
251:24 258:21,21
264:20 303:16
**multiplier** 222:14
224:8 236:7,25
237:8,11,15,19
238:3,4,15 239:17
240:13,14,17,20
241:17 262:1
**multipliers** 224:5
**museums** 26:7
**music** 68:12,16
69:7 300:5

**n**

**n** 4:1 8:20 90:25
90:25 150:4,20
151:2,15 188:8,8
278:6
**nails** 282:19
**name** 8:19,22
32:15,20 36:8
38:9 42:8 44:8
61:6 94:10 99:5
99:23 100:5
101:23 119:9
130:18 131:7,8
143:19 145:5,13
145:20,24 146:14
149:2 158:5
167:19 173:4,24
215:16 223:12
229:5 246:16
253:16 276:25
**named** 145:14
255:5
**names** 98:7,13
109:5 145:24
146:13 148:8
176:8,11 177:6,20
177:22 275:17,19

276:9,16 277:4,9
277:11
**narrative** 60:14
260:12 263:15
**narrow** 103:20
104:3 137:9 145:4
239:15 255:9
**national** 113:19
125:11,12 251:23
**nature** 49:10
53:20 130:15
207:13 238:10
259:11 260:10,20
264:10 311:12
**navarro** 89:17
90:1
**nbc** 68:18 155:18
**nda** 65:21
**near** 40:5
**necessarily** 49:6
299:11 309:21
**necessary** 71:18
216:24 277:25
317:6
**need** 10:22 16:18
18:13 20:23 27:13
30:23 41:2 67:19
77:7,17 87:8 89:2
92:11 107:11
108:6 129:16
159:6 165:19
177:3 191:15
197:4 198:6
199:10 207:18
208:15 212:4
249:17,24 253:19
267:19 268:7
274:13 275:3
276:11,14 278:9
278:11,16,20,21
281:2,20 282:21
283:16 299:15
301:2 304:20
313:16

**needed** 75:4 126:7
254:17,18 258:21
**needs** 57:21 64:25
245:22 282:25
283:2,12
**nefarious** 105:4
**negative** 53:12
**negotiate** 142:13
150:2 151:21
193:6,19 194:5,6
224:14
**negotiated** 150:24
152:4,8,19 154:21
154:22 156:10
158:6 192:19
**negotiating** 59:24
149:23 150:10
151:3 153:10,13
157:11 192:22
**negotiation** 60:2
**negotiations** 19:3
19:4,6 124:18
**neighborhood**
28:23
**neither** 115:7
291:23
**net** 206:23
**network** 1:13 68:5
68:7 69:22 70:1
70:13
**networks** 68:19
**neutral** 59:9
**never** 25:3 35:7
49:22,24 50:22
51:25 52:10 58:25
91:8 109:20
115:25 121:19
135:8 187:25
**nevertheless**
238:7
**new** 20:3 64:12
83:15 84:24 92:18
93:25 105:25
106:3,5,5,7,10,12

106:13 107:1,4,6
107:7,9,10,12
149:9 163:17
164:19 166:24
193:14 215:25
233:21 308:25,25
**newly** 93:2
**news** 1:12,13
67:11,15 68:2,3,4
68:6,9,19,21 69:2
69:5,8 70:1,4,5,14
70:15,16,22 71:1
71:10,13,23 72:10
94:1 124:11,14
127:9,15 142:13
167:14 170:23
171:7,14,20 172:1
172:15 192:11
215:21,25 216:4
216:18,21,24
222:21 223:1,6
228:22 248:19
250:4
**newsletter** 130:11
152:23
**newsweek** 69:8
**nickname** 130:19
**nikon** 114:6
255:23
**nine** 101:5 197:22
**nod** 10:3
**nonmonetary**
297:21
**nonprofit** 19:17
25:25 39:3 46:18
64:10 128:25
**nonprofits** 36:2
127:6
**nonresponsive**
123:23
**noon** 64:25
**normal** 224:5
231:23

**normally** 81:17
207:17 274:3,15
**norms** 209:9
**north** 40:9,23
**nos** 276:5
**notary** 317:13,19
**notations** 267:3,10
**note** 54:14 268:1,2
268:5,14 302:23
315:10
**noted** 175:8 317:7
**notes** 74:8,10,12
74:16,25 75:2,7
75:10,12 79:16
306:6
**notice** 4:10 11:20
12:16,22,23 13:3
15:3 158:23 228:5
253:2,3,12,14
254:9 255:3,13,20
**notified** 190:13
**november** 1:18
2:3 7:2,6 18:22
217:19 219:6
257:6 307:23,24
**number** 7:12 9:3
19:17 28:4,5,6
30:10 33:4 37:6
37:14,25 40:7
42:2 43:8 46:9,13
47:20 54:18,19
58:6 61:13 70:14
106:2 133:2
140:19 167:7
169:16 171:1,1
172:25 173:5,25
178:24 189:1,4,24
191:6 199:17
200:14,20,24,25
201:12,13 234:13
249:5 250:15,17
251:7,10 252:19
264:19 266:13
267:8 271:13,14

272:12,13 273:14
280:24,25 282:17
289:7 290:19
303:4,5 313:10
**numbers** 45:18
58:8 67:24 205:19
251:6
**numerous** 98:1,3

---
**o**
---

**o** 32:20 114:3,4
149:3
**oath** 46:24 192:5
**object** 173:9
**objection** 160:24
173:13,14,20
174:4,20 212:20
212:25 293:15
**obligation** 60:21
232:22
**obligations** 46:17
46:20 60:1,3,4,6
60:18,25 67:9
210:20 233:2
**observation** 203:4
218:17 220:9
237:12
**observations**
204:6,25
**observe** 54:23
253:6 303:11
**obtain** 61:23
116:5 162:12
179:13 188:11
207:25 216:20,24
228:25 229:10
252:2 257:23
260:5 261:18
284:14
**obtained** 62:23
115:21 182:12
216:8 226:1,2
227:1 228:1
289:10 293:6,12
294:1

**obtaining** 162:15
218:13
**obviously** 92:4
130:8 224:24
**occasion** 23:15
**occasional** 165:7
**occasionally** 41:11
95:21
**occasions** 119:8
131:7
**occupational**
121:6,8
**occur** 181:3
239:22
**occurred** 61:14
105:3 137:10
152:14 174:25
217:15 252:16
**occurrences** 279:8
**odd** 168:7
**offending** 245:21
**offer** 25:16 32:24
60:12 98:4 147:18
147:24 171:18
191:14,22,24
194:2 217:24
220:20 225:3
252:12 258:12
298:24
**offered** 94:24
165:15 171:11,13
197:13 288:16
296:25 297:8
**offering** 57:11
60:10,11 194:10
289:13 297:6,18
**offers** 96:14 192:6
**office** 34:15 37:3,5
40:11,12,13 41:9
41:9,11,18 64:24
74:6,7 105:24
106:12,15,17,19
106:21,23 107:12
134:1 146:2,2

**officer** 314:6
**offices** 36:25
  40:15 106:13
**official** 52:13
  59:12
**oftentimes** 91:24
  92:6,9 109:8
**oh** 55:10 67:18
  91:11 119:25
  151:25 154:8
  175:11 176:10
  186:8 208:1 267:9
  271:15 277:19
  279:22 304:3,8
  305:12
**okay** 10:5,11 11:9
  12:2 16:21 35:4
  35:12 37:10 40:18
  44:22 46:12 55:22
  63:17 67:15,23
  70:20 74:8 76:20
  77:13 79:23 87:15
  87:15 91:4,6 93:9
  94:14,16 96:23
  110:23,25 112:17
  127:13,14 133:7
  135:18 138:2
  140:14 141:18,20
  145:19 155:4
  163:15 172:6
  177:11 180:20
  189:6 190:23
  194:3 205:9 207:7
  209:18 210:24
  211:17 212:9
  215:18 217:21
  222:2,3 236:15
  250:9 261:11,16
  263:5 266:7,20
  269:4 270:6,25
  271:16 273:8,20
  275:13 277:16,20
  278:10 279:3
  280:9 281:7

  288:11 291:10
  301:15
**okey** 275:15
**old** 64:5,5 155:14
  155:16,16 165:18
  166:25
**once** 22:13 34:3,4
  74:20 148:17
  256:16
**ones** 70:22 71:10
  130:24 134:10,15
  152:21 157:20
  166:25 227:12
  260:8 261:19
  262:1,13,15 263:8
  267:5
**ongoing** 204:19
**online** 57:13
  109:18 158:14
  228:10 230:8
  234:25 235:2
**open** 153:11,11
  257:2
**opened** 257:6
**opening** 87:9
**operate** 158:9
  167:8 170:15
**operated** 169:15
  295:5
**operates** 157:15
  171:2 173:6 174:1
  251:25
**operating** 19:16
**operation** 221:8
**operational** 218:8
**operations** 69:5
  208:13
**opine** 135:2 136:5
**opined** 136:22
  182:9
**opinion** 60:23,25
  136:8 159:19,21
  159:24 167:21
  185:22 211:3,9

  214:2,9,23 220:9
  240:10 296:17
**opinions** 57:14
  85:13,17,25 86:7
  134:17,21 136:1
  137:16 176:3
  191:13 212:15,17
  212:22 215:2,9
  233:5,14 234:15
  236:22
**opportunity**
  101:12 268:13
**opposed** 52:20
**opposing** 136:6
**opposite** 56:23
  197:22 312:7
**opposition** 130:13
**option** 230:16
**options** 227:6
  228:2 230:25
**orchestrations**
  236:14
**order** 87:12,13
  135:20 147:22
  169:2 189:22
  199:19,20 201:5
  203:23 207:11
  209:1 225:2
  252:13 273:7
  276:11,20 280:23
  282:24 295:9
  307:5
**organization**
  25:21 26:1,14
  32:11 36:8 67:11
  68:10,20 70:7
  71:1,14,24 72:11
  109:15 121:15
  126:12,19,21
  127:3 128:14
  131:7 132:1,4
  133:4 148:2
  157:13 168:24
  169:15,21 170:16

  170:25 172:1,7,16
  173:4,24 174:16
  187:8 188:1 216:5
  216:19,22,25
  222:22 223:1,6
  228:23 229:5
  248:20 250:5
  251:23 252:1
  284:17,17
**organizations**
  31:9 34:9 67:15
  121:17 131:21
  132:21,25 133:7,9
  134:4,7 142:13
  152:10 167:6
  169:23 170:10
  171:14 174:14
  180:7 186:21
  187:5,16,23 191:2
  191:5 230:5,6
**organize** 265:4
**organized** 128:6
**originally** 86:22
  300:3
**orphan** 122:22
  123:15,20 124:6
**osram** 89:17
**outliers** 239:4
**outlines** 15:1
**outside** 21:2 55:8
  55:12,24 126:20
  211:6 221:17,17
  301:25 304:1,6
**overall** 141:8
  196:20 282:6
**overhead** 218:8
**owned** 116:8
  152:10
**owner** 60:8 123:21
  123:22 124:8
**owns** 41:18 123:16
  157:14 171:1
  173:4,25 251:24

**oxymoron** 194:16 221:13,16
**ozzie** 114:4

**p**

**p** 144:15 287:17
**p.a.** 2:20
**p.m.** 138:7,9,9,11 177:12,13,14,16 198:12,13,14,16 245:6,7,8,10 253:24,25 254:1,3 265:6,7,8,16 306:9,10,11,13 312:21,22,23,25 313:13,21
**pacer** 84:2 85:3 92:20,21,24 94:5
**packaging** 165:5 178:6,7
**page** 1:1 4:3,9 5:2 36:8 37:19,19 38:5,23,24 42:7 43:3 44:6 45:6 51:12,12 52:8 67:21,24 68:2 82:13 99:2,6 100:24 101:24 102:18 105:15 108:21 109:9,18 110:5,8,11,15,16 111:18 112:7 113:1,1 114:13 115:9 116:25 119:1 213:17 226:23 235:15 266:4 267:6 271:7 272:2 275:16 276:15 287:15 290:13,14 294:7 294:13 296:21 316:4,7,10,13,16 316:19
**pages** 12:22 73:18 81:9 122:14 160:8

254:25
**paid** 18:16 27:4 38:23,24 39:7 42:14,20,24 44:3 45:3 49:19 50:23 52:11 97:12,16,20 97:25 98:4 103:16 103:16 140:3,4 167:25 172:21 189:21 222:22 223:1,7 297:23,24 297:25 298:3,16
**pam** 32:18 91:21 91:23 92:7,16 94:9,14,17 95:7 95:10 97:4,18 99:10 102:6 103:15 104:25 108:1 137:13,14
**panel** 133:11 146:14
**panelist** 146:11
**panels** 144:4
**paper** 75:8,10 128:11,13 130:11 130:12
**papers** 16:3,6 128:22
**paradise** 291:23
**paragraph** 103:8 104:1 287:16 290:25 294:12
**paramount** 68:24 69:1
**paraphrasing** 136:17
**parent** 245:2 249:23
**parimatch** 291:23
**part** 8:22 21:5 24:15 27:4,12 31:20,23 32:4,16 38:7 39:1 42:8 44:7 56:2 117:19

