# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## NORTHERN DIVISION

| | |
|---|---|
| BRITTNEY GOBBLE PHOTOGRAPHY, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> SINCLAIR BROADCAST GROUP, INC., CHESAPEAKE MEDIA I, LLC, HARRISBURG TELEVISION, INC., KATV, LLC, KOKH, LLC, KTUL, LLC, SAN ANTONIO TELEVISION, LLC, SINCLAIR COMMUNICATIONS, LLC, SINCLAIR MEDIA III, INC., SINCLAIR MEDIA OF BOISE, LLC, SINCLAIR MEDIA OF OREGON, LLC, SINCLAIR MEDIA OF SEATTLE, LLC, SINCLAIR MEDIA OF WASHINGTON, LLC, SINCLAIR PROPERTIES, LLC, SINCLAIR RADIO OF SEATTLE, LLC, SINCLAIR TELEVISION OF FRESNO, LLC, SINCLAIR TELEVISION OF ILLINOIS, LLC, SINCLAIR TELEVISION OF OMAHA, LLC, SINCLAIR TELEVISION OF OREGON, LLC, SINCLAIR TELEVISION OF PORTLAND, LLC, SINCLAIR TELEVISION STATIONS, LLC, SOUTH WEST OREGON TELEVISION BROADCASTING CORPORATION, THE TENNIS CHANNEL, INC., WGME, INC. and WSMH, INC. <br><br> *Defendants.* | Case No. 1:18-cv-03403-SAG (Lead Case) <br><br> Case No. 1:18-cv-03384-SAG <br> Case No. 1:19-cv-00559-SAG <br> Case No. 1:19-cv-00606-SAG |

## PLAINTIFF BRITTNEY GOBBLE PHOTOGRAPHY, LLC'S NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING COPYRIGHT <u>INFRINGEMENT AND DMCA VIOLATIONS</u>

Pursuant to Federal Rule of Civil Procedure 56(a), Plaintiff Brittney Gobble Photography, LLC ("Plaintiff") hereby files a Motion for Partial Summary Judgment Regarding Copyright Infringement and DMCA Violations against Defendant Sinclair Broadcast Group, Inc., Chesapeake Media I, LLC, Harrisburg Television, Inc., KATV, LLC, KOKH, LLC, KTUL, LLC, San Antonio Television, LLC, Sinclair Communications, LLC, Sinclair Media III, Inc., Sinclair Media Of Boise, LLC, Sinclair Media Of Oregon, LLC, Sinclair Media Of Seattle, LLC,

Sinclair Media Of Washington, LLC, Sinclair Properties, LLC, Sinclair Radio Of Seattle, LLC, Sinclair Television Of Fresno, LLC, Sinclair Television Of Illinois, LLC, Sinclair Television Of Omaha, LLC, Sinclair Television Of Oregon, LLC, Sinclair Television Of Portland, LLC, Sinclair Television Stations, LLC, South West Oregon Television Broadcasting Corporation, The Tennis Channel, Inc., WGME, Inc. and WSMH, Inc. (the "Defendants").

WHEREFORE, Plaintiff hereby requests that this Honorable Court grant its motion for partial summary judgment on the issue of Defendants' liability for copyright infringement and DMCA violations as set forth in the Second Amended Complaint.

Dated: July 27, 2021

By: /s/   Robert E.  Allen
        C. Justin Brown
        Maryland State Bar No.  28110
        Brown Law Firm
        1 N.  Charles St., Suite 1301
        Baltimore, Maryland 21201
        Telephone: (410) 244-5444
        Facsimile: (410) 934-3208

        Robert E.  Allen (admitted *pro hac vice*)
        Cal State Bar No.  166589
        rallen@glaserweil.com
        Thomas P.  Burke Jr.  (admitted *pro hac vice*)
        Cal. State Bar No. 288261
        tburke@glaserweil.com
        Glaser Weil Fink Howard Avchen & Shapiro LLP
        10250 Constellation Blvd., 19th Fl.
        Los Angeles, CA 90067
        Telephone: (310) 282-6280

        *ATTORNEYS FOR PLAINTIFF BRITTNEY
        GOBBLE PHOTOGRAPHY, LLC*