## TABLE OF EXHIBITS

| Ex. # | Description |
|---|---|
| A | Table of Websites, TV Stations, and Owners |
| 1 | Deposition Transcript of Johnny R. Gobble, DVM |
| 2 | Certificate of Registration, Number VA 1-976-214 |
| 3 | Certificate of Registration, Number VA 1-987-108 |
| 4 | Certificate of Registration, Number VA 2-031-115 |
| 5 | Certificate of Registration, Number VA 2-031-117 |
| 6 | Copyright Assignment Agreement dated April 18, 2016 |
| 7 | Deposition Transcript of Brittney M. Gobble, Corporate Designee |
| 8 | Preliminary Expert Report of Professor Jeffrey Sedlik dated April 12, 2019 |
| 9 | Surrebuttal Report of Professor Jeffrey Sedlik dated June 21, 2019 |
| 10 | Email from Clare Penn to Johnny Gobble dated November 2, 2015 |
| 11 | Email from Johnny Gobble to Clare Penn dated November 2, 2015 |
| 12 | Email from Clare Penn to Johnny Gobble dated November 3, 2015 |
| 13 | Deposition Transcript of Scott Sistek |
| 14 | 30(b)(6) Deposition Transcript of Kevin Cotlove |
| 15 | Sinclair's Second Supplemental Answers to Interrogatories Nos. 5, 6, 10, and 16 |
| 16 | Email chain between Scott Sistek and Brittney Gobble dated November 8, 2015 |
| 17 | 30(b)(6) Deposition Transcript of Manny Fantis |
| 18 | Email chain between Amanda Ota and Johnny Gobble |
| 19 | Email from Amanda Ota to Ms. Gobble |
| 20 | Story Report (SBG 000405-478) |
| 21 | Deposition Transcript of Amanda Ota |
| 22 | Email chain between Johnny Gobble and Clare Penn dated November 2-12, 2015 |
| 23 | Email from Johnny Forsyth to Undisclosed Recipients dated November 13, 2015 |
| 24 | Sinclair's Answers to Plaintiff's First Set of interrogatories |
| 25 | Subpoena to Sinclair to Produce Documents |
| 26 | Story Report (SBG 000001-019) |
| 27 | 30(b)(6) Deposition Transcript of Susan Domozych |
| 28 | CMI From Clickability |
| 29 | CMI From Wenn |
| 30 | CMI From Storyline |
| 31 | CMI From Exhibits as displayed by Defendants |
| 32 | Story Report (SBG 000405-429) |
| 33 | SBG 000885 story.xml |
| 34 | Various Story Reports |
| 35 | Various Story Reports |
| 36 | Various Story Reports |

| Ex. # | Description |
|---|---|
| 37 | Various Story Reports |
| 38 | Various Story Reports |
| 39 | Various Story Reports |
| 40 | Various Story Reports |
| 41 | Various Story Reports |
| 42 | Various Story Reports |
| 43 | Various Story Reports |
| 44 | Various Story Reports |
| 45 | Various Story Reports |
| 46 | Various Story Reports |
| 47 | Various Story Reports |
| 48 | Various Story Reports |
| 49 | Excerpts from abc7amarillo.com spreadsheet |
| 50 | Application for "Lykoi Images 2014" Registration |
| 51 | Declaration of Brittney Gobble dated July 27, 2021 |
| 52 | 30(b)(6) Deposition Transcript of Lloyd Beiny |
| 53 | Correspondence between Brittney Gobble and Copyright Office |
| 54 | Story Report (SBG 000429-454) |
| 55 | Sinclair Photo Use Guidelines |
| 56 | Sinclair-WENN Contract dated February 6, 2014 |