IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **BRITTNEY GOBBLE PHOTOGRAPHY, LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**SINCLAIR BROADCAST GROUP, INC.,** *et al.*,<br><br>*Defendants/Third-Party Plaintiffs*,<br><br>v.<br><br>**USA ENTERTAINMENT NEWS, INC. d/b/a "WENN" and "WORLD ENTERTAINMENT NEWS NETWORK",**<br><br>*Third-Party Defendant*. | Case No. 1:18-cv-03403-SAG (Lead Case)<br><br>Case No. 1:18-cv-03384-SAG<br>Case No. 1:19-cv-00559-SAG<br>Case No. 1:19-cv-00606-SAG |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, Sinclair Broadcast Group, Inc., et al., pursuant to Federal Rule of Civil Procedure 56(a), hereby move this Court to enter summary judgment on all Counts of Plaintiff's Second Amended Complaint or, in the alternative, to enter partial summary judgment on Plaintiff's claims for willful infringement and DMCA violations, and Plaintiff's claim to recover Defendants' profits.

Dated: August 27, 2021

                      Respectfully submitted,

                      /S/    Margaret L. Argent
                      Francis R. Laws (Bar No. 02596)
                      flaws@tandllaw.com
                      Scott H. Marder (Bar No. 28789)
                      smarder@tandllaw.com
                      Margaret L. Argent (Bar No. 06132)
                      margent@tandllaw.com
                      THOMAS & LIBOWITZ, P.A.
                      25 S. Charles Street, Suite 2015
                      Baltimore, Maryland 21201
                      Telephone: (410) 752-2468
                      Facsimile: (410) 752-0979

                      *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 27th day of August, 2021, a copy of the foregoing Motion for Summary Judgment was filed electronically. Notice of the filing will be sent to all parties who have appeared by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I FURTHER HEREBY CERTIFY, that on the 30th day of August, 2021, I will cause a copy of the foregoing motion to be served as follows on Third-Party Defendant USA Entertainment News, Inc.:

<u>Via First Class U.S. Mail, Postage Prepaid</u>

USA Entertainment News, Inc.
c/o Frankfurt Kurnit Klein & Selz, P.C.
488 Madison Avenue, 10th Floor
New York, NY 10022
Attn: Mike Dolan

<u>Via First Class Airmail, Postage Prepaid</u>

USA Entertainment News, Inc.
c/o Lloyd Beiny, Registered Agent
4A Tileyard Studios
Tileyard Road
London N7 9AH
UNITED KINGDOM

Upon request, Sinclair will make the exhibits available to Third-Party Defendant USA Entertainment News, Inc. via secure fileshare.

                                                      /s/
                                        Margaret L. Argent