119:13 123:18,19 129:4 135:22 136:12,14,14,22 145:16 196:1 215:23 233:1 262:4 264:11 287:12 292:9,15 300:12 305:6
**partial** 68:1 69:16 69:19 157:18
**partially** 35:14
**participate** 20:24 23:16 128:21,22 129:4 130:16
**participated** 126:16
**participates** 96:19
**participating** 58:22 136:21
**participation** 185:8
**particular** 29:25 59:25 67:3 70:24 126:19 156:5,8 165:3 171:16 183:11 184:1 201:11 227:14 229:13 281:20 282:7,12 283:2 299:10 306:22
**particularly** 28:13
**parties** 49:2 56:12 96:6 168:18 203:25 210:18 214:15 288:19 292:24
**partnership** 127:2
**parts** 11:14,16 305:24
**party** 1:10,14 87:23 88:4,9 92:8 136:6 187:13 245:16,17 253:8 255:5 282:4

**pasadena** 32:25 37:2
**pass** 102:17,21
**passed** 123:24 150:5 153:23 155:25
**paste** 103:17
**patent** 146:2
**path** 249:20
**pattern** 184:19 185:19
**paula** 1:24 2:5 7:16 141:16 314:4 314:22
**pause** 11:2
**pay** 30:15 39:6 73:18 99:8 123:14 134:12 141:2,9 142:2 248:2,20 250:5 252:1 299:12,24 300:11
**paychecks** 95:6
**paying** 98:14 102:21 250:13 297:14 298:10
**payment** 87:25 172:18 248:22 250:7 252:4 295:10
**payments** 42:18 97:21
**pays** 99:17
**pdn** 114:6
**peel** 267:16
**peer** 148:3,13,13 149:15
**peers** 144:9
**pen** 267:19,20,22
**pending** 75:25 76:3
**pens** 267:22
**people** 18:1 26:12 32:5,9 50:17 53:2 55:1 57:13 58:7

[people - photographers]

58:18,19,20,21
59:14 69:9 91:11
102:19 123:14
132:3,22 137:15
149:21 153:20,21
160:2 162:15
164:14 180:6
188:3 209:10
214:15 236:11,13
243:19 244:2
248:17 259:12
287:11 303:15
311:21
**perceive** 30:8
**percent** 47:1,6
54:18 107:8
171:22 196:19,24
197:9,12,23 200:7
200:9,11 201:24
205:11 286:9
303:4
**percentage** 54:7
138:17 141:7,24
236:17 302:13
**percentages** 50:13
54:10,18 301:12
302:17 303:3
305:3
**perfect** 283:11
**perform** 128:24
207:1 208:12
285:8
**period** 16:16
31:24 54:4 55:4
78:11 84:13
127:18 129:12
185:10 189:7
199:23,24 204:14
217:14 232:20
239:22 241:5
252:18 296:7,24
301:16 302:9
303:20 314:16

**periodic** 126:14
**periodically** 23:17
307:25
**periods** 39:4
**permission** 104:16
209:1 246:1
248:18
**permissions** 60:17
**permit** 19:19
220:18
**permits** 91:20
191:5
**permitting** 216:24
**person** 32:15 64:4
94:21,23 113:24
151:23 163:6
243:20,24 283:3,7
283:8
**personal** 94:17
159:4,8 163:7
220:9 286:2 287:9
300:15 312:3
**personally** 55:8,16
94:25 95:8,14
230:12 253:6
301:25 304:1
305:6,6
**persons** 49:12
288:6,9,23
**perspective** 60:15
96:4 246:11
**perspectives**
144:14
**pertain** 291:1
**pertaining** 282:23
**pervasively** 59:16
**pet** 175:13
**phased** 66:20
**phil** 150:19 151:11
152:2,9,20 153:16
153:17 154:15,21
156:20 224:12
237:24 309:4,9,10

**phone** 74:23,24
106:1,4 130:20
193:6,18 196:14
**phonetic** 291:23
**photo** 50:5 69:8
76:24 113:23
124:10,14 127:19
128:10,20 144:5,5
154:22,24 155:2
156:15,22 193:11
193:18 203:2,16
205:5 213:21
215:22 216:6,7,20
216:23 217:20
224:4 227:4 259:5
259:19 260:5
261:18 262:10
263:2 266:9
290:22 291:4
292:8 293:2,12,22
293:25 305:19
306:17 307:1
**photograph** 48:24
107:25 111:15
154:11 162:18,23
163:6,14,19 165:5
166:3 167:24
168:22 169:3,20
170:16 171:3
174:11,12 181:23
184:5,7,9 190:5
195:10,13,15
201:22 208:25
209:14 211:7
216:25 223:3
228:10 238:2
243:24 246:9
248:15 252:15
255:22 258:17
263:7 264:13
309:23,24 311:20
**photographed**
64:16 154:12
178:21

**photographer** 7:9
60:16 65:2 67:14
67:16 113:13
116:18 150:5
155:9,10,17,21
161:14 163:15
164:10,13 210:2
210:23 211:7,8,13
211:21 213:11
247:4,15 248:21
250:6 252:3
284:21,25 285:4
285:14,16,20,23
286:6 287:10,13
306:20 312:3,6
315:4 316:1 317:1
**photographer's**
148:24 164:15
247:5
**photographers**
26:8 57:23,25
60:13 61:17,20,23
62:18,22 63:4
64:3 77:6 107:7,9
120:18,21 125:8
126:15 127:5
130:21 133:10
142:17,18 143:16
144:7,12 147:11
147:12 153:18
155:19 175:23
176:4,6,9 177:1
178:3 199:13
215:7 233:16
234:24 237:17,19
238:9,19,23,25
239:3 241:6,10,11
241:16,23 242:17
242:23 243:4,6,7
285:6 286:10,17
287:4 300:23
305:21 307:6
308:12 311:13,18

**photographic**
89:16 90:1 149:16
223:18
**photographs** 26:5
52:2,3,12 64:24
65:14,14,18
107:24 128:16
154:6,7,17 156:9
156:11,14 160:9
162:9 168:7 169:9
172:8,9 175:5,8,9
175:22,25 176:5,7
178:10,13,25
179:5,9,10,13,23
180:18 181:15,17
181:18,20 182:3,5
182:12,14,24,25
183:9,14,17,21
184:18 185:18
186:7,22 188:11
191:6 192:7 193:3
194:14 195:22
196:3 201:18
206:5 207:23
223:8 224:22
228:23 229:6
234:19 235:18,22
236:1,5 237:21,24
238:10,13,13
244:1 248:3,15,21
248:25 250:6
252:2,4 257:24
258:18,19,22
259:7,8,11,20
260:10 262:6
263:5,24 264:8,9
264:10,15,17,20
264:24 266:12
269:10,12,14
271:2 276:21
287:5,25 288:6,15
289:10,13 296:25
297:6 298:2,5
299:3,5,6 307:18

310:11
**photography** 1:5
7:22 17:9 19:25
49:19 50:23 55:2
56:4 57:4,5 58:2
61:4,17 64:18,19
66:3,11,21 71:13
71:23 72:10 88:9
89:7 91:23 106:3
106:7,10,25 107:2
107:3,5,6 109:3
113:17,22,23
120:18 122:3,10
123:1 134:8
138:22,23 142:2,4
142:8 145:7,22
146:12 147:1,8,13
154:13 155:14
157:12,25 158:6
160:18,20 161:6
161:14,18 162:11
163:24 172:17
192:25 194:13
196:11,18 197:20
203:24 206:4,6,7
210:17 221:4
222:5 223:19
238:25 246:10
264:24 276:25
285:3,6 294:10
300:16 303:17
306:21 311:11
**photographyexp...**
5:7
**photojournalists**
216:2
**photos** 153:22
175:16
**phrase** 57:18
132:7 145:18
**phrases** 57:9
**physically** 73:25
74:1,21

**pick** 50:10 193:5
193:17 224:13
**picking** 224:4
**picture** 111:3,4,4
111:5,7,11,14
112:6,10,25 113:4
133:17 143:24
155:2 164:15
184:14 242:6,7
243:23,25 309:13
**pictured** 175:13
199:13,21
**pictures** 63:20
68:24 69:1 152:23
153:6 155:18
156:13 175:16
178:22 179:7
209:22,25 210:3
226:23 231:20,21
239:19 292:25
293:1 310:8
**piece** 75:8,10
**pieces** 59:18
124:13 127:15
142:25
**pile** 226:8
**pixels** 228:6,10
229:7,18,21
**place** 34:1,19 55:3
59:19 82:12
106:20,20 112:10
137:3 155:1
165:13 192:10
196:11 223:22
258:5 279:16
303:18
**placed** 15:19
**places** 112:11
**placing** 107:25
**plaintiff** 1:6,10
2:11 7:22 76:11
90:24 101:13
159:15

**plaintiff's** 15:25
84:4 86:16,16
91:25
**planned** 312:2,3
**plant** 225:14
**plaque** 120:20
**players** 195:1
196:21
**playing** 78:8
**pleadings** 73:2
**please** 7:19 8:2,6,8
8:13 9:13 10:10
11:20 14:21 15:6
15:16 16:15 35:21
38:5 43:20,23
48:22 67:20 70:12
70:18,25 80:8
87:6 98:16,24
100:18,23 101:16
105:9 107:20
113:10 121:20,21
126:9 131:14
199:11,17 207:9
222:10 226:3
235:12 255:9
265:18 271:3,5
273:4 275:14
277:15 287:15
288:13 289:16,21
290:1,10
**pleasing** 310:15
**plentiful** 280:23
**plugged** 256:13
**plus** 19:14 23:5
25:21,24,25 26:24
27:6,19,19 28:3
28:14,16,22 30:11
31:13,15,18,21
32:2,16,22 33:5
33:19 35:1,6,8
36:16,22 37:11
39:11 40:3,18
42:21 43:12 44:13
45:8,11,23 47:5

47:16,19 48:22,23
49:8,18 50:22
51:20,22,25 52:9
52:14,18 53:8,11
53:20,22 54:13,21
55:9,12,17,24
56:3,14 59:20
94:18,19,19,21,22
95:1 108:9,15,23
108:24,25 113:18
114:17,25 115:18
116:13 128:25
129:25 131:19
134:3 138:21
144:5,6 254:24
301:21,25 302:21
303:8 304:1,6
305:4
**point** 11:10 27:17
40:21,25 44:18,20
52:17 53:7,10,19
53:22 63:18 132:8
154:9 169:19
170:24 183:18
197:22 203:1,14
204:3 205:4 218:4
220:8 232:12
236:9 261:11
295:19 310:13
**pointed** 48:14
**points** 206:9
**polasek** 88:10
**pole** 311:19
**politicians** 155:12
**pool** 215:24
**poor** 175:13 236:2
**poorly** 100:14
310:19
**pop** 93:25
**poplar** 310:3
**popular** 166:7
220:19
**populate** 111:24
112:20

**portfolio** 158:14
158:16
**portion** 77:12
134:21 135:20
137:4 182:21
285:1 309:18
**portrait** 120:18
**position** 18:16,17
32:6 42:11 44:15
47:13 55:24
117:25 130:14
131:19 133:19
185:1,1 221:17
**positions** 23:4
**positive** 230:20
**possible** 47:25
48:2 73:7 137:10
221:3 229:14,17
257:25
**possibly** 74:20
211:18 219:18
277:8
**post** 102:16
112:10 159:9,11
159:12 164:12
**posted** 112:6,22
293:7
**poster** 207:23
208:16 209:1
**posts** 129:22,23
**potatoes** 183:4
**potential** 59:25
217:4
**potentially** 219:17
**pounds** 297:23
**power** 192:22
**ppa** 286:16
**ppi** 228:14,24
**practical** 205:25
**practice** 19:3,4
52:13 54:24 82:10
207:13 211:10
238:5 241:25
246:7,24 247:11

247:12,14 295:2
298:23 303:13
305:1
**practices** 50:18
103:9 122:3,10
143:17 144:4
242:1 243:14
246:12 300:24
305:22
**preamble** 88:2
**preceding** 213:18
**precise** 42:4 60:14
132:8 218:20
237:10 278:15
**precisely** 83:24
89:21
**predictable** 33:13
**predominant**
170:22 171:6
**preface** 252:7
**preliminary** 4:19
5:3 14:4,24 72:24
75:16 80:22 81:16
82:9 85:22 159:21
175:6,7 176:19
198:19,23 202:4,6
202:8,10
**premier** 69:9
**preparation** 83:9
84:12,18 85:5
**prepare** 72:21
77:23
**prepared** 39:15
75:22,24 76:9,14
204:22
**preparing** 289:18
**prepress** 208:12
**prepublication**
148:14
**prescription**
191:16
**presence** 41:5
**present** 3:3 78:25
108:16 109:22

115:1 118:4 119:3
146:10 191:4
206:23
**presentations**
144:9,13 146:8
**presented** 74:15
82:14 169:24
170:1 199:19,20
308:16
**presenter** 146:6
**presenters** 144:12
**presenting** 51:7
**preservation**
49:14
**preserving** 26:5
**presidency** 126:25
**president** 38:11
44:11 46:17 54:22
108:15 109:2,11
113:18,19 115:1
117:3 125:13
126:12 129:25
142:16 243:3
303:9
**president's** 126:14
**press** 30:13 69:12
**preston** 176:10
177:2,22
**presume** 39:10
**pretty** 101:6
125:18 195:23,25
213:12
**prevailing** 191:16
**prevent** 165:5
**previous** 22:24,25
29:6,6,7 41:2
42:17,19 62:9,10
76:18 77:2 145:23
**previously** 84:16
91:7 148:1 149:22
254:6 298:17
**price** 160:22
161:18 165:1,3,13
166:8 193:7

196:25 197:18
199:24 201:2,5,7
201:19 202:1
204:16,16 205:11
206:2,19 218:15
218:16 228:2
230:24 231:5
242:10 243:11,12
269:11,12
**priced** 244:19
**prices** 52:21,21
165:16 182:12,13
182:14 196:12,18
197:9,17 202:16
202:17 203:2,16
204:4 205:5 218:2
218:5 220:20,21
231:10,17,19,23
231:23 239:1
243:18 300:21
**pricing** 19:3 53:25
54:3,6 55:11 58:4
123:1,5,9 143:15
143:15,16 144:19
146:6,12 161:17
162:5 164:24
165:22 194:2
196:20,22,23
197:13 202:22
203:4,8 204:8,10
206:4,5 238:25
241:13 244:22
259:1 279:15
300:15 301:1,6,11
302:8,12 304:4,9
304:22 305:4,13
305:16,18,22,23
**primarily** 19:7
26:18 91:23 107:7
**primary** 19:5
64:13 130:24
161:20 309:17
**principle** 207:8

**principles** 160:21
**print** 73:17 109:9
128:8 208:2,3,4
208:16 209:3
230:7,7
**printed** 14:23
108:4 109:5
**printer** 208:12,14
208:25 209:4
**prints** 159:6
**prior** 12:19 13:7
14:23 83:10 84:11
88:12,16,20 91:2
91:7 93:20 129:7
129:19 139:6
175:6,7 314:9
**private** 231:12
**probably** 35:13
60:4 61:14 64:22
102:7 118:23
134:10 137:22
153:24 167:16
174:8 216:17
**problem** 10:24
11:8 115:4 160:25
173:14 190:14
247:24
**problematic** 98:11
**problems** 32:9
**procedural** 83:17
**proceed** 295:13
**process** 13:19
26:21 93:15
257:16,17
**processed** 310:19
**procter** 89:17 90:2
**produced** 85:24
169:4 179:17
288:19 292:24
293:13,19 294:5

294:19
**produces** 229:2
**product** 162:10,11
**production** 69:19
73:4,4 79:6 83:20
85:4 86:2 191:8
294:4
**products** 219:20
**profession** 32:10
285:12
**professional** 60:3
60:7,20 107:9
114:2 120:13,21
121:14,16 122:3
131:15 133:8
134:5 246:21
284:20,25 285:4
285:13,16,20,23
286:6,16 287:4,10
287:12 312:6
**professionals**
133:17 286:9,20
**professions**
121:12 285:12
**professor** 4:19,21
5:4 8:21,22 16:23
16:25 17:6,12,17
17:21 18:7,10
117:21 118:3,12
**professorjeffsed...**
5:11
**professorjeffsed...**
105:16
**profile** 5:12
107:18,21 108:2
109:7 111:5,7,19
111:25 112:10,25
113:4 185:6
**profiles** 112:20
**profits** 159:16
160:5,11 184:13
**programs** 25:16
**project** 34:3 66:24
66:25 67:3 203:21

**projects** 159:4
**promote** 52:23
56:3 66:22
**promoting** 65:1
96:1
**promotion** 65:19
99:12 221:20
**promotional**
287:2 297:18,19
**proofread** 137:15
137:16
**proper** 61:20
216:8
**properties** 41:21
**property** 211:7
**proportion** 64:11
**propose** 225:22,25
**proposed** 148:19
225:21 299:16
**proposing** 244:11
**proprietor** 158:2
**proprietorship**
142:5
**props** 263:22
**protecting** 23:21
**provide** 24:2
30:19 72:4,16
73:7 79:2 81:18
141:23 149:10
151:19 218:9,12
298:8
**provided** 12:19
84:4 86:15 93:21
104:4,5 130:12
202:22 237:6
240:4 244:22
255:6 257:10
295:10,11 314:16
**provider** 105:20
172:17
**providers** 175:22
233:17 234:15
236:22

**providing** 233:2
**provisions** 210:17
**public** 61:10 101:7
153:4 194:2,11
214:16 317:19
**publication**
126:18 127:23,24
130:5,9 131:11
148:4,6 223:15
231:25 284:15
288:5
**publications**
93:25 129:6,9,16
129:18 149:14
206:18 287:25
289:9
**published** 105:19
127:1,3 148:18
153:9 160:9 288:9
**publisher** 113:14
148:20,25 221:19
**publishers** 26:7
57:22,25 142:14
**publishing** 138:21
192:12
**pufnstuf** 300:4
**pull** 71:8 80:16
81:14 110:22
235:11 289:24
**pulled** 158:15
**pulls** 111:24
112:19
**pulse** 69:9
**pumpkins** 263:16
**purchase** 249:14
**purchased** 169:1
183:16 293:3,5
**purchaser** 193:1,5
**purchases** 172:7
173:7,7 174:2
**purchasing** 283:3
**purpose** 195:11
210:24 238:6
258:15 311:4

**purposefully**
244:24
**purposes** 12:12
75:3 159:5,9
189:14,20 208:8
210:21
**pursue** 32:24
161:13
**pursuing** 268:25
**pursuits** 287:5
**put** 16:3 19:22
27:12,15 30:13,24
30:24 34:17 50:8
59:5,6,7 77:11
98:8 100:7,16
103:15 104:25
111:19 115:20
120:20 131:10,19
135:17 139:9,12
139:22 144:11
158:16 159:6
165:20,21 188:14
189:8,17 193:20
203:21,23 209:5
211:13,15 214:18
232:8 266:18
273:7,17,17 275:8
275:11 307:15
**puts** 211:8
**putting** 30:10
111:18 210:5
211:20 304:23
**pyburn** 1:24 2:5
7:16 314:4,22

**q**

**qualification**
133:3
**qualified** 135:25
**qualitative** 217:8
218:25
**quality** 162:10
175:13 179:14
217:24 219:8,12
219:24 220:7

228:16 236:2,4
243:20 258:19
259:8,20 261:19
262:11,12,20,21
262:22 263:3
286:8,12,12,19
306:24
**quantities** 193:13
235:5
**quantity** 264:17
282:8 283:17
**quarter** 51:12
**quarterly** 97:24
126:24
**question** 9:14,14
9:20 10:16,18
11:1 27:25 28:1
33:19 34:18,23
41:14 46:1,4 47:4
49:7 52:6 53:6,7
53:12 55:18 59:23
62:9,10 63:24
64:20 66:14 67:5
71:2,18,19 73:21
73:23 74:22 75:6
77:19 78:3 83:25
84:21 86:5,10
88:8 89:20 93:5,7
93:8 95:13 103:19
103:21 104:3,10
104:11 106:7,9,22
106:23,23,24
110:1 112:15,16
112:18 123:2,7
124:17 126:1,2
132:8 135:19,23
139:1,2,3 141:19
143:1 144:25
145:1,4,5,8,10,12
145:13,16,19
152:15 154:23
156:17,19 158:13
167:19 168:5,6
169:13,13 173:10

173:19,23 174:15
174:15 180:1
181:19 182:1,1,22
185:13,15,22,23
185:25 186:3,15
187:19 190:19,20
192:4 195:7,8,14
202:15 203:12
204:2,24 205:1,3
205:8 208:19
218:21 219:9,22
224:23 225:17
234:2,3 238:14
239:8,9,10,11,15
240:8,21 250:2,3
250:25 252:7,8
254:6 255:8,8,10
259:25 260:15,19
261:5,8,10,16
262:18,23 263:10
271:16 274:11
278:3,13,24
280:17,20 284:22
285:18 287:14
288:12 289:2
291:1,22 294:21
302:3 303:19,25
304:12,15,17
306:3 307:14
**questionable**
153:5
**questioning** 22:25
269:1
**questions** 6:1 9:12
9:13 11:12,13
15:23 16:17 29:10
33:3 53:15 87:8
108:5 120:6 124:4
124:23,24 127:12
193:22 257:18
261:4,12 266:4
301:14 313:2,6,7
**quick** 267:7

**quickly** 9:7 13:18
213:4 284:23
**quiet** 95:18 152:16
**quisenberry** 78:15
86:23 88:11,18
89:8 90:22,23
91:8,9,15 232:18
292:4,4,12
**quisenberry's**
87:2 88:22
**quite** 29:24 30:18
83:2 85:23 98:6
100:17 106:5
110:17 124:21
127:25 146:8
154:16 155:24
156:5 157:14
257:19 296:20
**quote** 88:6
**quoted** 300:4

**r**

**r** 8:20,20 32:20
149:3,3 150:4,20
151:2,15 178:1,1
316:3,3
**radio** 152:11
157:9,14 158:8,10
167:8 168:10,24
168:25 169:16
170:14 171:2
173:5,25 251:25
**raise** 8:7 132:7
**rallen** 2:17 315:2
**ran** 264:15,23
**range** 45:20
110:21 222:15,18
223:11 229:7
236:25 237:6,11
237:11 239:2,20
239:21 240:1,4,10
240:14,16,19,22
241:1 242:9,16,24
243:16 249:2
281:8,10

**ranges** 242:20
**ranging** 240:21
**rare** 176:7 178:15
178:17,18 184:7
233:20,23,24
235:7,9 243:16
278:6 279:19,19
280:7,12,16,21,23
281:6,9
**rarity** 184:10
251:8 252:17
279:4,7,9,12,16
279:21 280:8
281:13,15,18
**rate** 194:10
199:14 205:13,18
225:2,4,8,10
299:11
**rates** 194:9 200:4
225:2 297:1,6
298:10
**ratio** 63:23
**raw** 307:8
**rdb** 1:7,10,12,14
7:12
**reach** 44:25 91:24
185:24
**reached** 95:8
**reaching** 95:7
**read** 36:14 72:23
72:23,24,25 87:22
88:2 112:4,19
113:9,12 115:3
117:2,5 122:5
123:11 145:11
163:7 164:14
185:25 186:3
188:25 218:21
235:15 253:3,10
254:7 255:11
268:15,18 270:17
287:22 294:8
295:1 296:22
302:2,4,11 303:19

313:4 315:9 317:5
**reader** 124:22,24
**reading** 302:3
**ready** 138:15
**real** 18:2 134:14
134:15 136:16,16
136:21 211:7
212:5,6 213:11,21
216:3 219:9 267:7
312:2
**really** 27:24 53:6
58:1 63:23 65:20
92:15 95:23 98:14
99:13 101:7,25
112:23 131:6,12
138:20 141:2
151:4 156:20
166:6,24 172:24
190:18 210:25
212:3 214:24
217:13 218:14
220:25 224:23
231:22 246:23
264:6 269:2,18,19
275:1 280:24
281:10 295:13
**realm** 192:25
**realtor** 209:20,23
210:3,5
**realty** 210:23
211:6,11,15,17
**reason** 29:16
49:25 72:17
188:22 190:11
260:11 264:14
297:4 315:11
316:6,9,12,15,18
316:21
**reasonable** 183:15
183:20 216:4,18
216:21 234:18,21
235:6 237:8 240:1
240:11 242:24
299:17,22 300:10

308:13
**reasonably** 215:7
244:15 247:23
264:7 299:23
300:1
**rebuttal** 176:20
**recalculate** 250:23
**recalculation**
250:20
**recall** 22:22 25:6,7
25:19 40:22 47:22
50:1 55:17 68:20
72:2 74:10 76:22
77:8 78:23 85:7
85:22 86:19,22
88:25 90:6 107:25
111:18 117:18
129:10 137:11
146:13 149:14
153:7 154:17
156:23 158:11
161:16 177:6
188:22 189:1
214:21 215:9,10
215:11 253:16
257:25 268:21
269:7 277:4,7,9
288:16 291:16
292:19 293:4,20
294:6,25 295:1,6
300:17 301:7,8,16
**recalled** 200:9
**recalling** 90:13
**receipt** 248:8
315:18
**receive** 17:6 49:23
93:12 207:12
295:10
**received** 12:22,23
13:3 43:6 49:22
50:12,15 79:11
124:17 146:22
169:5,6 248:6
253:12 254:8,23

255:20 295:16 297:10
**receives** 247:21
**receiving** 253:13 255:4,12 287:1 297:16 298:7,10
**recess** 80:3 138:8 177:13 198:13 245:7 253:25 265:7 306:10 312:22
**recognition** 113:21
**recognize** 13:25 35:24 40:1 43:21 100:1 101:1 111:14
**recollection** 22:11 37:1 61:13 64:22 70:23 71:20 77:18 126:4 176:17 227:14
**recommending** 53:24
**reconfirm** 176:2
**reconfirmed** 233:4 249:11
**record** 7:5,20 8:3 14:13 80:2,6 87:9 138:7,11 177:7,10 177:16 198:9,12 198:16,17 199:16 245:6,10 253:22 253:24 254:3 265:3,6,16 268:16 268:17 270:11 306:5,9,13 312:18 312:21,25 313:14 313:15 314:11
**recorded** 7:7 242:19 255:24 256:8,24,25 257:12,14 314:7

**records** 39:10 71:8 72:16,20 98:18 170:6
**rectangular** 111:9 111:10
**recurring** 19:11
**red** 229:25 230:1 230:2
**redefine** 279:9
**reduce** 218:8,12
**redundant** 250:18
**refer** 16:15 46:4 67:21 81:23 87:6 91:4 117:11 150:17 226:22 258:10 278:2,9,11 287:16
**reference** 4:13 13:18 200:17 201:1 272:15 275:1
**referenced** 315:6
**referred** 88:5 145:13 221:15
**referring** 21:14 62:3 81:22 118:7 121:9 130:4 131:13 172:11 186:9 191:25 208:21 226:13,19 238:6 256:21 273:16 298:21 301:7 305:18
**refers** 122:7 221:2
**refinery29** 290:16
**reflect** 204:20 270:11
**reflected** 42:25 75:16 76:15,16 176:24
**refresh** 13:16 77:18 176:17 227:13 235:13

**refusing** 252:24 260:19
**regard** 255:21 298:13
**regarding** 33:6
**register** 100:5
**registration** 19:4 23:22 124:19 276:4 295:9 296:9
**registrations** 150:16 276:10,19
**registry** 26:22 33:16
**regular** 142:17
**regularly** 195:24 195:25 224:8 308:22
**reject** 311:7
**relate** 49:3 70:5 91:22 149:15
**related** 13:2 49:6 69:5 70:1,3,15,16 70:23 92:4 126:17 142:7 146:12 149:4 279:5
**relates** 48:23,25 69:2
**relation** 30:16 77:3 89:6
**relationship** 112:7 123:12 168:15,20 190:21 249:22 274:24 276:18 295:22 296:18
**relationships** 136:15 188:3
**relative** 50:25 175:9 235:17 238:12 280:19 283:25
**relatively** 162:4 233:21 242:2,5 283:14

**relevant** 72:18 83:22 85:25 124:1 169:12 175:1 183:6,24 187:11 204:14 217:14 294:19
**relicensing** 197:19
**relied** 232:4,21 289:17 294:5
**relisted** 288:15
**rely** 31:1 109:18 232:1,3 233:12
**remain** 236:5 237:9 256:19
**remainder** 267:24
**remains** 255:10
**remember** 70:18 71:3,22 90:12 94:18 128:4,7 136:25 137:1,2 148:8 152:18,19 154:9 177:3,20 189:2 200:8 206:11 214:5
**remembering** 149:8
**remotely** 99:16
**render** 159:19
**rendered** 159:21 212:15,17
**rent** 41:12 107:7 107:10,11
**repeat** 9:14 72:16 206:10 234:5,6 271:16
**repeatedly** 85:16 193:14
**rephrase** 9:14 34:23 52:7 103:22 225:24 234:6 260:3
**replace** 23:6 208:2
**report** 4:19,21 5:3 5:13,14,15,16,17

5:18,19,20,21
13:17 14:5,24,24
14:25 15:1,5
57:17,18 72:23,24
72:25 73:12 75:2
75:3,4,13,16
76:14,16,17 77:10
77:18 80:22 81:1
81:11,16 82:9,16
82:20 83:1,12
84:6,13,20,23
85:1,15,23 90:18
159:22 175:6,7,19
175:20 176:16,18
176:19,20,23
184:3,23 193:20
197:10 198:2,19
198:19,23 202:4,6
202:9,10 204:7,8
204:9,11 213:4,9
213:17,19 222:1,9
232:25 235:11,14
249:4 255:15
265:22 273:3
277:18 278:2,4
287:15 289:18
290:9 294:7,13
296:22
**reportable** 38:18
42:13 45:3
**reported** 1:24
42:12 44:16 46:14
46:21 47:8
**reporter** 7:16 8:5
8:7 9:25 10:13
11:21 12:9 14:6
14:17 35:18 37:16
39:23 43:18 80:12
82:4 98:19,22
100:21 101:19
105:7 107:16
199:3 265:14
267:16 290:5
312:15 313:16

314:16,24
**reporting** 40:20
47:16 68:22 216:1
**reports** 4:13 13:15
47:11 72:25 75:22
75:24 76:5,10
80:14 81:8,21
85:9 137:15
139:23 191:25
192:2
**represent** 142:12
150:1,19 156:3
**representation**
109:19,25 150:9
150:10
**representative**
131:8 138:23
144:24 150:7,21
154:5 201:14
203:25 224:12
**representatives**
60:8
**represented**
116:25 149:23
150:8 151:1
**representers** 26:9
**representing**
52:14 130:21
151:23
**represents** 26:15
**reproduced**
208:25
**reproduction**
166:20 207:10
208:6,10,11 209:7
**request** 10:19
23:15,16 24:1
60:11 73:3 79:4,5
87:12 149:5 162:6
162:7 248:11
292:3 295:17
**requested** 6:5
19:19 35:13 49:24
150:11 314:14,15

**requesting** 57:10
225:1
**requests** 32:8
83:19
**require** 28:5
203:19 206:9
244:15 249:8
308:3,4
**required** 34:6
121:11 207:11
299:24 300:1
308:6 317:13
**requirement**
25:12,14 147:19
307:7
**requirements**
100:8 133:3
147:17,24 306:23
307:1,3,4,12,19
308:1
**requires** 11:2
**requiring** 248:22
250:7 252:4
**reroute** 104:17
**research** 71:18
97:17 170:5
269:15,17
**reservations**
287:9
**reserve** 85:16
**reserving** 85:25
**residence** 37:4
40:11
**resold** 293:21
**resolution** 165:16
165:20,21 307:7
**resolve** 33:16
**resources** 179:13
**respect** 25:9 30:11
55:15 60:2 104:12
120:8 152:2 155:5
157:1 173:11
183:7,9 186:1
231:3 281:11

**respects** 286:25
**responded** 233:19
255:1
**respondents** 241:4
**response** 50:1
60:10 83:19
104:12 239:8
**responses** 10:3
79:6
**responsibility**
48:6,7 87:23
103:13 247:25
**responsible** 87:25
**rest** 143:3
**restate** 89:20
184:25 239:12
**restriction** 165:7
165:12
**restrictions**
164:23 165:24
**result** 97:17 116:2
116:14 137:6
**resulted** 160:11
**resulting** 298:4
**results** 34:5
205:22 286:12
**retained** 86:22
87:1,3,20 89:11
89:14 90:4,22
91:19 129:19
313:11
**retaining** 78:2
83:8
**return** 36:2,2
38:15 39:15 43:1
44:12 45:4,12,19
45:20,25 46:6,25
47:3,5,11 140:6
315:13,17
**returned** 235:21
235:25
**reuters** 187:16
188:2,4

[revenue - sample]

**revenue** 15:17,19 39:6 43:11 45:8,8 139:7 160:10 171:19,22 285:2
**revenues** 86:3
**reverse** 199:20
**review** 9:5 69:14 83:16 84:8 89:2 92:18 133:11,15 148:3,9,13,14 149:1,5,9,21 169:25 191:12 287:23 288:5 289:9 294:16 306:6 314:13 315:7
**reviewed** 73:2,5 78:1 83:13 84:4,9 84:18 85:2 133:13 149:15 169:5 170:2 176:21 191:8 288:9,19,24 289:17 292:7 294:18
**reviewing** 148:14 148:17
**revise** 85:17 122:12 249:24 307:25
**revising** 304:25
**rex** 179:7 294:11 294:17 295:2 296:15,24,25 297:5,5,14,24,25 298:19
**rgb** 228:7 229:22 229:24 230:3,4,10 230:12,13,15
**ribbon** 120:19
**richard** 178:2
**right** 8:7 9:11,24 12:17 16:13,21 18:22 21:24 26:12 27:5 31:7 34:16

53:16 65:7 68:17 71:25 72:12 73:24 73:25 77:19 81:19 84:7 85:16,17 86:1 92:22 114:20 115:12 117:2 121:18 129:24 130:7,23 137:10 138:17 139:16 140:1,5,25 142:1 148:19 149:24 153:5 163:2 164:5 167:2 168:7,8 174:8 180:3 181:12,13 189:22 190:7 194:20 196:4,15 199:8 200:15 207:22 208:7,15,18,21 209:2,3 211:2 213:22,25 221:19 224:7 226:7 239:11 248:13 256:7 259:17 260:24 261:2 266:8,16 267:9 270:11 271:5 272:7 274:23 275:7 276:3 280:2 288:14 289:2,6 293:9 297:22 298:1,23
**rights** 26:3,20,22 52:25 53:2 56:7,9 56:13 58:4,9 60:9 129:2,3 131:25 165:6,25 166:2,13 166:14,17 167:25 169:2,20 170:17 171:4,7,7,13,15 171:17,18,23,25 172:8,19,20,25 173:8 174:3 182:16 184:21

185:4,10,11,21 186:23 187:6 188:12,17 191:20 191:22 192:6,6,13 193:3,19 207:18 208:17 217:7,10 218:23 219:1,8,22 220:16,22 221:4 221:10,10,14,21 224:1,2 231:23 236:4 244:10 247:9 258:12 259:6 298:9 307:2 307:5,21 308:8
**riley** 73:1
**rings** 106:2,3,4
**risks** 10:25
**riverside** 314:2
**rob** 81:15 161:1 173:12 313:6
**robert** 2:13 7:21 315:1
**role** 21:2 31:11 32:7
**rolled** 182:15 197:16 204:13
**rolling** 69:9
**ron** 3:5 7:18
**room** 10:23 18:14 177:21 218:5,15
**roots** 59:13
**rough** 141:6,23 153:18 313:16,18 313:19,20
**roughly** 140:17
**roundabout** 298:3
**route** 98:10
**routinely** 231:18
**row** 272:5 273:10 310:2
**rows** 200:21
**royalty** 52:24 164:25 165:8,23 166:9,12 171:10

171:11,23 172:11 184:20,24 185:4,6 185:20 186:2 188:15 191:17,20 192:1 194:15,17 195:2,6,13,15,18 195:19,23 217:7 217:11,24 218:23 219:2,9,18,23 220:3,13,17 221:2 258:2,4 298:4,6 298:12,15 299:7
**rpr** 1:25 2:5 314:4 314:22
**ruled** 135:24 136:9,23,23 137:4
**rules** 184:19 185:20
**ruling** 136:13,14 137:9
**run** 180:8 202:23 242:8 264:8 291:20
**running** 106:18 264:12,17
**runs** 99:17

**s**

**s** 4:8 5:1 8:21 115:7 150:20 178:1 316:3
**salaries** 37:22 41:24 43:24
**salary** 27:4 35:9 39:2,3,4 94:25
**sale** 194:23 214:20 285:2 288:16 293:7
**sales** 298:4
**sample** 201:12 205:20,21,24 206:13 224:17 225:2 226:2 300:20

**samples** 204:8,10
258:21 259:1
**sampling** 205:15
224:16
**santa** 32:23,24
33:1 143:10
146:20 147:16
**sat** 144:4,8,13
169:17 241:12
**satisfy** 147:16,23
279:7,12 282:10
282:17 295:3
**save** 100:25
**saved** 257:6
**saw** 138:1 190:7
293:7 294:3
**saying** 11:15
51:20 53:9 55:17
109:22 112:5
136:13 139:5
189:20 197:7,12
197:20 249:12
251:3,4 252:22
263:17 268:20
270:22,24 293:4
294:25
**says** 38:7 41:24
43:4 68:7 69:19
88:2 102:9 103:23
108:11,14 109:2
109:11,17,22
113:6 114:14,17
114:21,25 117:2
117:21 118:3
119:2 122:2,4,16
124:10 125:1,19
127:8 128:10
200:17 203:2
204:12 213:20,23
213:24 229:21
245:17 257:5
266:9 267:2
268:14 271:8,9,18
272:4,18 273:21

273:25 274:17
276:4 290:17
302:10
**scan** 208:3,5,7
209:3
**scanning** 208:9,23
**scarce** 162:4 184:8
233:6,18 234:19
236:5,18,23 237:9
238:10 242:5
243:19 277:23
278:1,6,14,14,18
278:22 279:1,2,20
279:20 281:24
282:16 283:6,14
284:2
**scarcity** 184:10
222:15 224:10,15
225:3 232:9,25
233:9,14 234:4,8
234:11 235:17
236:6,17 237:5,16
237:21 238:2,12
238:17 239:18,24
240:24,24 251:11
264:11 277:21
278:5 279:4,6,11
280:4,11 281:2,3
281:11,12,19,23
283:24 284:9,12
284:19
**scenario** 163:10
221:6 244:13
**scenarios** 163:13
282:3
**schedule** 19:18
**scheduling** 78:15
83:3
**school** 17:13,17
18:1,7,11,24
19:20 20:16,24
21:5,14,14 22:6
25:5,6,10,12 61:6
61:10 143:8

147:10
**schools** 119:14
**scope** 20:20 23:11
49:2 51:1 58:4
86:4 136:18
159:22 166:18
192:20 203:20
240:5
**scott** 2:21 7:23
253:15,16 254:12
**scrambled** 108:22
**scrambles** 109:9
**screen** 110:15
113:2,10 115:2,19
202:22
**screenshots**
226:11
**scroll** 113:5
114:13 117:1
**se** 172:24
**seamless** 264:22
**search** 97:3
162:12 235:1,11
235:19,23 238:11
283:21 284:6,6
**searched** 175:7
**searches** 92:22
235:5
**seat** 26:14,14
**seattle** 167:15
**second** 32:4 68:2
75:23 90:17 93:7
93:8 131:20 163:5
163:8,10,10 200:2
200:17 209:17
212:14 213:9
229:12 253:19
265:3 268:4 280:8
290:18 294:12
304:24 305:6
312:19
**secondary** 32:6
**secondly** 116:12
234:14

**secret** 267:11
**section** 15:1 68:1
69:18 87:21 113:9
121:22,25 122:16
131:14 235:15
**sector** 26:15,16
**sedlik** 1:17 2:2 4:4
4:11,20,22 5:4,4
7:8 8:21 41:15
69:19,19 80:19
81:19 88:3,3
101:3 109:11,20
113:13,18 117:3,7
117:10,12,15
138:13 142:2,4
198:10 239:6
265:18 268:1
269:15 290:2
313:1,10 315:5
316:2,24 317:2,4
317:12
**sedlik's** 198:18,22
**see** 9:24 12:14
13:23 17:20 27:8
30:18 31:12 35:15
36:10 37:20 38:7
38:9 40:5 41:25
42:8 43:6 44:1,7
68:15,15 69:20,24
76:3 82:22 87:1
89:3 92:1 94:1
96:3 99:21,24
102:4,10 103:4,5
103:6,24 104:1
105:12 108:7,9,14
109:13,17 110:5
110:12 111:3,12
113:7 114:15
115:4 117:23
118:5 119:4
121:25 122:20,22
124:11 125:2,20
127:10,20 131:16
137:24 152:14

170:12 176:21
200:15,18,22
201:8,19 202:13
215:15 219:14,23
226:7,24 227:6
246:19 252:15
253:11 254:7
255:11 262:7
264:12 265:20
266:8 267:17
271:9,19,21 272:4
272:23 273:9,23
274:19,22,24
275:4,17 276:7
279:10 287:18
288:2 291:19
292:20 294:12
297:2 301:8
308:18
**seeing** 195:5 277:4
277:7,9
**seek** 217:23 233:1
**seeking** 91:19 95:9
159:3,15 184:5
**seen** 55:1 59:15
84:2 92:7 180:15
206:7 232:25
253:3 257:18
303:15 305:19
309:14
**sees** 193:2
**seldom** 279:13
280:2
**select** 69:10
147:11,11 181:22
**selected** 121:22
181:17 182:11
228:5 237:7
**selection** 260:12
263:12 308:18
**self** 24:13 139:6
153:9
**sell** 159:5 219:19
306:21 309:1

**seller** 162:6,6
244:14,14 251:20
**sellers** 192:22
**selling** 154:24
**semester** 18:23
19:13,22,24 22:12
**semesters** 20:10
21:7
**seminar** 144:10
**seminars** 119:18
143:14 144:8,18
**send** 92:8 116:5
158:19 245:16
246:3,4,8,24
247:7,14
**sending** 60:14
**sense** 140:17
148:14 156:20
158:7 165:17
167:7 174:22
252:25 264:22
**sent** 47:25 246:6
253:2,4 315:14
**sentence** 78:9
102:24 103:2
131:10 217:25
276:14 281:16
287:21 296:21
**sentences** 58:14
**separate** 95:6
109:16 117:11
124:9 249:6,9,17
250:12 251:5
274:6,9
**separately** 244:20
251:3
**september** 87:17
88:12,16,20
**series** 144:10
295:16
**serve** 91:13
276:19
**served** 91:12

**serves** 311:4
**service** 24:15 32:9
92:17,25 93:4,14
93:18,21 96:9,11
96:22 102:13,20
105:19 151:20
162:14,15 186:17
192:18 208:5,24
209:24 213:20
216:6,7,20,22
233:2
**services** 87:19
97:1,13 98:1,6
104:14 109:12,21
117:4,8,16 191:2
215:22 219:20
**set** 27:13 58:13
59:21 155:17,20
168:7 181:10
223:8 224:4 231:6
276:17
**sets** 299:10
**setting** 52:21
243:12
**settings** 256:11
**setups** 262:5
263:15
**seven** 21:12 22:14
27:22 35:5 153:24
**severally** 87:24
**shake** 10:4
**shaking** 220:4
242:3
**shapes** 310:17
**share** 170:7
**shared** 107:5
155:24
**sharing** 50:17
**sharp** 61:24 62:1
309:18,20 310:2
**sheet** 315:11
**shmarder** 2:25
**shoot** 65:18
107:11 159:5,8

311:15
**short** 284:23
**shorthand** 275:4
314:23
**shortly** 77:21
**shorts** 154:19
**shot** 178:5 260:6
262:13 310:6
**shots** 65:16 202:22
236:13
**show** 38:18 39:18
42:10 43:14 44:10
98:18 114:6,7
116:21,22,23
155:17,18 276:2
290:10 291:10
**showed** 238:12
244:22
**showing** 35:20
112:11 116:2,19
290:7
**shown** 38:22 82:6
85:18
**shows** 38:11,23
70:14,14 108:20
115:22 153:11
175:14 203:16
204:4 228:2
234:23 236:12
290:10
**shredded** 312:11
**shutterstock**
191:9 257:23
258:5,12,14 260:2
**shutting** 248:16
**sic** 303:10
**side** 49:11,15
60:22 66:21
178:25 179:3,18
179:20 189:18
219:10 271:4
307:2,5,22 308:8
**sided** 82:17

| | | | |
|---|---|---|---|
| **sierra** 40:9,19,23 | 189:3,21 190:11 | 161:15 174:18 | **slate** 146:19 |
| **sign** 65:21 193:14 | 190:12,22 191:1,4 | 176:14 181:11 | 147:25 |
| 268:15,18 270:17 | 206:16 244:8,9,23 | 192:4 205:3 | **slide** 266:21 |
| 295:7,17 308:21 | 245:2 248:2 253:2 | 222:20,25 223:5 | **slightly** 203:10 |
| 313:4 315:12 | 253:5,10,11,11,13 | 231:15 243:8 | 279:25 |
| **signature** 314:22 | 253:16 254:7,8,8 | **site** 98:8 100:8,11 | **smaller** 229:15,16 |
| **signed** 296:9 | 254:15,25 255:1,5 | 101:4 103:15,16 | **smallest** 229:20 |
| 315:20 | 255:11,12,12,19 | 103:16 104:24,25 | **smart** 123:6 |
| **significant** 46:15 | 260:11 264:7,12 | 104:25 158:16 | **smith** 176:10 |
| 158:2 203:19 | 264:23 277:8 | 214:18 230:17 | 177:2,22 |
| 205:17,20,23 | 288:21,23,24 | 290:16 294:4 | **smoked** 153:23 |
| 206:9 238:2 | 290:16 291:24 | **sites** 98:8 102:15 | **smoothly** 9:8 |
| 267:15 285:1 | 315:4 316:1 317:1 | 103:15 104:13,14 | **social** 129:24 |
| **significantly** 30:6 | **sinclair's** 197:16 | 105:4 159:11 | 159:9,11 204:19 |
| 243:18 | **single** 201:7 | 160:8 258:21,23 | 204:20 274:5 |
| **silly** 131:24 | **sir** 8:17 9:18 12:11 | 277:8 291:17 | **societies** 131:15 |
| **similar** 43:5 93:22 | 12:18 13:24 14:19 | 293:7 | 132:9,20 133:8 |
| 143:12 155:9 | 16:12 17:22 18:8 | **sitting** 27:5 48:17 | **society** 131:25 |
| 157:12,13 158:7 | 24:19 25:23 30:7 | 52:15 54:10 88:24 | 133:10,17 144:11 |
| 167:6 169:15,21 | 36:11 38:10 40:14 | 90:6 140:20 167:2 | **soft** 309:12,12 |
| 172:7 179:14 | 42:1,9 44:9 45:1 | 167:10,19 191:11 | 310:1 |
| 219:19 221:6,8 | 45:21 46:16,19,23 | 205:7 238:23,24 | **software** 256:11 |
| 237:22,24 244:9 | 47:4,22 69:21 | 241:23 243:7 | **sold** 209:20 |
| 259:8 277:10 | 72:13 73:21 97:12 | 267:20 300:23 | 225:20 230:24 |
| 279:24 287:5 | 97:25 103:19,25 | 302:17 | 231:5,9,16 |
| **similarly** 200:2 | 104:2,8 107:18 | **situation** 96:7 | **sole** 142:5 158:2 |
| **simple** 24:24 50:8 | 109:10 112:3 | 210:7 211:11 | **solely** 141:20 |
| 73:23 168:4 | 116:4 117:24 | 214:11 256:21 | 307:11 |
| 213:14 251:9 | 122:1 138:16,25 | 283:5,7 | **solemnly** 8:9 |
| 288:12 | 139:17 146:24 | **situations** 151:22 | **solutions** 315:23 |
| **simplify** 26:1 56:6 | 159:18 163:1 | 209:12 311:5 | **somebody** 97:4 |
| **simply** 299:10 | 172:5 173:23 | **six** 21:12 22:13 | 103:2 143:5 |
| **simultaneously** | 195:21 199:6 | 58:20 153:24 | 158:15 175:14,14 |
| 106:19 | 228:8 241:15 | 236:2,10 | 224:11 242:8 |
| **sinclair** 1:8 7:10 | 260:1,15 262:23 | **sixth** 273:10 | 243:4 299:12 |
| 15:21 157:5,13 | 265:21 266:1,10 | **size** 166:20 205:21 | **somebody's** 183:3 |
| 158:7 160:9,11 | 266:18,24 306:19 | 205:21 228:6,11 | 224:25 |
| 167:6,13,17,25 | 313:3 | 228:12,15,21,21 | **somewhat** 21:3 |
| 168:9,23 169:1,8 | **sistek** 254:13,14 | 229:9,10,15,16,20 | 157:6 186:18 |
| 169:15 170:6,9,25 | **sit** 10:23 24:9,14 | 241:9 | 194:16 280:18,19 |
| 172:7 179:9,10 | 46:24 53:19 68:23 | **sizes** 228:13,17,20 | **sony** 68:11,15 |
| 183:17 184:17 | 68:25 70:25 71:3 | **ski** 183:4 | **soon** 143:3 176:13 |
| 185:17 186:6 | 71:21 106:9 132:2 | **skin** 310:9,21 | 190:7 |
| 188:7,11,19,21 | 146:7 158:24 | | |

| | | | |
|---|---|---|---|
| **sore** 311:21 | **special** 23:11 | **spreadsheet** 50:8 | **starts** 112:11 |
| **sorry** 37:9 68:14 | 181:23 214:18 | **spreadsheets** | 281:9 287:18 |
| 69:12 70:10 83:24 | **specialize** 213:10 | 50:14 54:11 | **state** 7:19 314:1,5 |
| 102:3 119:14 | **specialties** 114:9 | 302:18 | 314:24 |
| 121:1 151:25 | **specific** 61:13 | **spring** 19:1 20:11 | **state's** 147:23 |
| 165:7 166:14 | 63:10 64:17,21 | 20:12 21:7,16,17 | **stated** 46:6 48:9 |
| 179:8 180:12 | 70:23 71:3,10 | 21:18,23 22:1,12 | 209:2 |
| 184:25 191:2 | 72:24 95:13 171:5 | 24:18 | **statement** 293:2 |
| 208:24 215:19 | 193:24 227:18 | **square** 41:10 | 299:2,4,5 305:12 |
| 218:20 226:4,6 | 296:3 297:13 | **srgb** 230:14,16 | **statements** 233:25 |
| 227:21 228:11 | **specifically** 49:8 | **ss** 314:2 | 295:16 |
| 253:16,20 264:16 | 68:19 133:24 | **staff** 137:13 | **states** 1:2 7:11 |
| **sort** 130:11 143:17 | 142:6 192:15 | **stage** 24:8 307:9 | 54:8,9 59:12 |
| 154:19 175:16 | 229:3 | **staged** 236:14 | 87:22 122:17 |
| 178:7 181:25 | **specification** 49:1 | **stakeholder** 56:21 | 207:24 302:15,16 |
| 184:13 | **specifications** | **stakeholders** 50:4 | **stating** 253:4 |
| **sorts** 142:14 | 34:4 56:4 231:24 | **stand** 172:22 | **station** 15:20 |
| 162:17 | **spectrum** 41:19 | 275:3 | 245:1 250:11,12 |
| **sought** 299:17,21 | 41:21 | **standard** 59:11,12 | 250:15,21 251:12 |
| 300:9 | **speculate** 28:25 | 59:13,19 129:3 | 264:18 |
| **sound** 46:9 143:7 | 29:11,11 71:4 | 193:21 194:1,8,10 | **stations** 15:21 |
| **sounds** 29:13 | 72:15 | 194:10 228:9 | 152:10,11 157:9 |
| 46:11 104:7 | **speculation** 28:24 | 230:4,9 248:25,25 | 157:14 158:8,10 |
| **source** 171:19 | **speculative** 72:14 | 251:10 252:15 | 167:8,17,20,21 |
| 242:15 | **speculatively** | 299:25 | 168:10,14,15,20 |
| **sources** 69:12 | 60:11 | **standardized** 51:3 | 168:21 169:8,16 |
| **south** 2:4 7:14 | **speed** 80:21 | **standards** 26:19 | 170:14 171:2 |
| **space** 41:8 107:12 | **spell** 32:19 177:25 | 50:2 59:21 103:10 | 173:5,25 174:2 |
| 134:8 234:16,16 | **spend** 23:23 27:18 | 128:15,23 133:2 | 244:19 249:23 |
| **speak** 11:6 37:9 | 30:1 63:12 78:20 | 246:11 304:24 | 250:14 251:7,25 |
| 65:4 68:14 70:11 | 95:20 97:7 | 306:22 307:12,15 | **statistically** |
| 75:14 76:13 78:5 | **spending** 64:7 | 307:17 | 205:20,22 |
| 78:10 119:14,17 | **spent** 63:19 64:1 | **standpoint** 60:7 | **stay** 135:15 |
| 121:17 146:3 | **spin** 69:10 | **stands** 112:5 | **stays** 87:14 |
| 156:21 233:15 | **spirit** 57:20 | 144:16 | **steel** 245:25 |
| 237:13 265:23 | **spoke** 178:8 225:4 | **star** 65:20 | **stemtech** 225:12 |
| **speaker** 119:15 | 237:17 | **start** 13:7 58:24 | **stenographically** |
| 243:8 | **spoken** 63:4,5 | 59:1,1 155:6 | 314:7 |
| **speaking** 76:21,22 | 74:17 77:9 144:3 | 245:18 266:4 | **step** 52:22 57:7 |
| 78:14 134:7 | 176:25 242:18 | **started** 99:18 | 110:9,9 125:12 |
| 173:13 180:13 | **spontaneous** | 108:24 116:16 | 127:13,13 151:20 |
| 198:1 238:24,24 | 312:1 | 118:17 125:9 | 247:6,8 |
| 241:5 246:17 | **spread** 234:22 | 126:23 204:14 | **stepdown** 203:7 |

**steps** 216:23
229:19
**stern** 150:19
151:11 152:2,9,20
153:16,17 154:21
156:20 224:12
237:24 309:4,9,10
**stern's** 154:15
**stevens** 215:14
**stick** 145:23
173:12
**sticking** 241:6
311:19
**sticks** 195:5
**stock** 49:12 50:5
54:15 55:2 57:23
57:24 76:24
143:15 154:22,24
155:2 156:15,22
157:25 172:16
177:1 184:20,20
185:4,20,21
191:17 192:25
193:11,18 194:20
196:18 200:25
203:2,4,16,24
204:4 205:4 206:7
215:22 216:6,7,20
216:23 217:20,21
217:23 221:2
224:3 227:4 259:5
259:19 260:5
261:18 262:10
263:2 288:15
290:21,24 291:1,3
291:22 292:8
293:2,12,22,25
294:10 295:23
296:20 300:21
302:25 303:17
305:19 306:17,21
306:25
**stole** 158:15

**stone** 69:9
**stop** 125:25
245:17 253:19
290:18
**stopped** 102:7
245:22
**store** 208:10
282:20
**story** 155:9 167:4
**straightforward**
30:22 182:10
205:15
**strange** 160:1
311:24 312:10
**strategies** 305:22
**strategy** 24:12
**streams** 139:7
**street** 2:4,22 7:14
36:18 51:13 153:2
180:15
**stretch** 79:21,24
177:19
**strictly** 144:10
**strips** 256:21
**strong** 23:20
**structure** 51:15
**stuck** 289:23
**student** 25:2
**students** 18:5
19:22,25 23:15,20
24:3,6 118:24
312:8
**studio** 64:1 106:3
106:7,10,16,17,25
107:2,3
**studios** 107:5,6,7
107:10,11
**study** 233:12
**stuff** 153:15
155:11 195:4
**style** 312:3
**styles** 181:5
**sub** 249:22

**subject** 17:8 19:5
22:4 62:11,12,12
62:15 63:5 121:13
128:13 134:18
143:2 157:22,23
159:20,22 164:23
179:14 182:17
183:22 212:15,18
215:2 232:24
281:20 282:12,15
299:1 309:13,15
309:17,22,24
310:1 311:15,20
311:21
**subject's** 310:9
**subjective** 280:18
280:19
**subjects** 155:12
269:24 270:1
**sublicense** 207:3
207:16 208:18,20
208:21 209:13
210:6,13 211:5,11
214:10
**sublicensed** 208:6
**sublicenses**
207:21
**sublicensing**
208:14
**submission** 48:6
84:13
**submissions** 54:11
54:20 302:19
303:6
**submit** 24:22
25:13 57:8,12
124:19 132:17
308:22
**submitted** 15:9
25:8,18,19 81:1
105:1 202:11
**submitting** 58:22
235:3

**subpoena** 116:5
116:11 254:24,24
255:1,4
**subscribe** 92:17
92:20 93:14,17,21
94:4
**subscribed** 92:25
317:14
**subscription** 94:5
172:3,10,11,12,13
172:23,24 173:8
174:3,8 184:20,24
185:3,6,9,20
186:2,25 187:7,15
187:17 190:25
191:14,16,18,19
191:20,21,23
192:1,7,16 216:5
216:11 220:11,14
220:15,18,22
221:1,3,6,7,12,14
221:21 258:6,8
**subsequent**
175:21 176:18,19
**subsequently**
179:9
**subset** 161:23
**subsidiaries** 169:1
249:13,15 251:24
**substance** 214:23
215:10,12
**substantive**
130:10
**substitute** 61:11
**success** 137:7,8
**successful** 57:3
311:6
**sucked** 31:6
**sudden** 180:8,16
**sue** 158:17 209:10
**sued** 211:18
**suffered** 222:5
**sufficiency** 217:3

**sufficient** 39:5
  170:2 205:22
  282:8,10 283:17
**suggest** 92:11
  131:1
**suggested** 237:18
  237:19
**suggesting** 52:21
**suggestions** 51:5
  58:16,23
**suit** 196:22 247:19
**suitable** 236:6
**suite** 2:4,22 7:14
  37:6,8,12,14
**supplemental**
  72:25
**supplementary**
  175:17,18 232:25
**supplier** 221:9
**suppliers** 229:1
**supply** 161:19
  178:25 184:6
  216:13 242:4
  281:25
**support** 66:10
  130:13 137:13
  138:18 141:7,25
  237:10
**suppose** 60:21
  102:22 132:3
  139:2 168:18
  187:2 196:15
  210:15 308:17
**supposed** 26:13
**supposing** 165:11
**sur** 175:18
**sure** 9:15 10:3
  12:21 20:1,14
  22:7 31:9,10
  37:15 39:17 41:1
  46:21 47:25 48:20
  49:21 51:19 52:7
  52:24 53:17 61:7
  62:20 63:1 67:12

70:2 73:6 81:2,11
  87:13 89:21 90:23
  97:2,4 104:8
  111:13 120:12,22
  125:18 129:4
  135:10 140:10
  141:16 145:25
  148:11 156:18
  167:12 173:24
  181:9 187:9
  190:24 198:4
  200:13 216:14,16
  230:19 231:14
  233:24 262:24
  268:6,13 271:17
  275:22 277:9
  278:23 293:9
  301:8 305:8
  311:18
**surpass** 286:8
**surprise** 57:19
**surrebuttal** 4:21
  14:24 81:1 83:1
  83:12 84:6,20
  175:18 176:22
  235:3,4,14
**survey** 193:24
  197:15,25 205:16
  240:6 241:4,9,10
  306:2
**survived** 134:23
**suspect** 25:17
**swapped** 166:15
**swear** 8:6,9
  215:14
**sweetwater** 90:14
**switched** 22:12
**sworn** 314:10
  317:14
**syllabus** 24:20,22
  24:25 25:2,5,8,10
  25:13,17,18
**sylvania** 89:16

**symposia** 143:14
  143:20
**synchronize**
  256:12
**system** 19:21
  57:13 210:5 211:8
  256:23 257:3,11
  308:23
**systematic** 95:23

**t**

**t** 4:8 5:1 150:4,20
  178:1,1 316:3,3
**t1** 273:25 274:2,7
**t50** 274:8
**table** 110:2 177:6
  202:24 266:12
  273:2 274:6,10
  275:3 276:21
  289:16
**tables** 15:1,2
  196:25
**tackle** 60:4
**tagged** 291:15
**tail** 252:7
**take** 10:2,13,25
  15:6 18:4 19:21
  26:17 28:5 33:17
  35:21 39:25 41:22
  43:20,23 48:5,7
  52:22 61:12 74:8
  74:12,25 75:10
  79:16,19 98:6,24
  100:23 101:16
  103:13 104:13,15
  105:9 107:20
  110:9 121:20
  137:22 140:8
  143:5,18 165:12
  176:16 177:4
  202:11 208:1,12
  209:22,25 210:3
  212:4 213:9
  214:16 216:10
  217:18 226:3,7

232:14,14 237:4
  237:15 238:16
  239:17 243:25
  247:25 263:1
  265:18 266:5,16
  268:10 269:1
  271:3 273:4
  275:14 281:17
  287:5 289:16
  295:20 309:4
  313:18,19,20
**takedown** 158:23
**taken** 2:2 7:8 80:3
  120:16 137:3
  138:8 142:6 143:2
  146:17,23 159:2
  174:11 177:13,18
  183:10,21 196:11
  198:13 204:16
  216:23 245:7
  253:25 254:17
  265:7 306:10
  312:22
**takes** 96:18
  255:22 281:12,16
**talk** 8:25 10:7
  25:11 52:24 53:4
  55:13 56:1 58:5
  93:25 96:21 143:2
  155:18,20 179:3
  180:11 182:20
  190:15,25 196:7
  210:11 217:15,16
  217:17 221:24
  243:9 248:5 280:8
  288:4,22 297:21
  297:22
**talked** 84:7 117:25
  131:18 201:6,7
  206:11 217:6
  218:22
**talking** 37:16
  58:11 76:6 84:12
  136:19 141:20

Case 1:18-cv-03403-SAG   Document 168-15   Filed 07/20/21   Page 371 of 381
Jeffrey Silber - December 13, 2019
[talking - thank]                                                               Page 52

142:18 148:10
160:16,17 162:9
163:11,12,13
170:9,10 188:5
190:20 220:2
241:24 247:1
249:3 268:9 277:3
279:21 282:6,7
300:24 301:4,20
307:11 310:24
312:9
**talks** 210:4
**tandllaw.com**
2:25
**tangent** 239:11
**tangentially**
167:14
**tapping** 216:1
**task** 29:25
**taught** 17:3,8
18:21 19:9,10
21:13,22 22:25
23:17 61:4,7,16
61:20,23 62:5,11
62:13,14,18,22
63:6 119:16,19
311:13
**tax** 36:1,2 38:15
39:15 43:1 44:12
44:13 45:4,20
46:25 47:3,11
140:5
**taxes** 140:15
**teach** 18:21 19:19
20:2,3,17 21:17
22:1,5,11,15
23:10,14 24:24
25:11 61:12 119:9
142:9 143:12
144:8 311:17
312:7
**teacher** 23:7 61:11
118:24

**teachers** 61:9,9,10
**teaching** 17:5 18:3
18:15 19:1,1,2,12
22:12,23 23:1,3
24:17 311:10
**teachings** 62:14
**technical** 33:15
63:6 286:8 311:7
**techniques** 61:23
**technology** 146:4
146:9
**ted** 149:3,18
**telephone** 83:7
**television** 15:20
15:21 68:3,5,7,18
69:22,25 70:13
153:11 157:9,14
158:8,9 167:7
168:10,24,25
169:16 170:14
171:1 173:5,25
251:24
**tell** 8:19 93:11
97:2 120:1 126:9
175:3 189:11
191:10 214:1
233:13,22 269:23
298:20 309:3
**telling** 48:8 141:14
262:16
**ten** 26:13 28:15
44:16,21,22 47:12
47:15,19 50:11
51:10,10 58:19,20
129:7,19 186:11
241:21 246:16
257:22 278:20,21
282:11 283:1,8,11
283:15 284:4
**tend** 27:22 121:16
311:23
**tennessee** 76:11
91:3,5,7 92:14
179:18

**tens** 166:11
178:20,21 205:24
283:20
**tenure** 17:15,18
32:22
**tenured** 17:17
**term** 17:20 19:1
19:19 62:3 151:7
187:17,21 220:15
220:25 224:9
284:1 286:1
**terminated** 190:7
295:20,21 296:6
296:11,23 297:5
**terminating** 93:15
94:7
**termination** 15:3
217:3
**terminology**
226:16,17 241:20
**terms** 11:10 29:13
30:4,9 49:1 50:8
50:24 59:4,5
136:6,11 157:24
165:4 194:23
231:6,10,17
284:18
**terrible** 52:6
164:4
**territory** 166:20
**test** 296:24
**testified** 18:12
25:7 40:24 70:6
75:13 85:6 106:6
118:23 192:8
212:22 214:1
215:3,4 241:19,21
259:15 269:5
279:25 286:15
290:11,12 291:3
292:7,11 298:13
298:17 300:14
305:20 311:9

**testify** 84:11
135:12,25 136:11
136:15,18 192:5
292:6
**testifying** 102:25
168:6 199:22
215:11 292:1
**testimony** 8:9
15:18 29:4 30:20
46:25 47:2,13
73:7,8 77:17
102:23 103:1
104:7,23 112:5
116:4 134:22,24
135:20 137:4,7
141:22 159:23
166:19 183:25
199:10,12 200:8
206:10 214:3
221:5 253:4,9,10
254:7,11 255:11
255:19 258:11,13
262:9,13 269:7
270:25 290:20
294:23 296:3
297:4 300:17,19
300:20,22,25
301:9,14,17
305:17 313:10
314:7,12 315:9,18
317:8
**text** 100:8 103:11
103:13 109:24
148:19 299:3,4
**textbook** 192:11
274:5
**texts** 149:4
**texture** 310:21
**thank** 12:5 41:16
42:6 76:19 79:25
81:24 86:8 111:9
166:15 254:14
266:1 306:4 313:1
313:5

**thanks** 164:11
211:16 289:22
313:8
**thicker** 14:8,11
**thing** 10:17 23:10
28:12 58:17
100:13 106:16
116:15 121:18
124:16 143:17
154:19 178:7
181:25 189:18
193:11 206:6,22
208:20 241:14
267:3 270:15
276:2 295:18
309:2
**things** 9:7 20:4,19
23:21 30:2 32:12
32:13,14 34:4,13
48:21 60:5 63:21
66:21 72:3 80:21
95:25 96:2,12
98:25 99:20
101:21 102:7
105:3 109:6
130:14 132:24
135:7 136:18
189:18 190:15
194:24 195:19
220:6 239:7,14
251:2 256:18
263:5,23,25 265:4
286:7 310:19
311:11,17 312:10
**think** 19:4 20:13
20:13 21:6,8,20
25:14,21 32:1
33:21 36:25 39:13
41:19 43:2 44:20
50:7,16,16 66:7
72:6 77:1 78:4
79:6,6 83:2 86:4
86:13 89:4,5,13
90:16,16,17 96:4

96:5 97:7 98:3,12
99:19,19 102:5
109:3 111:10
119:8 124:15
126:23 127:1
129:16 133:18
137:10 141:7
145:8 148:23
149:11 150:22,23
151:5 153:19
154:11 158:11
161:9 166:6
167:11,21 169:12
171:12,12 176:15
177:8,19 178:10
181:11 183:5
191:15 206:12
209:16 211:14,17
212:3 214:3
215:13 219:7
221:15 226:15
229:19,20 230:18
237:7 239:20
259:11 260:9
261:24 267:10,14
268:24 269:7
274:24 280:17,18
281:16,17 284:18
286:5 290:15
294:24 305:17
308:9,13
**thinking** 11:4
20:15 49:21 63:1
63:3 89:22 181:9
**thinks** 64:8
**thinner** 14:9
**third** 1:10,14
177:24 214:15
229:20 270:15
**thirds** 99:22
**thomas** 2:20 7:24
**thought** 11:2
40:24 85:24
213:13 253:20

268:25
**thoughts** 57:14
**thousand** 41:9
44:17,19,25 59:3
65:6 97:7 99:11
153:2 240:6
**thousands** 71:9,9
81:9 142:11,11
166:11,11 178:20
178:22 205:24
283:20,20
**threat** 245:23
**three** 13:15 20:10
23:23,24 24:4
59:7 64:23 66:16
66:23 67:2 99:22
111:16 119:8,21
120:2 139:14,22
151:8 175:21,23
176:4,6,8,11
178:23 182:11,13
193:18 225:18
226:11 231:7,16
231:20 233:15,23
234:15 236:22
237:19 241:10
242:23,25 305:24
**throats** 56:22 57:6
**thrombosis** 10:21
**throw** 209:15
220:6
**throwing** 195:4
213:13 286:10
**thunk** 213:22
**till** 10:15 77:12
**time** 7:6 10:14
16:16 17:12 18:4
20:21,23 21:13,21
24:9,24 25:1,4,8
25:18 26:24 27:1
27:4,6,12,14,18
28:7 29:24 30:4
30:16,24,24 31:17
31:19,20,23 32:4

32:16 33:17 34:6
34:10,21,25,25
35:5 39:1,4 48:4
51:20 54:4 55:11
56:25 57:6 62:5
63:12,19,24 64:1
64:2,5,6,8,11,16
65:2 66:2,10,17
67:2,20 69:10
71:12,22 72:9
73:19 78:20,23
79:22 80:2,6 83:5
83:5,7 85:3 86:3
89:8 91:20 92:5
94:21,23,25 95:5
95:18 100:6,9,15
100:17 109:23
116:9 124:21
125:6 126:13
127:25 133:12,15
134:19,25 137:22
138:7,11 139:8,12
140:1,2,10 142:7
142:25 143:13
146:8 147:18
149:4 151:4
152:23,25 153:3
153:18 154:10
156:4,5,7 157:18
161:11,12 176:12
177:4,12,16 180:4
189:7 191:7,8
194:18 198:6,12
198:16 199:23,23
200:10 201:2
203:10 204:14,17
205:16 216:3
217:14 218:3
220:11,24 225:7
230:25 232:20
234:25 235:10
236:24 237:3
239:22 243:18
244:5 245:3,6,10

247:21 252:18
253:7,24 254:3,16
255:24 256:6,8,9
256:12,17,18
258:20 265:6,16
270:9,10 285:17
287:12 288:25
296:7,19 301:16
302:9 304:4,9
305:13 306:9,13
306:15,15 309:2
312:21,25 313:2,7
313:13 315:19
**timeframe** 315:8
**times** 19:10 29:14
32:4 59:8 61:14
61:15 65:6 69:7
69:13 74:19 78:5
78:9 81:21 89:12
95:16,17 217:6
218:22 222:13,15
222:17 237:1,6,7
237:18,20 238:8
238:15,21,21
239:2,4,4,5,17
240:23 241:1
243:16 251:10,11
311:10
**timing** 204:23
**tired** 167:11
**title** 8:24 16:23
17:6 44:10 117:17
118:3,11,14,15,19
118:20,22 122:18
122:23 123:3
134:13
**titled** 131:14
**titles** 132:23
**today** 9:6 11:11,15
11:15 12:20,24
13:2 14:22 31:22
46:24 51:22 52:16
52:18 53:8,11,19
63:22 64:10 65:4

68:23,25 70:17,25
71:4,20,21 72:22
73:8,10 74:15
76:7 77:24 78:6,7
78:9,10,13 82:18
87:5 88:24 102:23
106:9,12 121:5
139:15 140:20
141:22 161:15
167:3,10,19
169:18 174:19
191:11 192:4,8
195:21 196:14
205:3,7 217:6,8
218:22,24 221:5
222:20,25 223:5
231:15 233:6
234:19 235:7
236:6 237:23
241:21 246:15,19
252:23 258:11,13
262:9,14,16 263:1
270:3,10 277:21
284:9,10 286:1,3
286:5 287:3 293:4
301:3 306:16
**today's** 78:16
313:9
**toilet** 214:20
**told** 71:17 117:14
247:13 295:19
**tomato** 220:5
**tomorrow** 64:24
64:25 65:13
**top** 11:22 36:7
40:5 107:24
110:12,14 111:3,4
111:11 137:20
226:24 271:18
**topic** 26:10 212:23
214:2 243:14
294:19
**topics** 17:11 63:7
71:10 125:14

126:17 135:2
215:10
**total** 43:11 45:7,8
97:10 222:4 238:1
284:4 295:19
**totally** 150:12
**touched** 100:17
168:16
**touches** 63:5
**tough** 32:20
285:17
**town** 24:5
**track** 28:7 29:9,15
31:14 35:2 138:20
201:2 218:19
291:16
**tracks** 95:5
**trade** 58:1 64:7
127:24 130:20
**trafficked** 166:5
**training** 159:25
160:2
**transaction** 49:2
185:2 222:21
223:1,6 224:5
299:19
**transactions**
157:20
**transcript** 314:11
314:14 315:6,20
317:5,8
**transportation**
17:9
**travel** 19:18
**traveling** 241:22
**treat** 158:1 239:4
251:5
**treated** 249:6
**treatise** 123:11
223:14 231:25
232:3 284:15
**treatises** 206:17
**tree** 311:20

**trees** 82:18 100:25
310:3
**trend** 310:1
**trends** 181:5
243:13 301:1
305:24
**triage** 32:7
**trial** 132:12,15,18
261:13
**tried** 56:15 100:9
158:22 209:18
**trimble** 151:9
**trimester** 19:21
20:9
**trindl** 150:4
151:10
**truck** 66:8 209:5,5
**true** 45:1 195:18
195:19,21 308:6,9
314:11 317:8
**truth** 8:10,11,11
**try** 9:6 16:6,8
29:12 30:13 65:8
72:8 83:25 87:11
121:18 149:11
157:19 193:6,19
194:6,22 209:16
240:15 250:2
258:24 277:22
**trying** 55:18 67:6
82:18 86:9 100:25
123:6,7 126:5
145:17 148:7
173:15,17,18
215:16 219:19
220:15 232:13
234:7 261:24
296:6,6
**turmoil** 285:11
**turn** 38:5 42:7
110:3 121:21
209:10 265:2
287:15

**turnbull** 151:8
**turned** 67:1
**turner** 69:4
**tv** 152:10
**twice** 74:20,20
**two** 11:20 13:8,15
  14:7 15:10 16:10
  23:2,18 50:10
  55:7 58:11 66:15
  75:20,20,24 76:5
  77:3 79:7 80:8,19
  81:21 82:17 85:8
  87:7 90:6 94:6
  95:5 98:4,12
  99:22 100:24
  111:17 119:21
  135:1 146:7,7
  150:23 152:22,24
  166:3 177:20
  190:21 200:21
  201:23 220:4
  225:6 229:19
  237:18,25 238:23
  241:12 242:3,25
  244:5 251:2
  254:20 279:3,4
  291:16 294:6
  301:22 303:24
  304:13,23
**type** 17:8 32:6
  52:17 53:8,10
  55:5 58:17 65:14
  96:21 97:6 124:2
  164:22 165:22
  166:19 172:23
  184:7,11 194:19
  208:13 231:19
  244:2 256:23
  273:22 274:4,11
  274:12,18,23,25
  274:25 283:4
  297:11 303:21
  305:15

**typed** 10:9
**types** 17:11 52:2,3
  62:24 93:1 96:25
  97:13 129:15
  133:9 134:7 160:4
  171:16 175:10
  201:2 207:10
  231:19 274:7,8,10
  277:25 310:11
**typically** 51:2
  144:8 207:14
  228:14,23 230:11
  241:19 242:22
  308:19
**typos** 137:16

**u**

**u** 32:20
**u.s.** 58:25
**u06** 272:20,25
  273:10
**u104** 272:21
**uh** 10:8,8 163:21
**ultimate** 208:16
**ultimately** 232:21
  260:22 261:11
**unanswered** 6:1
**unavoidable** 51:7
**uncle** 41:6,7,14
**unclear** 270:22
**uncommon** 139:1
  139:2
**underlying** 185:23
  300:8
**understand** 9:12
  9:15 11:17,18
  15:18 27:2,24
  36:5 46:4,16,20
  48:20 49:2 51:19
  62:2 63:14 65:5,9
  76:19 85:1 93:9
  96:7 104:8 135:11
  150:12 154:23
  156:17 157:7
  168:14 173:19

200:13 201:4
204:22,23 212:8
212:12 232:9
240:15 252:22
260:17,24 261:1,5
261:8,10 277:22
278:25 281:14
286:13 295:12,14
309:25
**understanding**
  18:20 27:11 56:15
  171:6,21 187:4
  212:13 233:17
  262:25 270:13
  284:12 286:2
**understandings**
  56:12 226:19
**understands**
  27:10
**understood** 9:21
  11:7 18:9 30:3
  33:24 50:20 51:18
  70:9 77:21 81:10
  155:3 181:19
  189:10 227:24
  231:13 232:6
  256:15 272:14,16
  274:16 275:5
  277:13 285:25
  306:1,4 309:6
**undertaking**
  205:17
**unfamiliar** 89:7
**unfortunately**
  10:8
**unintentional**
  51:17
**unintentionally**
  50:19
**unique** 243:20
**unit** 7:7 40:6,9,10
  40:17 41:5
**united** 1:2 7:11
  54:8,9 59:12

122:17 207:24
302:15,16
**units** 313:11
**universe** 170:13
**university** 143:9
  146:19 147:15
**unknowingly**
  167:16
**unpaid** 124:16
**unquote** 88:6
**unreasonable**
  46:9,11
**unusual** 279:14
  296:20
**upcoming** 21:24
**updated** 129:5
**updating** 102:7
  128:22
**uploaded** 97:19
**uploads** 308:23
**url** 99:2,23 110:16
  110:20 111:2
**usa** 1:12
**usage** 51:12,13
  150:24 151:18
  153:10 169:13
  172:19 188:13
  190:14 194:17
  201:3 204:17
  223:21 224:13
  231:19,23 252:16
  253:17 272:18
  273:10,14 274:5,5
  274:6
**usages** 150:11
  197:1 201:23
  248:12 273:2,13
**use** 10:10 50:18
  51:2 54:8,8 57:9
  58:7 59:14,14,19
  62:18 67:24
  106:13 107:12
  134:13 146:4
  152:22,24,25

153:1,3,8 162:18
163:4,5,6,8,10,18
165:5 166:4,9,18
171:14,18 172:25
174:8,11,12
183:17 184:5
186:21 187:21
188:15 189:13,22
192:20 194:14,18
195:10,16,23
196:3,4 200:1,2
204:20 206:8
207:22 208:17
212:7 215:21
216:9 219:13
221:19 225:7
226:18 230:10,12
231:21 238:4,5
241:20 244:6,15
246:1 247:24
248:14,17 249:15
258:7,9,18 263:18
264:1,3,5,18
273:14 282:5
288:21 295:24
296:5,14 297:9,11
297:12 302:15,15
**useless** 94:8
**uses** 163:12
164:17 166:3
246:8 288:22
**usually** 24:3,22
95:18 101:6
106:17 119:25
137:18 154:18
210:16
**utilitarian** 207:13

**v**

**v** 1:7,11 7:10
89:16,17 90:2,14
91:3 136:4 210:9
213:3,7 214:4
215:14 225:12,14
315:4 316:1 317:1

**vague** 161:2
173:11
**valuation** 160:19
175:1
**value** 49:9,17
50:23,25 51:7,14
51:24,24 123:10
142:22 145:7,21
149:15 151:18
160:13,17,18
162:19 167:23
182:15,16 183:7
183:13,16,21
206:23 215:5
219:14 222:7
224:20 251:19
286:23 287:2
297:7,19,19
**values** 297:1
**varies** 33:7
**various** 30:14 32:5
50:4 59:17,17
98:8 150:11,24,24
153:10 158:1
168:1 202:23
217:6 218:22
227:6 228:16,17
229:11 239:7
259:19
**vary** 249:4
**vast** 17:25
**vegas** 33:2
**vein** 10:21
**venture** 296:15
**veracity** 232:22
**verbal** 10:2
**verbatim** 7:10
**verify** 202:19
233:14 315:9
**verifying** 283:10
**veritext** 7:17,18
313:12 315:14,23
**veritext.com**
315:15

**versa** 16:8
**version** 59:8
100:10,12 304:24
**versions** 122:12
280:15 282:11
283:1
**versus** 51:13 54:8
65:10 164:18
165:14 199:15
217:10 219:1,8,23
238:13 243:15
284:6 302:15
**vetting** 96:19
**vh** 212:19
**vht** 136:4 210:9
213:3,6,7 214:4
**viable** 158:24
**vice** 16:7
**video** 7:7 313:15
**videographer** 3:5
7:5,18 8:1,5,13
80:1,5 138:6,10
177:9,12,15
198:11,15 245:5,9
253:23 254:2
265:5,15 306:8,12
312:20,24 313:9
**videotaped** 1:16
2:1 4:10 12:17
**view** 34:22 312:7
**viewed** 228:16
292:17
**violated** 247:5,16
**violating** 190:8
**violations** 245:12
**visit** 109:7
**visited** 294:4
**visitors** 166:8
**visual** 130:17
276:21
**visually** 277:3
**vitae** 4:12 14:1,4
**voice** 10:14

**volume** 150:22
**voluntarily** 39:8
**volunteer** 28:10
34:14 35:14 52:14
**volunteered** 64:2
**volunteers** 30:25
31:3 50:2
**vote** 26:16 59:8
**voted** 17:5

**w**

**w** 90:25 149:3
151:2,15 188:8
**waffles** 203:5
**waffling** 203:9
**wait** 10:15,17
**waiting** 34:5
**walk** 10:22 127:13
138:1
**walking** 154:18
175:15 180:15
**wall** 153:2 195:4
**want** 11:12 18:19
23:22,24 29:3
37:15,18 48:11,20
51:19 53:1,17,18
64:21 78:13 84:10
89:21 104:8
105:10 109:18
126:11 127:12
130:18 135:10
141:16 176:14
180:7 185:13
187:18 189:15
193:3,14,22
200:12 211:3,9
212:7 214:25
218:11,19 221:23
227:17 231:14
240:15 244:2
246:13 262:24
264:18 265:23
266:4 267:4 268:6
268:23 277:22
280:11 281:6

285:19 288:4,22
293:9 296:3,11,12
297:22 301:8,13
304:10,16,16,17
305:5,8,10,11
308:18,21
**wanted** 9:4 65:21
73:17 179:8,9,10
179:11 194:1
202:19 204:15
211:14 268:11
278:8,25
**wants** 135:5,15,15
148:20 162:23
163:6,18,18
164:15 195:10
242:8
**war** 65:18
**wars** 65:20
**washers** 282:19
**watch** 83:15
167:15 196:22
**watched** 167:17
**water** 280:6
**way** 27:12,16 59:3
61:8 64:15 72:9
78:14 90:25 95:23
99:22 105:24
118:7,23 132:7
139:9 158:14
177:21 189:7
210:1,10 218:10
221:22 223:18
224:10 232:8
233:11 242:6
246:22 258:8
274:14 298:3
308:2 312:5
**wayback** 291:18
**wayne** 154:11,18
**we've** 49:22,24
131:18 177:18
198:20,22 202:25
217:6 218:22

220:14 230:22
**web** 105:10 109:9
110:5,12,14,14
112:25 160:8
256:14
**website** 32:9 33:16
99:1 100:1,14
101:2,9,22 103:5
103:8,12 104:21
104:22 105:14,17
105:18 110:16
134:13 193:2
260:5 289:13
**websites** 15:20,20
59:18 104:15
152:12 157:15
158:9 167:9 168:1
168:12,25 169:7
169:17 170:15
171:2,3 173:6
174:1 194:24
228:24 229:6
251:25 264:18
288:18 290:12,14
290:19 291:8,12
292:1,13,21,23
**wednesday** 1:18
2:3 7:1
**week** 20:4 24:4,4
27:18,21,21,23
28:9,9,13,13,16
28:19,22 29:6,7,7
29:19,20 30:1,6
31:5,15 33:5,9,10
33:10,11 34:20
38:14 42:11 44:14
44:19,25 45:23
47:12,20 64:8,9
65:6 73:6 130:25
139:6 172:2
217:13 244:4
246:17
**weekday** 27:6

**weekdays** 64:9
**weekend** 100:10
**weekends** 64:9
**weekly** 30:9 69:11
130:16,19
**weeks** 23:23,24
33:8 67:2 150:23
153:9
**weil** 2:12 7:14,21
**weird** 310:17
**welcome** 313:3
**wenn** 1:13 15:3
90:25 91:3 179:8
185:5,12 188:8,11
188:20,21 189:2
189:21 190:8,10
190:22 191:2
204:8,9,11 225:11
237:7 253:1,4,12
254:9 255:2,13
288:10 289:10
290:22,24 291:4
291:12,25 292:8
293:3,6,7,12,22
294:1
**wenn's** 288:1,5,14
289:4
**went** 33:4 104:24
126:20,23 157:17
182:11 214:12,13
234:25 286:16
288:18,18 289:12
291:7 304:11
**whatsoever**
247:19 285:7
**wheat** 280:5
**whichever** 233:11
**white** 128:11,13
128:22 130:11
220:5 264:8,13,14
264:22
**wiener** 151:2,2,12
151:13,14 155:6,8
156:10,16 157:2

**wife** 64:7 141:10
141:12,20
**wiggle** 18:14
**wild** 213:12
**willing** 244:13
**willingness** 299:18
300:12
**winded** 144:24
**window** 120:20
**winning** 141:10
**winter** 20:11,12
21:8
**wire** 186:16
215:21 216:6,7,20
216:22
**wish** 61:1
**witness** 2:2 4:3 8:6
8:12 79:25 96:9
96:11,22 97:1,13
98:1,9 100:14
101:8 102:13
103:1 109:12,21
117:4,8,16 138:3
139:11 173:16
174:21 177:11
251:18 261:1
267:20 312:16
313:3 315:8,10,12
315:19
**witnesses** 98:7
**wonderful** 153:22
153:22
**word** 57:16,17
58:6 62:8,17
104:20,20 111:10
112:12 130:23
174:8 215:24
216:11,12 224:7
235:21,25 238:4
280:21 283:21
284:6,7 295:24
296:5,14
**wordpress** 100:10
100:12

**[words - years]**

**words** 10:10 19:20
21:4 31:14 35:9
38:3,22 52:9
56:12,15 57:8,12
57:15 58:5,8,14
58:15,16,23 65:15
84:23 97:17
103:18 119:24
123:8 159:25
161:21 168:24
170:11 193:1
194:23 205:21
236:17 250:2,23
274:4 276:24
277:11 280:13
296:3 297:22
**work** 4:15 11:12
11:14,16 25:20
26:24 27:22 28:2
28:15,21 29:14
30:23 31:15 32:12
33:5,10,11,19
34:12 44:24 48:23
52:17 53:8,10,20
53:22 55:23 65:24
66:3,7,9,11,13,14
67:7,16 69:1,25
71:13,23 72:1,2
72:10 82:24 84:18
88:21 91:1 94:18
95:20 101:11,12
102:17,21 117:9
118:16 122:18
123:15,20 124:2,6
124:6,8 128:23
132:22 133:13,24
138:21 144:6
148:15,19 154:13
154:16 155:20
159:7 161:25
162:1 176:22
184:1 202:19
203:20,21,22
285:8 292:15,19

293:11 296:13
300:15 305:4
306:21,24
**worked** 28:9 29:4
29:5,7,8 31:24
32:15 33:21 38:16
45:23 46:3 47:2,7
47:15 48:9 59:3
63:14,15 67:11,14
89:10,25 90:3,5
91:8 94:19 95:2,3
137:12 187:11,14
268:2
**working** 27:6,19
28:10 29:19,19
30:1 31:1 48:3
89:19 90:7 95:1
99:18 108:24
115:9,17 116:13
118:17 128:21
134:1 144:22
186:19
**works** 99:16
122:22 123:13
171:25
**workshops** 23:15
23:16 61:3 119:19
120:9 143:14,19
145:6 311:10
**world** 1:13 18:2
30:25 31:4 59:15
156:2 178:4
194:13 196:11
241:23
**worldwide** 51:13
**worry** 209:23
304:14
**wow** 138:5
**wraparound**
125:19,22,24
126:3,10,18 127:3
127:7
**wrapping** 18:25

**write** 122:9 125:4
125:14,22 126:2
127:15 128:1,2,7
132:16 139:23
158:21
**writes** 149:3
**writing** 126:16
128:22 129:10,12
207:19
**written** 76:5 95:5
117:14 124:13
126:13,16 129:6
129:18 130:10
**wrong** 102:4
275:10
**wrote** 103:11
122:8,10 126:9,11
155:15,23 270:15
270:17,17 288:25
**www** 5:7
**www.photograp...**
99:23 101:10

| **x** |
| --- |

**x** 4:1,8 5:1 54:18
54:19 172:25
303:4,5
**xx** 314:14

| **y** |
| --- |

**y** 8:20
**yeah** 11:22 39:13
44:21 45:1 53:14
79:21 81:13 92:23
93:9 100:2 101:25
108:12,17 110:10
110:10,17,24,25
111:13 113:4
114:23 115:4
120:7 137:24
139:25 146:19
149:17 157:3
164:11 179:6
189:15 190:6
195:9 198:3,8,8

205:2 213:6,7,15
213:15,24 214:7
221:15 222:11
226:4 229:23
230:15 232:12
245:4 261:7 267:5
271:6 272:3,8
274:1 278:7
280:10 281:5
285:17 292:2,23
305:7 309:7,24
**year** 21:16 22:13
27:23,23 31:23
32:1,1 36:5 38:19
42:15,17,19,20
44:13 50:10 64:9
66:24 93:19,19,20
93:20 97:8 99:11
113:24,25 116:15
136:2 140:11,12
144:1,18,18
146:14 155:15,16
201:10 206:20
219:6 235:10
241:5 300:22
307:24
**years** 9:4 17:5,7
18:12,15 21:12
22:13,14,23,23
23:18 24:7 35:5
49:21 50:11,11,11
51:10,11 54:19,19
55:7 61:15 63:3
64:4,5,14 66:15
66:16,20,23 88:23
88:24 94:6 101:5
108:11 111:16,17
114:21 115:2,18
119:22 120:25
121:3 126:5
128:21 129:7,19
132:2,23 133:2
143:25 144:1

[years - zillow]

148:2 153:25
155:13 178:14
196:12 202:23
203:7 213:18
218:18 251:10
257:22 284:22,24
291:16 294:6
301:23 303:5,5,24
304:13,23 311:22
312:12
**yep** 150:12
**yesterday** 78:18
78:21 79:3,14,17
249:11
**york** 20:3 105:25
106:3,5,5,7,10,12
106:13 107:1,4,6
107:7,9,10,12
163:17 164:19
**younger** 311:22
**yup** 163:23

| z |
|---|

**z** 114:4,4
**zero** 45:5
**zillow** 136:4 210:9
213:3,7 214:4,12
214:14,19

State of Rhode Island District Court

Civil Rules of Procedure

Chapter V. Deposition Discovery

Rule 30


(e) Review by Witness; Changes; Signing.
If requested by the deponent or a party
before completion of the deposition, the
deponent shall have thirty (30) days after
being notified by the officer that the
transcript or recording is available in
which to review the transcript or recording
and, if there are changes in the form or
substance, to sign a statement reciting such
changes and the reasons given by the
deponent for making them.  The officer shall
indicate in the certificate prescribed by
subdivision (f)(1) whether any review was
requested and, if so, shall append any
changes made by the deponent during the
period allowed.

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES

ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

THE ABOVE RULES ARE CURRENT AS OF APRIL 1,

2019.  PLEASE REFER TO THE APPLICABLE STATE RULES

OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.